IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| (1) DUSTIN MAYBEE;<br>(2) LAKEVIEW FARMS LLC;<br>(3) MELISA BARR;<br>(4) LESLIE HARP;<br>(5) LANCE LOGAN;<br>(6) LINDA SPARKS;<br>(7) MIKE UNRUH;<br>(8) STUART TANNER;<br>(9) TONY WAGNOR;<br>(10) DARREN SWOFFORD;<br>(11) JOHNNIE BUNCH;<br>(12) GREGORY WILSON; and<br>(13) BILL MELBOURNE,<br><br>   *Plaintiffs,*<br><br>   *v.*<br><br>(1) MATTHEW WADIAK;<br>(2) JOHN NIEMANN;<br>(3) BLAKE EVANS; and<br>(4) TIM SINGLETON,<br><br>   *Defendants.* | CASE NO.: 3:24-cv-03041-TLB |

### APPEARANCE OF COUNSEL
### BASEL J. MUSHARBASH

TO:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Melissa Barr, Johnnie Bunch, Leslie Harp, Lakeview Farms, LLC, Lance

---

**APPEARANCE OF COUNSEL BASEL J. MUSHARBASH**         PAGE 1
**FOR PLAINTIFFS**

Logan, Dustin Maybee, Bill Melbourne, Linda Sparks, Darren Swofford, Stuart Tanner, Mike Unruh, Tony Wagoner, and Gregory Wilson.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: October 1, 2024 | /s/Basel J. Musharbash |
| | Basel J. Musharbash, *Pro Hac Vice* |
| | Texas Bar No. 24111402 |
| | **ANTIMONOPOLY COUNSEL** |
| | 2910 Clarksville Street |
| | Paris, Texas 75460 |
| | Phone: (903) 205-8422 |
| | Email: basel@antimonopoly.us |
| | |
| | *Attorney for Plaintiffs* |