## IN THE District Court of UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF ARKANSAS, FAYETTEVILLE DIVISON

| | | |
|---|---|---|
| (1) MELISA BARR; (2) JOHNNIE BUNCH; (3) DUSTIN MAYBEE; (4) LAKEVIEW FARMS LLC; (5) LESLIE HARP; (6) LANCE LOGAN; (7) LINDA SPARKS; (8) MIKE UNRUH; (9) STUART TANNER; (10) TONY WAGONER; (11) DARREN SWOFFORD; (12) GREGORY WILSON; AND (13) BILL MELBOURNE<br>    Plantiff<br>vs.<br><br>(1) MATTHEW WADIAK; (2) JOHN NIEMANN; (3) BLAKE EVANS; AND (4) TIM SINGLETON<br>    Defendant(s) | )<br><br><br><br><br><br>)<br>)<br>)<br><br>)<br>)<br>) | 3:24-CV-03041 TLB<br><br>Hearing Date/Time: |

## CERTIFICATE OF SERVICE

I, Courtney Mills, hereby certify that I served a copy of the SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT, EXHIBITS AND NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION; on JOHN NIEMANN by Personal Service on 10-02-2024 3:54 pm by delivering the document to the above named person at 30800 W 37TH ST N, MOUNT HOPE, Kansas 67108.

Description of Person Accepting Service:
Sex:Male Race:White Age:54 Height:5'8" Weight:180 Hair:Grey / Brown Glasses:Yes Relationship:Self

Aristocrat Process Serving LLC

I declare under penalty of perjury, that the foregoing is true and correct.

Executed on 10-03-2024.

_____ Declarant
Courtney Mills

`9290 Bond Street, Suite 100
Overland Park, KS 66214
Job Order # 0184867

Client File #: **3:24-CV-03041 TLB**
**BRAD HENDRICKS LAW FIRM**
LITTLE ROCK ARKANSAS, 72227

Total Service Costs: $ 175.00

Subscribed and Sworn to before me on the 3rd day of October 2024, by the affiant who is personally known to me.

_____ Notary Public
Tammy Rodriguez

TAMMY RODRIGUEZ
Notary Public, State of Kansas
My Appointment Expires
07/26/2027