IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

(1) MELISA BARR;
(2) JOHNNIE BUNCH;
(3) LESLIE HARP;
(4) LANCE LOGAN;
(5) DUSTIN MAYBEE;
(6) BILL MELBOURNE;
(7) CHARLES SMITH;
(8) LINDA SPARKS;
(9) DARREN SWOFFORD;
(10) STUART TANNER;
(11) TONY WAGONER;
(12) GREGORY WILSON; and
(13) LAKEVIEW FARMS LLC,

Plaintiffs,

CASE NO:3:24-cv-03041-TLB

v.

(1) MATTHEW WADIAK;
(2) JOHN NIEMANN;
(3) BLAKE EVANS; and
(4) TIM SINGLETON,

Defendants.

---

**VIDEO-RECORDED DEPOSITION VIA VIDEOCONFERENCE**

**OF**

**MATTHEW WADIAK**

**Taken July 28, 2026, at 11:05 a.m.**

---

Robyn Bradley, CCR
(281)546-6994 | robyn@royalcourtreporters.com

**APPEARANCES**

ON BEHALF OF THE PLAINTIFFS:

ANUREET K. SANDHU: anu@antimonopoly.us
BASEL MUSHARBASH: basel@antimonopoly.us
MAX MILLER: max@antimonopoly.us
ANTIMONOPOLY COUNSEL
2910 CLARKSVILLE STREET
PARIS, TEXAS 75460
903-205-8422

LLOYD "TRÉ" KITCHENS: Tkitchens@3kitchenslaw.com
KITCHENS LAW FIRM
1 RIDGEVIEW COURT
LITTLE ROCK, ARKANSAS 72227
501-658-4219

ON BEHALF OF DEFENDANT MATTHEW WADIAK:

LEXI ROBERTSON: lrobertson@mwlaw.com
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC
4206 SOUTH J.B. HUNT DRIVE, SUITE 200
ROGERS, ARKANSAS 72758
479-464-5650

ON BEHALF OF DEFENDANT JOHN NIEMANN:

ANDREW GNEFKOW: Andrew.Gnefkow@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH, LLP
4600 MADISON AVENUE, SUITE 700
KANSAS CITY, MISSOURI 64112
816-299-424

ON BEHALF OF DEFENDANTS TIM SINGLETON AND BLAKE EVANS:

DON MCKINNEY: don.mckinney@arlaw.com
ADAMS & REESE, LLP
701 POYDRAS STREET, SUITE 4500
NEW ORLEANS, LOUISIANA 70139
504-581-3234

**INDEX OF EXAMINATION**


STYLE AND NUMBER . . . . . . . . . . . . . . . . . . . 1
APPEARANCES. . . . . . . . . . . . . . . . . . . . . . 2
CAPTION. . . . . . . . . . . . . . . . . . . . . . . . 3
PROCEEDINGS. . . . . . . . . . . . . . . . . . . . . . 5
WITNESS: MATTHEW WADIAK
Examination by Ms. Sandhu . . . . . . . . . . . . 6
Examination by Mr. Gnefkow. . . . . . . . . . . 209
DEPOSITION CONCLUDED . . . . . . . . . . . . . . . 213
COURT REPORTER'S CERTIFICATE . . . . . . . . . . . 214
ERRATA SHEET. . . . . . . . . . . . . . . . . .215-216


**INDEX OF EXHIBITS**


PLAINTIFFS' EXHIBIT NO.: MARKED:
Exhibit 1 - Google Takeout Email 6/30/2023. . . . . 23
Exhibit 2 - Communication with DePippo. . . . . . . 62
Exhibit 3 - First Set of Interrogatories and
Requests for Production of Documents. .111
Exhibit 4 - Responses to Second Set. . . . . . . . 123
Exhibit 5 - Texts with Blake Evans. . . . . . . . .132
Exhibit 6 - Responses to Plaintiffs' Third Request for
Production of Documents. . . . . . . . 142
Exhibit 7 - Brief. . . . . . . . . . . . . . . . . 151

**CAPTION**

ANSWERS AND ORAL VIDEO-RECORDED DEPOSITION VIA REMOTE VIDEOCONFERENCE OF MATTHEW WADIAK, a witness produced at the request of the Plaintiffs, taken in the above-styled and numbered cause on the 28th day of July, 2026, before Robyn Bradley, Arkansas Supreme Court Certified Court Reporter No. 726, at 11:05 a.m., from the witness' remote location in New York, New York, pursuant to the Arkansas Rules of Civil procedure.

| REPORTER'S LEGEND: | DENOTES: |
| --- | --- |
| -- | Interruption/change in thought |
| . . . | Trailing off/incomplete statement |
| [sic] | Word/phrase that seems incorrect; written verbatim |
| (phonetic) | Phonetic spelling |
| (indiscernible) | Incapable of being understood |
| (overlapping crosstalk) | Multiple speakers talking at the same time, incapable of being understood |

REPORTER'S NOTE:

Any court, party, or person who has purchased a transcript may, without paying a further fee to the reporter, reproduce a copy or portion thereof as an exhibit pursuant to court order or Rule or for internal use, but shall NOT otherwise provide or sell a copy or copies to any other party or person without the express consent of the reporter and/or reporting agency.

**P R O C E E D I N G S**

THEREUPON,

**MATTHEW WADIAK,**

THE WITNESS HEREINBEFORE NAMED, having been first duly cautioned and sworn by me to testify to the truth, the whole truth, and nothing but the truth, testified on his oath as follows, to wit:

**EXAMINATION**

BY MS. SANDHU:

Q Well, thank you for joining us today, Mr. Wadiak. My name is Anureet Sandhu and I'm one of the attorneys for the plaintiffs in this case. How are you doing today?

**A I'm doing okay. Thank you.**

Q Good. Good to hear. Well, before we get started with the questions that I have for you, I am just going to go over some introductory information and some ground rules. Does that sound okay?

**A Sounds good.**

Q Okay. Could you please state your full legal name for the record?

**A Matthew John Wadiak.**

Q Okay. And where are you currently located?

**A New York City.**

Q Okay. Is there anyone in the room with you currently?
**A Nope.**
Q Have you had your deposition taken before?
**A At, like, this deposition or any deposition?**
Q Any deposition in any other case.
**A I've done a deposition before, yeah.**
Q Okay. And in what matters?
**A Just a long time ago. Unrelated.**
Q Was it a civil matter or a criminal matter?
**A Civil. Civil, yeah.**
Q Okay. Have you -- how have you prepared for today's deposition?
**A I have spoken with my attorneys, and basically that is it.**
Q Okay. Did you speak with Mr. Rupe?
**A I did.**
Q Okay. When was that?
**A We spoke yesterday.**
Q Okay. For how long?
**A I can't recall exactly. It was a quick -- a phone call.**
Q Less than 30 minutes?
**A I think less than 30, yeah.**
Q Okay. Did you speak with Mr. Gnefkow?

**A Is that Andrew?**
Q Yes.
**A Yes.**
Q Okay. When did you speak with Mr. Gnefkow?
**A The same phone call.**
Q Okay. This was all on the same call, then?
**A Yeah.**
Q Okay. Have you spoken with anyone else regarding today's deposition?
**A No.**
Q Okay. Because this deposition is taking place on Zoom, it's important that we let each other finish our sentences so that the court reporter can create a clean record.

It's also important that we answer questions out loud, so no nodding or gestures, no "uh-uhs" or "uh-huhs."

If you do not understand any of my questions, you can ask me to clarify. If you know the answer, please go ahead and answer it. If you do not, you can say so, you do not need to guess.

If you need a break at any time, please let me know, and so long as there isn't a question pending, we can take a break for as long as you need.

And my last point, before we get started on the

substantive questions is this deposition should be about two hours long, as is my goal, but it could potentially be about four hours long. Did your attorney mention the time of this deposition to you?

**A They gave a range, but it's unclear how long it will take.**

Q Okay. Hopefully, four hours is the max, and I would really -- and I will do my best to not take up too much of your time.

Okay. So now I'd like to ask some questions about document retention at Cooks Venture and how you were involved in it. So what was your official title at Cooks Venture?

**A Well, while I was an employee of Cooks Venture, I was the CEO.**

Q Okay. And how long were you in this role?

**A Well, I was the founder of the company. And then, I guess, until my last day, which was -- I would have to look that up but, you know, what was that -- about three or four years ago, three years ago, like -- something like that.**

Q You don't recall the date that you left the position?

**A I mean, it was -- it was years ago, so off the top of my head, I couldn't -- I couldn't tell you. I**

**could look it up for you if you want me to check real quick.**

Q No. Does the summer of 2023 sound like a familiar time that you left the company?

**A I believe so. I think you probably have those details. If I recall --**

Q Okay.

**A -- we sent that over.**

Q What hardware was provided to you by Cooks Venture in order to do your job? So laptops, tablets, cellphones, and so on?

**A Nothing.**

Q You were not issued --

**A I was the founder of the company, so I wasn't issued anything. So I used my personal stuff, yeah.**

Q So you used your personal cell phone and personal laptop to do -- for anything related to your position as CEO?

**A Yeah. I think a lot of -- a lot of people at the company used personals -- you know, laptops and stuff. In a startup environment, that's pretty typical.**

Q Were others issued laptops?

**A Later in the company, I think some people were issued laptops; some people used their own. I think it just depended on the person.**

Q But you never -- you always used your personal laptop to work on Cooks Venture matters?

**A I did, yeah.**

Q Okay. Did your responsibilities at Cooks Venture include anything related to information technology compliance or document retention?

**A I mean, my day-to-day responsibilities were, you know, general operations of the company sales, you know, investor relations, stuff like that. I mean, the CEO has a very broad and, like, moving scope, I'd say, depending on the needs of the company during that given period, quarter, week, you know, day, etc.**

Q Sure. Do you recall which employees were tasked with information technology at Cooks Venture?

**A IT?**

Q Yes.

**A We didn't really have an IT department, per se. I mean, we had, you know, files. We had filing systems, you know, at the company. It was -- it was a pretty manual process for a lot of the work we did. A lot of the -- you know, a lot of farmers that we worked with and a lot of the, you know, relationships we had with folks out in the field didn't have, you know, cell phone signals in Arkansas and Oklahoma, etc., didn't have, you know, WiFi, so it was -- you**

**know, there was a lot of writing stuff down and -- you know, and filing that in the various offices.**

Q Okay. Do you recall if anyone was tasked with compliance?

**A Compliance on network, it would have been the live grower managers, sort of, for that kind of stuff. And we didn't really have a compliance department, per se, for IT. I've never -- I've actually never -- I've heard of IT departments, of course, and have been part in other businesses who have IT departments, but I've never heard of, like, an IT compliance department in a start up. That's just not something I have ever heard of.**

Q Okay. And I understand that in the beginning, you had a very informal structure. But as, you know, time went on, no one was ever tasked with the role of ensuring that the company was, you know, complying with how documents should be retained with the requirements of the Packers & Stockyards Act? Does any of that ring a bell?

**A Well, yeah, for Packers & Stockyards Act, obviously, there's all -- paperwork for that stuff. And, you know, live -- the live managers and the people at the plant would be responsible for that.**

**So, you know, that would be a variety of folks**

**from, like, the plant manager to COO, to live manager, to the broiler managers at their various levels, and all of that work, of course, needs to be compliant with the USDA Regs and Packers & Stockyards. So that -- those documents, I think, were paper -- paper retained, predominantly.**

**I had no day-to-day, you know, sort of work within Packers & Stockyards or any of that work. We had people who -- who did that. But I think that was, like, two or three steps removed from me.**

Q Who -- you said -- who were those people, do you recall?

**A Who were -- who were -- well, we had various live managers throughout time. I think one of them was a guy named Tanner. Another one, I believe, was a guy named Mark. And then, of course, they reported up through the org and the operation supply chain, at various times to different people.**

Q Okay. And you mentioned that these were mostly paper copies. Were they ever scanned in and retained?

**A I don't -- see, I don't know. Maybe. Probably, maybe not, I'm not sure.**

Q Okay. And --

**A It's not -- again, as, like, CEO, I wasn't going over, like day-to-day filled-in forms from Packers &**

**Stockyards. It's just like, yeah, not within the scope of, like, a normal executive role.**

Q Did you ever see any live poultry documents?

**A I have seen documents, sure. I mean, you know, like general -- like, any poultry document? Yeah, I've seen a lot of poultry documents. I couldn't speak to any individual document, per se, but I have a feeling for what they look like.**

Q Would you often see them in paper form or digitally?

**A So the ones that I've seen, I've seen, I believe, mostly in paper form. You know, like any of the -- for example, any of the grower information or anything like that would have been, you know, paper. And there's a requirement for, you know, farmers -- Packers & Stockyards requirement for farmers to fill out those forms and for us to verify those forms and do weigh-ins and all of that stuff.**

Q Okay.

**A And I think, you know, the USDA is -- is, I believe fairly, you know -- what's the best way to put it -- paper -- paper heavy, in the way they process documents, too. So I think those -- I don't know if those documents are submitted via paper or digital, but I think it's all paper for -- from what I recall.**

Q Do you recall if there was -- do you recall ever seeing some kind of file cabinet or physical storage for these documents at your -- for these paper documents that are referencing?
**A If there was a cabinet, it would have been in the live grower office. And if there was a cabinet in the plant, it would have been in the plant. So, I mean, depending on whether Packers & Stockyard is obviously the field and the plant, so it would have been in one of those two depending -- the respective documents in those locations.**
Q Okay. And who did you say would have been charged with maintaining those physical documents?
**A It would have that people on the life grower team and at the plant level, yeah.**
Q And you were not involved with that; is that correct?
**A No, of course not.**
Q Okay. But what about storage of digital documents? What was the process for storing those documents at Cooks Venture?
**A Well, you know, there were shared folders that were either attached to, like -- I mean, the documents that I was mostly involved in were, like, marketing documents, sales documents, investor documents, things**

**like that. Those would have been in Dropbox. So I would -- could say, like, our brand documents, and like, you know, the hard documents -- files that I would normally use would be, like, a deck or something like that, and those were all based in Dropbox.**

**When it comes to like, you know, technical documents, re: sort of, live grow out, etc., I think probably some in either Dropbox or Google Drive or, you know, one of those various things. But I -- I was not the creator of those -- of those folders.**

**I, you know, would use them for my day-to-day, kind of, like, job. Predominantly, like, you know, the main job of the CEO in a poultry business is involving, you know, sales and IR. So those were -- those were kind of the things that I was most familiar with.**

Q Okay. But you mentioned the Dropbox account and the Google Drive account and you didn't set those up, correct?

**A I didn't -- well, I didn't set them up. I might have set up one, like, originally, under the Cooks Venture email address when we first started the company.**

Q Which one?

**A I can't -- not Google Drive, because I don't use**

**Google Drive, personally. So it might have been a Dropbox, but I don't -- I don't know how long that lived for and I don't know when that expired, or if -- you know, it would have been attached to a Cooks Venture email address, sort of, later, and it probably went on to be managed by whomever, you know, kind of, took over, you know, after my time.**

Q Okay. Well, let's start with the Dropbox account. So you don't recall if you were involved in setting that up?

**A This is like going on, like, 10 years now, I think, something like that. So I -- I really don't have any recollection of doing that. I just know there was one at one point, and I don't know -- I don't know if I set it up or if Blake set it up, or if somebody else, maybe a controller or somebody back then who, you know, was involved might have set it up. So I can't recall, but there was one, yeah.**

Q Were you an administrator of the Dropbox account? Did you have administrator type privileges?

**A Probably, yeah. I'm sure. I mean, as CEO, I'm sure I was an admin.**

Q Do you recall who else would have been an admin for the Dropbox account?

**A Probably Blake; probably our controller, maybe;**

**maybe somebody like me. I don't know, maybe somebody else we hired. Again, like, I -- this is 100 percent speculative. So I could --**

Q Well, I'm not asking you to speculate.

**A Yeah. Well, I'm speculating right now, so I can just say, I don't know. In all honesty, I just -- I don't -- I really don't remember and don't know.**

Q You mentioned -- did you mention a comptroller? Did I hear that right?

**A No, controller.**

Q Controller, okay. Do you recall who that was?

**A We had a couple. We had -- the first one was somebody named Amber, but I can't remember her last name. Amber-something.**

Q Okay. What about the Google Drive? Do you recall when you first became involved with the Cooks Venture Google Drive?

**A Honestly, no. I -- I don't recall when I first became involved with it. Or, like, if we had started -- I don't know if that was, like, always there or it came later or Blake used it, or -- I know people used Google Drives and I've been -- you know, like, using Google, I -- first of all, like, I can't even tell you how many different subscriptions of different digital products I've had over the last 15**

**or so years so, like, it's just it's -- it's -- I don't want to be evasive. I want to give you factual answers, but I really don't remember, like, the details of these kind of drives and -- and stuff like that. It's just hard to -- genuinely hard to recall.**
Q Sure. I mean, I can -- I can appreciate that.
**A I can barely remember my wife's phone number, you know, so --**
(Indiscernible crosstalk.)
BY MS. SANDHU:
Q I might devote that -- I might devote that to memory. You don't know when you're going to need it.
**A I know. I know.**
Q Yeah. Yeah. But okay, I understand that you might not recall.
**A Yeah.**
Q Do you -- were you an administrator of the Cooks Venture Google Drive account?
**A I -- I don't know. I just -- I honestly do not remember if it was Blake or if it was me or both of us or, you know. Maybe some folders and not other folders, but with that -- with assurety, I honestly couldn't tell you, and it was just so long ago. I couldn't give you, like, an actual answer on that. Maybe, I don't know.**

Q Okay. You said that you could have been the administrator for different folders. Did I hear that right?

**A It's possible. It's possible under the Cooks Venture email address, yeah --**

Q Okay.

**A -- which I haven't had that email address in years, so.**

Q Sure. Sure. You don't recall if you were ever an administrator of the Cooks Venture Google Drive account, then?

**A I really just don't know. I assume probably I might have been, but again, I'm presuming stuff and I don't know that to be true or not true. It would make sense if I was, though.**

Q Okay. Did you ever create accounts for this Cooks Venture Google Drive, for users?

**A For users, yeah, for -- but that's different. Google admin, I did create email accounts at one point, and then that was taken over by the HR team.**

Q Okay. Explain how --

**A So in like -- in, like, the very early days, I would set up, like, an email address or something like that.**

Q Sure. Did you -- I'm not familiar with it

myself, either. Could you explain to me, then, the difference between -- you said you were creating accounts for Google Admin? What do you mean by that?
**A So Google Admin just means that I go on Google Admin, you know, for CooksVenture.com or, like, Cooks Venture, the email address. And I can put, for example, like, you know, Andrew@CooksVenture.com and I'd assign an email address.**
Q Okay. Okay. So you -- did you set that up, the admin --
**A I set -- I set that up and I probably did that for, like, I don't know, in the better part of the first year, maybe, something like that. But when it came to drive and drive maintenance, I wasn't really involved in that, or at all, you know, for what it's worth.**
Q Okay. Okay. Do you recall --
**A I'm not like -- like if I needed a file, I'd ask somebody to pull a file, or shoot me something, or whatever, but I didn't, like, go in and, like, you know, shop around and dig around for stuff. I just didn't have time to do that on a day-to-day basis.**
Q Sure. Who would you typically ask to pull documents for you; do you recall?
**A It just totally depends on what department, what**

**it was for. You know, like, if it's for operations, I'd ask somebody in operations. And if it was somebody, you know, or something for a plant, or for, you know, genetics, I'd ask somebody in that field. If it was something for finance, I'd ask somebody in finance. It just was dependent on whatever, you know, we were working on.**

**But, you know, like, project management and, like, you know, normal kind of day-to-day stuff would be done by the people who worked for the company, not me, myself.**

Q Sure. And when you asked -- requested these documents and they were sent to you, were you delivered paper copies or did you get these documents via email or other digital sources?

**A Sometimes -- sometimes paper, sometimes email, somebody people would put up, you know, a slide or something if we were in a meeting room. It just depended.**

Q Do you recall which was more common, to get paper copies or just digital copies?

**A I mean, I don't know. Six of one, half a dozen, maybe, hard to say.**

Q Okay. For the Google Drive account, do you recall if any individual users could delete data from

the Google Drive account?
**A I don't know.**
Q Okay. Do you recall having any conversations about data being deleted at either the Google Drive account or the Dropbox account?
**A Yeah. Per my earlier question, I don't even know, you know, anything about deleting data, so the answer is just consistent.**
Q Okay.
**A I just -- I don't know. Yeah. No, I never -- I didn't have any conversations, because I didn't even know about deleted data. That's what I'm getting at.**
Q Okay. Are you familiar with what a Google Takeout is?
**A A Google Takeout?**
Q Yes.
**A I don't know what a Google Takeout is, no.**
Q Okay. If you can take -- for a second, I'm actually going to share my screen, so give me just a second.
Okay. Are you able to see my screen?
**A Yep.**
Q Okay. I'm going to scroll through it so that you have a chance to you review it. If you need me to zoom in or anything like that, please let me know.

A **Okay.**
Q Okay. This will be marked as Plaintiff's Exhibit No. 1.
(WHEREUPON, Plaintiffs' Exhibit No. 1 is marked for identification and is attached hereto:)
BY MS. SANDHU:
Q Mr. Wadiak, do you recognize this document?
A **I do not.**
Q Was that your email address at the top, under the "To" subject line?
A **Matt@cooksventure.com is my email address -- or was my email address, yeah.**
Q Okay. And do you recall requesting to create a copy of your Google Data with the Cooks Venture account sometime around June 30, 2023?
A **Nope, I don't not.**
Q Okay. Do you still have access to this -- to that account through your email address --
A **I haven't had access to that account in years.**
Q Okay. Do you recall if you downloaded these files which were available to you until July 7, 2023?
A **No. I don't -- I don't recall that.**
Q Okay. Do you know why you have copied this data from the Google Drive?

**A Well, I just said I didn't recall it, so, no.**

Q Were you the only one with access to your account?

**A Apparently not, because my account seemed to have been taken over immediately after I left the company.**

Q Okay. So you testified earlier that you are not familiar with what a Google Takeout is?

**A I am not. I've never heard the term "Google Takeout" in my life.**

Q Okay. Well, I will -- just to provide a little bit of explanation, it's a tool that's developed by Google that allows you to export and download copies of your data that you have stored in a Google account, like Gmail or Drive.

And but it's your position that you never performed a Google Takeout?

**A Again, I don't know what a Google Takeout is, so I -- I don't believe that would have been possible.**

Q Do you believe it's possible that someone else created a copy of your Google data, here in this instance, what this document describes?

**A Well, I don't -- I don't know what -- go ahead.**

MR. GNEFKOW: Objection. Calls for speculation, but you can go ahead and answer if you know.

**A Well, I didn't have access to that email so, you know, after a certain date. And before certain a date, I'm not sure who might have had access to that. Obviously, people may or may not have, so.**

BY MS. SANDHU:

Q Did you have access to it between June and July 2023?

**A I -- again, I can't recall the last day that I worked there, but on my last day, I know I no longer had access to my email.**

Q Do you know if it's -- if this data that's listed here is still in your possession?

**A I --**

MR. MCKINNEY: Object to form. Misstates his prior testimony. He said he did not know about this and did not download any of the files.

BY MS. SANDHU:

Q You can still answer.

**A Yeah. You know, I defer to that answer. That's -- that's correct.**

Q I will stop sharing my screen.

When you left your position with Cooks Venture, did you go through any kind of offboarding process?

**A Nope, I did not.**

Q Okay. Do you know what was done with your email account after you left?

**A I have no idea.**

Q And I believe earlier, did you say you did not have access to it anymore?

**A I haven't had access to it since the day I left.**

Q Okay. You don't recall the last time you accessed it?

**A I do not.**

Q Okay. What about your Google Admin account, do you know what happened to that?

**A I have no idea.**

Q Okay. Your account with Google -- Cooks Venture Google Drive, do you recall what happened to that?

**A I have no idea.**

Q Okay. Do you recall the last time you accessed either of those accounts?

**A No. Again, that was -- it was years ago, so I -- you know, I would have no way of knowing.**

Q Do you recall if you were removed as an administrator from the Cooks Venture Google Drive, your admin, or Dropbox?

**A Well, I don't have access to Matt@cooksventure.com, and haven't since then, so there's no way I could have been an administrator,**

**personally.**

Q Okay.

**A It would be physically impossible.**

Q Sure. And you said earlier that you were never given any company hardware, correct?

**A That's correct.**

Q So there was nothing for you to return at the end of your --

**A There was nothing to return. That's right.**

Q Okay. So do you still have the cell phone and laptop that you used to conduct business while you were at Cooks Venture?

**A I don't.**

Q When did you get -- when did you last have those -- that equipment?

**A I don't recall. I mean, that was several versions of the iPhone ago, so, you know, it has been years. And the laptop fried itself, so I had to get a new laptop. So it's been -- it's been years since I've had any of those -- those items.**

Q So the laptop, what brand was it?

**A I think I had a Mac.**

Q Okay.

**A Yeah.**

Q What year was the MacBook?

**A I don't know. I have no idea.**

Q Was it just a laptop or did you have a full desktop set up?

**A It was a laptop.**

Q Okay. And you said it "fried itself." Could you explain what you mean by that?

**A It just -- water spilled on it and it stopped working -- or it got rained on.**

Q Did water spill on it or was it rain damage?

**A It was -- I had a backpack and water spilled into my backpack from the rain.**

Q Okay. When would that have been?

**A That was, like, several years back.**

Q Do you recall where you were when this happened?

**A I was in New York.**

Q Okay. Did you try to recover your data from that laptop?

**A There was not really -- yeah, there was not really anything to recover, and I just moved on and got a new computer.**

Q When did you get a new computer?

**A I've had a couple of new computers since that time period. I got a new one last year.**

Q What was immediate -- which computer did you get immediately after the MacBook broke down?

**A I got another Mac, yeah. I'm talking on a Mac now, so I'm talking on my MacBook.**
Q How -- do you recall how long after leaving Cooks Venture your laptop was damaged?
**A I couldn't say. It was not that long. It was already not, you know -- not a great machine, so, you know.**
Q Within a month of leaving?
**A I -- honestly, I can't remember.**
Q Was it within that same year?
**A I -- maybe the same year, early the next year, maybe. I don't know.**
Q Did you take the laptop in for repair to an Apple Store or anything like that?
**A I think I had somebody look at it and they said it was damaged, you should just send it to -- you know, just get a new computer.**
Q Okay. Did you get a new computer around the same time that you got that assessment?
**A Shortly after, I believe.**
Q And who gave you that assessment that the laptop was no longer functional?
**A I took it to -- I just walked into an Apple Store and I asked them at the desk.**
Q Was this an Apple Store in New York?

**A It would have been, yes.**
Q Okay. And you said, shortly after, you purchased another MacBook; is that correct?
**A At some point, yeah, thereafter. Within the next, you know, month or two, I got another MacBook.**
Q Do you still have proof of purchase for that laptop?
**A I -- I don't know. It's probably on my credit card receipt somewhere.**
Q Would you be willing to look for it?
**A Like, right now?**
Q No, not right now. At some point, would you be willing to see if you still have -- after this deposition, would you be willing to take a look at your credit card statements, your email confirmations, orders and see if you still have a receipt or proof of purchase for that laptop?
**A I guess. I guess if it's -- if it's relevant, you know, I'm happy to take a -- take a look.**
Q Sure. And we appreciate that.
And you were told the laptop was no longer functional. Were any efforts made to transfer any date using iCloud?
**A I'm not sure. You know, the way it works these days is you just turn it on and it seems to, kind of,**

**populate whatever it populates and you go with that. All of my stuff that I use is, like, in email, so as long as my email is working, synced up, that's kind of, like, all I'm concerned about.**

Q What email is this, associated with your Apple ID?

**A Cooksventure@me.com.**

Q That is your email for your Apple ID today?

**A That's right.**

Q And that email, is that a personal email?

**A Yeah. It's, like, just my Apple email. I don't really use it for, like, you know, any -- it's a personal email. I know that Cooks Venture is kind of funny, but Cooks Venture, as a name, was around for a very long time.**

**But cooksventure@me is a personal email that I use only for Apple, for like, Apple TV and stuff like that.**

Q When did you create that email account?

**A I can't remember, actually, but it's got to be, like, going on 20 years or 15 years or something like that, a long time ago. It predates the company.**

Q Okay. So over 15 years?

**A Or it predates the company.**

Q Over 15 years, you have had this email address;

is that correct?
**A I -- I believe so. It was, like, my original Apple ID.**
Q Okay. Was that Apple ID, the same one associated with the laptop that's -- was no longer functional after you left Cooks Venture?
**A It could have been.**
Q Can you think of any other Apple ID that would have been associated with that account?
**A Well, it would have been that, or I would have had an Apple ID for the matt@cooksventure. I can't remember how that was set up.**
Q Okay.
**A We're going back ten-plus years. It's hard to remember how it was set up.**
Q Okay. Did any -- did you have emails from your matt@cooksventure.com email account forwarded to this cooksventure@me.com account?
**A No. I just -- I literally used that just to sign into devices, like Apple TV.**
Q Okay.
**A I didn't forward emails from -- from any of my email addresses -- from, you know, matt@cooksventure to any email addresses.**
Q Was that email account, cooksventure@me.com -- so

to be sure, it was still active while you were at Cooks Venture, correct?

**A Probably, yes. I'm not sure how Apple works. But, you know, assuming that I had it for that time period, I would have been signing into Apple TV or whatever, yes.**

Q Do you still have access to cooksventure@me.com today?

**A Yeah.**

Q Okay. Was it the same Apple ID for your laptop and your cell phone?

**A Again, I can't remember how that laptop was set up, like I said earlier, so I'm not sure.**

Q What is the Apple ID for your current cell phone?

**A It's cooksventure@me.**

Q Okay. So the same one, then?

**A Yeah.**

Q Okay.

**A For this cell phone.**

Q Okay. What cell phone number is associated with your current cell phone?

**A (212)452-1912, the same one that we provided.**

Q Okay. And was that still your cell phone number while you were at Cooks Venture?

**A That's been my cell phone number for over**

**20 years.**

Q Okay. So you have since purchased new cell phones, but your cell phone number has stayed the same; is that correct?

**A That's right.**

Q Okay. And given you have this Apple ID, would there have been records of when you switched devices in your account -- in your Apple ID account?

**A I -- I'm not an IT specialist, so I couldn't speak to that.**

Q Is that something you'd also be willing to look into after this deposition?

**A I -- to the best of my ability.**

Q Okay. We've kind of already touched on this conversation, but now my questions are more so going to be about your communications with other employees while you were at Cooks Venture.

So what was your primary mode of communication with other Cooks Venture employees?

**A I don't think there was a primary mode of communication, you know. I'd say, moderate communication. We'd talk on the phone; we'd, you know, have meetings; we would, you know, predominantly sit in a room and discuss stuff; or I was -- I'm a very in-person kind of, you know, leader. So I would**

**go to the plant. I would have a meeting and talk to people. I'd go to a -- you know, to the office, I'd meet with people. I'd talk, discuss, you know, and review materials over -- over a conversation.**
Q Okay.
**A I like to talk face-to-face with folks.**
Q Sure. But beyond that, did you use email?
**A Yeah. I mean, like every company, we used emails, we, you know, made phone calls, etc.**
Q What about WhatsApp?
**A I did not use WhatsApp for Cooks Venture, ever.**
Q Slack?
**A No, we didn't use Slack.**
Q Teams?
**A We didn't have a Teams account, but sometimes, if there was, like, a sales call and we had to talk to somebody for -- like, you know, Kroger or whatever, and their company, you know, platform, might have been Teams. In that case, you know, people had to download Teams and it worked, like, half the time, and you'd do the call on Teams. But we didn't internally set up Teams invites.**
Q What about Google Chat?
**A I think some people used Google Chat. I did not use Google Chat. I'm not a fan of it, but I think**

**some people, like, you know, might have used Google Chat on their own.**
Q And what about text message?
**A People did text -- text message, yeah, sure.**
Q Did you use text messages to communicate regarding Cooks Venture matters, when you were --
**A Yeah. We sent over the text messages that -- you know, so you know we -- you know that I did.**
Q And what cell phone number did you use?
**A The same number I shared.**
Q Okay. Were you provided a cell phone by Cooks Venture? I think you said, "no;" is that right?
**A Yeah.**
Q Okay. While you were CEO, was your cell phone bill reimbursed by Cooks Venture?
**A I do not remember, in all honesty.**
Q Okay. Have you retained cell phone bills from that time period?
**A No. I've never retained cell phone bills in my life.**
Q Were any other expenses reimbursed for you, as CEO?
**A Yeah, sure. I mean, normal stuff, T&E. You know, transportation, stuff like that.**
Q Okay. And so when you were using text messages,

you mentioned you had an iPhone, so you were using iMessage, then, to text?

**A Yeah. I mean, like, some employees didn't have iMessage, so you'd get the green bubble but, you know, sure.**

Q Okay. And sorry, to go back about expenses. Was your internet covered by Cooks Venture?

**A Like the company's internet?**

Q Not the company's internet. So in your personal residence, was your internet covered by Cooks Venture, in order for you to do your duties?

**A No. I don't -- I don't think so.**

Q Okay. While you were CEO and using text messages to communicate with other employees, did you have an auto delete function set up for your messages?

**A No.**

Q Okay. So there was no time period after which messages would be deleted off your device?

**A Not that I'm aware of.**

Q Okay. Do you recall ever seeing any kind of document retention policy at Cooks Venture as it pertained to cell phone communication between employees?

**A I think that your initial question about document retention also covers that question, which is that we**

**didn't have, really, a document retention policy or an IT policy, so that's sort of the same -- the same question. So my answer is still, like, you know, that's not something that we had as part of our governance.**

Q So, generally, employees were free to use their personal cell phones to communicate regarding whatever work they were doing for Cooks Venture?

**A Well, you know, in a startup, personal cell phones don't cost the company money, so that's obviously beneficial.**

Q Sure. So you, as the CEO, never set any kind of guidance for employees how they should be communicating with their cell phones?

**A I -- you know, we weren't a public company, so I don't think that it's common for private companies and startups to have those kinds of guidance in the early stages of business. I've just never even heard of that.**

Q Uh-huh. Were there any kind of subject matters that you instructed employees not to discuss through a text message?

**A Not to discuss?**

Q Via text message, yes.

**A Such as?**

Q I'm asking you if there was anything you can think of?

**A No. I don't know.**

Q Okay. What kind of Cooks Venture matters were you discussing via text; do you recall?

**A I mean, again, like, I kind of went over this earlier. My -- my main, you know, scope of work and the day-to-day and starting a company is you need to have sales. You know, you need to sell the whole bird. You need to sell, you know, all of the parts. You need to make sure you are efficient in your operations. You need to make sure that, you know, you have good, you know, IR.**

**You need to make sure that you have, you know, a good team and recruiting and, you know, are hiring the right people. So my day-to-day responsibilities were, you know, between different departments, but they were predominately oriented around ensuring the success of the business.**

Q So all of what you just described, it's possible that you used your cell phone to send text messages regarding all of those topics?

**A I am a human being, living in 2020-whatever at that time, so, yeah. I mean, we all used our cell phones, so this is obviously normal stuff, yes.**

Q Sure. Sure.

**A If you're trying to ask if I -- if I used my -- my phone during work, yes. I used my phone during work, if that's what you're getting at.**

Q Essentially, yes. But --

**A Yeah.**

Q -- when would you use text message versus email to communicate with other Cooks Venture employees? Did you have a standard --

**A Honestly, I didn't -- I don't have a system for when one is better than the other.**

Q How often would you use one --

**A I mean, do you think, like, when -- I mean, I just don't know what -- in the decision tree process, it just would seem obvious when somebody sends a text message versus an email, right?**

Q Sure. But if you had to give a percent -- I know it's hard to, but how often would you text message versus email to communicate regarding your job?

**A I just -- honestly, I couldn't even speculate what percent I used one versus the other. It would just be so speculative.**

Q Just kind of need based? If somebody texted you, would you respond via text; if somebody emailed you, do you respond via email?

**A Sometimes. I mean, it's just circumstantial. Like, sometimes, people just send you a long email and it's too much to write back, so you just call them, you know. Like my -- I was oriented mostly around conversations.**

**You know, me -- for me to sit down and send, like, a 30-minute email or a long text, and I hate typing, you know, on -- on, you know, those screens, I would rather just have a conversation with somebody. So that -- my go-to was more conversational, generally speaking.**

Q Okay. I guess, how often in a typical day, while you were CEO, would you be texting, though, about Cooks Venture matters? How many -- I guess, how often would you be doing it in a workday?

**A How often?**

Q Yeah, in a workday?

**A I mean, not that much, because I -- again, I'm in person, you're in the field. Your hands are usually covered with something if you're on a farm or in the plant. You know, like, you know, you're not whipping your cell phone out too often.**

Q Okay. So you -- sorry. How often were you on farms?

**A We had our company property, and I was on the**

**company property almost every day --**

Q Okay.

**A -- or in a plant or something like that, on almost on a daily basis. Our offices were sort of surrounded by the farms, you know, downtown, and the farms were up in the hills around there.**

Q Okay. So it's fair to say that you were away from your desk quite often?

**A Yeah, definitely. Or, you know, I was on sales trips a lot, I was with customers, I was in meetings. I traveled constantly. You know, I was like the -- really, the guy who ran the -- you know, most of the sales for the company.**

Q Sure. And when you were away from your desk, would you keep your cell phone on you?

**A Sure.**

Q Okay.

**A In most cases. I mean, in some cases, you have to put a phone in a box. You can't take it into some environments, some plants and things like that, where, you know, you're just not allowed to for, you know, security.**

Q Yes, sure. How often would that come up?

**A Now and again. I mean, in the -- in the meat processing business, that happens more frequently than**

**in some other businesses.**

Q And you mentioned that you sometimes had to travel for work; is that correct?

**A I traveled frequently for work.**

Q Okay. And did you take your MacBook and your personal cell phone when you were traveling?

**A Usually.**

Q In what instances would you not take those devices?

**A Well, I might leave a computer in a, you know, hotel room; or if I was, like, visiting a farm or something, you're not going to carry around your laptop, obviously.**

Q Sure. So I think you mentioned earlier, we're all living in 2026 --

**A Yes.**

Q It was 2024, 2023, at that time, whatever the date was, you always had your cell phone on you, correct?

**A Unless I was in a place where I wasn't allowed to have it.**

Q Okay. Who do you recall texting to discuss Cooks Venture matters?

**A Like when I was the CEO of Cooks Venture?**

Q Yes. Correct.

**A Who do I recall texting?**
Q Uh-huh.
**A I mean, you know, I texted with -- you know, all of the -- all of the executives in the company.**
Q So Blake Evans?
**A Yeah.**
Q Tim Singleton?
**A Uh-huh. Sure.**
Q Ankur Agrawal?
**A Ankur, yes.**
Q Ken Collins?
**A Correct.**
Q Okay.
**A I provided those.**
Q Sure. What about Fariba Izadi?
**A Sure.**
Q What about Ryan Bruder?
**A Ryan Bruder, finance, yes. Ryan.**
Q Okay. Jessica Cox?
**A Yes.**
Q Mingsi Van Kessler?
**A Yep.**
Q Okay. Amanda Parker?
**A Sure.**
Q Lee Ann Scott?

**A Sure.**
Q Okay. And what about Cooks Venture's board members, Taryn Goodman-Gallery?
**A I would have texted with her, yeah.**
Q Matt Feldman?
**A Correct.**
Q Dan Phillips?
**A Yep.**
Q Randall Lewis?
**A Various times.**
Q Okay.
**A Who?**
Q Randall Lewis?
**A Yes.**
Q Okay. Mark Kittrell?
**A Who is Mark Kittrell?**
Q Do you recall who Mark Kittrell is?
**A Mark Kittrell. I think Mark was in the live poultry or the plant, but I think he was live poultry. I might -- maybe, I texted with him, but I don't know for sure.**
Q Okay. Well, just for your knowledge, he's the -- he was a live operations manager.
**A Okay. I -- I might -- I might have texted with him. I can't recall if I ever texted with him or just**

**spoke to him.**
Q Okay. What about Kevin Floyd?
**A Kevin Floyd was also in the live department. Again, he's a guy who I don't know if I texted with Kevin or I just talked to Kevin but, you know, I -- like, Mark and Kevin, I would run into from time to time, but I didn't know them super well.**
Q Okay.
**A They reported to people who reported to me, and, like, so on and so forth. I think Kevin was, like, three steps removed.**
Q Okay. What about Tanner Lackey?
**A Tanner was a broiler manager for a while. Yes, I've texted with him.**
Q Okay. And Erin Clark?
**A Can you remind me who she was?**
Q Erin Clark was also, I believe, a broiler manager.
**A Broiler manager. I don't know if I texted with her, I -- I -- I remember a couple of the women who worked over there. I think she was, you know, one of them.**
Q Okay. And do you recall --
**A Anybody at that level, sort of in the -- sort of in that, sort of, live, you know, broiler level,**

**wouldn't be somebody that I would be, you know, daily interacting with.**
Q Okay. And what about any of the plaintiffs in this case, do you recall texting them?
**A I've never even met any of those folks.**
Q Okay. Any service technicians? Did you text any service technicians at Cooks Venture?
**A If I ever texted a service tech, it would have been -- I mean, first of all, I don't think I had any service tech's phone numbers, but I would have, it would have been, like, a one-in-a-million kind of deal. Very doubtful that I -- that I ever texted any of them.**
Q Okay.
**A I couldn't even name one of the service technicians' names.**
Q Okay. And that's okay.
**A Those -- those were, like, four levels down but, you know. I mean, very -- listen -- very appreciate their work, but --**
Q Sure. Sure, yeah.
**A But, like, I just -- I didn't really know them.**
Q And I know, then, you said you don't recall any of the plaintiffs. Does Melisa Barr ring any bells for you?

**A I -- I literally don't know who that is.**
Q Okay. That's fine.
**A I've never -- I've never met her and I think she -- she would probably say that she has never met me.**
Q Sure. Of the individuals that I listed, I know there was quite a few. How frequently did you text those individuals? So I'll start with Blake Evans. Do you recall how often you would text -- and, actually, rather, before I get into that, was there anyone else that you would text at Cooks Venture that I have not already listed?
**A I'm trying to really think about it.**
Q Take your time.
**A I mean, maybe, sales operations, Gary -- or, yeah, Gary Kleigman, who was running sales. So I would have texted with him. Some of the e-commerce folks.**
Q Do you remember those names in e-commerce?
**A It could have been Lise Wentz and -- you know, sales people.**
Q Do you recall any of the sales -- the sales folks?
**A Yeah. So Kyle was on sales, and Gabriella was on sales. Those would have been the main ones.**

Q Bob Davenport, does that sound familiar?
**A Bob, that's right. Bob was around -- around Gary. And Bob was on sales for a hot minute.**
**I'm trying to think in the -- oh, Mark Fisher. Mark Fisher was, like, my right-hand. Great, yeah, a really hard-working guy. Passed away, so.**
Q I'm sorry to hear that.
**A Yeah, it was tragic. So Mark -- Mark was really like, kind of, my -- my go-to. He was there from day one.**
Q Okay. What was Mark Fisher's role?
**A He was our VP of Ops, so he helped build the plants and set up everything in the early days.**
Q Is there anyone else you can think of?
**A Those are the -- those are the main ones, yeah.**
Q Does the name Judy Pina sound familiar?
**A Oh, yeah, Judy, sure. Judy helped with some EA stuff.**
Q What was her role?
**A Well, she was like, you know, assistant sales. You know, she was my, sort of, EA, slash, helped out with e-commerce and just sort of like various tasks. She was remote, based in New York.**
Q Okay. When you say, "EA," do you mean --
**A Executive assistant, yeah.**

Q Okay.
**A Executive assistant-plus, like, you know, she'd do some project management-type stuff.**
Q Okay. So she wore that one hat, correct?
**A Yeah. Yeah.**
Q Okay. Did you know her before you started at Cooks Venture?
**A Yes. She worked for our culinary team at Blue Apron.**
Q Okay. Did you, then, bring her on when you started at Cooks Venture?
**A That's correct.**
Q She joined with you, okay.
**A Yeah.**
Q Okay. Do you think we've, kind of, gone over as many people as you probably texted with? Is there anyone else you can think of?
**A I think you gave a thorough list. I'm trying to think if there -- I mean, I've provided a few extra names. I'm trying to go back, you know, in time a little bit, here. So that sounds like I've got the sales department; got the ops department; got the live guys, that would be Blake and Tim; the finance guys, and you -- you know, mentioned Ryan and Jessica and Ankur, obviously, and Ken, later. Mark Fisher, I**

**said. Yeah. I mean, I think that -- that covers what I can recall right now.**

Q Okay. So in that list that we've gone over, let's start with the executives. So Blake Evans, how often would you text him?

**A I mean, if we're going to go through the full list and ask how often I texted all those folks, it's going to be very hard to recall. I -- maybe a few times a week, I'm not -- I'm not sure, exactly.**

Q Sure.

**A You know, when you text with somebody, sometimes you text, like, a lot during one day and you don't talk for a few days. And, you know, so on and so forth. So it's -- I can't -- I can -- like I said, when we started the call, I can barely remember my -- you know, I shouldn't say this, but my wife's phone number.**

**But like, it is -- it is genuinely difficult to recall the amount of times I texted with people versus talked to people on the phone versus had an email versus, you know, met in the plant or in a field or whatever. You know, it's -- it's -- time becomes a little bit compressed after so many years.**

Q Sure. Sure. Sure, and I can appreciate that. What, if I ask --

**A My answer was, kind of, going to be the same for everyone, which is, like, I -- you know, here and there, you know. Like, we can talk sometimes if we needed to.**

Q Okay. Well, sure. To make it easy, more -- a little bit easier to recall, let's just go in groups.

**A Yeah.**

Q So among the executives, so Blake Evans, Tim Singleton --

**A Yeah.**

Q -- let's include Ankur Agrawal, Ken Collins, in that list. Who did you text test the most between those folks?

**A Between all those?**

Q Uh-huh.

**A I think, probably, the people I texted most were in sales. I -- between Ken and Ankur, Ankur just worked for us a lot longer, so there -- I texted with him for a longer period of time, therefore more texts.**

Q Okay.

**A And I -- I know this because I recently reviewed all the stuff we sent over, so I know the length of those -- you know, of those texts and the amount of those texts.**

Q Okay.

**A But, you know, over those two, I know it was Ankur more. Between Blake and Ankur or Tim or whoever, I -- I just don't -- I have no clue.**
Q Okay. What about --
**A Tim wasn't there that long, either. So Tim came -- sort of came towards the end, also, so.**
Q Okay. What about Fariba and Mark?
**A Probably, Fariba and Mark. Mark, quite a bit for sure. Fariba, periodically.**
Q Okay. And the finance team, I know we talked about the CFOs already. But what about their direct reports, so Mingsi, Ryan, Jessica Cox?
**A Mingsi didn't report to them. She reported to me.**
Q Okay. Okay.
**A Mingsi was our head of IR. I tested with Mingsi pretty frequently.**
Q Okay.
**A Mingsi also came down to Arkansas during COVID and helped us get things going.**
Q Okay. Okay. What was Mingsi's -- could you give me her -- Mingsi's official title?
**A I can't remember her official title, but it was in charge of investor relations.**
Q Okay. And did you -- okay.

**A IR.**
Q And did you -- thank you for clarifying. Did you text with investors?
**A Sometimes, sure.**
Q Do you recall which ones?
**A The ones that would give me their phone numbers.**
Q Okay.
**A That's another, you know, whole thing. But I can't -- I couldn't say which ones, exactly. I don't recall.**
Q What about folks at AMERRA Capital?
**A Yeah. I'm sure, you know, at some point.**
Q Any names that come to mind that you would have texted with at AMERRA Capital?
**A The name of the woman who was at AMERRA is -- is -- I should know this. If you give me -- I can look it up, if you give me a second.**
Q If you know it, I'm -- or if you don't --
**A Alexandra. Alex Lunt, yeah.**
Q Okay. Okay. So she is someone that you would -- you would text regarding Cooks Venture matters?
**A Sure.**
Q Okay.
**A She was a -- she was a board member at one point. I think she was a board member -- I think she was a**

**board member at one point.**

Q Do you recall from when to when she was a board member?

**A I -- I -- I just barely remembered she might have been a board member, so I couldn't tell you what dates or what, you know, time period that was, but I also could be wrong about that. She might have just been involved and not been a board member. So I don't know if it was ever official or not official. I can't -- I can't recall exactly. Well, it would be in the company records, though, either way.**

Q Okay. What about, I believe the acronym is PIUS, Patten Insurance Underwriting Service?

**A Oh, PIUS is -- yeah, PIUS is a -- is a debt -- is a debt underwriter.**

Q Were there any folks working at PIUS that you would have texted with?

**A I think when we did our deal, initially, there was a guy. I don't remember his name, but he left the company, and then there were some new people there. I don't think we texted. I think we mostly emailed. I think it was mostly email.**

Q Does the name Joe Agiato ring any bells?

**A I think I talked to Joe, yeah. I don't know if Joe was the principal or if he was one of the people**

**who was on the deal, but the name seems familiar. I just don't remember which category he was in, you know. I guess you're saying he was with PIUS, so --**

Q Yes.

**A -- it sounds familiar. So I can't remember which level he was at in PIUS or if he was a decision-maker or somebody who was, like, an associate or -- I don't know.**

Q Sure. Sure. But even if you can't recall his role, do you think it's possible that you would have texted him?

**A It's possible. It's possible. I think any, like, formal business, though, with like, somebody like -- like a bank like that, usually, you do, like, a meeting.**

Q Okay.

**A But, I mean, it -- sure, it's possible.**

Q Does the name Alexis Cole sound familiar?

**A Did she work with Joe, I want to say?**

Q I believe so, yes.

**A Yeah.**

Q And it's possible that you would have texted her as well?

**A Again, it's possible. Any, like, real correspondence would have happened on like a -- like**

**a, you know, a Zoom or something.**

Q Okay. And going back to your finance teams, you said you probably did communicate -- or that you did communicate with Mingsi via text about Ryan and Jessica Cox. How often would you text them?

**A I don't know. Like, you know, a few times a week, maybe.**

Q Okay.

**A More or less, some weeks.**

Q Okay. And HR, Sylvia and Scott, how often?

**A A couple of times a week, maybe.**

Q Okay. And what was Amanda Parker's role?

**A Sales.**

Q Sales, okay. How often would you text her?

**A A few times a week. I don't know.**

Q Okay. And among the board members, so Taryn Goodman-Gallery, Matt Feldman, Randall Lewis, Dan Phillips, who would you text the most, among those four?

**A I don't know. I didn't text with -- I didn't text with them that much. Maybe, Feldman, probably, between all of them.**

Q Do you know where Mr. Feldman is currently located?

**A I have no clue.**

Q Have you kept in touch with him?
**A Nope.**
Q You have not spoken with him since you left Cooks Venture?
**A I pinged him one time, just to say, "Hope you are doing all right." And he said, "Yeah. Let's catch up some day."**
Q When was that?
**A That was, probably, two years ago.**
Q Okay. But nothing recently?
**A Yeah.**
Q Okay. Nothing related to this litigation?
**A Nothing related to anything, actually, just, "I hope you're doing well."**
Q Okay. The broiler managers, how about them? Like, Erin Clark, how often would you be texting --
**A Erin Clark?**
Q Yeah. How often would you be texting --
**A I think, never, to virtually never.**
Q Okay.
**A I mean, if I texted her, it would have been, you know, probably, a rare occasion, if -- I can't even remember if I have her number or not.**
Q Could you check? Not right now, but could you check?

A I could check, sure.
Q Okay. So you're confident that you never texted Erin Clark?
A I didn't say that. I said, if I did, it would have been a rare or exceptional occasion. It wasn't -- I wasn't, you know, daily talking to Erin Clark.
Q Okay. So not frequent communication at all?
A No.
Q Okay. And what about the live operations team, so Mark Kittrell, Kevin Floyd, how often would you be texting those folks?
A Yes, same. Again, like, I -- I barely knew or could recall Kevin and Erin. You jogged my memory a little bit with those two, but even Mark Kittrell, I -- you know, I very periodically ran into him. I saw him, maybe, around the office, maybe ran into him once a week, something like that, would say "Hi," sit through -- sometimes he would do a report or something. I would sit through that occasionally, but texting with him was not a regular thing.
Q Okay. Did you --
A I would -- I wouldn't go -- it would be inappropriate for me to go directly to those guys to give them direction when they had other bosses, you

**know, the proper chain of command.**
Q So you --
**A None of those -- none of those guys reported to me.**
Q So if they were not your direct report, you would not be reaching out to them directly regarding their duties?
**A Not -- not generally, no. If somebody -- if somebody works for -- for you, you don't want to circumvent their boss and go to them and tell them to go do something. You know, that's just, like, kind of messy.**
Q Okay. So you felt it was important to follow the chain of command in your communication with people?
**A Well, I think, generally speaking, it's just, you know, common decency and respect in the workplace. You know, you don't want your -- if you -- if you have a job, you don't want your, you know, boss's boss to come and directly interfere with the work you are doing, so. It's pretty -- pretty common.**
Q Okay. Did you communicate via text with any of Cooks Venture's vendors, so say, the feed mills?
**A Not regularly. There was -- there was one feed mill that would occasionally -- I mean, maybe, sent me one or two texts, or five -- maybe one or two texts a**

**year, something like that, kind of situation. That would have been Majestic. I was part of, you know, trying to get Cargill set up. I think that happened around the time of my departure.**

**Other mills, I -- I didn't have that much. I think Powell was the other mill, and I didn't have much of a relationship with those guys.**

Q Okay. So you --

**A I had very -- I had very little relationship with the feed mills directly. I visited Majestic once or twice in the early days, and I met with the -- you know, the CEO or president or whatever his title is.**

Q So you occasionally texted with folks at the feed mills, but that Cooks Venture was --

**A I would call it less than occasionally. I'd say, like, extremely infrequently. Like maybe once or -- once or twice.**

Q Okay. In what instances would you need to text them?

**A Oh, I can't recall. Like, you know, it could have been about price or something like that, or just to say, you know, just checking in.**

Q Okay. If you give me a second, I'm going to share my screen again. Just give me a second.

So I'm going to share my screen now.

Okay. So this will be marked as Plaintiffs' Exhibit No. 2.

(WHEREUPON, Plaintiffs' Exhibit No. 2 is marked for identification and is attached hereto:)

BY MS. SANDHU:

Q Can you see my screen, Mr. Wadiak?

**A Yep.**

Q Okay. I'm going to scroll through it to give you a second to review it.

**A Can you slow down? Sorry.**

Q Sure. Sure.

**A Joe? So who is -- oh, Joe DePippo. Yeah, okay.**

**Wait. Can you go back up? Sorry, I didn't catch the first part.**

Q Yes. Yes. Yes.

**A I'm trying to -- I'm trying to catch the context here.**

**(As read:) Good luck with meetings. Expect your schedule today. Thanks, Joe. Can you text me and we can wing it.**

**Okay. Scroll down, please.**

Q Uh-huh.

**A (As read:) Hope -- okay.**

**(As read/indiscernible:) It's good. Me, too.**

**Wow. If -- windows could talk.**

**Okay.**

**(As read:) He's tomorrow -- we could go for drinks with the PIUS folks or debt folks tomorrow. MAC called depending on -- thanks. Let's take it offline.**

**Okay.**

Q Okay.

**A (As read:) Attached are a few more reports going to consider going forward. As I review my historical files, I have quite a few other reports that may be helpful, some of which I'll forward later this week. I'll take 30 minutes of your time.**

**Okay. Sure.**

Q Okay. So what --

MS. SANDHU: Oh, and for defense counsel, this is the Bates stamp CV_Download_105536 through 37.

BY MS. SANDHU:

Q So what do you recognize this email exchange to be about? And if you need me to go back to any parts, let me know.

**A Just scroll down again.**

Q Uh-huh. (Complies.)

**A Is there a title on any of the -- is there, like,**

**a title?**

**(As read:) Reports to Consider. Thanks, Joe. I'll look at these tomorrow.**

**I mean, maybe it's like some poultry stuff that Joe did. He was a poultry consultant before he joined our board.**

Q Joe DePippo was on the board of Cooks Venture?

**A He was an independent -- yeah, board -- board member. And before that, he was an executive at Perdue and Tyson and a bunch of -- maybe not Perdue -- Tyson. I think he was Perdue, though. He was an executive at Tyson, though. He worked for Donny Smith, so a very knowledgeable poultry person.**

Q Sure. How long was Mr. DePippo a board member of Cooks Venture?

**A I don't know. I think -- I mean, over a year, I think.**

Q Was he still a board member when you left your position?

**A I don't think he was, technically, yeah. I think they had replaced him.**

Q Okay. And you mention here, in this email from July 26 --

**A Yeah.**

Q -- about him texting you. So did you text with

Mr. DePippo as well?
**A I mean, if he said he would text me, he probably texted me.**
Q Okay. And this email from earlier that same day, you know --
**A Yeah.**
Q You know -- you're emailing Mr. DePippo and at the end of your message, you say, "Let's take it offline."
What did you mean by that? For him to call you?
**A I don't know. There's a lot of people on the thread here, so probably like, let's just talk about it without bugging a bunch of people.**
Q Okay. And that would have been a phone call or text?
**A I couldn't -- couldn't say.**
Q Okay. When you had emails like this, with lots of folks on it --
**A Yeah.**
Q -- was it common for you to, you know, resort to texting or calling to make it easier on the person that you wanted to --
**A Well, I think it's discourteous to -- you know, for a bunch of people who don't need to be on a thread to send them a hundred emails that they don't care to**

**read, you know?**

Q Sure. So to be courteous, if you were part of an email thread with lots of folks, you would just send a text or give a phone call to someone that you wanted to just speak with directly, rather than communicating on the email chain?

**A Yeah. Or if there is something to have a conversation about versus going back and forth and having to -- also, like, for me, as, like, a CEO, when I'm doing a hundred things, I can't spend my whole day sending emails back and forth, so.**

Q Sure. So it's easier to text?

**A It's usually easier to do a phone call.**

Q Was it easier to send a text versus sending an email?

**A It just depended on the context of that. It's easier to do a phone call than any of those things, though, so --**

Q Sure. Sure.

**A -- that's my go-to. Yeah.**

Q But I guess if you had to give a hierarchy to it, easiest to call, then text, then email; is that correct?

**A I -- I couldn't put a hierarchy on it. I don't -- you know, I think it's all contextual,**

**relevant to what -- whatever the business case is, so, yeah, it seems -- it seems esoteric.**

Q Okay. Well, I'm going to stop sharing my screen. So while you were at Cooks Venture, was the company involved in any kind of litigation?

**A Was the company involved in any litigation? We got sued for a -- one of those ADA website suits for California and New York, to make our website more -- more ADA friendly. So I think that's the one that I recall. And we had to settle in both New York and -- those are the nuisance suits, New York and California, separately, for that. So I can't remember what the dollar amounts for those were, but, you know, it was like 10K, or something.**

Q So those were civil lawsuits with claims under the American Disabilities Act; is that correct?

**A Yeah. There's like the -- you know, many thousands of companies got hit with those from ADA claims for website accessibility, specifically.**

Q Sure. So one was based out of New York and one was out of --

**A One was New York. And then, the way that those worked is they were almost always New York and California would, sort of, operate jointly, and we got -- we got hit with both of those.**

Q Who were the plaintiffs in those cases?
**A I have no idea. I was, like, really not involved in them. I just know that they asked for a -- they asked for a settlement immediately, and we, I believe, just negotiated and settled both of them.**
Q Do you recall if it would have been a state or federal agency?
**A The plaintiff?**
Q Yes, in these lawsuits.
**A I don't think that's how it works, but -- I think they are usually a person, right? I'm not sure. I'm not an expert in this stuff, but I know that they just got settled.**
**I'm only very aware of, sort of, the high level, you know, like you meet with the GC or the lawyer or whatever, and you say that they want to settle for X, Y, Z. There's like a hundred thousand of these right now, this is what you should do, so. I can't -- I can't --**
Q Sure. Sure. When you say "GC," do you mean general counsel?
**A Yeah, whatever the -- whoever our counsel was at that time, and I don't even know who that was then.**
Q Did Cooks Venture ever have a general counsel in-house?

**A No. No, no, no. I'm sorry. I apologize. I'm using that term, kind of, liberally. I just mean the -- whoever our engaged lawyers were at the time.**

Q Do you recall which law firm represented Cooks Venture in either of these litigations?

**A Oh, we had different law firms for different things. So for that case, I don't know if we hired somebody to do that or if it was somebody in Arkansas, Oklahoma, or if we had to bring in -- we might have had to have a lawyer in -- usually, I think in California, you have to get a California bar person; in New York, you had to get a New York bar person.**

**So I don't know who -- I can't even remember who would have managed that. Somebody -- somebody ended up who specializes in those things, I think, just, you know, figuring out what the settlement was.**

Q Does RMP Law sound familiar, as the law firm for either of those lawsuits?

**A RMP?**

Q Yes.

**A Is there a -- is there a -- does that spell something out?**

Q Sure. I actually don't know what it spells out, but does the name --

**A I don't know.**

Q -- sound familiar? Okay. So you can't --
**A I worked with a firm called Reitler, and if that's the same firm, if the R is --**
Q That's a different firm. Okay.
**A -- it could be, but I would not guess that Reitler is the same as RMP.**
Q No. No, they are not. They're not.
**A Okay. Yeah, so then I haven't heard of RMP. It's probably somebody they engaged. That wasn't me.**
Q Reitler, could that have been the law firm that represented Cooks Venture in these --
**A No, because Reitler does, like, startups-type stuff. I highly doubt they would have done that, or maybe they -- maybe they hired somebody, or they -- it also just could have been that our local -- you know, our local attorney in Arkansas might have -- might have suggested somebody. I'm not sure. I'm not sure how that came to fruition. I just know that closed down.**
Q Who was your local counsel?
**A It was somebody Blake knew. It was a woman that Blake knew that had worked on Peterson or maybe knew Peterson or knew Blake via when he was a kid and then went to law school and represented Crystal Lake. What was her name?**

**Again, I could look it up and figure it out. But I -- it's -- I should know it, but it's been a few years and I just -- I apologize. I can't -- I can't recall her name off the top of my head.**

Q That's fine. Does the name Wendy Johnson sound familiar?

**A No. It wasn't Wendy Johnson. That's not right. I don't think -- I don't think it was Wendy Johnson.**

Q Do you know who Wendy Johnson is?

**A No, that doesn't ring a bell.**

Q Okay. And so you said both of these matters were settled; is that correct?

**A The ADA ones, yeah, I think so. Yeah.**

Q Okay. Do you recall if these were lawsuits in state or federal court?

**A Honestly, I'm not even sure how those -- how those cases work, totally. So, no, I don't know if they were state or federal.**

Q Okay.

**A I think they are state, though, because once the -- how can they be -- if it was federal and it got settled in a California jurisdiction, they can't redo it in New York, right? So I assume it must have been state, right?**

Q Okay. But you don't recall?

A Well, I would, kind of, defer to you, honestly, for something like that.
Q I would not know the details of that, Mr. Wadiak.
A Yeah. I -- I don't understand how -- how those things happen. I know there's jurisdictions by state for the ADA and I'm not sure why the precedent is such that you can sue in different states for the same thing. It's annoying, but it's -- it's something that had to get settled in California and New York separately.
Q Sure. Do you recall producing any documents for those lawsuits?
A No, I don't think -- I don't think so. I mean, I think what they require is that you update your website. You just settle and you update your website.
Q Do you recall, before the case settled, do you recall if any discovery was exchanged?
A I have no idea.
Q Okay.
A I'm not -- again, I wasn't really involved in that. I don't even know who did it.
Q Okay. Did you attend a mediation or settlement conference for either of these lawsuits?
A No.
Q Do you recall who from Cooks Venture would have

attended a settlement conference or mediation?
**A Probably a representative -- probably a lawyer or somebody. I don't know.**
Q Sure. But beyond the attorneys, any of the executives, Blake Evans, Tim Singleton, any of --
**A I don't think so.**
Q Okay.
**A I think that's the kind of stuff, somebody just represents you and you get an offer and you pay it.**
Q Sure. I mean, it's not uncommon for clients to attend settlement discussions as well.
**A For an ADA, I don't know, maybe. I don't know. I've never heard of that.**
Q Okay. And were there any other lawsuits that you can think of that were brought against --
**A Yeah. I think there was one more that I remember, as we were talking about it. There was a truck that picked up some chicken from our plant and was driving to either a cross dock or to a vendor. I can't remember which it was.**
**Oh, I think it was to a deboning -- actually, our deboning plant that was a co-man operation in Atlanta, and I think the truck -- the driver, somewhere after he picked up the chicken, became, you know, inebriated in some capacity. I can't remember what substances**

**exactly. He flipped over the truck.**

**Now, this was not our truck. This was, like, a trucking company that we hired to pickup and transport a trailer load, right? And I think some people -- he died during that, and I think some other people tragically lost their lives, or at least one other person who was -- who was on the road.**

**And I believe there was some litigation that we got rolled up into with the trucking company because we were the original point of pickup. Obviously, we were not involved in hiring that driver or transporting, you know. You know, running the routes or managing the company or any of that stuff, but there was some -- there was some litigation around that.**

Q Okay.

**A I think Blake was mostly involved with that. I just got, sort of, the high-level details on it.**

Q Okay. So this was a -- was this a civil lawsuit?

**A I don't -- honestly, I -- again, I don't know. I think -- I think so.**

Q Okay.

**A I think it was like an insurance company, you know?**

Q Okay. Okay. And you do recall when it was

filed?
**A Sadly, I do not.**
Q Okay. Do you --
**A I'm trying to recall. But some -- sometime in the middle of the, you know, of the company.**
Q Do you recall who the plaintiff was, or plaintiffs?
**A I don't. I really don't know. I didn't know -- I didn't know any of these folks. And, you know, again, it was a matter of a trucking company via, you know, like, one of their drivers.**
Q But Cooks Venture was named as a defendant?
**A I think everybody was named as a defendant who was -- who touched that chicken, you know, at some point.**
Q Okay. And you said Mr. Evans was more involved with that lawsuit than yourself?
**A Yeah, Blake. Blake is the one who, I think, you know, talked to the lawyers that were representing us regarding that. I never spoke, I don't think, with any attorneys directly on that.**
Q Would it have been the same attorneys that represented Cooks Venture in the ADA cases?
**A Doubtful.**
Q Okay.

**A Yeah. I don't think so. I think, you know, obviously, different -- different jurisdiction and different matter, entirely. Yeah.**
Q Where was the lawsuit filed, do you recall?
**A All I can tell you is it was somewhere between New York and Atlanta, in one of those states.**
Q Okay.
**A Yeah. It was not -- it was not Arkansas or Oklahoma.**
Q Okay. Okay.
**A Yeah, it was just somewhere -- somewhere in one of the states along the way.**
Q And where did you --
**A I believe -- I believe it was in that state's jurisdiction, if I'm remembering correctly.**
Q Where -- where did you say the accident took place?
**A Somewhere between -- I'm sorry. When I said "New York," I misspoke. Somewhere between Oklahoma and Atlanta.**
Q But not Oklahoma, itself?
**A Yeah. It wouldn't have been in Oklahoma. It was after Oklahoma.**
Q Okay. And do you recall the conclusion of that lawsuit?

**A No. I don't know if it was even still going on when I left or if it was settled or what. I don't recall.**

Q You don't recall if the lawsuit --

**A I don't -- I don't recall.**

Q Okay. Do you recall if any -- if you produced any documents for that lawsuit?

**A Again I -- I had, like, you know, little to no involvement in it, so I did not produce any -- any documents in -- no, for that.**

Q Did Cooks Venture have to produce any documents for that lawsuit?

**A No idea.**

Q Okay. And any other lawsuits you can recall?

**A That's -- those are the ones I remember.**

Q Okay.

**A I think that might have been it.**

Q Any EEOC complaints?

**A EOC?**

Q EEOC complaints?

**A What is that?**

Q The Equal Employment Opportunity Commission, if I have the acronym correct, which I do. Yes. It's the Equal Employment Opportunity Commission. It handles lawsuits related to employment matters for employee

discrimination, things of that nature.

**A I think one employee filed an EEOC complaint at one point.**

Q Do you recall who that employee was?

**A I don't know if it was an EEOC complaint, to be clear. I'm not sure if that's the official -- what it's called or not, but Fariba, at one point, had made a complaint.**

Q Do you recall the basis of her complaint?

**A I think she was upset because she thought people thought because she was from another country, that people had discriminated against her.**

Q Okay. Do you recall how that complaint was resolved?

**A I think it was likely settled, but I was uninvolved in the settlement of that.**

Q Okay. Would any of the other executives have been involved in that, Blake Evans, Tim Singleton?

**A Potentially. I don't -- couldn't speak to that.**

Q Okay. Any other employee disputes that you can think of?

**A Employee disputes?**

Q Any other lawsuits or complaints that employees might have filed regarding employment matters, besides Fariba's?

**A I think, you know, it was a company that had an HR department with 600 employees. So I think people were likely complaining about all kinds of stuff all the time, as do people in, you know, companies with hundreds of employees.**

Q Okay. And going back to the complaint that Fariba filed, do you recall if any documents were produced by yourself or Cooks Venture related to that complaint?

**A I -- I can't recall.**

Q Okay.

**A I don't think so.**

Q Do you recall any complaints, investigations, notices of violations by the USDA against Cooks Venture?

**A By the USDA? I didn't -- I didn't deal with the USDA, so I -- I wouldn't know.**

Q Okay.

**A I never -- I never dealt with the USDA directly.**

Q Okay. Who would have?

**A Mostly, people in the plant. You know, generally, that -- you know the USDA inspected the facility, so it would have been people who were working with the USDA every day.**

Q And you said you didn't -- did you say you didn't

handle that directly?

**A I didn't handle the USDA in any way.**

Q Okay. You had no involvement with anything related to the USDA's interactions with Cooks Venture?

**A Like, other than being the executive of a company that had USDA oversight, no.**

Q When you say "other than," what would that have entailed?

**A I mean, I was the CEO of the company. So I had, you know, my job, but there were people who dealt with the USDA who had experience dealing with the USDA, who were career-long veterans in the poultry industry, who were much more knowledgeable than myself about how to be compliant with the USDA in a -- you know, in an organized fashion.**

Q Okay. Who were those folks?

**A It would have been the plant managers on a daily basis, first and foremost. It would have been the live managers who would have been, you know, collecting the sheets.**

**It would have been Blake. It would have been, you know, the -- the -- Tim, who worked for the companies that managed that kind of stuff, you know, for a big part of his career.**

**Mark Fisher, initially, who is a poultry veteran**

**for decades. You know, the folks in live operations and plant management.**

Q Okay. Did you discuss anything related to USDA matters with these folks?

**A I -- I was not -- again, it was not -- not part of my purview. So, you know, if -- if -- if the USDA ever came up, it would have just been, "Hey, this is like our, you know, our grading; this is our, sort of, food safety, you know, process. Here's -- we finished our HACCP plan," stuff like that.**

Q Okay. Earlier, you did say that, within your purview as CEO, there could have been some involvement, right?

**A I -- listen, I want to be very clear about this. I never spoke to the USDA, in any capacity, other than to wave to them if they were inspecting on the line, to be polite. That was the maximum involvement I had with the USDA. I am not an expert in the USDA, but the people who worked for me were, and it was their job, very much, to -- to -- to, you know, manage that part of the company.**

Q On what occasions would the USDA be on site at Cooks Venture?

**A Well, it's required, as I'm sure you know, for the USDA to be on site during primary processing at**

**all times, so every day we were operating, they were on site.**

Q Okay. You -- so you weren't involved in any decisions about how to handle any USDA inspections?

**A No, of course, not. That would be highly inappropriate.**

Q Or any USDA violations?

**A It's not, again, not my -- you know, we had food safety managers and people that managed that kind of stuff.**

Q These were never brought to your attention, as the CEO?

**A Well, I knew if something like, if our grade dropped or something like that, you know, that would be a conversation and, you know, people would make a plan and they'd go out and fix it. But, you know, I -- I did not -- again, like, I cannot stress this enough. I didn't work with the USDA. I didn't know anybody at the USDA. I never met any of the USDA representatives. So, yeah.**

Q Okay.

MR. GNEFKOW: Anu, do you mind if we take, like, a short break? I just need to go to the bathroom.

MS. SANDHU: Oh, yeah. Sorry. That's

totally fine. How about we reconvene at, let's say, 1:40?

MR. GNEFKOW: Sounds good.

MS. SANDHU: Does that work for everyone? Okay.

(WHEREUPON, following a break the proceedings resumed as follows:)

BY MS. SANDHU:

Q All right. So, Mr. Wadiak, when we left off, we were talking about litigation that Cooks Venture was involved in over the years. Do you recall any action by the USDA regarding the weighing process of birds by Cooks Venture?

**A I think -- I think Blake mentioned something about the weight from the -- from the scale to something needed to be consolidated at one point, and I think there was a request to do that, and I believe that was taken care of.**

**I don't -- I don't remember the details of it, because I don't -- again, I don't deal with any of that stuff, but I think there was, like, a -- a scale to whatever, to the, you know, something to do with the live weight scale that needed to be aggregated or somehow, like a process, of something needed to change or something.**

Q Okay. So who did you speak to about that? Did you say Blake Evans?
**A That was -- that was Blake, yeah.**
Q Okay.
**A But I can't remember the details of what exactly it was about. It was something about just a variance in weight by, you know, a few pounds here and there.**
Q Okay. Do you --
**A I believe -- I believe -- I believe he told me that was -- that was sorted out and corrected and paid out.**
Q Okay. Sorted out. Paid out to who?
**A Well, I think -- I think that there was a differential in payments. I can't remember if it was plus or minus some amount that we had to pay out to the growers. And I believe that was -- that was resolved in a satisfactory fashion, I was told.**
Q What do you recall about other disputes with growers?
**A That's the -- that's the only one that I ever heard about.**
Q Okay. So all of these different litigations, complaints, etc., that we've talked about, would you have texted regarding these matters?
**A Regarding an ADA claim, no.**

Q Any of the ones we have spoken of, would you have --
**A I don't think so. I mean, I don't think so. Maybe, I don't know. To me, none of those were -- seemed consequential, or like --**
Q Would you have texted Blake Evans regarding any of these lawsuits or complaints?
**A It's possible, but I don't -- I don't remember anything of -- you know, I don't remember any texts, you know.**
Q Would you have texted Mr. Evans regarding this weighing issue of the birds that we just discussed?
**A Again, it's possible. Listen, it's possible. I just want to also highlight, I was doing like a hundred things a day and running a company, so whether I texted him or didn't text him, you know, I -- I -- I couldn't recall any specificity around any of that stuff. And, you know, nothing outside the ordinary.**
Q Okay. So when you --
**A Nothing -- nothing that rings a bell, at least.**
Q Okay. When you --
**A I assume you know better than I do, the answers to all these questions. I'm trying to tell you the best to my knowledge.**
Q Okay. You where there at the company,

Mr. Wadiak, though.
**A Yeah, but I haven't had the privilege of looking over, you know, every text from every person in the last, you know, 15 years, like you have -- you've had the displeasure of that, unfortunately.**
Q When you left Cooks Venture, did anyone at the company reach out to you about preserving any data related to Cooks Venture that was on your laptop or a cell phone?
**A Did somebody from the company reach out to me?**
Q Yeah.
**A I didn't talk to anybody from the company, after I left Cooks Venture, about Cooks Venture.**
Q When you left Cooks Venture, did you think that your text messages or whatever Cooks Venture data was on your personal laptop could have been relevant to any active or potential litigation?
**A I don't -- I don't think there was any litigation when I left Cooks Venture.**
Q Were you anticipating any when you left?
**A No.**
Q Okay.
**A Why would I be?**
Q Okay. What about any point after you left?
**A I'm sorry. What's the question?**

Q So immediately after you left Cooks Venture, you weren't anticipating any litigation?

**A I mean, I was anticipating any litigation when I got the thing in the mail that said we were getting -- having litigation.**

Q Okay. But earlier, when you --

**A Before that, I -- I wouldn't have anticipated any litigation.**

Q Okay.

**A I had no -- no reason to -- to suspect that we'd be litigated. And I -- I hold to that to this day.**

Q Was Cooks Venture in debt when you left?

**A Of course, we were in debt.**

Q Okay. Did that --

**A Yeah. We had a debt facility out. That was public information.**

Q And that didn't lead you to believe that you could be implicated in any kind of litigation?

**A All companies have debt.**

Q Did you believe that --

**A Are all companies in litigation over their debt, no. Almost none of them.**

Q Sure.

**A So the -- the common answer to that question logically would be, there is no correlation between**

**debt and litigation.**

Q But you didn't believe that any of the documents you had in your possession at the time that you left would later be relevant to any kind of litigation that Cooks Venture could have been involved in?

MR. GNEFKOW: I'm going to object to form. Calls for speculation as it relates to the specifics of any possible litigation.

But you can answer, if you know.

**A I have no answer for that.**

BY MS. SANDHU:

Q What about Cooks Venture's bankruptcy? Were you aware when you left that Cooks Venture would be filing for bankruptcy?

**A Absolutely not. It came as a -- just as much of a surprise to me as anyone else, and a disappointment, for that matter, too.**

Q Were you aware of the risk of bankruptcy to Cooks Venture when you -- when you left the company?

**A All companies, at all times, have risks of bankruptcy.**

Q Did you think it was a significant risk when you left Cooks Venture?

**A Same answer.**

Q Were you aware of --

**A I think -- I think just in the last -- a couple months ago, what was it, Del Monte filed for bankruptcy, one of the biggest food companies in America. Tyson almost filed for bankruptcy several times in the '80s and '90s. Perdue has almost filed for bankruptcy.**

**Almost every major company in America has filed for bankruptcy or has almost filed for bankruptcy at one point in their past, so to speculate those kind of things would seem obtuse.**

Q So it was within the realm of possibility when you left?

**A I'm not saying it was or wasn't.**

Q Does bankruptcy involve litigation?

**A Not all the time. I'm not a bankruptcy expert, though, having never gone through bankruptcy.**

Q Okay. But you just kind of gave some examples and I wasn't familiar with those. So thank you for providing those.

But you seem to suggest that bankruptcy can be a common occurrence in the industries that you have worked in. So as it related --

**A I'm sorry. I didn't work in the produce industry.**

Q Poultry, food, etc., you listed a number of

examples.
**A I wouldn't lump all those together, but, sure.**
Q Okay. But you noted that bankruptcies are not uncommon to you in --
**A No, they are uncommon to me. I've never experienced one. And to this day, I've never experienced one.**
Q Okay.
**A I've heard -- I've just read about them, like you have, on Yahoo News.**
Q So the possibility of bankruptcy for Cooks Venture was not on your mind, at all, when you left?
**A I mean, why would I think about that? I was no longer in the company.**
Q And you weren't worried about it while you were at Cooks Venture?
**A Our -- my job in the company was -- listen, as an entrepreneur, you can't be worried about, you know, if we're going to run out of money, if this is going to happen, if that's going to happen, you know, what are we going to do, X, Y, Z.**
**Your job is to wake up in the morning and to go out and win, and to sell the bird and to be successful and to create accounts and to make a profitable business, and that was our goal from day one.**

**So my goal, and the reason why I invested my life savings, personally, into Cooks Venture, and put every single penny I had into the company is because I believed in the business. I believed in the economics and the profitability of the business. I believed that by treating people the right way, by growing a better bird, by compensating people fairly and more fairly than others in the industry, we could build a really great company that would -- that would, you know, go on forever.**

**So my -- my focus as the CEO was to continue to try to build something great and to wake up every morning and work as hard as I could to do that. And that's the -- that's the only -- that's the only true attitude that a CEO should have, who's -- who's invested their life into -- into a business.**

Q Okay.

**A I really -- I really worked hard to try to make sure that we were building something great. And I want to be -- I want to, you know, be clear about that.**

Q Sure. Were you -- when you left Cooks Venture, do you recall ever hearing about a hearing in February of 2024 with Cooks Venture's growers before the Arkansas Joint Committee on Agriculture, Forestry &

Economic Development?
**A No, I don't. I didn't have any connection with Cooks Venture after I left, so I didn't -- I didn't hear about anything.**
Q After you left?
**A I saw stuff, like, in the news -- in like the papers and stuff like that. So I guess, you know, maybe I saw one or two things pop up, but I didn't really -- at that point, it was like a bygone for me, so I was trying not to think about anything. I -- I had a new life to go out and figure out. It was not my concern anymore.**
Q But based on what you saw, did you think it was possible that Cooks Venture was going to be involved in litigation?
**A I don't know what you're referring to.**
Q So you mentioned you saw some --
**A What did I see?**
Q -- you said -- you mentioned some news articles. Could you tell me which news articles you saw after you left?
**A Just that Cooks Venture had killed some birds.**
Q Do you recall speaking with any news media outlets about your time at Cooks Venture after you left Cooks Venture?

**A I mean, I talk to people all the time.**

Q Did you talk to Axios?

**A Well, if I did, there would be a record of that and it should be easily answerable. I've talked to -- Axios? I've talked to people at various points in -- in, you know, in the past.**

Q Okay. But you did mention that you heard about the foaming of the birds in news articles, that's correct?

**A I can't remember if I knew they were foamed or not or killed or what I -- what I'd heard.**

Q But you -- you heard rumblings in the news about the shutdown of Cooks Venture; is that correct?

**A Again, I wouldn't speculate that there's a shutdown or maybe there would have been a sale or what. Like, I think, the problem with -- with the news that I found, you know, after having done, you know, some interviews over the past, whatever, 15-odd years is, like, half the time what you read just isn't true, so I just try not to -- to give it too much weight. And, you know, sometimes people say something, but, you know, there's something else going on, so.**

Q Sure.

**A So this feels -- it all feels very speculative,**

**and there's a lot of hyperbole around these kind of things.**

Q Sure. Sure. And earlier, when we were talking about your role as a CEO, you sounded quite dedicated to your position --

**A Sure.**

Q -- and the effort that you put into the company. And that, I mean, you put -- you said it was, like, your life savings into the company --

**A Yep.**

Q -- so you were heavily invested in it.

**A Well, I was at one point, but then that no longer would be the case.**

Q Sure. I meant that -- I mean, even emotionally invested in the company, as well, and how it was doing. So after you left, you were no longer invested in Cooks Venture's success?

**A After -- after I left -- I, yeah. I mean, I just didn't have a dog in the fight anymore, so. You know, I had to go out and figure out what my life was going to be like.**

Q Sure. But you, on occasion, heard what happened with Cooks Venture after you left, through the news, I believe is what you said earlier?

**A I think I saw one or two, like, posts about it.**

**But, honestly, I didn't -- I don't even think I read the full articles, because it's -- it's, like, at that point, it's not even -- you know, that kind of speculation and that kind of inflation around these -- these sorts of things is just not to be -- not to be fully embraced.**

Q Sure. But none of what you heard ever suggested to you that Cooks Venture could be sued?

**A I -- I would not jump to that conclusion, personally. I don't -- I don't know for what. You know, I wouldn't know for what.**

Q And at the time that you heard about what was happening with Cooks Venture after you left, did you believe that anything in your possession, your cell phone, your text messages, your personal laptop, if any of that would be needed, if litigation came up for Cooks Venture?

**A Again, I didn't -- I didn't think that we were going to get sued, so how -- it's a -- I think we established that earlier, that it was not in my foresight that any -- any of this would ever happen.**

**And just to add a little bit of color to that, you know, when I worked at Cooks Venture, there was no -- I don't believe that there were any issues with the growers, so I think that we were on good terms**

**with folks. And that's, at least, you know, what I knew and heard about. So I -- I -- I would not have expected anything like this to emerge or any -- any -- any other, you know, like, we ran a pretty, pretty kosher operation.**

Q Okay. When did you first hear that Cooks Venture was shutting down?

**A I honestly can't recall.**

Q How did you hear about it?

**A Again, I don't know if I ever heard about it until ex post facto. And then, I -- I heard some rumblings that it might be up for sale or this or that, but it was like, sort of, just rumored through like a -- like an Instagram post or a Facebook post, or I can't even remember where I saw it, like stuff like that, but just like one or two things.**

**And honestly, like, I was done, I was out. That was -- it was my time to focus on new stuff, and I -- I didn't even really know about all this stuff until later.**

Q Did you have any equity in Cooks Venture when you left?

**A I don't think so.**

Q Did you keep in touch with anyone at Cooks Venture after you left?

**A I did not.**
Q So how -- sorry. I think I didn't hear this earlier. How did you hear about the shutdown?
**A I think -- I think probably through, either through -- through a media post or through the letter I got. I can't remember which one it was.**
Q What letter did you receive?
**A Well, the letter from you guys.**
Q Well, this lawsuit was filed later in September.
**A Okay. So, I mean, I -- I heard -- I heard Dave Pittman was buying it.**
Q When did you hear that?
**A Dave Pittman called me and he said he's buying the company.**
Q So you were not aware of the details of the shutdown, but you had a conversation with the individual buying the company?
**A Well, I've known -- I've known Dave for 20 years. I used to be a customer of his -- or he was -- yeah, I was a customer of his. He sold me chicken, way before Cooks Venture.**
Q Okay. And would you text with Dave Pittman about --
**A Me, no, not really. I mean, like maybe, like once or twice a year or something like that, just to**

**say hi.**

Q So you never texted with Mr. Pittman about anything related to Cooks Venture?

**A I think he asked me about the geneticists and who I thought was good and who, you know, what -- you know, what he should do, etc. And I just think, I told him, you know, meet the people, tell them, you know, see what you think and decide for yourself.**

Q When was that conversation?

**A I can't remember. Around -- around the time that he bought the company.**

Q I guess, what was the proximity? Within a month, within a few weeks, within a few days, what was --

**A I don't know when -- I don't know when he bought the company or when he closed the deal. So it was just surrounding that time period, like within some weeks or months around that time. I don't have any knowledge of when the deal actually happened, to this day.**

Q Why would he call you? You said it's because he's known you for --

**A Yeah. I've known him a long time. I think he's a good guy, and he is the only other GAP 4 grower, I think, in the US. So, I mean, it would just be logical for him to reach out as a courtesy.**

Q And that was the only time you spoke with him regarding anything related to Cooks Venture?
**A Yeah, just -- just that one call.**
Q You never texted with Mr. Pittman about anything related to Cooks Venture?
**A I don't think so. I don't think so. If I -- if I did, I can't recall. I mean, maybe one -- one or two little, you know, "Hey, how's it going" kind of things over the -- over the last few years.**
Q Okay. So I'd like to actually go back to how your personal laptop was damaged. So you said that that laptop was damaged in New York sometime after you left your position with Cooks Venture?
**A Yeah.**
Q Okay. And you don't recall when that was?
**A It was -- yeah, sometime -- you know, walking on 42nd Street and it got hit with a down -- you know, a downpour.**
Q Okay. So you recall where you were in New York?
**A Well, it was my office, and so.**
Q Okay. And you don't recall the date that you left Cooks Venture?
**A I do not recall which day it was.**
Q Does August 1, 2020 --
**A I could -- I could look it up, but you know.**

Q Does August 1, 2023, sound correct?
**A Perhaps. I'm sure -- I'm sure -- I'm sure if you have that information, it's probably correct.**
Q Sure. Let's say it was August 1, 2023.
**A Okay. All right.**
Q Do you recall how soon after that your laptop would have been damaged?
**A I can't recall exactly. It's like, you know, you get these devices. I couldn't tell you when I got the last three phones, either.**
Q Okay.
**A It's an instrument for me to do calls and to do emails.**
Q Sure.
**A You know, and I can't -- whatever replacements. Over the years, I've had probably 50 laptops, so.**
Q Sure. Did you notify anyone at Cooks Venture that that laptop was damaged?
**A Why would I notify somebody at Cooks Venture my laptop was damaged? I didn't even talk to anybody at Cooks Venture.**
Q Were there still documents related to Cooks Venture on that laptop when it was damaged?
**A I mean, I don't know. Maybe, maybe not. Probably not, because I think everything was stored in**

**the cloud.**
Q Your iCloud?
**A No, like, the company's Dropbox and the company's accounts, and the company's things that are administered by the company, which I lost all access to. Everything -- everything that would have been stored would have been under matt@cooksventure.com.**
**So if there are documents to be retrieved, matt@cooksventure.com is, you know, whoever had taken control of that email address likely has access to all that information.**
Q So you never scanned in any documents onto that laptop locally?
**A How do you scan in a document onto a laptop?**
Q Like with a printer. Take a physical copy, create a digital copy.
**A I was not in the business of scanning documents, no.**
Q Okay. You never saved any documents on your actual laptop, outside of the Dropbox or --
**A Like some sales docs and stuff like that, photos, you know, that kind of stuff. Predominantly sales -- sales materials.**
Q And when the laptop was damaged, you didn't think that it was important to notify anyone at Cooks

Venture that documents such as the ones you have just listed might have been deleted, because the laptop was damaged?

**A I don't -- I don't see why it would. I -- again, I think you already asked me that question and my answer was, I didn't talk to anybody at Cooks Venture, so why would I alert somebody?**

**It is actually the same question that you asked me earlier, so I just refer to my previous answer.**

Q Okay.

**A I appreciate that you're trying to get to the heart of, like, my laptop damage and -- but, you know, if you ask me the same thing five different ways, it's going to be the same answer.**

Q Sure. I'm glad you're happy to oblige.

**A It's a deposition, though, not an interrogation. I just want to be clear.**

Q I understand what a deposition is.

**A I appreciate -- I appreciate that. Just let's try to -- if we can focus on, if I give you an answer, I gave you an answer. I would appreciate that. We're all very busy.**

Q I am mindful of your time, Mr. Wadiak.

**A Thank you.**

Q Did you -- you didn't have the laptop, then, that

you left -- you didn't have the laptop that you used while working for Cooks Venture when the company shut down, then; is that correct?

**A I'm sorry. Can you say that again?**

Q You had a different laptop in your possession when the company shut down, when Cooks Venture shut down; is that correct?

**A I don't even know what laptop I had at the company and versus the one I have now. I think there's at least one or two in between then, and they're unrelated.**

Q Did you have the same cell phone when the company shut down?

**A As I have now, no, of course, not. That's like four years ago.**

Q I think earlier you testified that --

**A I have the same cell phone number.**

Q Sure. But you -- you might have -- the cell phone that you had when the company shut down could have been different than the one that you had when you left the company; is that correct?

**A Sure. I don't -- I really don't know.**

Q Okay. Earlier, you did testify that the laptop was damaged. You did get a new one. But both laptops, the one that was damaged and the one that you

bought after, were associated with the same iCloud; is that correct?

**A No, that's not what I said. What I said was the laptop that I had for Cooks Venture for work, I'm not sure if it had my -- my matt@cooksventure account or my cooksventure@me. I know it's a little confusing, because they're both Cooks Venture, but they're not related. So I'm not sure which one that one had, but this one has my personal.**

Q What is your current Apple ID?

**A It's the same -- the same one that I shared before.**

Q Which is what?

**A Which is cooksventure@me.**

Q Okay. And what Apple ID was associated with the laptop that was damaged?

**A You asked me -- again, you asked me the same thing three times. It's either -- either matt@cooksventure or cooksventure@me. I'm not sure.**

Q Earlier, you said it was cooksventure@me.com. That's why I was --

(Indiscernible crosstalk.)

**A No. I said it was one of those two. I said that, and then I said, I don't know actually, if it was -- because I don't want to speak wrongly. And it**

**was one of those two. It was one of those two.**

**So I'm not -- I can't recall if I set up a Cooks Venture Apple ID for that laptop or not.**

BY MS. SANDHU:

Q You don't recall which Apple ID was associated with the laptop that was --

**A It was that device. I can't recall if I had set up a separate one for that one or not, that one for work reasons or -- or otherwise. So it was one of those two, though. And I don't -- I don't even know for sure if I had an Apple ID for -- for matt@cooksventure, but it's possible that I did. I'm just trying to give you all of the -- the possibilities.**

Q So it's possible that you had an Apple ID associated with your Cooks Venture email?

**A It's possible that I did, but I don't recall if I did or didn't. There would have been a reason to do it, but I don't know if I did it.**

Q So then, would it be one of two possibilities: It was either associated with --

**A Yeah, it was one of the two. One of the two, for sure.**

Q Okay. But you no longer have access to your Cooks Venture email?

**A I -- I do not. I have not since I left, yeah.**
Q So if your -- the laptop that was damaged was associated with matt@cooksventure with that email account, did you have to create a new Apple ID when you purchased a new laptop, because you no longer had access to the matt@cooksventure email?
**A No. I told you earlier that I had a cooksventure@me ID. I've had that for years, so it would have been -- I would have used my personal one.**
Q Right. But you also said you're unsure which Apple ID, which email was associated --
**A You asked me about my personal cell phone just now. So for my personal cell phone that I use today, for myself, I would have used my personal Apple ID.**
Q Sure. We're talking about the laptop. If I wasn't clear on that, I'll rephrase.
So for the laptop that was damaged, it could have been one of two Apple IDs is what I'm understanding.
**A Right. Yeah.**
Q If what I'm -- but what I'm asking you next is that if it was the matt@cooksventure, if that was the Apple ID, and you no longer had access to it, would you have had to create a new Apple ID for the next --
**A No. I would have just used my personal Apple ID, my -- my -- you know, the same one I use for my phone.**

**You don't have to create a new one to, you know -- if you already have one, you can have more than one Apple ID, so I would have just used my personal Apple ID if I had to set up a new computer, because I would not have been able to use matt@cooksventure.**

Q Right.

**A And so I would have just typed in my personal one, which I would have done anyway, because I didn't work at the company anymore.**

Q Okay. And you said you did take it to Apple to see if they could repair it, right?

**A I believe they -- I took it in. I walked in, and they told me that, you know, they couldn't fix it.**

Q Did you walk in or did you have an appointment?

**A I can't remember. I mean, I probably just walked in.**

Q Would you be willing to search your email for a history of that appointment?

**A If there was an appointment, I can check that. Sure.**

Q Okay. And so you were informed that the laptop wasn't functional. Did you decide to purchase a new laptop that same day?

**A I can't -- I can't remember. I might have borrowed a -- my wife's or a colleague's or something,**

**you know, and then, picked one out or something like that. And this is some time ago, so, you know, I can't -- I can't recall exactly what day I got the laptop.**

Q And the laptop that was damaged, what did you do with it?

**A I -- I don't even know where that is. I think I had a bin of electronics that I donated or, you know, scrapped it or donated to recycling, something like that. I have -- I have probably, like, a hundred or so old devices that I've donated over the years.**

Q So you believe you donated it after it wasn't functional?

**A Probably. It probably got scrapped, yeah.**

Q When you say "got scrapped," does that mean that the hard drive was --

**A It was sent to recycle, you know, as -- as environmentally responsible.**

Q And just because there's a lot of dates and, you know, just to make sure I have this right. So this whole process of the laptop getting damaged, taking it to Apple, realizing it wasn't functional. This happened after you left, but before the shutdown?

**A I honestly don't -- I just do not know. I think so.**

Q You think it -- the laptop was damaged before the shutdown?

**A It must have been, yeah.**

Q Was it damaged before Cooks Venture was involved in the foaming of birds on growers' properties?

**A If you're insinuating that my laptop somehow became damaged at, coincidentally, at the time around the foaming, no, that did not take place.**

Q Well, I didn't mean at the time. I mean, was this before the foaming?

**A But I can't even remember when the foaming was, and I can't remember when the laptop was. And they're unrelated and uncorrelated in every which way.**

**So I see -- I understand your -- your point here, but these are completely separate events. And, trust me, I was not in a position to have to spend money on a new laptop. I couldn't afford it.**

Q You couldn't afford a new laptop when that one was --

**A No, I -- I -- I -- I -- I spent every money -- all of my money out, every single cent that I had in my life on growers, and I had credit card bills to pay. I was not in the position of buying a bunch of fancy new expensive electronic devices. I did not want my laptop to break.**

Q Did your laptop -- was it damaged before November 2023?
**A I -- I don't know. Again, like, you keep asking me the same question and I just don't know. I don't remember. I don't know and it's unrelated.**
Q And earlier, you said -- I asked if the laptop was damaged before the shutdown, and you said it must have been. Why must it have been?
**A Because I think it happened pretty soon when I started my new job. So -- so I had to get some work done around 42nd Street still, and we've moved offices since then. And I just know I was on 42nd Street, so.**
Q When did you start your new position?
**A Shortly, I mean, very shortly after Cooks Venture, after I left. Very shortly after, like two weeks after.**
Q Okay. What was that position?
**A I'm, yeah, an executive at a beverage bottle company. I've actually been to the factory where your bottle is -- that you're using, Owala.**
Q Owala?
**A Yes. It's in Zhejiang (phonetic), China, if you're curious.**
Q It's a good bottle.
**A A great bottle, yeah.**

Q So now, I'm actually going to switch gears and ask you some questions about the discovery that we've sent you in this case. So if you hang tight for a second, I'm going to share my screen again.
Okay. Are you able to see my screen?
**A Sure.**
Q Okay. I'm going to scroll through it. And this is I believe this is Plaintiffs' Exhibit No 3.
(WHEREUPON, Plaintiffs' Exhibit No. 3 is marked for identification and is attached hereto:)
BY MS. SANDHU:
Q I'm going to scroll through and give you a chance to review it. You can tell me to zoom in or slow down.
**A Okay. I mean, maybe you can summarize, you know.**
Q I will represent to you that these -- and you can see it at the top here, that this --
**A Yes.**
Q These are a set of interrogatories and requests for production that we sent to you. And I will scroll to the very bottom of the document to show you the dates.
So do you see -- I'll give you a second to look over this page.

**A Yep.**
Q Okay. Do you recognize your signature on this page?
**A Sure.**
Q And you see the date?
**A I do.**
Q Okay.
**A April 14, 2025.**
Q Okay.
**A Last year, April.**
Q Okay. So did you -- do you recall if you reviewed this entire document before you signed?
**A I believe that I did.**
Q Okay. So I'm going to ask you some questions about two requests in particular.
**A Sure.**
Q The Requests for Production 7 and 8. So if you -- both of these requests are asking for -- asking you to produce a copy of any and all correspondence reports, memoranda, letters, and/or any other documents between you and defendant Blake Evans and then, in Number 8, between you and defendant --
**A Can you -- can you finish the request for production for the record on --**
Q Sure. Yeah. Yes.

**A If you could read that whole thing?**
Q Sure. (as read:) That pertain to or otherwise refer to plaintiffs' and/or the allegations and --
**A "That pertain to or otherwise refer to the plaintiffs' and/or allegations in the plaintiffs' amended complaint." Okay. Got it.**
Q Okay. Okay. So and I'll -- the responses that are there, you note that, "To the extent responsive correspondence exists, it is in the possession of Cooks Venture or its successor."
Why did you believe that was the case?
**A Which part are you reading here? The production? Are you reading Production No. 7? Okay. Got it.**
Q And you have the same response as to both requests --
**A Right.**
Q -- 7 and 8?
**A Right.**
Q But it's this last part of each of those responses that I'm asking you about.
**A Okay.**
Q Why did you respond that, "To the extent responsive correspondence exists, it is in the possession of Cooks Venture or its successor"?
**A Because all of the documents and emails went over**

**to Cooks Venture or its successors, logically.**

Q Okay. At the time that you -- at the time that you reviewed and signed the document --

**A Yeah.**

Q -- did you still have, in your possession, the text messages that we talked about earlier, text messages with -- it was a long list of individuals: Blake Evans, Tim Singleton, Mark Fisher, those text messages about various Cooks Venture matters.

Did you still have those text messages on your cell phone?

**A I just -- I just want to reread the request for production again.**

Q Sure. Sure. Take a second.

**A "Please produce a copy of any and all correspondence reports, notes, memorandums, letters," da da da da da, that -- I just want to read this -- "that pertain or otherwise refer to plaintiffs and/or allegations in the plaintiffs' complaint."**

**So I -- I don't think that I ever had any documents in, you know, the founding of Cooks Venture, to this day that pertain or otherwise refer to the plaintiffs and/or the allegations in the plaintiffs' amended complaint.**

**And, in fact, I wasn't even an employee of the**

**company during the majority of the things in the complaint. So how could I even have those documents? It would be impossible. I was already out of the company.**

Q Have you read the operative complaint in this matter?

**A Sure. But, you know, the actual complaints and the operative complaint, also, in the request for information here, you're asking for any correspondence that specifically pertain to those things, and there are no documents that I possess that pertain to any of these things.**

Q Sure. But those text messages that we discussed earlier, you didn't go back and take a look at them to confirm that they didn't relate to the complaint?

**A I've sent them to you. You've seen they don't pertain to it. It's very clear, from the record, there's no -- there's no sustenance of any pertinence, whatsoever, in anything that I -- that I -- that I have or sent -- or have already sent to you and -- and, honestly, have done that, you know, just out of over cooperation, I'd say, on my part. I wasn't an employee of the company during the shutdown, and I have no documents, to this day, that pertain to any of it. And you have seen quite a few of them that**

**establish that.**

Q Did you produce -- do you know if you produced any documents in response to these requests?

**A I -- I know that the request says -- I just want to read it again.**

Q Sure. Feel free to.

**A To the extent of correspondence exists, da da da da da. Okay, yeah, here we go. Here it goes, "That pertain or otherwise refer to the plaintiffs and/or allegations in plaintiffs' amended complaint."**

**Yeah, there -- so, again, the requisition is seeking documents that pertain to the complaint. So yeah. No, I don't have any documents that pertain to the complaint.**

Q What are plaintiffs' claims against you?

**A Yeah. Well, I mean you're the expert. You should tell me. I'm not -- I'm not. I -- I know that I reviewed this with counsel and we decided that I didn't possess any documents that pertain to the complaint. It's that simple.**

Q You reviewed this -- these document requests with counsel and made a determination, together, that you had nothing in your possession that was responsive?

**A There was -- there was -- there was nothing in my -- there is nothing in my possession that pertains**

**to these complaints.**

Q And you didn't review any of the text messages from your time at Cooks Venture that -- you didn't review any of those text messages to confirm that you didn't have anything?

**A Well, sure, of course, I did. I mean, I -- I cooperated with the request, fully. And we provided information and answers thoughtfully to each and every request for production.**

Q Do you recall when you reviewed this document with your attorney?

**A I can't -- I can't recall, exactly.**

Q Was it before signing?

**A Yes.**

Q And who determined whether or not the text messages that you sent, received at the time that you were CEO of Cooks Venture, were not responsive to these requests? Did you make that determination or did your counsel?

**A I just want to read again. You know, they have to be any -- any request for information here in the requests for production is clearly worded that --**

MR. GNEFKOW: Yeah. And I'm going to go ahead -- I need to object about if -- if we're getting into any sort of realm in

which you're inquiring about attorney-client privileged conversations between our firm and Mr. Wadiak.

So I just want to put that out there, if that is the line of questioning that you're -- you are heading down, that there is clearly attorney-client privilege as it relates to the discussions between lawyers of Lewis Brisbois and Mr. Wadiak.

MS. SANDHU: I wasn't asking for any advice sought for any conversations that were had.

BY MS. SANDHU:

Q Let me put it this way. Mr. Wadiak, did you determine that you did not have any documents to produce in response to these requests? Was that your determination?

**A I think I already answered that question, to be fair, a couple of times in a couple of different ways. But, you know, like, I just want to go back. I -- I can't read this enough, "That pertain or otherwise refer to plaintiffs and/or allegations in the plaintiffs' complaint."**

**I want to reiterate, I have never met any of these plaintiffs. I've never spoken with any of these**

**plaintiffs. I've never texted with any of these plaintiffs. I don't know any of these plaintiffs. I don't pretend to understand what their claims are, exactly.**

**And, because none of them took place during my time in any of the things that allude to the foundation or the grandiose verbiage in the documentation of the -- you know, this claims in the litigation are simply false, untrue, or irrelevant.**

**And I -- and furthermore, I have no documents that pertain to any of the actual complaints. So it is -- it is -- it is hard -- hard to, to stress that, more so. And I -- I've read it to you, now, a few times.**

**And I will just even go one step further as to say that, I don't want any farmer to lose. I am a farmer and was a farmer. I was farming right alongside these guys, and I didn't want to lose. And I feel for anybody who has, you know, issues in agriculture in America. It's been my -- it's been my lifelong mission to improve that for -- for farmers and to make sure there's better farming practices in America. It is --**

Q Sure. You said it --

**A It is -- it is -- it is -- just, sorry. It is --**

**it is completely, you know, like as they say, no good deed goes unpunished. It is completely mind boggling that anyone would allege that the person who, you know, gave farmers an opportunity for fair pay has in any way conspired to -- to hurt them. And I'm -- I'm personally hurt and deeply offended by that.**

Q Sure. And so you noted that you farmed next to them.

**A Sure.**

Q In what way? In what way?

**A Cooks Venture had farms. We -- we ran our own chicken houses.**

Q Were you referring to the -- the plaintiffs that have filed suit here? Have you farmed next to them?

**A No, I don't know them. I've -- I stated that already, but I -- I farmed in Arkansas and we built farms and we built chicken houses and we went out and we let birds out, and we fed and we watered them, and we know what it takes.**

Q Sure. And earlier, you said, "You couldn't pretend to understand the claims in this case;" is that correct?

**A I can't -- I can't imagine that, you know, it's just deeply upsetting that, you know, when you go out and you really try to help out the community, that**

**something like this would emerge from it. And it's upsetting to me, personally.**

**First of all, I wasn't there when the company shut down. And second of all, I've done nothing in my career, other than try to support farmers. So and as truthfully and legitimately as I possibly could, as -- as you know, an American, as a patriot, as somebody who believes in the -- that change for the better in American agriculture, you know, I've fought side by side folks who -- who deserve better for decades. And I have a very long history of that, and I'm upset by this, you know, just to be honest.**

Q Sure. To go back to that statement, though, that "you couldn't pretend to know about these claims." Do you understand the claims that have been filed against you?

**A There -- you know, I wasn't there during these claims, so I have no knowledge of -- of -- of any --**

Q But you have read the amended complaint; is that right? You read the --

**A I read the complaint, but you know, like I wasn't -- I wasn't an employee of the company.**

Q And you understand those claims that are listed in the complaint?

**A I understand the claims. I think -- I think**

**they're not true, but I do understand them.**
Q Sure. But that wasn't the question. So you have reviewed the complaint and you had reviewed the complaint before you reviewed this document and before you signed; is that correct?
**A Yeah. I -- and I did all of that after spending my life trying to support folks like this.**
Q Sure. And I know you said you don't know any of the plaintiffs. Were you the CEO when growers were -- were signed up to be contract growers with Cooks Venture?
**A I don't know if any of these growers were overlapped with my time or not. I wouldn't -- I don't have that knowledge or access to that information.**
Q Okay. I'm going to stop sharing my document. So --
**A All I can tell you is I've never met any of them. I've never been to any of their farms. I've never talked to any of them. I've never communicated with any of them. And I have zero relationship past, present, and future, with any of those growers, other than them saying that I somehow did some stuff that hurt them.**
Q Okay.
**A So that seems a little -- a little far-fetched,**

**given that I've never, never even met a single one of them.**
Q Okay. And going back to your review of the complaint, do you know how many pages the operative complaint is?
**A No. I'm sorry.**
Q Do you know how many claims the plaintiffs have filed against you, the number?
**A Off the top of my head, I'm sorry, I did not memorize that.**
Q Okay. How much time did you spend reviewing the complaint?
**A I spent a reasonable amount of time, but having memorized a certain number of things and a number of pages, and I also couldn't tell you how many pages are in *Moby Dick*. I just read it.**
Q So I'm actually going to share my screen again, if you'll give me just a second.
Okay. So this will be marked as Plaintiffs' Exhibit No. 4.
(WHEREUPON, Plaintiff's Exhibit No. 4 is marked for identification and is attached hereto:)
BY MS. SANDHU:
Q Are you able to see my screen, Mr. Wadiak?

**A Yep.**

Q Okay. So like the last document I pulled up, it's rather lengthy, so I'll scroll through it, but I'll represent to you --

**A This looks like it's 30 pages, for the record.**

Q Right. And I can -- do you want me to scroll through all of it so you can review it?

**A No. It's okay. I'm just joking around.**

Q Okay. Sure. But as you can see, from the top, that these are your answers and objections to our second set of interrogatories, and I'll scroll to the bottom so that you can see the date that we received these from you.

We sent them on August 18, 2025, and you can see here, from the certificate of service, that we received a copy of your responses on October 3, 2025.

**A Are you listed on this sheet here? Are you one of these folks?**

Q I was not counsel at this time.

**A Okay. Which firm are you with?**

Q Antimonopoly Counsel. It's right there.

**A Okay.**

Q So in the last set of discovery responses that we reviewed, those were -- you signed those on April 14, 2025, and where -- you signed those to verify that

your answers are true and correct to the best of your knowledge.

Did you provide a similar signature for these responses?

**A I -- I don't -- I'm not really sure what the difference -- what are the differences between those, that document and this document?**

Q So in the last document, you'll recall, I showed you your signature. Do you remember seeing your signature on that document?

**A Yeah, of course.**

Q Okay. And I can scroll through this document and --

**A Is this a -- can you explain, is this just a second set of questions or what is this?**

Q Yeah, it is. As it said at the top, this is -- this is Plaintiffs' Second Set of Interrogatories --

**A Got it.**

Q -- to you, that were sent in August of 2025. And what I'm asking you is that, in the last set of questions that we sent to you, you signed those?

**A Okay.**

Q Do you recall signing these?

**A Well, I mean, is my signature on it?**

Q So we can scroll through the whole document, but

I will represent to you that there is no signature on this document from you.
**A So then, I guess I didn't sign it. I mean, I don't -- I don't know. If there's not a signature, then, I guess I didn't sign it.**
Q Do you recall anyone reaching out to you for a signature on these discovery responses?
**A I, you know, I've gotten so many documents, you know, over the course of the last, you know, few months, I'm not sure what -- what's what exactly, and what I signed and what I did -- what I had to sign, and what I didn't have to sign, so I'm not -- I couldn't speak to what required a signature and what didn't. I'm sorry. I'm not an expert in this kind of stuff.**
Q Okay. So I'm going to direct your attention to a specific interrogatory. It's Interrogatory 33, and before I get into that, would you have reviewed this document before it was sent out to Plaintiffs?
**A Probably.**
Q Do you know when you would have reviewed it?
**A I'm sorry, I don't. You know, again, like, I'm going through work docs and stuff every single day, so I couldn't give you a date.**
Q So we sent the -- you got these after August 18,

2025. We received a response October 3, 2025. So somewhere in there, you reviewed them?

**A So I guess you have the answer to the question then, yeah.**

Q I'm asking you, did you review them sometime between August 2025 and October 2025?

**A Well, assuming I reviewed them, it had to be within that -- logically, within that time frame, right?**

Q Okay.

**A I'm not trying to be difficult. I'm just -- I just don't know the answer, so that's the only time it could have been. I --**

Q Sure. And if you don't recall the exact date, that's fine. But before --

**A I -- I -- I don't. And if you got them at a certain date and you sent them at a certain date, I assume it was sometime between those two dates.**

Q Do you assume that you reviewed these, or do you know that you reviewed these?

**A I -- I mean, without going back in time and looking at this exact same document, I assume that I reviewed them.**

Q Would your attorneys have emailed these to you?

**A Yeah, I think -- I think so.**

Q Okay. Do you recall when you got that email?
**A No.**
Q So this Interrogatory No. 33 --
**A Let me -- let me put it like this. If something comes to me and I'm supposed to review it, I -- I do review it.**
Q But you don't recall when --
**A I mean, I -- I -- I'm sorry to be redundant here, but I barely remember what I had for breakfast two days ago. So, you know, it could be a long document.**
Q Would you be willing to search for when your counsel emailed you a copy of these requests?
**A I don't see what the relevance is, but I don't see an issue with that.**
Q Okay. So, again, moving to this specific Interrogatory No. 33, it's a lengthy one. So I'll give you -- and I can minimize it.
Do you want me to zoom in or so that you can --
**A Yeah, zoom in, please. I think my eyes aren't as good as they used to be.**
Q That's okay. So and let me know when to scroll.
**A You can -- you can.**
**(Indiscernibly read by deponent:) Please identify every person involved in poultry industry**

**whom you discussed or communicated orally or writing Cooks Venture financial condition, including, without limitation, the news about Cooks Venture's financial condition that was in the PIUS press release in the funding securities.**

**Okay. Scroll down.**

**(Indiscernibly read by deponent:) Press release Cooks Venture's arrangement with PIUS and/or the effect of the arrangement of the potential financial condition at the time during your tenure as corporate officer. Respect to each communication in each such --**

**Man, this seems like a lot of requisition.**

**(Indiscernibly read by deponent:) The date nature and subject to the communication, any opinion or belief the person expressed to you about -- why -- is "You" capitalized -- by Cooks Venture's financial conditions, such as without limitation to that Cooks Venture received $50 million in funding from or connection.**

**So there are some errors in this. I can tell you right now, there's some errors in this writing.**

**Scroll down.**

**(Indiscernibly read by deponent:) That Cooks Venture had received any other sum in funding from or**

**in connection with PIUS, or that Cooks Venture's financial condition was improved.**

**Yeah. This is kind of a nonsense article, because it's saying, like, three different things and they're all wrong.**

**(Indiscernibly read by deponent:) Whether, based on the communication you knew, subjected to know or had reason to suspect that the person had a wrong or inaccurate impression of the funding Cooks Venture had received in connection with PIUS or Cooks Venture's financial condition more generally.**

**Yeah. This is kind of a nonsense whole thing. Can you scroll down?**

**(Indiscernibly read by deponent:) Answer: Defendant objects to the Interrogatory because it's overly broad and unduly burdensome, asking for --**

**Yeah. So I would tend to agree with this answer. (As read:) He communicated with over a 4-year period, on a broad topic. It's impossible or inaccurate to precisely recall and list.**

**Yeah. I mean, I can't -- like I said, I can't even tell you how many pages of this, how am I supposed to recall all that. So, yeah, I think that's a reasonable and accurate answer to the question.**

Q Okay. Five.

**A And the question also doesn't make sense, in addition to that, so.**
Q Sure. So the answer that was provided was an objection to the length of the time frame of the interrogatory as well as what it was asking for.
**A Yeah.**
Q But I -- this part here, "Please identify every person involved in the poultry industry with whom you discussed or communicated about Cooks Venture's financial condition."
And, at the time that you reviewed this, you didn't have anything in your possession responsive --
**A Financial condition, that would have been all been via emails, of course.**
Q So at the time that you objected to this interrogatory, you did not have anything in your possession to not --
**A I didn't have access to my Cooks Venture email, of course not.**
Q There were no individuals that you could identify that you had spoken with about Cooks Venture's financial condition?
**A Any formal writing about a company or like a data room or a financial condition would happen via email, in a data room, as a formal communication. And I did**

**not have access to my -- to my email, so.**
Q Sure. So you would expect those conversations to be done only via email; is that correct?
**A I mean, email or Zoom. Yeah, sure --**
Q Okay. So I'm --
**A -- as is customary.**
Q Okay. I'm going to stop sharing my screen.
And if you give me a second, I'm going to pull up another document.
**A Sure.**
Q Okay. Are you able to see my screen, Mr. Wadiak?
**A Sure.**
Q Okay. And this is will be marked as Plaintiffs' Exhibit No. -- I believe we're at 5.
So this is Plaintiffs' Exhibit No. 5, and this is Bates stamped Evans/Singleton-01316. I'll scroll to the bottom of the document.
**A What am I looking at here?**
Q If you can just give me a second. I'm just noting the Bates stamp for the attorneys through 02099.
(WHEREUPON, Plaintiffs' No. 5 is marked for identification and is attached hereto:)
BY MS. SANDHU:
Q So I'm actually -- these are text messages that

we received from Mr. Evans, and some of them included text messages with yourself, so --
**A Okay.**
Q -- I'm going to go to those pages.
**A Sure.**
Q Okay. So I'm going to give you a second to review this page, and your texts with him start at this point here.
**A Okay.**
Q Let me know when to scroll.
**A So I see some, some are mine, some are -- some are others.**
Q Okay.
**A Right. Who is David Elder?**
Q I don't know, and that's not what I'm asking about. I'm just giving you a chance to review your messages with Mr. Evans.
**A Okay. Are these messages to Blake or to other -- who -- who are these to?**
Q These are messages that Mr. Evans exchanged with you, so this one --
**A That he sent to me or sent to him?**
Q So this one looks like it was sent to you.
**A He sent to me?**
Q Yes.

**A Okay. Okay.**

Q Okay. And that the text that I've just highlighted --

**A Yeah.**

Q Do you recall having discussions about Cooks Venture's engagement with PIUS with Mr. Evans via text?

**A I don't recall having discussions via text about PIUS with Cooks Venture, but Blake was not super involved with PIUS on a day-to-day basis, also.**

**Also, like, the context of, like, how PIUS operated from, like, a debt perspective isn't really relevant to any of these.**

Q Okay. I'll point you to another set of text messages -- another --

**A Do you have any context to this text?**

Q I don't. Do you? Do you recall what this could have been in regard to?

**A No. I mean, it could -- it could have literally been a hundred things.**

Q Okay. Okay. And I'll give you a second to look over this page.

**A Scroll up. Okay.**

**Okay. All right. Okay.**

**(As read:) Let me know -- okay. That's good.**

Q Okay. So this text message that Mr. Evans received from you on March 11, 2023, it appears that you were discussing details related to Cooks Venture's engagement with PIUS; is that correct?
**A Is that a fact or a speculation?**
Q Well, reading the message there, what do you think the conversation was about?
**A "I think what they want to know is if we get six million, can we get by for another two weeks while we are closing the rest of the docs. That includes PIUS?"**
**I don't know. It could have been about feed. It could have been about the plant. It could have been about a refi. It could have been about an investor, or an individual investor. It could have been about a group. It could have been about the board. It could have been about -- about a hundred things.**
**So I -- I won't pretend to remember what I wrote three years ago in a text to Blake about some random numbers that include the word "PIUS." There's a number of different things that that could have been.**
Q Sure. But this -- does this text message seem like it related to the financial condition of Cooks Venture?
**A I would not -- I would not assume that for a**

**second.**

Q Why?

**A Because that's a presumption. And anything that's relating to the financial condition of the -- to -- of the company would have been corresponded via a board meeting or, you know, a conversation and, and not flippantly via text.**

**And I don't know who -- who "they" is, in this, so I have no idea who it's talking about.**

Q Okay. Were discussions about PIUS related to the financial condition of the company?

**A Well, we refi'd our debt with PIUS. We refi'd our debt with Stone Bank. We did, you know, a refi from AMERRA from the beginning. So we went through four refinancings during the course of my time at Cooks Venture, and all for the better, because people believed in our company.**

**So -- so, yeah, I think -- I think conversations were not necessarily related to the financial condition of the business, but were relevant to the ongoing operations of the company.**

Q Okay. So that prior request that -- or interrogatory that you reviewed, No. 33 --

**A Yeah.**

Q -- you mentioned PIUS a whole -- a number of

times. Did you go through your text messages and do any kind of searches for anything related to PIUS to see if you had anything responsive for that request or others that --

**A I don't think that was one of the requisitions. I think the requisition was specifically related to relevance to the -- the -- to the complaint, if I'm correct. So I don't -- I did not find anything that was relevant to the complaint in any of my searches, through my messages and my history.**

Q You searched your messages?

**A I -- first of all, I wouldn't have had anything, because there was nothing that was ever spoken about that was relevant to any of these complaints. And second of all, the messages that I went through in a timely fashion did not have -- and you have seen, now, the full -- again, in good faith, even though they don't meet the threshold of submission, we've sent you two full threads, and there is no -- there is no relevance to any of those threads that we've shared, and otherwise, to the complaints.**

**So I think -- I think my -- my, like -- like, the thing that you're highlighting here is, you know, non-contextual, at best. It doesn't -- doesn't make sense to -- it doesn't have any bearing on the**

**financial condition of the company.**

Q So you didn't search for anything because you didn't think --

**A I didn't say that.**

Q So you did do a search?

**A I just said I did.**

Q Okay. When did you do that search of your messages?

**A I couldn't -- I couldn't recall. But, you know, sometime during -- you know, obviously we've sent you a whole bunch of them, so you have seen them and you know I've done a search. So the question feels a little redundant to that.**

Q So did you do a search? The last set of interrogatories that we were looking at were from August 18, 2025. You responded to them in October 2025.

Did you search through your messages between August and October 2025?

**A I -- I presume so.**

Q You did?

**A I presume so.**

Q Why do you presume?

**A Again, I don't remember going through every single message, but I presume that I must have, if I**

**gave these responses.**

Q Okay. I'm going to stop sharing my screen.

And I have another document to share with you, so give me a second.

**A Great.**

Q Okay. So do you see my screen, Mr. Wadiak?

**A Yeah.**

Q Okay. So this will be Plaintiffs' Exhibit number -- I believe we're at 6, if that's correct.

THE COURT REPORTER: Correct.

MS. SANDHU: Okay.

(Exhibit 5 is mistakenly shared on screen and not marked as Exhibit 6.)

BY MS. SANDHU:

Q And, again, this is -- I can scroll through this to see if you have any recollection of seeing this document.

**A I mean, if it was sent to me, I probably saw it, but I can't remember the specificity of -- of when I saw one of these many documents that's been sent to me over the last year or so.**

Q Okay. So I'll go to the date at the bottom.

**A Yeah. Let's just go to whatever you want to ask me.**

Q Sure. So, well, actually, I apologize. I pulled

up the wrong document. Give me a second.
**A Is that the same one that was just up?**
Q I think I opened the same one, yes. That's my fault.
MS. SANDHU: Robyn, if we could correct that in the exhibit.
**A Well, that's the same one you pulled up, so.**
BY MS. SANDHU:
Q Well, actually, without even -- do you recall receiving discovery requests from Plaintiffs around November 11, 2025?
**A I think if I received something, I would have sent it over to my counsel, likely, yeah.**
Q Do you recall if your counsel sent you discovery responses?
**A I can't remember how I got them.**
Q Or discovery requests, I mean?
**A I think -- I think, probably, the counsel sent them to me, yeah.**
Q Okay.
**A I think, by then, I had counsel.**
Q Sure. And I'll represent to you that we sent these discovery requests to your counsel, so.
**A Yeah, so there you go.**
Q So your counsel would have sent them to you?

**A That's right.**

Q Okay. And via email?

**A I think so, yeah. Yeah, I think so.**

Q Okay. So I'll represent to you that we served a set of requests for production on November 11, 2025. Do you recall reviewing those?

**A Again, I answered them, so I -- I presume that I reviewed them all and answered to the best of my ability, yeah.**

Q Okay. Do you know if you produced any documents in response to our November 11, 2025, discovery requests?

**A Can you pull up the -- can you pull up the requests?**

Q Yeah, I give me a second.

**A I can't remember if they --**

Q Sure. Sure.

**A You know, if we -- we sent anything back or, or what was relevant and what was not relevant.**

Q Okay. I'm sure --

**A You know, you have to appreciate, like, it's hard for me, because I -- again, I -- I didn't -- I don't know any of these people and I didn't work at the company, so --**

Q Sure. Sure.

**A A lot of this stuff just feels, to me, like very alien. Like, I heard about this through these documents, mostly, so I've never heard of these people.**
Q Sure. And, you know, to assist in your questioning. So this, this now, will be Plaintiffs' Exhibit No. 6, and this is what I meant to pull up earlier. So these are your responses to Plaintiffs' Third Requests for Production of Documents.

(WHEREUPON, Exhibit No. 6 is marked for identification and is attached hereto:)

**A So I just want to read the request.**
BY MS. SANDHU:
Q So there's a number of requests.
**A Okay.**
Q At the top are --
**A Do you have the answers to these?**
Q Your objection are -- there's a number of requests and we can -- I have questions about specific requests, so I can give you a little bit of time with these requests, but go to those when you've wrapped up.
**A Well, what are you -- I mean, let's just go. Because there's so many of these, can you just go --**
Q Yes, correct.

**A Just go to one of the things that you want to talk about, and I'll do the best that I can.**
Q Sure. Sure. So before we get into those, you -- these -- we received a response from you on December 11, 2025.
**A Okay.**
Q So these were sent on November 11, 2025. We received a response within a month. So did you review our requests within that month?
**A I presume that I must have.**
Q Did you review them with your attorney?
**A I -- I presume so.**
Q Would that have been a phone call with your attorney?
**A I mean, I don't know, a Zoom phone call or something, maybe. I'm not sure.**
Q Okay. And the other requests that we looked at, would you have reviewed those with your attorneys over the phone?
**A I don't know if it as a phone call, Zoom, something like that. Again, I don't recall.**
Q But you would have reviewed these responses before Plaintiffs received them; is that correct?
**A Yeah. Like I said, I presume so.**
Q Okay. But you don't recall when you would have

reviewed these?
**A I think that's the third time you asked me that in the last minute.**
Q Well, these are a third set of requests, so.
**A Yeah. Again, like -- my answer is, like, I don't have recollection of going through all of these documents, like detail by detail, but I presume I must have. I do recall speaking with my -- with my attorney, you know, a dozen or so times over the course of the last year or so. I presume these are one of the many requests that I went over with him.**
Q Okay. So --
**A That's the best I can do. I'm sorry.**
Q So I'm going to bring your attention now to Request for Production No. 62. Earlier -- so I'll give you a second to read it.
**A So with Joe from PIUS, right?**
Q Uh-huh.
**A Yeah. Yeah, I -- again, I -- I don't know that I ever emailed with Joe. I think we just corresponded via email and Zoom. And then, let me just read this request.**
**(As read:) Request seeks communications in your possession, such as text messages and emails from personal accounts, not communications retained by**

**Cooks Venture.**
**Yeah. I don't have any.**
Q So earlier when we spoke about who you texted with --
**A Yeah.**
Q -- and this request does include a request for text messages, do you recall -- or at the time that you reviewed this request, did you search your phone for any messages with Mr. Agiato?
**A I think so, but, again, like I said earlier, I don't really know him. Like, he was like a rep on the -- on the deal, I think, and maybe one of several people, but I -- we're not -- we weren't, like, on a first name kind of basis sort of deal.**
Q Okay. But earlier you did state that you texted with him, so you would have searched your phone to see if any of those text messages --
**A I didn't say I texted with him. I said I might have. I said, I don't recall. To be clear, please, let's not rewrite history here.**
Q Okay. Okay.
**A Yeah.**
Q So but you would have conducted a search, that's correct?
**A I think so, yeah.**

Q Okay. Because here, you do say --
**A To be clear, I don't really know, Joe Agiato.**
Q Okay. Okay.
**A Other than he's a -- like, you know, he's, you know, a probably a nice enough guy, but I just don't.**
Q Sure. Sure.
**A He's not a day-to-day person that I would have communicated with.**
Q Sure. Sure. So we can focus on a different question.
**A I don't even know if he was a principal at PIUS, honestly. I'm not sure what his role was.**
Q Okay. Okay, well, let's focus on Request for Production No. 51.
**A Yeah.**
Q It's asking you to "produce any of your communications with Fariba Izadi related to the allegations in plaintiffs' amended complaint. This request seeks documents in your possession, such as text messages and emails from personal accounts, and not communications retained by Cooks Venture."
And your response is that you note, "That after a reasonable search, you do not have custody or control of any documents responsive to this request."
Now, "a reasonable search," did that include a

search of your text messages and your -- not of your --

A So this "Please produce any of your communications with Fariba" -- I apologize if I can't pronounce her last name -- "related to the allegations in the plaintiffs' amended complaint."

"Related to the allegations in the plaintiffs' amended complaint," I did not have any communications with Fariba related to the allegations in the Plaintiffs' amended complaint, and I don't even believe that Fariba, as a geneticist, would -- would even know anything about any of the things in the complaint, because that just wasn't her job.

So it's not even -- it's not even possible that Fariba would have information related to allegations in the complaint. It's -- her role in the company was specifically, you know, not involving live production, in any way, whatsoever. It just wasn't.

Q Okay. Well, you reviewed --

A So it would be impossible that I even talked to her about any of that stuff.

Q Okay. So these requests, of which there were many --

A She's a molecular geneticist, for the record.

Q Sure. Sure. But, for example, the next one is

Bob Davenport and it talks about Tim Singleton.
**A Yeah.**
Q So it lists a number of individuals. So based on your review of Plaintiffs' second amended complaint --
**A Yeah.**
Q -- and then, looking at these requests for communications with all these folks listed here, you determined -- it was you that determined that nothing you had in your possession pertained to the complaint?
**A Yeah. Again, I just want to highlight all of these are the same. They say, "related to the allegations in the Plaintiffs' amended complaint."**
**So in the Plaintiffs' amended complaint, given the fact that I have no knowledge of anything in these complaints and wasn't an employee of the company for all of the -- really all of the complaints, I -- it is, like, impossible for me to have information.**
**Just by nature of that, to -- to -- this is a fishing expedition and in many ways -- I apologize, but, like, there's a lot of mistakes, even in the -- the -- the grammar and the writing and the assumptions within these. They're just not -- they're just highly inaccurate.**
**So -- so -- so just putting that aside for a second, I don't have communications related to the**

**complaint, because these are not things that we talked about in the company because they didn't exist.**

Q Sure. How long were you CEO, from when to when?

**A For -- well, you know, you have the times that I was CEO, so. I can't remember off the top of my head, but you have those dates.**

Q So, earlier, you said that this was, you know, you invested your life's -- you invested personal savings in it, but you can't recall from when to when you were the CEO of Cooks Venture?

**A Hey. Listen, can you remember from when to when you, you know, bought your last car, from what date to what date? I mean, I've been CEO of a couple of companies and I've been executive in others. And, you know, naming dates and naming this and that and the others, I can give you a general idea. I know what part of my life it was, but I can't -- couldn't tell you date to date, no. And my brain doesn't work like that. I'm sorry. If I knew the dates exactly, I would -- I would tell you.**

Q Okay. Do you recall the allegations in Plaintiffs' complaint -- the time frame of those allegations, do you know if they include your tenure as CEO?

**A I think one of the -- one of them does, like,**

**partially, but most of them are related to the USDA and the shutdown.**

Q You said, "One of them does." What do you mean by that?

**A I believe there was one of the -- if you could maybe point me to it, actually, help me out. It's been a while. It's been a while since I've looked at these.**

Q But you said you reviewed the complaint, right, before responding to these?

**A Yeah. This is the -- when was this?**

Q You responded to us December 11, 2025.

**A Okay. So we're talking about, you know, over a year ago.**

Q Okay.

**A Or no, not quite a year ago.**

Q Sure. So do you know, at this point, how many documents you have produced to Plaintiffs?

**A It could -- I don't know.**

Q Do you know how many documents you had produced to Plaintiffs by the time we received this response?

**A I don't know.**

Q Okay. Well, I'll represent to you that it was no documents. We did not receive any documents from you until June 10th of this year.

**A I'd have to refer to my counsel for that. I'm not sure.**

Q Sure. Was that your determination that you did not need to provide any documents to Plaintiffs until June 10th?

**A Well, I just want to read the requisition, which is that, you know, these are all requesting, you know, information related to the complaint, and I don't have any information. I don't retain any records from Cooks Venture, so it would be impossible for me to -- to present that.**

Q Okay.

**A I was -- I just -- I didn't work at the company. I don't know what else to say. I've never met any of these people.**

Q Sure. Sure. So I'm going to stop sharing my screen.

**A I don't even know if any of these people were farmers when I was the CEO. I'm not sure about that.**

Q Okay. So I'm going to share my document again. Okay. Can you see my screen, Mr. Wadiak?

**A Yep.**

Q Okay. So this will be marked as Plaintiffs' Exhibit No. 7.

(WHEREUPON, Exhibit No. 7 is marked for

identification and is attached hereto:)

BY MS. SANDHU:

Q And so as you can -- do recognize this document?

**A Can you scroll up? Sorry.**

Q Scroll down, you mean, or scroll up?

**A Go all the way up.**

Q Okay.

**A There is a -- the bubble on the screen is -- let me just try to move the --**

Q Oh, here?

**A Yeah. That's fine. It's, more of us, looking at us.**

Q Oh, okay.

**A Okay. Just one of my opposition to the Plaintiffs' motion to reset. What is this now?**

Q So you'll see from the -- you can see the title here of this document.

**A Is this something we produced or you produced?**

Q This is something that was filed on your behalf.

**A Okay.**

Q And you can see at the date, July 1, 2026.

**A Okay.**

Q So I have a question about --

**A "Plaintiffs' motion paints all defendants with the same broad brush seeking to attribute the**

**discovery failures of codefendant Blake Evans and counsel Don McKinley". . .**

Q So I'm actually asking about a specific portion of --

**A I'm just reading it. Sorry. Can I just familiar -- I'm sorry, just give me a second to familiarize myself. Sometimes reading it out loud helps me remember. (As read:) The record does not support that conflation. The court should evaluate each defendant's conduct independently, and when it does, the case for sanctions, his compelled deposition with private waivers, and a continuance attributable to Wadiak's conduct collapses.**

**Okay. I don't remember this, but we can -- we can proceed.**

Q Okay. Well, it was filed on your behalf by your attorneys, and I'm actually going to direct you to -- I'm going to direct you to a statement on page 4 of this document.

**A Got it.**

Q So this statement right here, and I'll highlight it for you.

**A When was this? When was this written?**

Q This was filed -- I don't know when it was written. It was filed July 1, 2026.

**A Oh, recently.**
Q Yeah, it was recently.
**A Okay.**
Q So I'm going to take you to -- do you recall reviewing this document?
**A Well, listen, again, I've reviewed so many of these, but I don't specifically recall.**
Q Okay. But this statement right here, I'll give you a second to read it.
**A (As read:) While this production was made, Wadiak still maintain that these text messages are not representative to the Plaintiffs' request. Production was made to appease plaintiffs, who had determined communications existed. Wadiak maintains the position that these text messages are not responsive.**
**Okay.**
Q So this position that these text messages that were produced to Plaintiffs on June 10 was done to "appease Plaintiffs," why was it necessary to appease Plaintiffs?
**A I -- my position is that I don't have any documents that correlate to any of the requisitions, whatsoever, so, you know.**
Q Right. So you -- your position, as you have stated many times, is that you did not have anything

responsive to produce. So why produce --
**A Yeah. I think -- I think the -- the ongoing persistence of requisition and cooperation and general spirit of cooperation to get this thing wrapped up, because I don't know these people. I didn't work there during this time, and I am not -- I'm a victim of this, you know, of this suit, generally speaking, and I would like to get it wrapped up.**
**So I produced some text messages to represent that none of the text messages that I've sent over have any bearing, whatsoever, on the requests. And we've now shown that, so I think that's the spirit of this.**
Q So you did not produce the text messages that we received on June 10, 2026, because you thought they were responsive?
**A No. I produced them in the spirit of cooperation because they're specifically non-relevant, and that was the exhibition of demonstration of cooperation to show you I don't have any relevant documents. So we sent you the two CFO documents that you, again, requested persistently, you know, in a very determined and consistent manner, and I'd say to the point that it is somewhat disruptive.**
**And I wanted to be cooperative to put that at bay**

**and to ease the tensions that seem to be coming from the Plaintiffs, that we are, in fact, cooperative. I am, in fact, cooperative, and did that as a decision after speaking to my counsel to show, you know, full open kimono, that I just don't have anything that you're looking for that has anything to do with any complaints.**

Q Sure. So you used the term "non-relevant." So you didn't believe that you had anything relevant in your possession; is that correct?

**A I didn't and don't.**

Q Okay. Have you ever reviewed Federal Rule of Civil Procedure 26(b)?

**A I have no idea what that is.**

Q Have you ever reviewed Federal Rule of Evidence 401?

**A I have no idea what that is. I'm not a lawyer, but I do have lawyers.**

Q Should you know what the test is for whether evidence is relevant in federal court?

**A I'm sure you're going to tell me.**

Q No, I'm asking you.

**A Of course not, but I'm sure my lawyers do.**

Q Okay. So --

**A It's not my job to know those things. It's the**

**job of others.**
Q So it would have -- okay. So it would have been your lawyer's determination if documents were relevant is that correct?
**A I think there's a conversation that happens with a lawyer and a client, and you move forward and you produce what's relevant and what's not relevant. But I want to -- I want to go forward, again. And -- and can -- can you, please, just reread the request for information? What does it say again, specifically? Let's go back.**
Q That's not what my question is, Mr. Wadiak. My question is --
**A Well, that's my -- that's my question, because I read -- I read it as it's written.**
Q This is not a request you're looking at. You're looking at a brief that was filed on your behalf.
**A Okay.**
Q And so my question to you, because you mentioned that you didn't believe --
**A Uh-huh.**
Q -- you had anything relevant in your possession?
**A That's true.**
Q What I'm trying to understand is how did you determine that?

**A After a conversation with my counsel, as I -- as I stated several times.**
Q So you came to the determination that documents in your possession, via text messages, emails, were not relevant, after you had a conversation with your attorney; is that correct?
**A So are we -- are we reaching an area of -- of --**
Q That's your attorney's job to make the objection.
**A Yeah.**

MR. GNEFKOW: So, Matt. It would be, you know, you obviously, your protection -- you have attorney-client privilege, and I would object to any sort of line of questioning that's trying to breach such a privilege as it relates to the content of the conversations had between client and attorneys at Lewis Brisbois.

UNKNOWN SPEAKER: Can we take a restroom break?

MS. SANDHU: Sure. Why don't we reconvene in five minutes, so that's 3:18 Eastern Time.

UNKNOWN SPEAKER: Thank you.

(WHEREUPON, following a break the proceedings resumed as follows:)

BY MS. SANDHU:
Q Okay. So before we went on a break, you mentioned that in responding to Plaintiffs' discovery requests, particularly the ones for your communications, you did a search to confirm that you did not have anything and that -- that's correct, right?
**A I believe so.**
Q So walk me through how you did that search. What did you search?
**A I probably searched through each of those items. And, and, again, I don't -- I don't recall specifically going through all the details of it, but just checking for any kind of relevance. But, again, like, you know, trying to find relevance for something that doesn't exist, because I never have met any of these folks is going to be pretty, pretty complicated. But yeah, I checked.**
Q Well, and I -- I am not asking you to speculate, Mr. Wadiak. I'm asking how you conducted those searches. So did you search through your cell phone to see if you had anything responsive?
**A Yeah. I think -- I think I checked my cell phone and that's -- that's pretty much all I had, because I didn't have emails anymore, and we didn't use any**

**other communication, so I didn't have access to anything else.**

Q So what was, what did the search on your cell phone entail? Which applications did you search?

**A Well, the only -- the only applications that I have are my text messages.**

Q You have no other applications on your cell phone besides iMessage?

**A I don't -- I don't -- I don't have emails from those people because I didn't have -- I don't have my email address anymore, but we established that.**

Q So you're saying you only searched through your text messages?

**A Well, how could I search through an account that I don't have access to?**

Q I'm not asking about the email accounts. You mentioned text messages.

**A You were asking about them. You're asking you about other -- other things to search for. So the ways we communicated at work are on the phone, via email, and via text.**

Q Okay. So would you have searched your --

**A So just of those three, I can't resurrect phone calls. I can't access my emails, and my text messages are my text messages.**

Q Okay. So you could -- you did search through your text messages when you were responding?

**A I sent you some of them, so you know I did.**

Q Okay. When did you conduct a search of your text messages?

**A I can't recall.**

Q And how did you do it?

**A I can't recall, but I remember doing it.**

Q Did you go to your iMessage application and search through certain -- through text messages with certain individuals?

**A I honestly -- I, again, I can't recall and -- and I just want to point out, again, the requisition was for things relevant to the complaint, and I don't possess anything relevant to the complaint. Therefore, it would be impossible to find anything in an extensive search. And I did -- I did do a search, so --**

Q Right. And so --

**A -- and I spoke with my counsel about it, and we submitted our answers, and I think we did so truthfully.**

Q Sure. So it sounds like you did your due diligence?

**A Correct.**

Q You searched for everything --
**A Correct.**
Q -- and then determined it wasn't relevant?
**A Correct.**
Q What did you review to determine it wasn't relevant?
**A What did I do to determine that I --**
Q What did you -- which documents -- which messages did you review to determine they were not relevant?
**A I mean, you're asking me about something from months ago, and I -- I can't recall the details of that on a call months later.**
Q You said "months ago" --
**A Or even years, you know, a year or plus later.**
Q You said "months ago." So you searched through your cell phone, would it have been around May or June of this year?
**A When you sent me -- when you sent over requests, during the time period between you sent them and we responded, it would have been the time period that I, you know, looked through stuff.**
Q So each time that Plaintiffs requested your communications, and you mentioned we were very diligent and persistent in pursuing them, perhaps annoyingly so, and each time, you searched your phone

to see if you had anything responsive?
**A I can't -- I can't recall if I -- if -- if some of the questions were redundant, if we searched multiple times or one time or how that worked, exactly, so I couldn't speak to that.**
Q You did say, "months ago," so --
**A When was it? When was -- when did you send the first set of -- of requests over?**
Q We sent the first -- so I'll -- I'll lay it out. Well, do you recall when you received those from your attorney?
**A Again, this has been ongoing for some years now, so, no.**
Q When was the last time your attorneys asked if you had any relevant communications in your possession?
**A I -- I can't recall with specificity. We talk about all kinds of stuff.**
Q The plaintiffs have sent you document requests over a year now. So do you recall if, after each time we sent you document requests, you searched your phone?
**A I just -- I want to be clear. You're asking me the same question five different ways and five different times, maybe ten different times. I don't**

**have any documents from the company. I don't have email access to the company. I don't have any of the sign-ins or passwords for the company, because I wasn't an employee of the company, and I don't know any of these people. So the only thing I have are a few text messages from old employees that have no bearing or relevance to anything in this case.**

Q So why would you produce them, then?

**A Because we did so in good faith, to show you that there was no relevance and hoped to quiet the requisitions.**

Q Do you understand -- to quiet the requisition, was it your hope that if you shared a set of text messages, we would stop asking for more?

**A It was the hope to show that I have no, you know, knowledge of anything that, you know, these Plaintiffs are asking for, nor do I know them.**

Q Do you understand that if those text messages weren't responsive, you did not have a duty to produce them?

MR. GNEFKOW: I'm going to object to form. Calls for a legal conclusion as it relates to the duty. You can answer, if you know.

MS. SANDHU: Andrew, you have taken

that position in your briefings, that --

MR. GNEFKOW: He can -- he can answer if he knows.

MS. SANDHU: Okay.

**A I didn't -- I'm sorry?**

BY MS. SANDHU:

Q What I was asking you was, do you understand that under the federal rules that govern discovery, if those text messages that you provided to us weren't responsive, you didn't have a duty to produce them? Did you understand that?

**A I'm -- I'm not a lawyer, so.**

Q Okay. The text messages that Plaintiffs recently received from you, when did you provide those to your attorneys?

**A Well, I think Andrew probably knows better than me, but pretty -- it was not that long ago.**

Q "Not that long ago." So within, like, within the last two or three months?

**A I think so. I think -- I think within the last, probably -- I don't know, two or three. But, you know, three-ish, you know, give or take, yeah.**

Q Okay, so recently. Had you ever given text messages to your counsel related to this litigation before?

**A No.**

Q Okay. Do you recall -- or when did you retain your current attorney or attorneys, Alan Rupe and Andrew Gnefkow?

**A Well, they were retained through our insurance company, to be clear. I did not personally retain them. You know, I interviewed them and signed off on it. But some -- some time after the notice was sent out. I can't recall exactly, but, you know, there was continuity between the same group, though, me and Alan the entire time.**

Q Okay. Do you recall if Mr. Rupe or anyone else at his law firm ever asked if you had any communications to produce the Plaintiffs in this case?

**A Is that a -- is that a privileged conversation or is that something I should answer? I don't know.**

**You know, obviously, if you sent over a requisition, they should have asked -- they would have asked me if I had -- if I had information, just as any attorney would do.**

BY MS. SANDHU:

Q Do you recall if Mr. Rupe or any other attorneys at Lewis & Brisbois ever requested to conduct an extraction of your cell phone for communications, such as email, text messages, and so on?

**A My attorneys have acted in good faith and in the interest of their client and the law at every step along the way, in my opinion.**
Q Sure. But that wasn't the question. The question was if they'd ever asked you to do an extraction of your personal cell phone?
**A I do not believe they did.**
Q Have you ever provided your cell phone to your attorneys for any purpose?
**A I have not.**
Q Were your attorneys involved in the searches you ran on your cell phone, to determine if you have anything responsive to these?
**A They were not.**
Q You did that search independently?
**A Well, I did it. And, you know, they told me what I needed to do, and I did it.**
Q Okay.
**A Again, I want to point out, you know, I wasn't an employee during these complaints and the request for information, again, leads back to, you know, a very specific request that is in a very small scope has relevance to the complaints as written.**
**And I just don't have any documents that meet those requests, whatsoever. So this is pretty much a**

**"no brainer," you know, from a discovery standpoint, that I'm a guy who didn't work at the company, who has never met any of these folks. And there's a very limited scope to the actual complaints themselves, of which I know nothing of, literally.**

**So there's very little that I could produce, even in a best-case scenario for you. And I'm sorry that I don't have more information. I want you to have answers, but I just can't produce them, because I don't have them. You know, you're barking up the wrong tree with me.**

Q Sure. You said -- did you just say that you weren't an employee?

**A I wish -- I wish -- I wish that, you know, these farmers, you know, had success in their lives. I don't wish anyone ill will, but I just -- I don't have the information that people are asking for.**

Q Okay. And do you recall if you ran any kind of search terms on your text messages when you were trying to --

**A I mean, I just feel like you keep asking me the same thing. You've asked me that, like four or five times.**

Q Well, this is a separate question.

**A No, you've asked me that question several times,**

**if you want to look back at the record. You've asked me, have you run search terms, like -- like, probably, three to five times.**

Q Sure. Well, then, refresh my recollection, please.

**A I just feel like you're -- you're -- you're, like, kind of again, like, it's -- I'm happy to be deposed and answer questions, but it's not an interrogation, you know, so.**

Q Sure. And I --

**A Let me answer the question, and then, you know, leave it at that.**

Q Sure.

**A I just -- I don't appreciate being bullied over simple questions.**

Q Well, I'm sorry you feel that way, Mr. Wadiak, and --

**A If you asked me if I looked up terms and I said yes once, like five times ago, then, we got that.**

Q Okay. Then, what terms did you look up?

**A I can't recall. I answered that, also. Because you never -- there are a lot of different requests there and, you know, again, it's been a year since you sent this stuff over, so it would have been relevant to your requests.**

Q Okay. Do you know if there was a certain time frame you would have been looking for when you --
**A Yeah. Again, I can't recall. I'm sorry.**
Q Would it have been within the time frame that you were CEO, that you were --
**A If I have any messages from anybody, I would have been the CEO, because, otherwise, I don't have -- I didn't -- as I stated earlier, I -- I didn't communicate with anyone until -- you know, when I was -- after I was CEO.**
Q I'm not asking after. So when you were searching your messages, you would have been looking for messages within the time that you were CEO; is that correct?
**A That's the only time that it could have -- that it could have existed, as we've determined.**
Q Okay.
**A I didn't have messages after or before. They didn't work for me before, and I didn't talk to them after, so.**
Q Are you aware that Plaintiffs' requests, the time frame of the requests was broader than that? It went beyond your tenure as CEO, as well?
**A Yeah. Whatever the requests were, is what the requests were. And I think I actually, the -- I think**

**the messages I sent to you went beyond that also, so.**

Q That damaged laptop that we talked about earlier, did you make any effort to see what those documents would have been through your iCloud?

**A No.**

Q Why not?

**A Through my iCloud? I didn't have access to my email address.**

Q I believe what you said is, you're not sure which email was associated with the Apple ID.

**A Sorry. What documents are you referring to?**

Q You mentioned earlier that on that personal laptop, you had some decks and some other documents that you had saved --

**A Email docs.**

Q -- some other documents that you had saved locally. You said "documents." And I'm just wondering --

**A Again, I'm presuming that. I don't even know if they were saved locally. I'm not sure how this stuff works, but, you know, that's if there were documents that were saved locally, it would have been stuff like that.**

Q Okay. So if there were any documents saved within that level --

**A Again, that's speculative, at best, but they don't seem that -- that relevant (a) to this case. They don't seem at all relevant to this case, and (b) to my life. So, you know.**

Q So, earlier you --

**A I didn't -- I didn't have any -- I didn't have any desire to check for something before there was even a case, you know, regarding any of this stuff.**

Q So, earlier, when you testified that you had saved a sales deck, locally, to that laptop, is -- was that not correct?

**A I think I -- I think I answered everything that, you know, yeah.**

Q Okay. But you made no effort to see if you could recover any documents from that damaged laptop; is that correct?

**A What -- what documents?**

Q Any that could have been on there. Did you make any effort to try to search through the content of that damaged --

**A From what?**

Q From that damaged laptop?

**A After it broke?**

Q It broke, I understand that. But you said it was possible for two different Apple IDs to be associated

with that laptop. One, which you say you --
**A I can't log into any -- any documents that were of any relevance to the company would have been, either, like in a data room or a Dropbox. So anything important, you know, had to have been under -- even if the laptop had an Apple ID associated with the company, it would have been -- documents would have been under the matt@cooksventure. I presume you have access to all of that information, or if you don't, you know, that's for you to figure out. But I -- I don't -- I don't have access to it, I'll tell you that.**
Q So the Apple ID associated with the laptop that was damaged, was that matt@cooksventure.com?
**A I think I answered that question like five times.**
Q Well, earlier, you answered it was one of two.
**A Yeah --**
Q It was either --
**A -- so if I answered it already, you know the answer to it. Why are you asking me again?**
Q I'd like to now, focus on the text messages that we received from you recently. So Plaintiffs received a set of text messages from you around June 10 of this year. Do you recall Mr. Rupe or Mr. Gnefkow contacting you on or about May 14 regarding --

**A Who is Mr. Gnefkow? Oh, Andrew, yeah.**
Q I can say Alan and Andrew, that's okay. Do you recall Alan or Andrew contacting you on or about May 14th, regarding Plaintiffs' concern that you were withholding responsive text messages?
**A I don't think that was the context of that conversation, and I think my -- my conversation with them is -- is private.**
Q Did you have contact --
**A So the answer is, no.**
Q They did not contact you --
**A Well, the way you worded your question, the answer is, no.**
Q I'm not asking for the details of what you discussed. Let me ask you this: Do you recall Andrew or Alan contacting you on or about May 14 of this year about this case?
**A I -- I couldn't speak to the date in which they -- they've contacted me a number of times over the course of the last year.**
Q Do you recall Alan or Andrew sending you a PDF of text messages that Mr. Evans produced to plaintiffs in this case?
**A Yeah. I read them.**
Q When did you read them?

**A I can't recall. After they sent them, at some point, in the following week.**

Q Following week of what?

**A The following week after they sent them.**

Q And you don't recall when they sent them?

**A I can't give you the exact date. I don't remember.**

Q Would that have been via email?

**A Yes.**

Q Would you be willing to search for the date of that email?

**A Right now?**

Q No, not right now.

**A Sure. I mean, as long as it doesn't violate any of my rights, sure.**

Q I'm interested in the date.

And so you reviewed that PDF. What did you do after reviewing that PDF of text messages that Mr. Evans provided in this case?

**A In all honesty, I got a little upset that they were -- you know, talking so much behind my back was little disturbing. But other than that, you know, I just brushed it off. That's what happens with leaders sometimes. So personally, a little offended, but what can you do?**

Q What in them was personally offensive to you?
**A Well, that's for me to, you know, to -- to -- to internally deal with.**
Q So those text messages were upsetting to you?
**A No, I mean, I didn't say that. Just a few things, but it's fine.**
Q Okay. Did you contact anyone after reviewing those text messages?
**A No.**
Q Did you contact Mr. Evans?
**A No, of course, not.**
Q Okay. And I know you said that some things in there surprised you, but after you were done reviewing it, what did you do?
**A Ate dinner, went to bed.**
Q Okay. So you were provided this set of text messages from your attorneys, and you don't recall when; that's correct?
**A Well, we established generally when, already, right?**
Q So if you produced these text messages to us June 10, did you review the PDF -- the PDF, like, within a month of that?
**A It was a very, very long PDF. So it took some time to read it. I can't remember how long it took,**

**but yeah, I think -- I can't remember if it was in a month or more than a month or less than a month, but it was sometime after I received it, I read it -- or I didn't read all of it. I read most of it.**

Q Was that the first time you had reviewed that PDF?

**A Yeah.**

Q Was that the first time you were sent it?

**A Yeah.**

Q So we received a response on June 10, from you, with your text messages. When, in relation to that date, did you review the PDF of text messages from Mr. Evans?

**A Didn't you just ask me that?**

MR. GNEFKOW: Yeah. Object. Asked and answered. He's already answered these questions.

**A Yeah, like five times.**

BY MS. SANDHU:

Q Okay.

**A Yeah. Again, I just asked you not to bully me. You know, it's just not fair.**

Q Sure. Sure.

**A I'm trying to be in good faith and giving you all answers. You asked me about people that I spoke to.**

**I'm giving you information that, you know, like you're not even asking for, and I just would appreciate if you'd respect the courtesy.**

Q Sure. I appreciate your candor.

So within a month after reviewing the PDF of text messages from Mr. Evans, you produced text messages to Plaintiffs?

MR. GNEFKOW: Object. Asked and answered.

BY MS. SANDHU:

Q You can answer.

MR. GNEFKOW: You can answer it again, if you would, Mr. Wadiak.

**A Yeah, I guess so. I mean, you received it, so you know the answer to that question, also, so it seems like a silly question.**

BY MS. SANDHU:

Q Well, I -- I have no idea when you reviewed the PDF of text messages from Mr. Evans, Mr. Wadiak.

**A Neither do I.**

Q Okay. Did some -- did your review of that PDF motivate you to share your text message -- your text messages with Plaintiffs?

**A No.**

Q Did your review of the text messages, the PDF of

text messages from Mr. Evans, have any bearing on your decision to, then, later produce text messages of yours to Plaintiffs?

**A No. I also don't think there was anything in Blake's text messages that were relevant, for context.**

Q You said you didn't read all of Blake's text messages, though, right?

**A No, but the ones that I did.**

Q Which ones?

**A I don't -- I don't have all day to go through stuff like that. I don't do it for a living. But I do have to, you know, try to put food on the table, so. But, no, I didn't -- I didn't find -- I didn't find any -- any relevance in his texts, and there are definitely none in mine. And -- and it had no bearing on anything that I did. And I have not talked to Blake, and I don't, you -- know, have any ongoing conversations with any of those guys.**

Q Okay.

**A Or any conversations, so.**

Q Okay. How did you review this PDF of text messages that Mr. Evans produced? Did you perform search -- keyword searches on it?

**A I didn't say I searched. I said I read some of them.**

Q Okay. Ad what you read told you that there was relevant in there?
**A I just didn't see anything that was relevant. It was a lot of, like, kind of like stuff about day-to-day stuff --**
Q How did you --
**A -- and some general gossip. But other than that, you know, I -- I didn't -- I didn't see anything that was correlated to any of the complaints.**
Q Sure. And you mentioned you're busy working. So how did you determine --
**A Aren't we all?**
Q We are all busy.
**A God bless you all for being on a call with me, but, you know --**
Q Sure. Sure.
**A -- I don't know any of these people.**
Q Sure. But since you mentioned you're busy and you're limited on time, how did you determine which text messages were worth reviewing?
**A I just started in one place and finished when I thought it was good enough, but it wasn't -- listen, it's not my job to review Blake's messages. This is more just informational. I'm not Blake's attorney. I don't, you know, know Blake socially. You know, we**

**worked together for a period of time, and that's it.**

Q Why then, did your attorney send to -- send you a PDF of the text messages?

**A You tell me.**

MR. GNEFKOW: Object. Form. Calls for speculation. You can answer, if you know.

**A I couldn't speak to anybody's motivation to do anything.**

BY MS. SANDHU:

Q Did you have any -- and I'm not asking for the substance. Did you have any discussions with your attorney about that PDF?

**A You're asking for content of an attorney-client privileged conversation?**

Q That's your attorney's job to make the objection.

MR. GNEFKOW: So, Matt, she just asked you if you had a conversation concerning those -- the text messages from Blake.

**A I mean, we talked -- the conversation was regarding -- I'm not saying what it was regarding, but we didn't have, really, a material conversation about the content or anything like that, no, just that they existed, generally.**

BY MS. SANDHU:

Q Okay. Do you recall how many times you talked to

them about this PDF of text messages?
**A One, two, maybe, you know.**
Q How? Were those, phone calls, emails? What was the mode of communication?
**A Phone calls, and I think there was an -- well that was, he emailed them to me, so, you know.**
Q Okay. Did anyone else at Lewis & Brisbois ever ask for your text messages, any other individuals?
THE WITNESS: Sorry. Are you guys Lewis 7 Brisbois, Andrew, or somebody else?
MR. GNEFKOW: Yeah. Our law firm is Lewis Brisbois.
**A Yeah. So, no.**
BY MS. SANDHU:
Q Okay. Do you recall ever speaking with an attorney named Ethan Ward?
**A Yeah.**
Q Okay. And you never provided text messages to Ethan?
**A No. Nice guy, by the way.**
Q He is nice, yeah.
**A Andrew's a nice guy, too. Sorry, Andrew.**
Q He's doing well.
So then, the text messages that we got from you on June 10, were your messages with Ankur Agrawal and

Ken Collins?

**A Yeah.**

Q Are those all of your text messages with Mr. Agrawal and Mr. Collins that pertain to the complaint?

**A No, because none of them pertain to the complaint.**

Q So then how did you decide to produce those?

**A That was a little trickier.**

MR. GNEFKOW: Object. Asked and answered. He's already answered this question.

**A Yeah. None of those messages pertain to the complaint. I will reiterate, they don't pertain to the complaint. I don't know any of the people who are, you know, on the litigation side of this, and I didn't work at the company during the time of -- almost the entirety of all this. So, yeah, asked and answered.**

BY MS. SANDHU:

Q Did you review those text messages with Mr. Agrawal and Mr. Collins with your attorney?

**A Did I discuss those with my attorney? Did they -- did they read them and did I read them?**

Q Did you review them together?

**A No.**
Q Okay. And so there are others --
**A Everybody read them.**
Q Everybody read them, okay.
**A That would have been a very long book club meeting, if we had done that.**
Q Sure. Do you recall if your attorneys believed those text messages that you produced were relevant?

MR. GNEFKOW: I'm going to object. I object. Asked and answered -- attorney-client for the -- Blake.

MS. SANDHU: Sure, Andrew.

MR. GNEFKOW: -- attorney-client for the -- Blake.

MS. SANDHU: Well, I'm going to -- I'm going to address your objection.

So in your response to our motion for sanctions, our motion to compel and motion for extension, you noted that Mr. Wadiak's position, that his belief that his text messages were not responsive or relevant was a legally colorable position.

And so how he came to the conclusion that his text messages were not relevant when that is a term of art, it seems as

though Mr. Wadiak is using attorney-client privilege as both a sword and shield in this matter. He's using it as a reason for why he did not earlier produce text messages.

THE WITNESS: No. It's a basic American right.

MR. GNEFKOW: Hold on. Hold on, Matt. Hold on. Hold on.

THE WITNESS: Sorry.

MS. SANDHU: He's using it as a reason for why he didn't produce text messages earlier, and you're now using it as a reason to prevent him from answering questions about that decision.

MR. GNEFKOW: You -- if the scope of your question is asking what legal advice Mr. Wadiak received from his counsel, that is a clear indication of material that is protected by attorney-client privilege, and I would -- and I would advise my client not to answer a question that would violate a fundamental legal right that he possesses.

MS. SANDHU: Sure. But he cannot both use it as a sword and shield in this instance. He cannot use it as a reason to

not produce text messages that he believed text messages were not relevant, which, as a layperson, I don't know how he came to that determination; and then, he cannot use it as a reason to not answer these questions today about his decision not to produce those text messages.

MR. GNEFKOW: I don't think that at any point he's asserting attorney-client privilege for a reason to not produce things that aren't relevant. So I -- I'm not really sure where you're coming from with that. I mean, if -- if he -- I mean, there's -- under no circumstances would I advise Mr. Wadiak to answer a question that violates his attorney-client privilege.

MS. SANDHU: Sure. And I'm not --

THE WITNESS: Can I -- can I just say that --

MR. GNEFKOW: No. Hold on. Hold on, Matt.

THE WITNESS: All right.

MS. SANDHU: The position that we're taking is not that he is -- he's saying that, in your briefing, you have noted that

the position that the -- the text messages he has are not relevant is a legally colorable position.

And based on that, he didn't produce text messages. Now, we're asking him why he didn't produce those text messages, and he's relying on that same reason. It serves as both a sword and a shield, and that you cannot use the attorney-client privilege to do.

That is my -- that is where I take issue.

MR. GNEFKOW: Is your question whether -- so is your question whether or not his attorneys told him that the -- that they thought the information was not relevant?

MS. SANDHU: Yes, I am. I'll also add, Andrew -- I'll also add, Andrew, that we have reason to believe that the crime fraud exception could potentially apply, that we believe it does apply.

MR. GNEFKOW: That the what?

MS. SANDHU: The crime fraud exception could also apply here, and to pierce the

attorney-client privilege in this instance.

THE WITNESS: The what?

MS. SANDHU: Mister --

MR. GNEFKOW: That's okay, Matt.

MS. SANDHU: Listen, Andrew, if you don't want him to answer it today, that's your position. But those are -- we believe we have a basis to pierce the privilege.

MR. GNEFKOW: Yeah. And I'm going to advise him not to answer, as any form of waiving his attorney-client privilege.

MS. SANDHU: Okay. We can table that for now.

BY MS. SANDHU:

Q And so to confirm, Mr. Wadiak, there are other text messages in your possession with Mr. Agrawal and Mr. Collins that you did not produce; is that correct?

**A Mr. Collins and Agrawal?**

Q Yes.

**A I -- I think I sent everything that -- that -- well, I -- I mean, I worked with Ankur for, you know, probably a decade before Cooks Venture, so I think what I sent over was from, you know, right before he started to after he left.**

**And I think, similarly, with Ken. So I've**

**known -- I've known both of those guys for a long time, either as work people or socially, so I produced everything from -- you know, from one time to another time, up until, like, current date or whatever.**

Q Okay. And how did you -- you didn't believe any of your text messages were relevant. So then, how --

**A Yeah, that's true.**

Q So how did you decide to produce text messages with Mr. Collins and Mr. Agrawal? How did you land on those two individuals of text messages to produce?

**A Well, I -- I -- I thought you had asked for those. I don't know. Maybe I got confused.**

Q Are you under the impression that we asked for your text messages only with Mr. Agrawal and Mr. Collins?

**A No.**

Q Okay. So if you're not under that impression, why did you only produce those conversations?

**A Well, they were the fiduciaries of the company.**

Q Do you believe that Plaintiffs' claims against you are only related to the financial condition of the Cooks Venture?

**A I -- I don't pretend to know what any of these claims are about, because they all seem ridiculous to me. I mean, they're not -- they have no merit.**

Q So you don't have an understanding of them, but you knew --
**A How can you understand something that's -- that's a -- a full document that's full of mistakes, inaccuracies, and typos. It's impossible to follow.**
Q But you have mentioned that you understand the claims that Plaintiffs have filed against you. And so, based on your understanding of those claims, you thought to only produce text messages with Mr. Collins and Mr. Agrawal, despite the fact that you did not think they are relevant?
**A I discussed them with my counsel on what we should best do, and -- and we made a decision to produce those -- those messages.**
Q Was it your decision to produce the text messages?
**A It was my decision.**
Q Okay. How did you reach that decision? Why just Mr. Collins and Mr. Agrawal, why not produce text messages with Mark Fisher, if you have those in your possession?
**A Rest in peace, Mark Fisher. You know, I think they're representative of -- of the goings on of -- of Cooks Venture, generally speaking, like the CFO is the most important person in the company, so.**

Q But if what you were producing was not relevant, why did their subject matter, matter at all?
**A In my opinion, it didn't, and -- and, quite frankly, you know, I --**
Q You cut off there, sorry. What did you say? Did you say it did or didn't? I couldn't hear you.
**A It -- it didn't matter. I mean, again, I -- I hold the same position that I don't think any of these met any of the -- any of the requisitions for information, your requests for information. I just think -- I just think, if you read them, there is, like, no basis that there was any wrongdoing, whatsoever, as described in the complaints.**
**So it's -- in my opinion, they -- they defend my position that, you know, there is -- I didn't know any of these folks. I wasn't there. And we didn't talk about any -- of any of the things that, you know, people are planning.**
**So, again, I'm not a lawyer, but I can tell you that there's some common sense to, you know, getting sued by a bunch of folks who you have never met and you have only tried to help.**
Q Do you still have, in your possession, text messages with Mark Fisher?
**A I -- I would have to check that.**

Q What about Blake Evans?
**A I'd have to check that.**
Q Fariba Izadi?
**A I'd have to check all those.**
Q So all the individuals that we spoke about much earlier in this deposition that you texted about while you are still CEO of Cooks Venture, you have to check to confirm if you still have those text messages?
**A I -- I can check, and if you -- if you want to know, I can happily get back to you, like you have asked for other stuff.**
Q I thought you had run searches though, to confirm you didn't have --
**A Yeah, but I can't remember the details of every single person.**
Q So you did a search --
**A I assume that I had correspondence with other folks.**
Q Okay. The text messages that you provided with Mr. Agrawal and Mr. Collins, did you delete any messages within those chains of --
**A No.**
Q How did you -- did you compile that PDF of text messages?
**A I did.**

Q How did you do that?
**A Well, I'll tell you what. For one, it was a huge pain in the butt. I had to get some software and try to back it up, and then there was not enough room to back it up. And then I had to buy a hard drive, and then I had to put it onto a hard drive. And then I had to compress the file and send it over to the lawyers, so.**
Q So what software?
**A -- it was a whole process.**
Q So what software was it?
**A I can't -- I can't remember. It was complicated. And I never, I hope -- I hope to God, I never have to use something like that again, because it took, like, 24 hours.**
Q So you conducted the extraction of text messages?
**A Yeah.**
Q Okay. Why -- why was it that you did the extraction? Were you instructed to do so?
**A I wasn't instructed to do anything.**
Q So on your own accord, you did your own extraction?
**A I had a conversation with my counsel, and we made a decision.**
Q Okay. And before you did this extraction, your

attorneys never offered to do the extraction on your behalf?
**A No.**
Q Okay. And I think, did you mention that you extracted everything onto a hard drive; was that correct?
**A Yeah. Well, I had -- well, I had to use a hard drive because the file was so big, it was not able to -- yeah.**
Q How many terabytes was it?
**A I don't -- I don't remember, but it was too big to -- it put up an error when I tried to do it, so I had to go out and buy a hard drive, and that's the only thing I've ever used it for.**
Q Okay. What brand -- what brand is the hard drive? You don't recall?
**A The one that -- some company that makes hard drives. I don't know.**
Q What kind of drive was it? Was it a thumb drive, a solid state drive?
**A Sorry. I'm not a -- I'm not a technician. It was just a drive that was recommended to me by a dude at like, you know, a store.**
Q Where did you purchase that drive?
**A At a technology store that sells hard drives. I**

**don't know.**

Q What technology store?

**A I can't remember.**

Q Would there --

**A Something near my office where I could go to. It was Best Buy or the Apple Store, or one of those. I don't know.**

Q And you used personal funds to purchase it?

**A I did.**

Q Okay. Did you use a credit card to purchase this?

**A Presumably, Apple Pay, a credit card, something like that.**

Q Would there still be record of that purchase? Would you still have record of that purchase?

**A Presumably. I mean, if it was recorded on one of my payments. I don't know which card I used, but, yeah. I don't keep record of, like, you know, $50 hard drives, but, you know. Sure.**

Q Was that the price of the drive?

**A Some -- some amount of money that was not too expensive.**

Q Okay. And you still have this drive; is that correct?

**A I think so, somewhere. I don't know.**

Q Okay.
**A I mean, I -- I used it one time to compress one file, so I think -- I don't even know if I just saved the PDF or, you know, it's a -- it could be on it. If it is, it's the same file that you got.**
Q Did you provide your attorneys with a copy of that hard drive?
**A No.**
Q Did you make a copy?
**A I gave them the file that's on the hard drive, which is the same thing.**
Q Okay.
**A There's only one file on it. It's the file that you got.**
Q Okay. So when you open up the drive, describe to me what the folder structure looks like.
**A There's one file on it. It's a file that you got.**
Q That's it?
**A Yeah.**
Q Okay.
**A It's literally all that I bought it for, because my computer couldn't hold -- you know, couldn't do it, for whatever reason, on its own. It's like a RAM thing or something.**

Q Okay. And how long did you say this extraction process took you?

**A Well, I -- because I'm not very good at this technology type, this is not my line of work. I'm a chef, you know, and sort of, like, food guy, by trade. It took me longer than it should have. So I think I tried to do it a couple times. And then, I had to figure it out, and it took me like about a day to figure it all out.**

Q Okay. If you're not, you know, well versed in how to do an extraction like this, why did you take it upon yourself to do it?

**A I think I answered that question already.**

Q You didn't think to ask your attorney if this is something they could do for you?

**A If I could handle it, I could do it. I mean, listen, I got the files. It worked. It took me a little effort, but I got it done. I'm not an idiot, so I was able to accomplish the task, you know, that we discussed.**

Q And you can't recall which software, right?

**A It's one of those many, many tools they have out there for that. I think the software is listed on the file that you got, probably.**

Q Okay. And did you pick -- when you did the

extraction, then, did you only -- did you focus the extraction on your text messages with Mr. Collins and Mr. Agrawal?
**A Yeah.**
Q You didn't extract anything else from your own cell phone?
**A Okay. And, again, I just want to reiterate, I don't think I -- I necessarily had to do that. I don't think there's any relevance to those conversations, whatsoever.**
Q So then, everything else, all your other communications with Mr. Agrawal and Mr. Collins would still be on your cell phone; is that correct?
**A What? What other communications?**
Q So you didn't provide us every communication you ever had with Mr. Agrawal.
**A You mean, when I first met Ankur, like 15 years ago, yeah, I didn't send that over. I don't think that -- I don't think, you know, before the company existed matters that much.**
Q Well, any -- earlier, we discussed a number of individuals at Cooks Venture that you texted with regarding Cooks Venture matters while you were --
**A Well, Ankur worked for me as a -- as the head of finance for Blue Apron. Should I have sent those**

**messages over? Before -- before -- before even Crystal Lake Farms existed? I mean, what -- where's the limit to where you draw the line on things that are already irrelevant?**

Q Well, when Plaintiffs made their request, it was date limited. It went from, I believe, December of 2019 to January of 2024, something along those lines, so.

But I guess what I'm asking is, earlier, we discussed a number of individuals that you texted with about Cooks Venture matters while you were still CEO.

All of those text messages, would it be possible to extract those the same way that you extracted your text messages with Mr. Collins and Mr. --

**A There is no -- there no relevance to any of that --**

Q That's not -- that's not my question.

**A Would it be possible?**

Q Yeah.

**A In theory, I guess it would be possible, yeah. If -- if they exist and -- and if they are, you know, relevant and if it is determined by my counsel that I should do so, then, yeah, I think that's possible.**

Q So the text messages with Mr. Agrawal and Mr. Collins, you produced because you wanted to. But

otherwise, any other text messages you'd have to be instructed by your counsel to produce them; is that correct?

**A I -- again, I had a conversation with my counsel and I produced some documents. I think we've been over that.**

Q Okay. And it --

**A And by the way, acting in good faith, as I have during these conversations and being gregarious with information that I'm sharing with you unnecessarily.**

Q Sure. But, you know, Mr. Wadiak, we didn't ask for communications that weren't relevant. So if you didn't have anything in your possession, I guess I'm still confused why didn't you just maintain that you had nothing in your possession --

**A Well, you can send it -- you can -- you're more than welcome to send them right back to me and throw them away.**

Q But earlier, you also testified that --

**A Or -- or another alternative is just feel free to disregard, because they're irrelevant.**

Q Okay. But earlier, you also said that you did not have an auto delete function on your cell phone while you are at -- for text messages while you were at Cooks Venture; is that correct?

**A Is that a thing?**
Q So I'll give you an example. I have my text messages -- they -- not my texts, but text messages can expire within a certain period of time if you set that function on your cell phone.
**A Okay. Sure.**
Q Have you ever set that kind of function on your cell phone?
**A Not to my recollection. I don't know. I don't think so.**
Q Okay. So it would be possible to still find the text messages that you had with various Cooks Venture employees, because they've never been deleted; is that correct?
**A I -- I -- again, I don't presume to know what this auto delete function is or -- or whatever, but I think you have seen a representative sample of the text messages that I have on my phone.**
Q Do you have any reason to believe that any of your text messages with folks at Cooks Venture could have been deleted?
**A I don't -- I just don't know. You're asking me about what, you know, correspondence took place and what could or couldn't have been deleted over the course of the last decade. I mean, that seems pretty**

**broad and, like, I don't think anybody can answer that question.**

Q And you didn't personally delete any text messages from your cell phone with folks from Cooks Venture, ever?

**A I don't -- I don't know. I don't think so. Again, that's -- it's -- of the millions and millions of text messages I've gotten in my lifetime, who knows? But, you know, I don't think. I don't remember doing it.**

Q Okay. So I just have a few more questions for you. And if it's okay with everyone, I'll just power through them, rather than give another break so that we can be done for the day. Does that sound good?

Okay, so.

MS. SANDHU: Pardon?

MR. GNEFKOW: Yeah. It sounds good to me.

MS. SANDHU: Okay. All right. Great.

BY MS. SANDHU:

Q So, Mr. Wadiak, I just have a few more questions, and they're about some subpoenas that we sent to Mr. Collins and to Mr. Agrawal.

So Plaintiffs sent Mr. Ken Collins a subpoena for documents related to this litigation in February of

2026. Did Mr. Collins contact you after he received that subpoena in February 2026?

**A I haven't spoken with Ken Collins since my last day, so, no.**

Q Okay. So you have never seen the subpoena that was sent to Mr. Collins; is that correct?

**A Nope. And, yeah, again, haven't spoken with him, haven't seen it. I have no knowledge of it.**

Q Are you aware that Mr. Collins is also represented by Mr. Gnefkow related to that subpoena we sent?

**A Related to who -- represented by who?**

Q Are you aware that --

**A Oh, Andrew represents Ken?**

Q Are you aware of that fact?

**A No. I just found out right now. You represent Ken. So I'm just -- new information for me.**

Q So you did not refer Mr. Collins to Mr. Gnefkow for representation; is that correct?

**A I'm finding out on the spot. That's intriguing.**

Q Okay.

**A Good for you, Ken. You found a good lawyer.**

Q And so plaintiffs also subpoenaed Mr. Agrawal for documents related to this litigation in March of 2026.

**A Yeah.**

Q Did Mr. Agrawal contact you after he received that subpoena?
**A He did. Yeah, he did.**
Q How?
**A He texted me and he said, "Hey, I just got" -- I think he was, like, a little shook up. He's like, "I just got a deposition." He's not used to getting that, obviously.**
Q So actually, I'll clarify. We sent him two subpoenas, one for documents, one for a deposition.
**A Well, he just sent me -- he sent me a text one time, and I don't think it was clear. It was like, kind of like, "I just got deposed, whatever, for Cooks Venture. Do you know what this is about?"**
Q Okay. And did he send either of the subpoenas that he received from us to you?
**A No. I don't think so. Yeah, I think he just told me.**
Q Beyond the text message --
**A Yeah.**
Q -- did you have any phone calls with him?
**A Yeah, I had a quick call -- did I have a call? I think I had a quick call with him, and then I made an email introduction to -- I didn't know what the rules were, so I just made an introduction to, I think,**

**Alan, at the time, and after that, I didn't speak to him about it again.**

Q What else did you discuss in that call?

**A How -- how's life, how's your job? You know, how's your wife, stuff like that.**

Q Did you discuss this litigation?

**A No. I just said, there's a litigation ongoing. You should talk to them about it. You know, that's sort of on your -- your prerogative. And I said, you know, I don't -- you know, I don't believe -- I told him, I don't believe there's merit to it, but you should -- you should talk to your own people about it.**

Q Did he ask you why you didn't think there was any merit to Plaintiffs' claims?

**A No.**

Q Did he have any opinion on it?

**A Yeah. He said, no, you know, like what my opinion -- no good deed goes unpunished. You work your ass off and this is kind of how people treat you, unfortunately. It's sad. It's sad to be somebody who works really hard, like -- like Ankur or myself or any of us, who put their livelihoods on the line over and over and over again and, you know, some group of individuals or firm or advocacy group that doesn't really understand context comes after you and tries**

**to -- to ruin your life.**

**It's -- it's -- it sucks, and I hope you never have to be in -- in -- in that position where you try to do something good for the world and the world comes back and bites you. So I think -- I think a lot of people who try to do good, who start, you know, better-for-you food companies, you know, do it because they care, and they -- they want a better world. But it's hard to build, you know, a better world when there's stuff like this.**

**And that's -- that's the reality of it. There's nonspecific information regarding me and Ankur. And I haven't spoken to him about the case, because I know better than that.**

Q But you did, during that phone call, note that you didn't believe the case had merit, that's correct?

**A I said, you should talk to a lawyer about it. That, you know, it's up to you, but, you know, I don't -- I don't believe that there's -- you know, I wasn't there for the majority of this stuff.**

**So he knows that. He knows when I left and he knows the dates of the thing. So we didn't -- we didn't discuss it, but he's not a dumb guy.**

Q Did you or did you not tell Mr. Agrawal that Plaintiffs' claims have no merit?

**A I did not.**

Q Okay. So earlier when you mentioned the merits of the claim --

**A Yeah.**

Q -- in what context did you convey that to him?

**A I -- listen. I told you what I said. I -- I referred him to Alan. I said you should talk to Alan about it, and then that was the end of it.**

Q Did Mr. Agrawal ask for any advice on what he should produce in response to the subpoena that we sent him?

**A No, of course not.**

Q Okay. Did you offer any advice?

**A Of course not.**

Q Okay.

**A It's not my place to do that.**

Q Sure. Mr. Agrawal was deposed in this case on April 30th. And like I mentioned earlier, we sent the subpoena for documents in March of 2026. So when, in that time frame, would you have spoken to him?

**A Well, I can't remember the time frame, but right when he got deposed or right when he got some letter from somebody, he -- that's when he reached out to me.**

Q So was it when he was deposed or when he received the subpoena?

**A I -- I don't know, because it was very unspecific. And he's like, "Do you have somebody I should talk to?" And I introduced him to Alan.**
Q Did you speak with Mr. Agrawal after his deposition?
**A I did not.**
Q During it?
**A No.**
Q During --
**A What? No.**
Q Okay. So as we've established and you have produced many text messages with Mr. Agrawal now, in which you discuss various Cooks Venture matters.
Do you, then, agree with Mr. Agrawal's representation to me on March 23rd, via email, that you did not text for work matters?
**A I mean, I think, for the most part, you know, that's predominantly true. He was a very email, buttoned-up guy. Like, when we did work stuff, it was like with a bank or financial records or things like that, you just can't text stuff like that, so you email formally.**
**I mean, like, "Are you going to meet me after work," or are you going to like, you know, "When are you flying in," and stuff like that. But, like, you**

**know, for the most part, he was pretty formal about his -- his -- his process.**

Q Okay. Let me just take a look at my notes and see if there's anything else that I need to ask.

Have you retained any paper documents from your time at Cooks Venture?

**A God, no. I mean, all that stuff would have been in Arkansas.**

Q So you do not have it in your possession?

**A No.**

Q Okay. I believe that's all I have.

Do -- if any of the other attorneys have questions for you --

MR. GNEFKOW: Yeah. Does anyone else have any other questions for Mr. Wadiak?

MR. MILLER: No questions. Stuart Miller.

MR. MCKINNEY: None for me. Don McKinney.

MR. GNEFKOW: Okay. I just have a few questions. And then, hopefully we can -- we can wrap up.

**EXAMINATION**

BY MR. GNEFKOW:

Q So, Mr. Wadiak, you reviewed the claims that were

alleged against you in this lawsuit, correct?

**A Correct.**

Q And you reviewed the interrogatories and requests for production and requests for admissions that were served by plaintiffs, correct?

**A I did.**

Q All right. When you -- after receiving those discovery requests, you conducted a review of the text messages that were in your possession, correct?

**A As discussed, yes.**

Q Yeah. And when you reviewed them, did you identify any correspondence, reports, notes, memorandums, letters, and/or other documents between you and any of the named defendants or other named individuals within the discovery requests that pertained to or otherwise refer to plaintiffs and/or the allegations in plaintiffs' amended complaint?

**A As discussed, yes. And I've never even met these folks.**

Q Okay. So after making that -- that review of those, your text messages, you did not identify any documents that were responsive to those requests, because they did not pertain to or otherwise refer to the Plaintiffs or the allegations in plaintiffs' amended complaint, correct?

**A None, whatsoever.**
Q Okay. Those are all the questions that I have.
MR. GNEFKOW: Does anybody else have any other questions?
Okay. So Matt, we have two options as it relates to this is that you can either read and sign the deposition transcript. And -- but the only thing, you can't really make any changes or change your answers at all. It would just be things like spelling and other things like that, that you would correct, or you could waive your signature and trust that the court reporter took down everything that was said, so it's kind of up to you.
THE WITNESS: I mean, generally, can we just trust the court reporter?
MR. GNEFKOW: I mean, I usually -- unless there's some sort of technical jargon, I -- I -- I don't think that you would need to read and sign. You could just waive your signature.
THE WITNESS: And Robyn is the court reporter?
THE COURT REPORTER: Yes.

THE WITNESS: Robyn, do you think there were any technical issues?

THE COURT REPORTER: No. If I have any spelling questions, I'll let y'all know.

THE WITNESS: I think -- I think I trust Robyn then, thank you.

MR. GNEFKOW: All right. So we'll waive, and I think that's -- that's it.

We can go off the record.

THE COURT REPORTER: Okay. I need everybody to put their order on the record. If you want an etran, let me know.

MS. SANDHU: Plaintiffs would like any etran.

THE COURT REPORTER: Okay.

MR. MCKINNEY: Yeah. Don McKinney, yeah, electronic.

THE COURT REPORTER: Okay.

MR. MILLER: Robyn, I don't need a copy. Stuart Miller.

THE COURT REPORTER: Okay.

MR. GNEFKOW: Andrew Gnefkow, we'll -- we'll take an etran.

THE COURT REPORTER: All right. Everybody, thanks a lot.

MS. SANDHU: Thank you for your time.

(WHEREUPON, the proceedings were thereby concluded at 3:20 p.m.)

* * * * * * * * * *

**C E R T I F I C A T E**

STATE OF ARKANSAS)
)SS
COUNTY OF PULASKI)

I, Robyn E. Bradley, Arkansas Certified Court Reporter #726, do hereby certify that the facts stated by me in the caption on the foregoing proceedings are true; and that the foregoing proceedings were reported verbatim through the use of the voice-writing method and thereafter transcribed by me or under my direct supervision at the time and place set out on the caption hereto. Indiscernible speech is duly noted when audio/video is distorted, garbled, or signal is lost.

I FURTHER CERTIFY, that in accordance with Rule 30(e) of the Rules of Civil Procedure, review of the transcript was not reserved by the deponent or any party thereto.

I FURTHER CERTIFY that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially interested, or otherwise in the outcome of this action; and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect impartiality that requires me to relinquish control of an original deposition transcript or copies of the transcript before it is certified and delivered to the custodial attorney, or that requires me to provide any service not made available to all parties to the action.

WITNESS MY HAND AND SEAL this 7th day of August, 2026.




Robyn E. Bradley
Arkansas State Supreme Court
Certified Court Reporter #726
Royal Court Reporters, LLC
royalcourtreporters.com

**BY MR. GNEFKOW:**
**[1]** 209/24
**BY MS. SANDHU:**
**[30]** 5/10 18/10 23/7 25/5 25/18 62/6 63/19 83/8 88/11 105/4 111/12 118/13 123/24 132/24 139/14 140/8 142/13 152/2 159/1 165/6 166/21 177/19 178/10 178/17 181/9 181/24 182/14 183/20 188/14 202/20
**MR. GNEFKOW: [32]** 24/23 82/22 83/3 88/6 117/23 158/10 164/21 165/2 177/15 178/8 178/12 181/5 181/16 182/11 183/10 184/9 184/13 185/7 185/15 186/8 186/20 187/13 187/23 188/4 188/9 202/17 209/14 209/20 211/3 211/18 212/7 212/22
**MR. MCKINNEY: [3]** 25/14 209/18 212/16
**MS. SANDHU: [24]** 63/16 82/25 83/4 118/10 139/11 140/5 158/20 164/25 165/4 184/12 184/15 185/10 185/23 186/17 186/23 187/18 187/24 188/3 188/5 188/12 202/16 202/19 212/13 213/1
**THE COURT REPORTER: [8]** 139/10 211/25 212/3 212/10 212/15 212/18 212/21 212/24
**THE WITNESS: [10]** 182/9 185/5 185/9 186/18 186/22 188/2 211/16 211/23 212/1 212/5

**$**

**$50 [2]** 129/19 195/18
**$50 million [1]** 129/19

**'**

**'80s [1]** 89/5
**'90s [1]** 89/5

**.**

**.111 [1]** 3/20
**.132 [1]** 3/22
**.215 [1]** 3/12
**.215-216 [1]** 3/12

**0**

**01316 [1]** 132/16
**02099 [1]** 132/21
**03041 [1]** 1/9

**1**

**1 [12]** 1/4 1/13 2/10 3/3 3/17 23/3 23/4 99/24 100/1 100/4 152/21 153/25
**10 [8]** 1/8 16/11 154/18 155/15 173/23 176/22 177/10 182/25
**100 [1]** 17/2
**100 percent [1]** 17/2
**105536 [1]** 63/18
**10K [1]** 67/14
**10th [2]** 150/25 151/5
**11 [4]** 1/9 135/2 140/11 143/5
**11, [4]** 141/5 141/11 143/7 150/12
**11, 2025 [4]** 141/5 141/11 143/7 150/12
**11:05 [2]** 1/22 4/7
**12 [1]** 1/9
**123 [1]** 3/21
**13 [1]** 1/10
**14 [4]** 112/8 124/24 173/25 174/16
**142 [1]** 3/24
**14th [1]** 174/4
**15 [7]** 17/25 31/21 31/23 31/25 86/4 93/18 198/17
**15-odd [1]** 93/18
**151 [1]** 3/25
**18 [3]** 124/14 126/25 138/16
**1912 [1]** 33/22
**1:40 [1]** 83/2

**2**

**2 [6]** 1/4 1/13 3/4 3/18 62/2 62/3
**20 [3]** 31/21 34/1 97/18
**20 years [1]** 34/1
**200 [1]** 2/15

## 2

**2019 [1]** 199/7
**2020 [2]** 39/23 99/24
**2020-whatever [1]** 39/23
**2023 [10]** 3/17 9/3 23/16 23/22 25/7 43/17 100/1 100/4 110/2 135/2
**2024 [3]** 43/17 91/24 199/7
**2025 [18]** 112/8 124/14 124/16 124/25 125/19 127/1 127/1 127/6 127/6 138/16 138/17 138/19 140/11 141/5 141/11 143/5 143/7 150/12
**2026 [11]** 1/22 4/6 43/15 152/21 153/25 155/15 203/1 203/2 203/24 207/19 214/19
**205 [1]** 2/7
**209 [1]** 3/9
**212 [1]** 33/22
**213 [1]** 3/10
**214 [1]** 3/11
**216 [1]** 3/12
**23 [1]** 3/17
**23rd [1]** 208/15
**24 [1]** 193/15
**24 hours [1]** 193/15
**26 [2]** 64/23 156/13
**28 [1]** 1/22
**28th [1]** 4/5
**2910 [1]** 2/6
**299 [1]** 2/20

## 3

**3 [8]** 1/5 1/14 3/5 3/19 111/8 111/9 124/16 127/1
**30 [7]** 3/17 6/23 6/24 41/7 63/13 124/5 214/9
**30, [1]** 23/16
**30, 2023 [1]** 23/16
**30-minute [1]** 41/7
**30th [1]** 207/18
**3234 [1]** 2/24
**33 [4]** 126/17 128/3 128/17 136/23
**37 [1]** 63/18
**3:18 [1]** 158/21
**3:20 [1]** 213/3
**3kitchenslaw.com [1]** 2/9

## 4

**4 [8]** 1/5 1/14 3/21 98/23 123/20 123/21 130/18 153/18
**4-year [1]** 130/18
**401 [1]** 156/16
**4206 [1]** 2/15
**4219 [1]** 2/11
**424 [1]** 2/20
**42nd [3]** 99/17 110/11 110/12
**4500 [1]** 2/23
**452 [1]** 33/22
**452-1912 [1]** 33/22
**4600 [1]** 2/19
**464 [1]** 2/16
**479 [1]** 2/16
**479-464-5650 [1]** 2/16

## 5

**5 [7]** 1/6 3/6 3/22 132/14 132/15 132/22 139/12
**50 [1]** 100/16
**501 [1]** 2/11
**501-658-4219 [1]** 2/11
**504 [1]** 2/24
**504-581-3234 [1]** 2/24
**51 [1]** 146/14
**5650 [1]** 2/16
**581 [1]** 2/24

## 6

**6 [8]** 1/6 3/8 3/17 3/23 139/9 139/13 142/7 142/10
**6/30/2023 [1]** 3/17
**600 [1]** 79/2
**62 [2]** 3/18 144/15
**64112 [1]** 2/19
**658 [1]** 2/11

## 7

**7 [9]** 1/7 3/25 23/22 112/17 113/13 113/17 151/24 151/25 182/10
**700 [1]** 2/19
**701 [1]** 2/23
**70139 [1]** 2/23
**72227 [1]** 2/10
**726 [3]** 4/7 214/4 214/24
**72758 [1]** 2/15
**75460 [1]** 2/6
**7th [1]** 214/18

## 8

**8 [4]** 1/7 112/17 112/22 113/17
**816 [1]** 2/20
**816-299-424 [1]** 2/20

**8**

**8422 [1]** 2/7

**9**

**9 [1]** 1/8
**903 [1]** 2/7
**903-205-8422 [1]** 2/7

**A**

**a.m [2]** 1/22 4/7
**ability [2]** 34/13 141/9
**able [7]** 22/21 107/5 111/5 123/25 132/11 194/8 197/19
**about [160]** 8/2 8/3 8/11 8/20 14/19 17/15 22/4 22/7 22/12 25/16 26/10 31/4 34/16 35/10 35/23 36/3 37/6 37/24 41/13 44/15 44/17 45/2 46/2 46/12 47/3 48/13 53/4 53/7 53/11 53/11 54/11 55/7 55/12 57/4 58/15 59/10 61/21 63/21 64/25 65/12 66/8 73/17 79/3 80/13 81/14 82/4 83/1 83/10 83/15 84/1 84/6 84/6 84/18 84/21 84/23 86/7 86/13 86/24 88/12 90/9 90/13 90/15 90/18 91/20 91/23 92/4 92/10 92/24 93/7 93/12 94/4 94/25 95/12 96/2 96/9 96/10 96/19 97/3 97/23 98/2 98/4 99/4 106/12 106/15 111/2 112/15 113/20 114/6 114/9 117/24 118/1 121/14 129/3 129/16 131/9 131/21 131/23 133/16 134/5 134/8 135/7 135/12 135/13 135/14 135/14 135/15 135/16 135/17 135/17 135/19 136/9 136/10 137/13 142/2 142/19 143/2 145/3 147/12 147/21 148/1 149/2 150/13 151/19 152/23 153/3 160/16 160/18 160/19 161/20 162/10 163/18 171/2 173/25 174/3 174/16 174/17 177/25 180/4 181/12 181/21 182/1 185/14 186/6 189/24 191/17 192/1 192/5 192/6 197/8 199/11 201/23 202/22 204/14 205/2 205/8 205/12 206/13 206/17 207/8 209/1
**above [1]** 4/5
**above-styled [1]** 4/5
**Absolutely [1]** 88/15
**access [26]** 23/18 23/20 24/2 25/1 25/3 25/6 25/10 26/5 26/6 26/23 33/7 101/5 101/10 105/24 106/6 106/22 122/14 131/18 132/1 160/1 160/15 160/24 164/2 171/7 173/9 173/11
**accessed [2]** 26/8 26/16
**accessibility [1]** 67/19
**accident [1]** 76/16
**accomplish [1]** 197/19
**accord [1]** 193/21
**accordance [1]** 214/9
**account [31]** 15/17 15/18 16/9 16/19 16/24 18/18 19/11 21/24 22/1 22/5 22/5 23/16 23/19 23/20 24/3 24/4 24/13 26/2 26/10 26/13 31/19 32/9 32/17 32/18 32/25 34/8 34/8 35/15 104/5 106/4 160/14
**accounts [9]** 19/16 19/19 20/3 26/17 90/24 101/4 144/25 146/20 160/16
**accurate [1]** 130/24
**acronym [2]** 55/12 77/23
**Act [3]** 11/19 11/21 67/16
**acted [1]** 167/1
**acting [1]** 200/8
**action [5]** 83/11 214/12 214/14 214/15 214/18

A


**active [2]** 33/1 86/17
**actual [5]** 18/24 101/20 115/7 119/11 168/4
**actually [22]** 11/8 22/19 31/20 48/10 58/13 69/23 73/21 98/18 99/10 102/8 104/24 110/19 111/1 123/17 132/25 139/25 140/9 150/6 153/3 153/17 170/25 204/9
**Ad [1]** 180/1
**ADA [8]** 67/7 67/9 67/18 71/13 72/6 73/12 75/23 84/25
**ADAMS [1]** 2/22
**add [3]** 95/22 187/18 187/19
**addition [1]** 131/2
**address [16]** 15/22 16/5 19/5 19/7 19/23 20/6 20/8 23/10 23/12 23/13 23/19 31/25 101/10 160/11 171/8 184/16
**addresses [2]** 32/23 32/24
**admin [9]** 16/22 16/23 19/19 20/3 20/4 20/5 20/10 26/10 26/22
**administered [1]** 101/5
**administrator [7]** 16/19 16/20 18/17 19/2 19/10 26/21 26/25
**admissions [1]** 210/4
**advice [4]** 118/11 185/16 207/9 207/13
**advise [3]** 185/20 186/15 188/10
**advocacy [1]** 205/24
**affect [1]** 214/15
**affects [1]** 214/15
**afford [2]** 109/17 109/18
**after [67]** 16/7 24/5 25/2 26/2 28/25 29/3 29/20 30/2 30/13 32/6 34/12 37/17 51/23 73/23 76/23 86/12 86/24 87/1 92/3 92/5 92/20 92/24 93/17 94/16 94/18 94/18 94/23 95/13 96/25 99/12 100/6 104/1 108/12 108/23 110/14 110/15 110/15 110/16 122/6 126/25 146/22 156/4 158/1 158/5 163/20 166/8 170/10 170/11 170/18 170/20 172/23 175/1 175/4 175/18 176/7 176/13 177/3 178/5 188/24 203/1 204/1 205/1 205/25 208/4 208/23 210/7 210/20
**again [80]** 12/24 17/2 19/13 24/17 25/8 26/18 33/12 39/6 41/18 42/24 46/4 56/24 59/13 61/24 63/23 71/1 72/20 74/20 75/10 77/8 81/5 82/8 82/17 83/20 85/13 93/14 95/18 96/10 102/4 103/4 104/17 110/3 111/4 114/13 116/5 116/11 117/20 123/17 126/22 128/16 137/17 138/24 139/15 141/7 141/22 143/21 144/5 144/19 145/10 148/10 151/20 154/6 155/21 157/8 157/10 159/12 159/14 161/12 161/13 163/12 167/19 167/21 169/7 169/23 170/3 171/19 172/1 173/20 177/21 178/12 191/7 191/19 193/14 198/7 200/4 201/15 202/7 203/7 205/2 205/23
**against [9]** 73/15 78/12 79/14 116/15 121/16 123/8 189/20 190/7 210/1
**agency [2]** 4/23 68/7
**aggregated [1]** 83/23
**Agiato [3]** 55/23 145/9 146/2
**ago [24]** 6/9 8/20 8/20 8/24 18/23 26/18 27/17 31/22 58/9 89/2 103/15

A

**ago... [13]** 108/2 128/10 135/19 150/14 150/16 162/11 162/13 162/15 163/6 165/17 165/18 169/19 198/18
**Agrawal [24]** 44/9 52/11 182/25 183/4 183/22 188/16 188/18 189/9 189/14 190/10 190/19 192/20 198/3 198/12 198/16 199/24 202/23 203/23 204/1 206/24 207/9 207/17 208/4 208/12
**Agrawal's [1]** 208/14
**agree [2]** 130/17 208/14
**agriculture [3]** 91/25 119/20 121/9
**ahead [4]** 7/20 24/22 24/24 117/24
**Alan [10]** 166/3 166/10 174/2 174/3 174/16 174/21 205/1 207/7 207/7 208/3
**alert [1]** 102/7
**Alex [1]** 54/19
**Alexandra [1]** 54/19
**Alexis [1]** 56/18
**alien [1]** 142/2
**all [107]** 7/6 11/22 12/3 13/18 13/25 15/5 17/6 17/23 20/15 31/2 31/4 36/16 39/10 39/20 39/22 39/24 43/15 44/3 44/4 47/9 51/7 52/14 52/22 57/22 58/6 59/8 66/25 76/5 79/3 79/3 82/1 83/9 84/22 85/23 87/19 87/21 88/20 88/20 89/15 90/2 90/12 93/1 93/25 96/19 100/5 101/5 101/10 102/22 105/13 109/21 112/19 113/25 114/15 121/3 121/4 122/6 122/17 124/7 130/5 130/23 131/13 134/24 136/16 137/12 137/15 141/8 144/6 148/7 148/10 148/16 148/16 151/7 152/6 152/24 159/13 159/24 163/18 172/3 173/9 175/20 177/4 177/24 179/6 179/10 180/12 180/13 180/14 183/3 183/18 186/22 189/24 191/2 192/4 192/5 196/22 197/9 198/11 199/12 202/19 209/7 209/11 210/7 211/2 211/10 212/7 212/24 214/18
**allegations [16]** 113/3 113/5 114/19 114/23 116/10 118/22 146/18 147/5 147/7 147/9 147/15 148/12 149/21 149/23 210/17 210/24
**allege [1]** 120/3
**alleged [1]** 210/1
**allowed [2]** 42/21 43/20
**allows [1]** 24/12
**allude [1]** 119/6
**almost [9]** 42/1 42/4 67/23 87/22 89/4 89/5 89/7 89/8 183/18
**along [3]** 76/12 167/3 199/7
**alongside [1]** 119/18
**already [16]** 29/6 34/14 48/12 53/11 102/5 107/2 115/3 115/20 118/18 120/16 173/19 176/19 177/16 183/11 197/13 199/4
**also [28]** 7/15 34/11 37/25 46/3 46/17 53/6 53/19 55/6 66/9 70/15 85/14 106/10 115/8 123/15 131/1 134/10 134/11 169/21 171/1 178/15 179/4 187/18 187/19 187/25 200/19 200/22 203/9 203/23
**alternative [1]** 200/20
**always [4]** 10/1 17/20 43/18 67/23
**am [14]** 5/17 24/8 39/23 81/18 102/23

A
**am... [9]** 119/16 130/22 132/18 155/6 156/3 159/19 187/18 214/11 214/12
**Amanda [2]** 44/23 57/12
**Amber [2]** 17/13 17/14
**Amber-something [1]** 17/14
**amended [13]** 113/6 114/24 116/10 121/19 146/18 147/6 147/8 147/10 148/4 148/12 148/13 210/17 210/25
**America [4]** 89/4 89/7 119/20 119/23
**American [4]** 67/16 121/7 121/9 185/6
**AMERRA [4]** 54/11 54/14 54/15 136/14
**among [3]** 52/8 57/16 57/18
**amount [5]** 51/19 52/23 84/15 123/13 195/21
**amounts [1]** 67/13
**ANDREW [19]** 2/18 7/1 20/7 164/25 165/16 166/4 174/1 174/2 174/3 174/15 174/21 182/10 182/22 184/12 187/19 187/19 188/5 203/14 212/22
**Andrew's [1]** 182/22
**Andrew.Gnefkow [1]** 2/18
**Ankur [14]** 44/9 44/10 50/25 52/11 52/17 52/17 53/2 53/2 182/25 188/21 198/17 198/24 205/21 206/12
**Ann [1]** 44/25
**annoying [1]** 72/8
**annoyingly [1]** 162/25
**another [14]** 12/15 29/1 30/3 30/5 54/8 78/11 132/9 134/14 134/15 135/9 139/3 189/3 200/20 202/13
**answer [44]** 7/15 7/19 7/20 18/24 22/8 24/24 25/19 25/20 38/3 52/1 87/24 88/9 88/10 88/24 102/6 102/9 102/14 102/20 102/21 127/3 127/12 130/14 130/17 130/24 131/3 144/5 164/23 165/2 166/16 169/8 169/11 173/20 174/10 174/13 178/11 178/12 178/15 181/6 185/21 186/5 186/15 188/6 188/10 202/1
**answerable [1]** 93/4
**answered [16]** 118/18 141/7 141/8 169/21 172/12 173/15 173/16 173/19 177/16 177/16 178/9 183/11 183/11 183/19 184/10 197/13
**answering [1]** 185/13
**answers [11]** 4/2 18/3 85/22 117/8 124/10 125/1 142/17 161/21 168/9 177/25 211/9
**anticipated [1]** 87/7
**anticipating [3]** 86/20 87/2 87/3
**ANTIMONOPOLY [2]** 2/5 124/21
**antimonopoly.us [3]** 2/4 2/4 2/5
**anu [2]** 2/4 82/22
**ANUREET [2]** 2/4 5/12
**any [260]**
**anybody [9]** 46/24 82/19 86/12 100/20 102/6 119/19 170/6 202/1 211/3
**anybody's [1]** 181/7
**anymore [6]** 26/5 92/12 94/19 107/9 159/25 160/11
**anyone [19]** 6/1 7/8 11/3 48/11 49/14 50/17 86/6 88/16 96/24 100/17 101/25 120/3 126/6 166/12 168/16 170/9 176/7 182/7 209/14
**anything [58]** 9/15 9/17 10/5 13/13 22/7 22/25 28/19 29/14 39/1 58/13 80/3 81/3 85/9

A

**anything... [45]** 92/4 92/10 95/14 96/3 98/3 99/2 99/4 115/19 117/5 131/12 131/16 136/3 137/2 137/3 137/8 137/12 138/2 141/18 147/12 148/14 154/25 156/5 156/6 156/9 157/22 159/6 159/22 160/2 161/15 161/16 163/1 164/7 164/16 167/13 173/4 179/4 179/16 180/3 180/8 181/8 181/22 193/20 198/5 200/13 209/4
**anyway [1]** 107/8
**apologize [5]** 69/1 71/3 139/25 147/4 148/19
**Apparently [1]** 24/4
**APPEARANCES [2]** 1/25 3/4
**appears [1]** 135/2
**appease [3]** 154/13 154/19 154/19
**Apple [42]** 29/13 29/23 29/25 31/6 31/8 31/11 31/17 31/17 32/3 32/4 32/8 32/11 32/20 33/3 33/5 33/10 33/14 34/6 34/8 104/10 104/15 105/3 105/5 105/11 105/15 106/4 106/11 106/14 106/18 106/22 106/23 106/24 107/2 107/3 107/10 108/22 171/10 172/25 173/6 173/13 195/6 195/12
**application [1]** 161/9
**applications [3]** 160/4 160/5 160/7
**apply [3]** 187/21 187/22 187/25
**appointment [3]** 107/14 107/18 107/19
**appreciate [12]** 18/6 30/20 47/19 51/24 102/11 102/19 102/19 102/21 141/21 169/14 178/2 178/4
**April [4]** 112/8 112/10 124/24 207/18
**April 14 [1]** 124/24
**Apron [2]** 50/9 198/25
**are [109]** 5/13 5/24 13/24 14/4 22/13 22/21 24/6 34/15 39/11 39/15 41/19 49/15 49/15 58/5 60/19 63/9 67/11 68/11 70/7 71/20 77/15 87/21 90/3 90/5 90/20 101/4 101/8 109/15 111/5 111/20 112/18 113/8 113/12 113/13 115/11 116/15 118/6 119/3 119/9 121/23 123/15 123/25 124/10 124/17 124/17 124/20 125/1 125/6 129/21 132/11 132/25 133/11 133/11 133/12 133/18 133/19 133/20 135/10 142/8 142/16 142/18 142/23 144/4 144/10 148/11 149/1 150/1 151/7 154/11 154/15 156/2 158/7 158/7 160/6 160/20 160/25 164/5 164/17 168/17 169/22 170/21 171/11 173/20 179/14 180/13 182/9 183/3 183/16 184/2 187/2 188/7 188/15 189/13 189/21 189/24 190/11 191/18 192/7 199/4 199/21 200/24 203/9 203/13 203/15 208/23 208/24 208/24 211/2 214/5
**area [1]** 158/7
**aren't [3]** 128/20 180/12 186/11
**ARKANSAS [16]** 1/1 2/10 2/15 4/6 4/9 10/24 53/19 69/8 70/16 76/8 91/25 120/16 209/8 214/2 214/4 214/24
**arlaw.com [1]** 2/22
**around [26]** 20/21 20/21 23/16 29/18 31/14 39/18 41/4 42/6 43/12 49/2

A

**around... [16]** 49/2 59/17 61/4 74/14 85/17 94/1 95/4 98/10 98/10 98/17 109/7 110/11 124/8 140/10 162/16 173/23
**arrangement [2]** 129/8 129/9
**art [1]** 184/25
**article [1]** 130/3
**articles [4]** 92/19 92/20 93/8 95/2
**as [133]** 4/21 5/8 7/23 7/24 7/24 8/2 9/18 11/15 12/24 16/21 23/2 26/20 31/2 31/3 31/14 36/21 37/21 38/4 38/12 38/25 50/15 50/16 56/23 62/1 62/19 62/24 62/25 63/3 63/9 63/10 64/2 65/1 66/9 69/17 70/6 73/11 73/17 75/12 75/13 79/4 81/12 81/24 82/11 83/7 88/7 88/15 88/15 88/16 89/22 90/17 91/11 91/13 91/13 94/4 94/15 98/25 102/1 103/14 108/17 108/17 113/2 113/14 118/7 119/15 120/1 121/5 121/6 121/6 121/7 121/7 121/7 123/19 124/9 125/16 128/20 128/21 129/10 129/18 130/18 131/5 131/5 131/25 132/6 132/13 134/25 139/13 143/20 144/23 144/24 146/19 147/11 149/24 151/23 152/3 153/8 154/10 154/24 156/3 157/15 158/1 158/1 158/15 158/25 164/22 166/19 166/25 167/23 170/8 170/16 170/23 170/23 175/14 175/14 184/25 185/2 185/3 185/10 185/12 185/24 185/25 186/2 186/4 187/7 188/10 189/2 191/13 198/24 198/24 200/8 208/11 210/10 210/18 211/5
**aside [1]** 148/24
**ask [22]** 7/19 8/10 20/18 20/23 21/2 21/4 21/5 40/2 51/7 51/25 102/13 111/2 112/14 139/23 174/15 177/14 182/8 197/14 200/11 205/13 207/9 209/4
**asked [32]** 21/12 29/24 68/3 68/4 98/4 102/5 102/8 104/17 104/17 106/12 110/6 144/2 163/14 166/13 166/18 166/19 167/5 168/22 168/25 169/1 169/18 177/15 177/21 177/25 178/8 181/16 183/10 183/18 184/10 189/11 189/13 192/11
**asking [39]** 17/4 39/1 106/20 110/3 112/18 112/18 113/20 115/9 118/10 125/20 127/5 130/16 131/5 133/15 146/16 153/3 156/22 159/19 159/20 160/16 160/18 160/18 162/10 163/23 164/14 164/17 165/7 168/17 168/21 170/11 173/20 174/14 178/2 181/10 181/13 185/16 187/5 199/9 201/22
**ass [1]** 205/19
**asserting [1]** 186/9
**assessment [2]** 29/19 29/21
**assign [1]** 20/8
**assist [1]** 142/5
**assistant [3]** 49/20 49/25 50/2
**assistant-plus [1]** 50/2
**associate [1]** 56/7
**associated [15]** 31/5 32/4 32/9 33/20 104/1 104/15 105/5 105/16 105/21 106/3 106/11 171/10 172/25 173/6 173/13

A

**assume [8]** 19/12 71/23 85/22 127/18 127/19 127/22 135/25 192/17
**assuming [2]** 33/4 127/7
**assumptions [1]** 148/21
**assurety [1]** 18/22
**at [163]** 1/22 4/4 4/7 4/16 6/5 7/22 8/11 8/13 9/19 10/4 10/14 10/19 11/24 12/2 12/17 14/3 14/15 14/21 16/14 19/19 20/15 22/4 22/12 23/10 27/7 27/12 29/15 29/24 30/4 30/12 30/14 33/1 33/24 34/17 37/21 39/23 40/4 43/17 46/24 47/7 48/11 50/6 50/8 50/11 54/11 54/12 54/14 54/15 54/24 55/1 55/16 56/6 59/8 61/13 64/3 64/9 64/12 65/7 67/4 68/22 69/3 74/6 75/14 78/2 78/7 81/22 81/25 82/19 83/1 83/16 85/20 85/25 86/6 88/3 88/20 89/8 90/12 90/16 92/9 92/24 93/5 94/12 95/2 95/12 95/23 96/1 96/24 100/17 100/19 100/20 101/25 102/6 103/8 103/10 107/9 109/7 109/7 109/9 110/18 111/18 114/2 114/2 115/14 117/3 117/16 124/19 125/16 127/16 127/17 127/22 129/10 131/11 131/15 132/14 132/18 133/7 136/15 137/24 138/15 139/9 139/22 141/23 142/16 143/17 145/7 146/11 148/6 150/7 150/17 151/13 152/11 152/21 155/25 157/16 157/17 158/17 160/20 166/13 166/23 167/2 168/2 169/1 169/12 172/1 172/3 175/1 182/7 183/17 186/8 191/2 194/23 194/25 197/3 198/22 200/24 200/25 201/20 205/1 209/3 209/6 211/9 213/3 214/7
**Ate [1]** 176/15
**Atlanta [3]** 73/22 76/6 76/20
**attached [10]** 14/23 16/4 23/5 62/4 63/9 111/10 123/22 132/23 142/11 152/1
**attend [2]** 72/22 73/11
**attended [1]** 73/1
**attention [3]** 82/11 126/16 144/14
**attitude [1]** 91/15
**attorney [32]** 8/4 70/16 117/11 118/1 118/7 143/11 143/14 144/9 158/6 158/12 163/11 166/3 166/20 180/24 181/2 181/12 181/13 182/16 183/22 183/23 184/11 184/13 185/1 185/19 186/9 186/16 187/9 188/1 188/11 197/14 214/13 214/17
**attorney's [2]** 158/8 181/15
**attorney-client [13]** 118/1 118/7 158/12 181/13 184/11 184/13 185/1 185/19 186/9 186/16 187/9 188/1 188/11
**attorneys [24]** 5/13 6/14 73/4 75/21 75/22 127/24 132/20 143/18 153/17 158/17 163/14 165/15 166/3 166/22 167/1 167/9 167/11 176/17 184/7 187/15 194/1 196/6 209/12 214/14
**attributable [1]** 153/12
**attribute [1]** 152/25
**audio [1]** 214/8
**audio/video [1]** 214/8
**August [10]** 99/24 100/1 100/4 124/14

## A

**August... [6]** 125/19 126/25 127/6 138/16 138/19 214/18
**auto [3]** 37/15 200/23 201/16
**available [2]** 23/22 214/18
**AVENUE [1]** 2/19
**aware [10]** 37/19 68/14 88/13 88/18 88/25 97/15 170/21 203/9 203/13 203/15
**away [4]** 42/7 42/14 49/6 200/18
**Axios [2]** 93/2 93/5

## B

**b [2]** 156/13 172/3
**back [28]** 16/16 28/13 32/14 37/6 41/3 50/20 57/2 62/14 63/21 66/8 66/11 79/6 99/10 115/14 118/20 121/13 123/3 127/21 141/18 157/11 167/21 169/1 175/21 192/10 193/4 193/5 200/17 206/5
**backpack [2]** 28/10 28/11
**bank [3]** 56/14 136/13 208/20
**bankruptcies [1]** 90/3
**bankruptcy [14]** 88/12 88/14 88/18 88/21 89/3 89/4 89/6 89/8 89/8 89/14 89/15 89/16 89/20 90/11
**bar [2]** 69/11 69/12
**barely [5]** 18/7 51/15 55/4 59/13 128/9
**barking [1]** 168/10
**BARR [2]** 1/4 47/24
**based [9]** 15/5 40/23 49/23 67/20 92/13 130/6 148/3 187/4 190/8
**basel [2]** 2/4 2/4
**basic [1]** 185/5
**basically [1]** 6/14
**basis [8]** 20/22 42/4 78/9 80/18 134/10 145/14 188/8 191/12
**Bates [3]** 63/17 132/16 132/20
**bathroom [1]** 82/24
**bay [1]** 155/25
**be [126]** 8/1 8/3 11/18 11/24 11/25 12/3 15/4 16/6 18/2 19/14 21/10 23/2 27/3 30/10 30/12 30/14 31/20 33/1 34/11 34/16 37/18 38/13 40/22 41/13 41/15 47/1 47/1 50/23 51/8 52/1 55/7 55/10 58/16 58/18 59/11 59/23 60/6 62/1 63/11 63/21 65/24 66/2 70/5 71/21 78/5 80/14 81/14 81/17 81/22 81/25 82/5 82/15 83/16 83/23 86/23 87/11 87/18 87/25 88/4 88/13 89/20 90/18 90/23 91/20 91/20 92/14 93/3 93/4 94/13 94/21 95/5 95/5 95/8 95/16 96/12 97/19 98/24 101/8 102/14 102/17 105/20 107/17 115/3 117/21 118/18 121/12 122/10 123/19 127/7 127/11 128/8 128/10 128/12 128/21 132/3 132/13 139/8 142/6 145/19 146/2 147/20 151/10 151/23 155/25 156/1 158/10 159/17 161/16 163/23 166/6 169/7 172/25 175/10 177/24 195/14 196/4 198/13 199/12 199/18 199/20 200/1 201/11 202/14 205/20 206/3 211/10
**bearing [5]** 137/25 155/11 164/7 179/1 179/15
**became [4]** 17/16 17/19 73/24 109/7
**because [64]** 7/11 15/25 22/11 24/4 41/18 52/21 70/12 71/20 74/9 78/10 78/11 83/20 91/3 95/2 98/20 100/25 102/2 104/7 104/25 106/5 107/4 107/8 108/19 110/9

B
**because... [40]** 113/25 119/5 130/4 130/15 136/3 136/16 137/13 138/2 141/22 142/24 146/1 147/13 149/1 149/2 155/5 155/15 155/18 157/14 157/19 159/16 159/24 160/10 164/3 164/9 168/9 169/21 170/7 183/6 189/24 193/14 194/8 196/22 197/3 199/25 200/21 201/13 206/7 206/13 208/1 210/23
**becomes [1]** 51/22
**bed [1]** 176/15
**been [123]** 5/5 11/5 11/9 13/14 14/5 14/7 14/9 14/12 15/1 16/1 16/4 16/23 17/22 19/1 19/13 24/5 24/18 26/25 27/17 27/19 27/19 28/12 30/1 32/7 32/9 32/10 33/5 33/25 34/7 35/18 47/9 47/11 48/20 48/25 55/5 55/7 55/8 58/21 59/5 61/2 61/21 65/14 68/6 70/10 70/15 71/2 71/23 75/22 76/22 77/17 78/18 79/23 80/17 80/18 80/19 80/21 80/21 81/7 81/12 86/16 88/5 93/15 100/7 101/6 101/7 102/2 103/20 105/18 106/9 106/18 107/5 109/3 110/8 110/8 110/19 119/20 119/20 121/15 122/18 127/13 131/13 131/14 134/18 134/20 135/12 135/13 135/13 135/14 135/15 135/16 135/17 135/21 136/5 139/20 143/13 149/13 149/14 150/7 150/7 157/2 162/16 162/20 163/12 169/23 169/24 170/2 170/4 170/7 170/12 171/4 171/22 172/18 173/3 173/5 173/7 173/8 175/8 184/5 200/5 201/13 201/21 201/24 209/7
**before [44]** 4/6 5/16 6/4 6/7 7/25 25/2 48/10 50/6 64/5 64/9 72/16 87/7 91/24 97/20 104/12 108/23 109/1 109/4 109/10 110/1 110/7 112/12 117/13 122/4 122/4 126/18 126/19 127/15 143/3 143/23 150/10 159/2 165/25 170/18 170/19 172/7 188/22 188/23 193/25 198/19 199/1 199/1 199/1 214/17
**beginning [2]** 11/14 136/14
**behalf [8]** 2/3 2/13 2/17 2/21 152/19 153/16 157/17 194/2
**behind [1]** 175/21
**being [8]** 4/15 4/17 22/4 39/23 80/5 169/14 180/14 200/9
**belief [2]** 129/16 184/20
**believe [53]** 9/5 12/15 13/11 13/21 24/18 24/19 26/4 29/20 32/2 46/17 55/12 56/20 68/4 74/8 76/14 76/14 83/17 84/9 84/9 84/9 84/16 87/17 87/20 88/2 94/24 95/14 95/24 107/12 108/12 111/8 112/13 113/11 132/14 139/9 147/11 150/5 156/9 157/20 159/8 167/7 171/9 187/20 187/22 188/7 189/5 189/20 199/6 201/19 205/10 205/11 206/16 206/19 209/11
**believed [6]** 91/4 91/4 91/5 136/17 184/7 186/1
**believes [1]** 121/8
**bell [3]** 11/20 71/10 85/20
**bells [2]** 47/24 55/23
**beneficial [1]**

B

**beneficial... [1]** 38/11
**besides [2]** 78/24 160/8
**besides iMessage [1]** 160/8
**best [13]** 8/8 13/21 34/13 85/24 125/1 137/24 141/8 143/2 144/13 168/7 172/1 190/13 195/6
**best-case [1]** 168/7
**better [13]** 20/12 40/11 85/22 91/7 119/22 121/8 121/10 136/16 165/16 206/7 206/8 206/9 206/14
**between [26]** 20/2 25/6 37/22 39/17 52/12 52/14 52/17 53/2 57/22 76/5 76/18 76/19 87/25 103/10 112/21 112/22 118/2 118/8 125/6 127/6 127/18 138/18 158/16 162/19 166/10 210/13
**beverage [1]** 110/18
**beyond [5]** 35/7 73/4 170/23 171/1 204/19
**big [3]** 80/24 194/8 194/11
**biggest [1]** 89/3
**bill [2]** 1/6 36/15
**bills [3]** 36/17 36/19 109/22
**bin [1]** 108/8
**bird [3]** 39/10 90/23 91/7
**birds [6]** 83/12 85/12 92/22 93/8 109/5 120/18
**BISGAARD [1]** 2/18
**bit [8]** 24/11 50/21 51/23 52/6 53/8 59/15 95/22 142/20
**bites [1]** 206/5
**BLAKE [38]** 1/14 2/21 3/22 16/15 16/25 17/21 18/20 44/5 48/8 50/23 51/4 52/8 53/2 70/21 70/22 70/23 73/5 74/17 75/18 75/18 78/18 80/21 83/14 84/2 84/3 85/6 112/21 114/8 133/18 134/9 135/19 153/1 179/17 180/25 181/18 184/11 184/14 192/1
**Blake's [4]** 179/5 179/6 180/23 180/24
**bless [1]** 180/14
**Blue [2]** 50/8 198/25
**board [16]** 45/2 54/24 54/25 55/1 55/2 55/5 55/8 57/16 64/6 64/7 64/8 64/8 64/14 64/18 135/16 136/6
**Bob [5]** 49/1 49/2 49/2 49/3 148/1
**boggling [1]** 120/2
**book [1]** 184/5
**borrowed [1]** 107/25
**boss [2]** 60/10 60/18
**boss's [1]** 60/18
**bosses [1]** 59/25
**both [13]** 18/20 67/10 67/25 68/5 71/11 103/24 104/7 112/18 113/14 185/2 185/23 187/8 189/1
**bottle [4]** 110/18 110/20 110/24 110/25
**bottom [4]** 111/22 124/12 132/17 139/22
**bought [5]** 98/11 98/14 104/1 149/12 196/22
**box [1]** 42/19
**Bradley [3]** 4/6 214/4 214/23
**brain [1]** 149/18
**brainer [1]** 168/1
**brand [4]** 15/2 27/21 194/15 194/15
**breach [1]** 158/14
**break [9]** 7/22 7/24 82/23 83/6 109/25 158/19 158/24 159/2 202/13
**breakfast [1]** 128/9
**brief [2]** 3/25 157/17
**briefing [1]** 186/25
**briefings [1]** 165/1
**bring [3]** 50/10 69/9 144/14
**BRISBOIS [7]** 2/18

**B**

**BRISBOIS... [6]** 118/9 158/17 166/23 182/7 182/10 182/12
**broad [5]** 10/10 130/16 130/19 152/25 202/1
**broader [1]** 170/22
**broiler [6]** 12/2 46/13 46/17 46/19 46/25 58/15
**broke [3]** 28/25 172/23 172/24
**brought [2]** 73/15 82/11
**Bruder [2]** 44/17 44/18
**brush [1]** 152/25
**brushed [1]** 175/23
**bubble [2]** 37/4 152/8
**bugging [1]** 65/13
**build [4]** 49/12 91/8 91/12 206/9
**building [1]** 91/19
**built [2]** 120/16 120/17
**bullied [1]** 169/14
**bully [1]** 177/21
**bunch [7]** 1/4 64/10 65/13 65/24 109/23 138/11 191/21
**burdensome [1]** 130/16
**business [13]** 15/13 27/11 38/18 39/19 42/25 56/13 67/1 90/25 91/4 91/5 91/16 101/17 136/20
**businesses [2]** 11/10 43/1
**busy [4]** 102/22 180/10 180/13 180/18
**but [230]**
**butt [1]** 193/3
**buttoned [1]** 208/19
**buttoned-up [1]** 208/19
**buy [3]** 193/5 194/13 195/6
**buying [4]** 97/11 97/13 97/17 109/23
**bygone [1]** 92/9

**C**

**C [3]** 5/2 214/1 214/1
**cabinet [3]** 14/2 14/5 14/6
**California [7]** 67/8 67/11 67/24 69/11 69/11 71/22 72/9
**call [26]** 6/22 7/5 7/6 35/16 35/21 41/3 51/15 61/15 65/10 65/14 66/4 66/13 66/17 66/22 98/20 99/3 143/13 143/15 143/20 162/12 180/14 204/22 204/22 204/23 205/3 206/15
**called [4]** 63/5 70/2 78/7 97/13
**calling [1]** 65/21
**calls [10]** 24/23 35/9 88/7 100/12 160/24 164/22 181/5 182/3 182/5 204/21
**came [12]** 17/21 20/14 53/6 53/6 53/19 70/18 81/7 88/15 95/16 158/3 184/23 186/3
**can [109]** 7/13 7/19 7/20 7/24 17/5 18/6 18/6 18/7 20/6 22/18 24/24 25/19 32/8 39/1 46/16 49/14 50/17 51/2 51/14 51/15 51/24 52/3 54/16 62/7 62/11 62/14 62/20 62/21 71/21 72/7 73/15 76/5 77/14 78/20 88/9 89/20 102/20 103/4 107/2 107/19 111/14 111/16 111/17 112/23 112/23 122/17 124/6 124/7 124/9 124/12 124/14 125/12 125/14 125/25 128/18 128/19 128/23 128/23 129/21 130/13 132/19 135/9 139/15 141/13 141/13 142/19 142/20 142/24 143/2 144/13 146/9 149/11 149/16 151/21 152/3 152/4 152/16 152/21 153/5 153/14 153/15 157/9 157/9 158/18 164/23 165/2 165/2 174/2 175/25 178/11 178/12 181/6 186/18 186/18

**C**

**can... [15]** 188/12 190/3 191/19 192/9 192/10 200/16 200/16 201/4 202/1 202/14 209/21 209/22 211/6 211/16 212/9
**can't [93]** 6/21 15/25 16/18 17/13 17/23 25/8 29/9 31/20 32/11 33/12 42/19 45/25 51/14 53/23 54/9 55/9 55/10 56/5 56/9 58/22 61/20 66/10 67/12 68/18 68/19 69/13 70/1 71/3 71/3 71/22 73/20 73/25 79/10 84/5 84/14 90/18 93/10 96/8 96/15 97/6 98/10 99/7 100/8 100/15 105/2 105/7 107/15 107/24 107/24 108/3 108/3 109/11 109/12 117/12 117/12 118/21 120/23 120/23 130/21 130/21 139/19 140/16 141/16 147/4 149/5 149/9 149/17 160/23 160/24 161/6 161/8 161/12 162/11 163/2 163/2 163/17 166/9 168/9 169/21 170/3 173/2 175/1 175/6 176/25 177/1 192/14 193/12 193/12 195/3 197/21 207/21 208/21 211/8
**candor [1]** 178/4
**cannot [5]** 82/17 185/23 185/25 186/4 187/9
**capacity [2]** 73/25 81/15
**Capital [2]** 54/11 54/14
**capitalized [1]** 129/17
**caption [4]** 3/5 4/1 214/5 214/7
**car [1]** 149/12
**card [6]** 30/9 30/15 109/22 195/10 195/12 195/17
**care [3]** 65/25 83/18 206/8
**career [3]** 80/12 80/24 121/5
**career-long [1]** 80/12
**Cargill [1]** 61/3
**carry [1]** 43/12
**case [25]** 1/9 5/13 6/6 35/19 47/4 67/1 69/7 72/16 94/13 111/3 113/11 120/21 153/11 164/7 166/14 168/7 172/2 172/3 172/8 174/17 174/23 175/19 206/13 206/16 207/17
**cases [5]** 42/18 42/18 68/1 71/17 75/23
**catch [3]** 58/6 62/14 62/17
**category [1]** 56/2
**cause [1]** 4/5
**cautioned [1]** 5/6
**cell [50]** 9/16 10/24 27/10 33/11 33/14 33/19 33/20 33/21 33/23 33/25 34/2 34/3 36/9 36/11 36/14 36/17 36/19 37/22 38/7 38/9 38/14 39/21 39/24 41/22 42/15 43/6 43/18 86/9 95/14 103/12 103/17 103/18 106/12 106/13 114/11 159/21 159/23 160/3 160/7 162/16 166/24 167/6 167/8 167/12 198/6 198/13 200/23 201/5 201/8 202/4
**cellphones [1]** 9/11
**cent [1]** 109/21
**CEO [35]** 8/15 9/18 10/10 12/24 15/13 16/21 36/14 36/22 37/13 38/12 41/13 43/24 61/12 66/9 80/9 81/12 82/12 91/11 91/15 94/4 117/17 122/9 149/3 149/5 149/10 149/13 149/24 151/19 170/5 170/7 170/10 170/13 170/23 192/7 199/11
**certain [9]** 25/2 25/2 123/14 127/17 127/17 161/10 161/11 170/1 201/4
**certificate [2]** 3/11 124/15
**certified [4]** 4/7

**certified... [3]** 214/4 214/17 214/24
**certify [3]** 214/4 214/9 214/11
**CFO [2]** 155/21 190/24
**CFOs [1]** 53/11
**chain [4]** 12/17 60/1 60/14 66/6
**chains [1]** 192/21
**chance [3]** 22/24 111/13 133/16
**change [4]** 4/13 83/24 121/8 211/9
**changes [1]** 211/9
**charge [1]** 53/24
**charged [1]** 14/13
**CHARLES [1]** 1/7
**Chat [4]** 35/23 35/24 35/25 36/2
**check [11]** 9/1 58/24 58/25 59/1 107/19 172/7 191/25 192/2 192/4 192/7 192/9
**checked [2]** 159/18 159/23
**checking [2]** 61/22 159/14
**chef [1]** 197/5
**chicken [6]** 73/18 73/24 75/14 97/20 120/12 120/17
**China [1]** 110/22
**circumstances [1]** 186/14
**circumstantial [1]** 41/1
**circumvent [1]** 60/10
**CITY [2]** 2/19 5/25
**civil [8]** 4/9 6/10 6/11 6/11 67/15 74/19 156/13 214/9
**claim [2]** 84/25 207/3
**claims [19]** 67/15 67/19 116/15 119/3 119/8 120/21 121/14 121/15 121/18 121/23 121/25 123/7 189/20 189/24 190/7 190/8 205/14 206/25 209/25
**clarify [2]** 7/19 204/9
**clarifying [1]** 54/2
**Clark [6]** 46/15 46/17 58/16 58/17 59/3 59/7
**CLARKSVILLE [1]** 2/6
**clean [1]** 7/14
**clear [12]** 78/6 81/14 91/20 102/17 106/16 115/17 145/19 146/2 163/23 166/6 185/18 204/12
**clearly [2]** 117/22 118/7
**client [17]** 118/1 118/7 157/6 158/12 158/16 167/2 181/13 184/11 184/13 185/1 185/19 185/20 186/9 186/16 187/9 188/1 188/11
**clients [1]** 73/10
**closed [2]** 70/18 98/15
**closing [1]** 135/10
**cloud [1]** 101/1
**club [1]** 184/5
**clue [2]** 53/3 57/25
**co [1]** 73/22
**co-man [1]** 73/22
**codefendant [1]** 153/1
**coincidentally [1]** 109/7
**Cole [1]** 56/18
**collapses [1]** 153/13
**colleague's [1]** 107/25
**collecting [1]** 80/20
**Collins [23]** 44/11 52/11 183/1 183/4 183/22 188/17 188/18 189/9 189/15 190/9 190/19 192/20 198/2 198/12 199/14 199/25 202/23 202/24 203/1 203/3 203/6 203/9 203/18
**color [1]** 95/22
**colorable [2]** 184/22 187/3
**come [3]** 42/23 54/13 60/19
**comes [4]** 15/6 128/5 205/25 206/4
**coming [2]** 156/1 186/12
**command [2]** 60/1 60/14
**commerce [3]** 48/17 48/19 49/22
**Commission [2]** 77/22 77/24
**Committee [1]**

C

**Committee... [1]** 91/25
**common [8]** 21/20 38/16 60/16 60/20 65/20 87/24 89/21 191/20
**communicate [9]** 36/5 37/14 38/7 40/8 40/19 57/3 57/4 60/21 170/9
**communicated [6]** 122/19 129/1 130/18 131/9 146/8 160/20
**communicating [2]** 38/14 66/5
**communication [14]** 3/18 34/18 34/21 34/22 37/22 59/8 60/14 129/11 129/15 130/7 131/25 160/1 182/4 198/15
**communications [18]** 34/16 144/23 144/25 146/17 146/21 147/4 147/8 148/7 148/25 154/14 159/5 162/23 163/15 166/14 166/24 198/12 198/14 200/12
**community [1]** 120/25
**companies [10]** 38/16 67/18 79/4 80/23 87/19 87/21 88/20 89/3 149/14 206/7
**company [94]** 8/17 9/4 9/14 9/20 9/23 10/8 10/11 10/19 11/7 15/23 21/10 24/5 27/5 31/22 31/24 35/8 35/18 38/10 38/15 39/8 41/25 42/1 42/13 44/4 55/11 55/20 67/4 67/6 74/3 74/9 74/13 74/23 75/5 75/10 79/1 80/5 80/9 81/21 85/15 85/25 86/7 86/10 86/12 88/19 89/7 90/14 90/17 91/3 91/9 94/7 94/9 94/15 97/14 97/17 98/11 98/15 101/5 103/2 103/6 103/9 103/12 103/19 103/21 107/9 110/19 115/1 115/4 115/23 121/3 121/22 131/23 136/5 136/11 136/17 136/21 138/1 141/24 147/16 148/15 149/2 151/13 164/1 164/2 164/3 164/4 166/6 168/2 173/3 173/7 183/17 189/19 190/25 194/17 198/19
**company's [5]** 37/8 37/9 101/3 101/3 101/4
**compel [1]** 184/18
**compelled [1]** 153/11
**compensating [1]** 91/7
**compile [1]** 192/23
**complaining [1]** 79/3
**complaint [51]** 78/2 78/5 78/8 78/9 78/13 79/6 79/9 113/6 114/19 114/24 115/2 115/5 115/8 115/15 116/10 116/12 116/14 116/20 118/23 121/19 121/21 121/24 122/3 122/4 123/4 123/5 123/12 137/7 137/9 146/18 147/6 147/8 147/10 147/13 147/16 148/4 148/9 148/12 148/13 149/1 149/22 150/9 151/8 161/14 161/15 183/5 183/7 183/14 183/15 210/17 210/25
**complaints [19]** 77/18 77/20 78/23 79/13 84/23 85/7 115/7 117/1 119/11 137/14 137/21 148/15 148/16 156/7 167/20 167/23 168/4 180/9 191/13
**completely [3]** 109/15 120/1 120/2
**compliance [5]** 10/6 11/4 11/5 11/7 11/11
**compliant [2]** 12/3 80/14
**complicated [2]** 159/17 193/12
**Complies [1]** 63/24
**complying [1]** 11/17
**compress [2]** 193/7

**C**


**compress... [1]** 196/2
**compressed [1]** 51/23
**comptroller [1]** 17/8
**computer [8]** 28/20 28/21 28/24 29/17 29/18 43/10 107/4 196/23
**computers [1]** 28/22
**concern [2]** 92/12 174/4
**concerned [1]** 31/4
**concerning [1]** 181/17
**concluded [2]** 3/10 213/3
**conclusion [4]** 76/24 95/9 164/22 184/23
**condition [15]** 129/2 129/4 129/10 130/2 130/11 131/10 131/13 131/22 131/24 135/23 136/4 136/11 136/20 138/1 189/21
**conditions [1]** 129/18
**conduct [5]** 27/11 153/10 153/13 161/4 166/23
**conducted [4]** 145/23 159/20 193/16 210/8
**conference [2]** 72/23 73/1
**confident [1]** 59/2
**confirm [6]** 115/15 117/4 159/5 188/15 192/8 192/12
**confirmations [1]** 30/15
**conflation [1]** 153/9
**confused [2]** 189/12 200/14
**confusing [1]** 104/6
**connection [4]** 92/2 129/20 130/1 130/10
**consent [1]** 4/23
**consequential [1]** 85/5
**consider [2]** 63/10 64/2
**consistent [2]** 22/8 155/23
**consolidated [1]** 83/16
**conspired [1]** 120/5
**constantly [1]** 42/11
**consultant [1]** 64/5
**contact [6]** 174/9 174/11 176/7 176/10 203/1 204/1
**contacted [1]** 174/19
**contacting [3]** 173/25 174/3 174/16
**content [4]** 158/15 172/19 181/13 181/22
**context [8]** 62/17 66/16 134/11 134/16 174/6 179/5 205/25 207/5
**contextual [2]** 66/25 137/24
**continuance [1]** 153/12
**continue [1]** 91/11
**continuity [1]** 166/10
**contract [2]** 122/10 214/14
**control [3]** 101/10 146/23 214/16
**controller [4]** 16/16 16/25 17/10 17/11
**conversation [21]** 34/15 35/4 41/9 66/8 82/15 97/16 98/9 135/7 136/6 157/5 158/1 158/5 166/15 174/7 174/7 181/14 181/17 181/19 181/21 193/23 200/4
**conversational [1]** 41/10
**conversations [13]** 22/3 22/11 41/5 118/2 118/11 132/2 136/18 158/16 179/18 179/20 189/18 198/10 200/9
**convey [1]** 207/5
**COO [1]** 12/1
**Cooks [166]** 8/11 8/13 8/14 9/9 10/2 10/4 10/14 14/21 15/21 16/4 17/16 18/17 19/4 19/10 19/17 20/5 23/15 25/23 26/13 26/21 27/12 29/3 31/13 31/14 32/6 33/2 33/24 34/17 34/19 35/11 36/6 36/11

**Cooks... [134]** 36/15 37/7 37/10 37/21 38/8 39/4 40/8 41/14 43/22 43/24 45/2 47/7 48/11 50/7 50/11 54/21 58/3 60/22 61/14 64/7 64/15 67/4 68/24 69/4 70/11 72/25 75/12 75/23 77/11 79/8 79/14 80/4 81/23 83/10 83/13 86/6 86/8 86/13 86/13 86/14 86/15 86/19 87/1 87/12 88/5 88/12 88/13 88/18 88/23 90/11 90/16 91/2 91/22 91/24 92/3 92/14 92/22 92/24 92/25 93/13 94/17 94/23 95/8 95/13 95/17 95/23 96/6 96/21 96/24 97/21 98/3 99/2 99/5 99/13 99/22 100/17 100/19 100/21 100/22 101/25 102/6 103/2 103/6 104/4 104/7 105/2 105/16 105/25 109/4 110/14 113/10 113/24 114/1 114/9 114/21 117/3 117/17 120/11 122/10 129/2 129/3 129/8 129/17 129/18 129/24 130/1 130/9 130/10 131/9 131/18 131/21 134/5 134/9 135/3 135/23 136/16 145/1 146/21 149/10 151/10 188/22 189/22 190/24 192/7 198/22 198/23 199/11 200/25 201/12 201/20 202/4 204/13 208/13 209/6

**cooksventure [21]** 31/7 31/16 32/11 32/18 32/23 32/25 33/7 33/15 104/5 104/6 104/14 104/19 104/19 104/20 105/12 106/3 106/6 106/8 106/21 107/5 173/8

**cooksventure.com [8]** 20/5 20/7 23/12 26/24 32/17 101/7 101/9 173/14

**cooperated [1]** 117/7

**cooperation [5]** 115/22 155/3 155/4 155/17 155/19

**cooperative [3]** 155/25 156/2 156/3

**copied [1]** 23/24

**copies [7]** 4/22 12/20 21/14 21/21 21/21 24/12 214/16

**copy [13]** 4/21 4/22 23/15 24/20 101/15 101/16 112/19 114/15 124/16 128/13 196/6 196/9 212/20

**corporate [1]** 129/10

**correct [67]** 14/17 15/19 25/21 27/5 27/6 30/3 32/1 33/2 34/4 43/3 43/19 43/25 44/12 45/6 50/4 50/12 66/23 67/16 71/12 77/23 93/9 93/13 100/1 100/3 103/3 103/7 103/21 104/2 120/22 122/5 125/1 132/3 135/4 137/8 139/9 139/10 140/5 142/25 143/23 145/24 156/10 157/4 158/6 159/6 161/25 162/2 162/4 170/14 172/11 172/16 176/18 188/17 194/6 195/24 198/13 200/3 200/25 201/14 203/6 203/19 206/16 210/1 210/2 210/5 210/9 210/25 211/12

**corrected [1]** 84/10

**correctly [1]** 76/15

**correlate [1]** 154/22

**correlated [1]** 180/9

**correlation [1]** 87/25

**corresponded [2]** 136/5 144/20

**correspondence [10]** 56/25 112/19 113/9 113/23 114/16 115/9 116/7 192/17 201/23 210/12

**cost [1]** 38/10

C

**could [76]** 5/21 8/2 9/1 15/2 17/3 19/1 20/1 21/25 26/25 28/5 32/7 48/20 53/21 55/7 58/24 58/24 59/1 59/14 61/20 63/1 63/3 70/5 70/10 70/15 71/1 81/12 86/16 87/18 88/5 91/8 91/13 92/20 95/8 99/25 99/25 103/19 106/17 107/11 113/1 115/2 121/6 127/13 128/10 131/20 134/17 134/19 134/19 135/12 135/13 135/13 135/14 135/15 135/16 135/16 135/21 140/5 150/5 150/19 160/14 161/1 168/6 170/15 170/16 172/14 172/18 187/21 187/25 195/5 196/4 197/15 197/16 197/16 201/20 201/24 211/12 211/21
**couldn't [35]** 8/25 8/25 13/6 18/23 18/24 29/5 34/9 40/20 47/15 54/9 55/5 65/16 65/16 66/24 78/19 85/17 100/9 107/13 109/17 109/18 120/20 121/14 123/15 126/13 126/24 138/9 138/9 149/17 163/5 174/18 181/7 191/6 196/23 196/23 201/24
**counsel [32]** 2/5 63/17 68/21 68/22 68/24 70/20 116/18 116/22 117/19 124/19 124/21 128/13 140/13 140/14 140/18 140/21 140/23 140/25 151/1 153/2 156/4 158/1 161/20 165/24 185/17 190/12 193/23 199/22 200/2 200/4 214/11 214/13
**country [1]** 78/11
**COUNTY [1]** 214/3
**couple [9]** 17/12 28/22 46/20 57/11 89/1 118/19 118/19 149/13 197/7
**course [20]** 11/9 12/3 12/16 14/18 82/5 87/13 103/14 117/6 125/11 126/9 131/14 131/19 136/15 144/10 156/23 174/20 176/11 201/25 207/12 207/14
**court [18]** 1/1 2/10 3/11 4/7 4/7 4/20 4/21 7/13 71/15 153/9 156/20 211/13 211/17 211/23 214/4 214/24 214/24 214/25
**courteous [1]** 66/2
**courtesy [2]** 98/25 178/3
**covered [3]** 37/7 37/10 41/20
**covers [2]** 37/25 51/1
**COVID [1]** 53/19
**Cox [3]** 44/19 53/12 57/5
**create [10]** 7/13 19/16 19/19 23/14 31/19 90/24 101/16 106/4 106/23 107/1
**created [1]** 24/20
**creating [1]** 20/2
**creator [1]** 15/10
**credit [5]** 30/8 30/15 109/22 195/10 195/12
**crime [2]** 187/20 187/24
**criminal [1]** 6/10
**cross [1]** 73/19
**crosstalk [3]** 4/16 18/9 104/22
**Crystal [2]** 70/24 199/2
**culinary [1]** 50/8
**curious [1]** 110/23
**current [5]** 33/14 33/21 104/10 166/3 189/4
**currently [3]** 5/24 6/2 57/23
**custodial [1]** 214/17
**custody [1]** 146/23
**customary [1]** 132/6
**customer [2]** 97/19 97/20
**customers [1]** 42/10
**cut [1]** 191/5
**cv [2]** 1/9 63/18

D

**da [10]** 114/17 114/17 114/17 114/17 114/17 116/7 116/7 116/7 116/8 116/8
**daily [4]** 42/4 47/1 59/6 80/17
**damage [2]** 28/9 102/12
**damaged [27]** 29/4 29/16 99/11 99/12 100/7 100/18 100/20 100/23 101/24 102/3 103/24 103/25 104/16 106/2 106/17 108/5 108/21 109/1 109/4 109/7 110/1 110/7 171/2 172/15 172/20 172/22 173/14
**Dan [2]** 45/7 57/18
**DARREN [1]** 1/8
**data [15]** 21/25 22/4 22/7 22/12 23/15 23/24 24/13 24/20 25/11 28/16 86/7 86/15 131/23 131/25 173/4
**date [26]** 8/22 25/2 25/3 30/23 43/18 99/21 112/5 124/12 126/24 127/14 127/17 127/17 129/14 139/22 149/12 149/13 149/18 149/18 152/21 174/18 175/6 175/10 175/16 177/12 189/4 199/6
**dates [8]** 55/5 108/19 111/23 127/18 149/6 149/15 149/19 206/22
**Dave [4]** 97/10 97/13 97/18 97/22
**Davenport [2]** 49/1 148/1
**David [1]** 133/14
**day [53]** 4/5 8/18 10/7 10/7 10/12 12/7 12/7 12/25 12/25 15/11 15/11 20/22 20/22 21/9 21/9 25/8 25/9 26/6 39/8 39/8 39/16 39/16 41/12 42/1 49/9 51/12 58/7 65/4 66/10 79/24 82/1 85/15 87/11 90/6 90/25 98/19 99/23 107/23 108/3 114/22 115/24 126/23 134/10 134/10 146/7 146/7 179/10 180/5 180/5 197/8 202/14 203/4 214/18
**days [7]** 19/22 30/25 49/13 51/13 61/11 98/13 128/10
**deal [10]** 47/12 55/18 56/1 79/16 83/20 98/15 98/18 145/12 145/14 176/3
**dealing [1]** 80/11
**dealt [2]** 79/19 80/10
**deboning [2]** 73/21 73/22
**debt [12]** 55/14 55/15 63/4 87/12 87/13 87/15 87/19 87/21 88/1 134/12 136/12 136/13
**decade [2]** 188/22 201/25
**decades [2]** 81/1 121/10
**December [3]** 143/5 150/12 199/6
**December 11 [1]** 143/5
**decency [1]** 60/16
**decide [4]** 98/8 107/22 183/8 189/8
**decided [1]** 116/18
**decision [11]** 40/14 56/6 156/3 179/2 185/14 186/6 190/13 190/15 190/17 190/18 193/24
**decision-maker [1]** 56/6
**decisions [1]** 82/4
**deck [2]** 15/4 172/10
**decks [1]** 171/13
**dedicated [1]** 94/4
**deed [2]** 120/2 205/18
**deeply [2]** 120/6 120/24
**defend [1]** 191/14
**defendant [7]** 2/13 2/17 75/12 75/13 112/21 112/22 130/15
**defendant's [1]** 153/10
**defendants [4]** 1/16 2/21 152/24 210/14
**defense [1]** 63/16

D
defer [2] 25/20 72/1
definitely [2] 42/9 179/15
Del [1] 89/2
delete [6] 21/25 37/15 192/20 200/23 201/16 202/3
deleted [7] 22/4 22/12 37/18 102/2 201/13 201/21 201/24
deleting [1] 22/7
delivered [2] 21/14 214/17
demonstration [1] 155/19
DENOTES [1] 4/12
department [8] 10/17 11/7 11/11 20/25 46/3 50/22 50/22 79/2
departments [3] 11/9 11/10 39/17
departure [1] 61/4
depended [3] 9/25 21/19 66/16
dependent [1] 21/6
depending [4] 10/11 14/8 14/10 63/5
depends [1] 20/25
DePippo [6] 3/18 62/13 64/7 64/14 65/1 65/7
deponent [7] 128/24 129/7 129/14 129/24 130/6 130/14 214/10
deposed [5] 169/8 204/13 207/17 207/22 207/24
deposition [24] 1/19 3/10 4/2 6/4 6/5 6/5 6/6 6/7 6/13 7/9 7/11 8/1 8/4 30/14 34/12 102/16 102/18 153/11 192/6 204/7 204/10 208/5 211/7 214/16
describe [1] 196/15
described [2] 39/20 191/13
describes [1] 24/21
deserve [1] 121/10
desire [1] 172/7
desk [3] 29/24 42/8 42/14
desktop [1] 28/3
despite [1] 190/10
detail [2] 144/7 144/7
details [12] 9/6 18/4 72/3 74/18 83/19 84/5 97/15 135/3 159/13 162/11 174/14 192/14
determination [7] 116/22 117/18 118/17 151/3 157/3 158/3 186/4
determine [8] 118/15 157/25 162/5 162/7 162/9 167/12 180/11 180/19
determined [8] 117/15 148/8 148/8 154/13 155/22 162/3 170/16 199/22
developed [1] 24/11
Development [1] 92/1
device [2] 37/18 105/7
devices [6] 32/20 34/7 43/9 100/9 108/11 109/24
devote [2] 18/11 18/11
Dick [1] 123/16
did [291]
didn't [139] 10/17 10/23 10/25 11/7 15/18 15/20 15/20 20/20 20/22 22/11 22/11 24/1 25/1 32/22 35/13 35/15 35/21 37/3 38/1 40/10 46/7 47/22 53/13 57/20 57/20 59/4 61/5 61/6 62/14 75/8 75/9 79/16 79/16 79/25 79/25 80/2 82/18 82/18 85/16 86/12 87/17 88/2 89/23 92/2 92/3 92/3 92/8 94/19 95/1 95/18 95/18 96/19 97/2 100/20 101/24 102/6 102/25 103/1 105/18 107/8 109/9 115/14 115/15 116/19 117/2 117/3 117/5 119/18 126/3 126/5 126/12 126/14 131/12 131/18 138/2 138/3 138/4 141/22 141/23 145/18 149/2 151/13 155/5

D

**didn't... [56]** 156/9 156/11 157/20 159/25 159/25 160/1 160/10 165/5 165/10 168/2 170/8 170/8 170/18 170/19 170/19 171/7 172/6 172/6 172/6 176/5 177/4 177/14 179/6 179/13 179/13 179/13 179/24 180/3 180/8 180/8 181/21 183/17 185/11 187/4 187/6 189/5 191/3 191/6 191/7 191/15 191/16 192/13 197/14 198/5 198/15 198/18 200/11 200/13 200/14 202/3 204/24 205/1 205/13 206/16 206/22 206/23
**died [1]** 74/5
**difference [2]** 20/2 125/6
**differences [1]** 125/6
**different [26]** 12/18 17/24 17/25 19/2 19/18 39/17 69/6 69/6 70/4 72/7 76/2 76/2 76/3 84/22 102/13 103/5 103/20 118/19 130/4 135/21 146/9 163/24 163/25 163/25 169/22 172/25
**differential [1]** 84/14
**difficult [2]** 51/18 127/11
**dig [1]** 20/21
**digital [6]** 13/24 14/19 17/25 21/15 21/21 101/16
**digitally [1]** 13/10
**diligence [1]** 161/24
**diligent [1]** 162/24
**dinner [1]** 176/15
**direct [6]** 53/11 60/5 126/16 153/17 153/18 214/7
**direction [1]** 59/25
**directly [8]** 59/24 60/6 60/19 61/10 66/5 75/21 79/19 80/1
**Disabilities [1]** 67/16
**disappointment [1]** 88/16
**discourteous [1]** 65/23
**discovery [15]** 72/17 111/2 124/23 126/7 140/10 140/14 140/17 140/23 141/11 153/1 159/3 165/8 168/1 210/8 210/15
**discriminated [1]** 78/12
**discrimination [1]** 78/1
**discuss [11]** 34/24 35/3 38/21 38/23 43/22 81/3 183/23 205/3 205/6 206/23 208/13
**discussed [11]** 85/12 115/13 129/1 131/9 174/15 190/12 197/20 198/21 199/10 210/10 210/18
**discussing [2]** 39/5 135/3
**discussions [6]** 73/11 118/8 134/5 134/8 136/10 181/11
**displeasure [1]** 86/5
**disputes [3]** 78/20 78/22 84/18
**disregard [1]** 200/21
**disruptive [1]** 155/24
**distorted [1]** 214/8
**DISTRICT [2]** 1/1 1/1
**disturbing [1]** 175/22
**DIVISION [1]** 1/2
**do [230]**
**dock [1]** 73/19
**docs [4]** 101/21 126/23 135/10 171/15
**document [41]** 8/11 10/6 13/5 13/7 23/8 24/21 37/21 37/24 38/1 101/14 111/22 112/12 114/3 116/21 117/10 122/4 122/15 124/2 125/7 125/7 125/8 125/10

D

document... [19] 125/12 125/25 126/2 126/19 127/22 128/11 132/9 132/17 139/3 139/17 140/1 151/20 152/3 152/17 153/19 154/5 163/19 163/21 190/4
documentation [1] 119/8
documents [89] 3/20 3/24 11/18 12/5 13/3 13/4 13/6 13/23 13/24 14/3 14/4 14/10 14/13 14/20 14/21 14/23 14/25 14/25 14/25 15/2 15/3 15/7 20/24 21/13 21/14 72/11 77/7 77/10 77/11 79/7 88/2 100/22 101/8 101/12 101/17 101/19 102/1 112/21 113/25 114/21 115/2 115/11 115/24 116/3 116/12 116/13 116/19 118/15 119/10 126/8 139/20 141/10 142/3 142/9 144/7 146/19 146/24 150/18 150/20 150/24 150/24 151/4 154/22 155/20 155/21 157/3 158/3 162/8 164/1 167/24 171/3 171/11 171/13 171/16 171/17 171/21 171/24 172/15 172/17 173/2 173/7 200/5 202/25 203/24 204/10 207/19 209/5 210/13 210/22
does [29] 5/19 9/3 11/19 47/24 49/1 49/16 55/23 56/18 69/17 69/21 69/24 70/12 71/5 83/4 89/14 99/24 100/1 108/15 135/22 145/6 149/25 150/3 153/8 153/11 157/10 187/22 202/14 209/14 211/3
doesn't [9] 71/10 131/1 137/24 137/24 137/25 149/18 159/16 175/14 205/24
dog [1] 94/19
doing [14] 5/14 5/15 16/13 38/8 41/15 58/6 58/14 60/20 66/10 85/14 94/16 161/8 182/23 202/10
dollar [1] 67/13
DON [4] 2/22 153/2 209/18 212/16
don't [304]
don.mckinney [1] 2/22
donated [4] 108/8 108/9 108/11 108/12
done [17] 6/7 21/10 26/1 70/13 93/17 96/17 107/8 110/11 115/21 121/4 132/3 138/12 154/18 176/13 184/6 197/18 202/14
Donny [1] 64/12
doubt [1] 70/13
doubtful [2] 47/12 75/24
down [24] 11/1 28/25 41/6 47/18 53/19 62/11 62/22 63/23 70/19 96/7 99/17 103/3 103/6 103/7 103/13 103/19 111/15 118/6 121/4 129/6 129/23 130/13 152/5 211/13
download [4] 24/12 25/16 35/19 63/18
downloaded [1] 23/21
downpour [1] 99/18
downtown [1] 42/5
dozen [2] 21/22 144/9
draw [1] 199/3
drinks [1] 63/4
drive [36] 2/15 15/8 15/18 15/25 16/1 17/15 17/17 18/18 19/10 19/17 20/14 20/14 21/24 22/1 22/4 23/25 24/14 26/14 26/21 108/16 193/5 193/6 194/5 194/8 194/13 194/16 194/19 194/19 194/20 194/22 194/24 195/20 195/23 196/7 196/10 196/15

**D**

**driver [2]** 73/23 74/11
**drivers [1]** 75/11
**drives [5]** 17/22 18/4 194/18 194/25 195/19
**driving [1]** 73/19
**Dropbox [13]** 15/1 15/5 15/8 15/17 16/2 16/8 16/19 16/24 22/5 26/22 101/3 101/20 173/4
**dropped [1]** 82/14
**dude [1]** 194/22
**due [1]** 161/23
**duly [2]** 5/6 214/8
**dumb [1]** 206/23
**during [22]** 10/11 40/3 40/3 51/12 53/19 74/5 81/25 115/1 115/23 119/5 121/17 129/10 136/15 138/10 155/6 162/19 167/20 183/17 200/9 206/15 208/7 208/9
**DUSTIN [1]** 1/6
**duties [2]** 37/11 60/7
**duty [3]** 164/19 164/23 165/10

**E**

**e [11]** 5/2 5/2 36/23 48/17 48/19 49/22 214/1 214/1 214/4 214/9 214/23
**e-commerce [3]** 48/17 48/19 49/22
**EA [3]** 49/17 49/21 49/24
**each [10]** 7/12 113/19 117/8 129/11 129/11 153/10 159/11 162/22 162/25 163/20
**earlier [44]** 22/6 24/6 26/4 27/4 33/13 39/7 43/14 65/4 81/11 87/6 94/3 94/24 95/20 97/3 102/9 103/16 103/23 104/20 106/7 110/6 114/6 115/14 120/20 142/8 144/15 145/3 145/10 145/15 149/7 170/8 171/2 171/12 172/5 172/9 173/16 185/4 185/12 192/6 198/21 199/9 200/19 200/22 207/2 207/18
**early [5]** 19/22 29/11 38/17 49/13 61/11
**ease [1]** 156/1
**easier [6]** 52/6 65/21 66/12 66/13 66/14 66/17
**easiest [1]** 66/22
**easily [1]** 93/4
**Eastern [1]** 158/22
**easy [1]** 52/5
**Economic [1]** 92/1
**economics [1]** 91/4
**EEOC [4]** 77/18 77/20 78/2 78/5
**effect [1]** 129/9
**efficient [1]** 39/11
**effort [5]** 94/7 171/3 172/14 172/19 197/18
**efforts [1]** 30/22
**either [21]** 14/23 15/8 20/1 22/4 26/17 53/5 55/11 69/5 69/18 72/23 73/19 97/4 100/10 104/18 104/18 105/21 173/4 173/18 189/2 204/15 211/6
**Elder [1]** 133/14
**electronic [2]** 109/24 212/17
**electronics [1]** 108/8
**else [21]** 7/8 16/16 16/23 17/2 24/19 48/11 49/14 50/17 88/16 93/22 151/14 160/2 166/12 182/7 182/10 198/5 198/11 205/3 209/4 209/14 211/3
**email [79]** 3/17 15/22 16/5 19/5 19/7 19/19 19/23 20/6 20/8 21/15 21/16 23/10 23/12 23/13 23/19 25/1 25/10 26/1 30/15 31/2 31/3 31/5 31/8 31/10 31/10 31/11 31/13 31/16 31/19 31/25 32/17 32/23 32/24 32/25 35/7 40/7 40/16 40/19 40/25 41/2 41/7 51/20 55/22 63/20 64/22 65/4 66/3 66/6 66/15 66/22 101/10 105/16 105/25 106/3 106/6 106/11

E


**email... [23]** 107/17 128/1 131/18 131/24 132/1 132/3 132/4 141/2 144/21 160/11 160/16 160/21 164/2 166/25 171/8 171/10 171/15 175/8 175/11 204/24 208/15 208/18 208/22
**emailed [6]** 40/24 55/21 127/24 128/13 144/20 182/6
**emailing [1]** 65/7
**emails [16]** 32/16 32/22 35/9 65/17 65/25 66/11 100/13 113/25 131/14 144/24 146/20 158/4 159/25 160/9 160/24 182/3
**embraced [1]** 95/6
**emerge [2]** 96/3 121/1
**emotionally [1]** 94/14
**employed [2]** 214/11 214/13
**employee [14]** 8/14 77/25 78/2 78/4 78/20 78/22 114/25 115/23 121/22 148/15 164/4 167/20 168/13 214/12
**employees [15]** 10/13 34/16 34/19 37/3 37/14 37/23 38/6 38/13 38/21 40/8 78/23 79/2 79/5 164/6 201/13
**employment [4]** 77/22 77/24 77/25 78/24
**end [4]** 27/7 53/6 65/8 207/8
**ended [1]** 69/14
**engaged [2]** 69/3 70/9
**engagement [2]** 134/6 135/4
**enough [5]** 82/18 118/21 146/5 180/22 193/4
**ensuring [2]** 11/17 39/18
**entail [1]** 160/4
**entailed [1]** 80/8
**entire [2]** 112/12 166/11
**entirely [1]** 76/3
**entirety [1]** 183/18
**entrepreneur [1]** 90/18
**environment [1]** 9/21
**environmentally [1]** 108/18
**environments [1]** 42/20
**EOC [1]** 77/19
**Equal [2]** 77/22 77/24
**equipment [1]** 27/15
**equity [1]** 96/21
**Erin [7]** 46/15 46/17 58/16 58/17 59/3 59/6 59/14
**ERRATA [1]** 3/12
**error [1]** 194/12
**errors [2]** 129/21 129/22
**esoteric [1]** 67/2
**Essentially [1]** 40/5
**establish [1]** 116/1
**established [4]** 95/20 160/11 176/19 208/11
**etc [7]** 10/12 10/25 15/7 35/9 84/23 89/25 98/6
**Ethan [2]** 182/16 182/19
**etran [3]** 212/12 212/14 212/23
**evaluate [1]** 153/9
**EVANS [31]** 1/14 2/21 3/22 44/5 48/8 51/4 52/8 73/5 75/16 78/18 84/2 85/6 85/11 112/21 114/8 132/16 133/1 133/17 133/20 134/6 135/1 153/1 174/22 175/19 176/10 177/13 178/6 178/19 179/1 179/22 192/1
**Evans/Singleton-01316 [1]** 132/16
**evasive [1]** 18/2
**even [49]** 17/24 22/6 22/11 38/18 40/20 47/5 47/15 56/9 58/22 59/15 68/23 69/13 71/16 72/21 77/1 94/14 95/1 95/3 96/15 96/19 100/20 103/8 105/10 108/7 109/11 114/25 115/2 119/15 123/1

E

**even... [20]** 130/22 137/17 140/9 146/11 147/10 147/12 147/14 147/14 147/20 148/20 151/18 162/14 168/6 171/19 172/8 173/5 178/2 196/3 199/1 210/18
**events [1]** 109/15
**ever [36]** 11/12 11/16 12/20 13/3 14/1 19/9 19/16 35/11 37/20 45/25 47/8 47/12 55/9 68/24 81/7 84/20 91/23 95/7 95/21 96/10 114/20 137/13 144/20 156/12 156/15 165/23 166/13 166/23 167/5 167/8 182/7 182/15 194/14 198/16 201/7 202/5
**every [20]** 35/8 42/1 79/24 82/1 86/3 86/3 89/7 91/2 91/12 109/13 109/20 109/21 117/8 126/23 128/25 131/7 138/24 167/2 192/14 198/15
**everybody [5]** 75/13 184/3 184/4 212/11 212/25
**everyone [3]** 52/2 83/5 202/12
**everything [11]** 49/13 100/25 101/6 101/6 162/1 172/12 188/25 189/3 194/5 198/11 211/14
**evidence [2]** 156/16 156/20
**Evidence 401 [1]** 156/16
**ex [1]** 96/11
**exact [3]** 127/14 127/22 175/6
**exactly [14]** 6/21 51/9 54/9 55/10 74/1 84/5 100/8 108/3 117/12 119/4 126/10 149/19 163/5 166/9
**EXAMINATION [5]** 3/1 3/8 3/9 5/9 209/23
**example [4]** 13/13 20/7 147/25 201/2
**examples [2]** 89/17 90/1
**exception [2]** 187/21 187/24
**exceptional [1]** 59/5
**exchange [1]** 63/20
**exchanged [2]** 72/17 133/20
**executive [8]** 13/2 49/25 50/2 64/9 64/12 80/5 110/18 149/14
**executives [5]** 44/4 51/4 52/8 73/5 78/17
**exhibit [27]** 3/16 3/17 3/18 3/19 3/21 3/22 3/23 3/25 4/21 23/2 23/4 62/2 62/3 111/8 111/9 123/20 123/21 132/14 132/15 139/8 139/12 139/13 140/6 142/7 142/10 151/24 151/25
**exhibition [1]** 155/19
**EXHIBITS [1]** 3/14
**exist [3]** 149/2 159/16 199/21
**existed [5]** 154/14 170/16 181/23 198/20 199/2
**exists [3]** 113/9 113/23 116/7
**expect [2]** 62/19 132/2
**expected [1]** 96/3
**expedition [1]** 148/19
**expenses [2]** 36/21 37/6
**expensive [2]** 109/24 195/22
**experience [1]** 80/11
**experienced [2]** 90/6 90/7
**expert [5]** 68/12 81/18 89/15 116/16 126/14
**expire [1]** 201/4
**expired [1]** 16/3
**explain [4]** 19/21 20/1 28/6 125/14
**explanation [1]** 24/11
**export [1]** 24/12
**express [1]** 4/23
**expressed [1]** 129/16
**extension [1]** 184/19
**extensive [1]** 161/17

**E**

**extent [3]** 113/8 113/22 116/7
**extra [1]** 50/19
**extract [2]** 198/5 199/13
**extracted [2]** 194/5 199/13
**extraction [11]** 166/24 167/6 193/16 193/19 193/22 193/25 194/1 197/1 197/11 198/1 198/2
**extremely [1]** 61/16
**eyes [1]** 128/20

**F**

**F [1]** 214/1
**face [2]** 35/6 35/6
**Facebook [1]** 96/14
**facility [2]** 79/23 87/15
**fact [7]** 114/25 135/5 148/14 156/2 156/3 190/10 203/15
**facto [1]** 96/11
**factory [1]** 110/19
**facts [1]** 214/4
**factual [1]** 18/2
**failures [1]** 153/1
**fair [4]** 42/7 118/19 120/4 177/22
**fairly [3]** 13/21 91/7 91/8
**faith [5]** 137/17 164/9 167/1 177/24 200/8
**false [1]** 119/9
**familiar [15]** 9/4 15/15 19/25 22/13 24/7 49/1 49/16 56/1 56/5 56/18 69/17 70/1 71/6 89/18 153/6
**familiarize [1]** 153/7
**fan [1]** 35/25
**fancy [1]** 109/24
**far [1]** 122/25
**far-fetched [1]** 122/25
**Fariba [12]** 44/15 53/7 53/8 53/9 78/7 79/7 146/17 147/4 147/9 147/11 147/15 192/3
**Fariba's [1]** 78/25
**farm [2]** 41/20 43/11
**farmed [3]** 120/7 120/14 120/16
**farmer [3]** 119/16 119/17 119/17
**farmers [8]** 10/21 13/15 13/16 119/21 120/4 121/5 151/19 168/15
**farming [2]** 119/17 119/22
**farms [8]** 1/10 41/24 42/5 42/6 120/11 120/17 122/18 199/2
**fashion [3]** 80/15 84/17 137/16
**fault [1]** 140/4
**FAYETTEVILLE [1]** 1/2
**February [3]** 91/23 202/25 203/2
**fed [1]** 120/18
**federal [8]** 68/7 71/15 71/18 71/21 156/12 156/15 156/20 165/8
**fee [1]** 4/20
**feed [5]** 60/22 60/23 61/10 61/13 135/12
**feel [6]** 116/6 119/19 168/21 169/6 169/16 200/20
**feeling [1]** 13/8
**feels [4]** 93/25 93/25 138/12 142/1
**Feldman [4]** 45/5 57/17 57/21 57/23
**felt [1]** 60/13
**fetched [1]** 122/25
**few [21]** 48/7 50/19 51/8 51/13 57/6 57/15 63/9 63/11 71/2 84/7 98/13 98/13 99/9 115/25 119/13 126/9 164/6 176/5 202/11 202/21 209/20
**fiduciaries [1]** 189/19
**field [5]** 10/23 14/9 21/4 41/19 51/21
**fight [1]** 94/19
**figure [6]** 71/1 92/11 94/20 173/10 197/8 197/9
**figuring [1]** 69/16
**file [13]** 14/2 20/18 20/19 193/7 194/8 196/3 196/5 196/10 196/13 196/13 196/17 196/17 197/24
**filed [20]** 75/1 76/4 78/2 78/24 79/7 89/2 89/4

**filed... [13]** 89/5 89/7 89/8 97/9 120/14 121/15 123/8 152/19 153/16 153/24 153/25 157/17 190/7
**files [6]** 10/18 15/3 23/22 25/17 63/11 197/17
**filing [3]** 10/18 11/2 88/13
**fill [1]** 13/16
**filled [1]** 12/25
**filled-in [1]** 12/25
**finance [7]** 21/5 21/6 44/18 50/23 53/10 57/2 198/25
**financial [17]** 129/2 129/3 129/9 129/17 130/2 130/11 131/10 131/13 131/22 131/24 135/23 136/4 136/11 136/19 138/1 189/21 208/20
**financially [1]** 214/13
**find [6]** 137/8 159/15 161/16 179/13 179/14 201/11
**finding [1]** 203/20
**fine [6]** 48/2 71/5 83/1 127/15 152/11 176/6
**finish [2]** 7/12 112/23
**finished [2]** 81/9 180/21
**firm [12]** 2/9 69/4 69/17 70/2 70/3 70/4 70/10 118/2 124/20 166/13 182/11 205/24
**firms [1]** 69/6
**first [20]** 3/19 5/5 15/22 17/12 17/16 17/18 17/23 20/13 47/9 62/15 80/18 96/6 121/3 137/12 145/14 163/8 163/9 177/5 177/8 198/17
**Fisher [8]** 49/4 49/5 50/25 80/25 114/8 190/20 190/22 191/24
**Fisher's [1]** 49/11
**fishing [1]** 148/19
**five [11]** 60/25 102/13 130/25 158/21 163/24 163/24 168/22 169/3 169/19 173/15 177/18
**fix [2]** 82/16 107/13
**flippantly [1]** 136/7
**flipped [1]** 74/1
**Floyd [3]** 46/2 46/3 59/11
**flying [1]** 208/25
**foamed [1]** 93/10
**foaming [5]** 93/8 109/5 109/8 109/10 109/11
**focus [7]** 91/11 96/18 102/20 146/9 146/13 173/21 198/1
**folder [1]** 196/16
**folders [5]** 14/22 15/10 18/21 18/22 19/2
**folks [33]** 10/23 11/25 35/6 47/5 48/18 48/23 51/7 52/13 54/11 55/16 59/12 61/13 63/4 63/4 65/18 66/3 75/9 80/16 81/1 81/4 96/1 121/10 122/7 124/18 148/7 159/17 168/3 191/16 191/21 192/18 201/20 202/4 210/19
**follow [2]** 60/13 190/5
**following [5]** 83/6 158/24 175/2 175/3 175/4
**follows [3]** 5/8 83/7 158/25
**food [7]** 81/9 82/8 89/3 89/25 179/12 197/5 206/7
**foregoing [2]** 214/5 214/5
**foremost [1]** 80/18
**foresight [1]** 95/21
**Forestry [1]** 91/25
**forever [1]** 91/10
**form [7]** 13/9 13/12 25/14 88/7 164/22 181/5 188/10
**formal [4]** 56/13 131/23 131/25 209/1
**formally [1]** 208/22
**forms [3]** 12/25 13/17 13/17
**forth [4]** 46/10

F

forth... [3] 51/14 66/8 66/11
forward [5] 32/22 63/10 63/12 157/6 157/8
forwarded [1] 32/17
fought [1] 121/9
found [3] 93/17 203/16 203/22
foundation [1] 119/7
founder [2] 8/17 9/14
founding [1] 114/21
four [8] 8/3 8/7 8/20 47/18 57/19 103/15 136/15 168/22
frame [8] 127/8 131/4 149/22 170/2 170/4 170/22 207/20 207/21
frankly [1] 191/4
fraud [2] 187/20 187/24
free [3] 38/6 116/6 200/20
frequent [1] 59/8
frequently [4] 42/25 43/4 48/7 53/17
fried [2] 27/18 28/5
friendly [1] 67/9
fruition [1] 70/18
full [9] 5/21 28/2 51/6 95/2 137/17 137/19 156/4 190/4 190/4
fully [2] 95/6
117/7
function [5] 37/15 200/23 201/5 201/7 201/16
functional [6] 29/22 30/22 32/5 107/22 108/13 108/22
fundamental [1] 185/22
funding [4] 129/5 129/19 129/25 130/9
funds [1] 195/8
funny [1] 31/14
further [5] 4/20 119/15 214/9 214/11 214/12
furthermore [1] 119/10
future [1] 122/21

G

G [1] 5/2
Gabriella [1] 48/24
Gallery [2] 45/3 57/17
GAP [1] 98/23
garbled [1] 214/8
Gary [3] 48/15 48/16 49/3
GATES [1] 2/14
gave [8] 8/5 29/21 50/18 89/17 102/21 120/4 139/1 196/10
GC [2] 68/15 68/20
gears [1] 111/1
general [7] 10/8 13/5 68/21 68/24 149/16 155/3 180/7
generally [11] 38/6 41/10 60/8 60/15 79/22 130/11 155/7 176/19 181/23 190/24 211/16
geneticist [2] 147/11 147/24
geneticists [1] 98/4
genetics [1] 21/4
genuinely [2] 18/5 51/18
gestures [1] 7/16
get [31] 5/16 7/25 21/14 21/20 27/14 27/18 28/21 28/24 29/17 29/18 37/4 48/10 53/20 61/3 69/11 69/12 72/9 73/9 95/19 100/9 102/11 103/24 110/10 126/18 135/8 135/9 143/3 155/4 155/8 192/10 193/3
getting [7] 22/12 40/4 87/4 108/21 117/25 191/20 204/7
give [38] 18/2 18/24 22/19 40/17 53/21 54/6 54/16 54/17 59/25 61/23 61/24 62/9 66/4 66/21 93/20 102/20 105/13 111/13 111/24 123/18 126/24 128/18 132/8 132/19 133/6 134/21 139/4 140/1 141/15 142/20 144/16 149/16 153/6 154/8 165/22 175/6 201/2 202/13
given [6] 10/12 27/5 34/6 123/1

**given... [2]** 148/13 165/23
**giving [3]** 133/16 177/24 178/1
**glad [1]** 102/15
**Gmail [1]** 24/14
**GNEFKOW [10]** 2/18 3/9 6/25 7/4 166/4 173/24 174/1 203/10 203/18 212/22
**go [55]** 5/18 7/20 20/4 20/20 24/22 24/24 25/24 31/1 35/1 35/2 37/6 41/10 49/9 50/20 51/6 52/6 59/23 59/24 60/10 60/11 62/14 63/3 63/21 66/20 82/16 82/24 90/22 91/10 92/11 94/20 99/10 115/14 116/8 117/24 118/20 119/15 120/24 121/13 133/4 137/1 139/22 139/23 140/24 142/21 142/23 142/24 143/1 152/6 157/8 157/11 161/9 179/10 194/13 195/5 212/9
**go-to [3]** 41/10 49/9 66/20
**goal [3]** 8/2 90/25 91/1
**God [3]** 180/14 193/13 209/7
**goes [3]** 116/8 120/2 205/18
**going [70]** 5/18 12/24 16/11 18/12 22/19 22/23 31/21 32/14 34/15 43/12 51/6 51/8 52/1 53/20 57/2 61/23 61/25 62/9 63/9 63/10 66/8 67/3 77/1 79/6 88/6 90/19 90/19 90/20 90/21 92/14 93/22 94/20 95/19 99/8 102/14 111/1 111/4 111/7 111/13 112/14 117/23 122/15 123/3 123/17 126/16 126/23 127/21 132/7 132/8 133/4 133/6 138/24 139/2 144/6 144/14 151/16 151/20 153/17 153/18 154/4 156/21 159/13 159/17 164/21 184/9 184/15 184/16 188/9 208/23 208/24
**goings [1]** 190/23
**gone [3]** 50/15 51/3 89/16
**good [29]** 5/16 5/16 5/20 39/13 39/15 62/19 62/25 83/3 95/25 98/5 98/23 110/24 120/1 128/21 134/25 137/17 164/9 167/1 177/24 180/22 197/3 200/8 202/14 202/17 203/22 203/22 205/18 206/4 206/6
**Goodman [2]** 45/3 57/17
**Goodman-Gallery [1]** 45/3
**Google [39]** 3/17 15/8 15/18 15/25 16/1 17/15 17/17 17/22 17/23 18/18 19/10 19/17 19/19 20/3 20/4 20/4 21/24 22/1 22/4 22/13 22/15 22/17 23/15 23/25 24/7 24/8 24/12 24/13 24/16 24/17 24/20 26/10 26/13 26/14 26/21 35/23 35/24 35/25 36/1
**gossip [1]** 180/7
**got [48]** 28/8 28/20 28/23 29/1 29/19 30/5 31/20 50/21 50/22 50/22 67/7 67/18 67/25 67/25 68/13 71/21 74/9 74/18 87/4 97/6 99/17 100/9 108/3 108/14 108/15 113/6 113/13 125/18 126/25 127/16 128/1 140/16 153/20 169/19 175/20 182/24 189/12 196/5 196/14 196/18 197/17 197/18 197/24 204/5 204/7 204/13 207/22 207/22
**gotten [2]** 126/8 202/8
**govern [1]** 165/8
**governance [1]** 38/5
**grade [1]** 82/13

G

**grading [1]** 81/8
**grammar [1]** 148/21
**grandiose [1]** 119/7
**great [8]** 29/6 49/5 91/9 91/12 91/19 110/25 139/5 202/19
**green [1]** 37/4
**gregarious [1]** 200/9
**GREGORY [1]** 1/9
**ground [1]** 5/19
**group [4]** 135/16 166/10 205/23 205/24
**groups [1]** 52/6
**grow [1]** 15/7
**grower [5]** 11/6 13/13 14/6 14/14 98/23
**growers [9]** 84/16 84/19 91/24 95/25 109/22 122/9 122/10 122/12 122/21
**growers' [1]** 109/5
**growing [1]** 91/6
**guess [18]** 7/21 8/18 30/18 30/18 41/12 41/14 56/3 66/21 70/5 92/7 98/12 126/3 126/5 127/3 178/14 199/9 199/20 200/13
**guidance [2]** 38/13 38/17
**guy [14]** 12/15 12/15 42/12 46/4 49/6 55/19 98/23 146/5 168/2 182/20 182/22 197/5 206/23 208/19
**guys [10]** 50/23 50/23 59/24 60/3 61/7 97/8 119/18 179/18 182/9 189/1

H

**HACCP [1]** 81/10
**had [154]** 6/4 10/18 10/18 10/23 11/15 12/7 12/9 12/13 17/12 17/12 17/19 17/25 19/7 23/20 25/3 25/10 26/6 27/18 27/20 27/22 28/10 28/22 29/15 31/25 32/11 33/4 35/16 35/19 37/1 38/4 40/17 41/25 43/2 43/18 47/9 51/20 59/25 61/9 61/9 64/21 65/17 66/21 67/10 69/6 69/9 69/10 69/12 70/22 72/9 77/8 78/7 78/12 79/1 80/3 80/6 80/9 80/11 81/17 82/8 84/15 86/2 86/4 87/10 87/15 88/3 91/3 92/11 92/22 94/20 97/16 100/16 101/9 103/5 103/8 103/19 103/20 104/4 104/5 104/8 105/7 105/11 105/15 106/5 106/7 106/8 106/22 106/23 107/4 108/8 109/21 109/22 110/10 114/20 116/23 118/12 120/11 122/3 126/11 127/7 128/9 129/25 130/8 130/8 130/9 131/21 137/3 137/12 140/21 148/9 150/20 154/13 156/9 157/22 158/5 158/16 159/22 159/24 163/1 163/15 165/23 166/13 166/19 166/19 168/15 171/13 171/14 171/16 172/9 173/5 173/6 177/5 179/15 181/17 184/6 189/11 192/12 192/17 193/3 193/5 193/6 193/7 193/23 194/7 194/7 194/13 197/7 198/8 198/16 200/4 200/15 201/12 204/22 204/23 206/16
**half [3]** 21/22 35/20 93/19
**hand [2]** 49/5 214/18
**handle [4]** 80/1 80/2 82/4 197/16
**handles [1]** 77/24
**hands [1]** 41/19
**hang [1]** 111/3
**happen [5]** 72/5 90/20 90/20 95/21 131/24
**happened [9]** 26/11 26/14 28/14 56/25 61/3 94/22 98/18 108/23 110/9
**happening [1]** 95/13
**happens [3]** 42/25 157/5 175/23
**happily [1]** 192/10

H

**happy [3]** 30/19 102/15 169/7
**hard [27]** 15/3 18/5 18/5 21/23 32/14 40/18 49/6 51/8 91/13 91/18 108/16 119/12 119/12 141/21 193/5 193/6 194/5 194/7 194/13 194/15 194/17 194/25 195/19 196/7 196/10 205/21 206/9
**hard-working [1]** 49/6
**hardware [2]** 9/9 27/5
**HARP [1]** 1/5
**has [18]** 4/20 10/10 27/17 34/3 48/4 89/5 89/7 89/8 101/10 104/9 119/19 120/4 156/6 163/12 167/22 168/2 187/2 214/15
**hat [1]** 50/4
**hate [1]** 41/7
**have [444]**
**haven't [10]** 19/7 23/20 26/6 26/24 70/8 86/2 203/3 203/7 203/8 206/13
**having [9]** 5/5 22/3 66/9 87/5 89/16 93/17 123/13 134/5 134/8
**he [95]** 25/15 25/15 45/19 45/23 49/9 49/12 49/12 55/19 55/25 56/2 56/3 56/6 56/6 58/6 59/19 64/5 64/5 64/8 64/9 64/11 64/11 64/12 64/18 64/20 65/2 65/2 65/2 70/23 73/24 74/1 74/4 84/9 97/13 97/19 97/20 98/4 98/6 98/11 98/14 98/15 98/20 98/23 130/18 133/22 133/24 145/11 146/11 165/2 165/2 165/3 182/6 182/21 184/23 185/4 185/11 185/22 185/23 185/25 186/1 186/3 186/4 186/13 186/24 187/2 187/4 187/5 188/23 188/24 203/1 204/1 204/3 204/3 204/5 204/5 204/6 204/11 204/11 204/15 204/16 204/17 205/13 205/16 205/17 206/21 206/21 206/21 207/9 207/22 207/22 207/23 207/23 207/24 207/24 208/18 209/1
**he's [21]** 45/22 46/4 63/3 97/13 98/21 98/22 146/4 146/4 146/7 177/16 182/23 183/11 185/3 185/10 186/9 186/24 187/6 204/6 204/7 206/23 208/2
**head [6]** 8/25 53/16 71/4 123/9 149/5 198/24
**heading [1]** 118/6
**hear [11]** 5/16 17/9 19/2 49/7 92/4 96/6 96/9 97/2 97/3 97/12 191/6
**heard [22]** 11/9 11/11 11/12 24/8 38/18 70/8 73/13 84/21 90/9 93/7 93/11 93/12 94/22 95/7 95/12 96/2 96/10 96/11 97/10 97/10 142/2 142/3
**hearing [2]** 91/23 91/23
**heart [1]** 102/12
**heavily [1]** 94/11
**heavy [1]** 13/22
**help [3]** 120/25 150/6 191/22
**helped [4]** 49/12 49/17 49/21 53/20
**helpful [1]** 63/12
**helps [1]** 153/8
**her [21]** 17/13 45/4 46/20 48/3 49/19 50/6 50/10 53/22 53/23 56/22 57/14 58/21 58/23 70/25 71/4 78/9 78/12 147/5 147/13 147/16 147/21
**here [31]** 24/20 25/12 50/21 52/2 62/18 64/22 65/12 84/7 109/14 111/18 113/12 115/9 116/8 116/8 117/21 120/14 124/15 124/17 128/8 131/7 132/18 133/8 137/23 145/20

H

**here... [7]** 146/1 148/7 152/10 152/17 153/21 154/8 187/25
**Here's [1]** 81/9
**hereby [1]** 214/4
**HEREINBEFORE [1]** 5/5
**hereto [9]** 23/6 62/5 111/11 123/23 132/23 142/11 152/1 214/7 214/13
**Hey [4]** 81/7 99/8 149/11 204/5
**hi [2]** 59/18 98/1
**hierarchy [2]** 66/21 66/24
**high [2]** 68/14 74/18
**high-level [1]** 74/18
**highlight [3]** 85/14 148/10 153/21
**highlighted [1]** 134/3
**highlighting [1]** 137/23
**highly [3]** 70/13 82/5 148/22
**hills [1]** 42/6
**him [48]** 45/20 45/25 45/25 46/1 46/14 48/17 51/5 52/19 56/11 58/1 58/3 58/5 59/16 59/17 59/17 59/21 64/21 64/25 65/10 85/16 85/16 98/7 98/22 98/25 99/1 133/7 133/22 144/11 145/11 145/16 145/18 185/13 187/5 187/15 188/6 188/10 203/7 204/9 204/21 204/23 205/2 205/11 206/13 207/5 207/7 207/11 207/20 208/3
**hired [4]** 17/2 69/7 70/14 74/3
**hiring [2]** 39/15 74/11
**his [24]** 5/8 25/15 55/19 56/9 61/12 80/24 97/19 97/20 146/12 153/11 166/13 179/14 184/20 184/20 184/24 185/17 186/6 186/16 187/15 188/11 208/4 209/2 209/2 209/2
**historical [1]** 63/10
**history [4]** 107/18 121/11 137/10 145/20
**hit [3]** 67/18 67/25 99/17
**hold [9]** 87/11 185/7 185/7 185/8 185/8 186/20 186/20 191/8 196/23
**honest [1]** 121/12
**honestly [16]** 17/18 18/19 18/22 29/9 40/10 40/20 71/16 72/1 74/20 95/1 96/8 96/17 108/24 115/21 146/12 161/12
**honesty [3]** 17/6 36/16 175/20
**hope [8]** 58/5 58/14 62/24 164/13 164/15 193/13 193/13 206/2
**hoped [1]** 164/10
**hopefully [2]** 8/7 209/21
**hot [1]** 49/3
**hotel [1]** 43/11
**hours [4]** 8/2 8/3 8/7 193/15
**house [1]** 68/25
**houses [2]** 120/12 120/17
**how [99]** 5/13 6/12 6/20 8/5 8/11 8/16 11/18 16/2 17/24 19/21 29/3 29/3 32/12 32/15 33/3 33/12 38/13 40/12 40/18 41/12 41/14 41/14 41/16 41/23 42/23 48/7 48/9 51/4 51/7 57/5 57/10 57/14 58/15 58/16 58/18 59/11 64/14 68/10 70/18 71/16 71/16 71/21 72/4 72/4 78/13 80/13 82/4 83/1 94/15 95/19 96/9 97/2 97/3 99/10 100/6 101/14 115/2 123/4 123/7 123/11 123/15 130/22 130/22 134/11 140/16 149/3 150/17 150/20 157/24 159/9 159/20 160/14 161/7 163/4 171/20 176/25 179/21

H
**how... [22]** 180/6 180/11 180/19 181/25 182/3 183/8 184/23 186/3 189/5 189/6 189/8 189/9 190/3 190/18 192/23 193/1 194/10 197/1 197/11 204/4 205/4 205/19
**how's [4]** 99/8 205/4 205/4 205/5
**HR [3]** 19/20 57/10 79/2
**huge [1]** 193/2
**huh [8]** 38/20 44/2 44/8 52/15 62/23 63/24 144/18 157/21
**huhs [1]** 7/17
**human [1]** 39/23
**hundred [7]** 65/25 66/10 68/17 85/15 108/10 134/20 135/17
**hundreds [1]** 79/5
**HUNT [1]** 2/15
**hurt [3]** 120/5 120/6 122/23
**hyperbole [1]** 94/1

I

**I [1672]**
**I -- I [1]** 178/18
**I'd [20]** 8/10 10/10 20/8 20/18 21/2 21/4 21/5 34/21 35/2 35/2 35/3 61/15 93/11 99/10 115/22 151/1 155/23 173/21 192/2 192/4
**I'll [32]** 48/8 63/12 63/13 64/3 106/18 111/24 113/7 124/3 124/4 124/11 128/17 132/16 134/14 134/21 139/22 140/22 141/4 143/2 144/15 150/23 153/21 154/8 163/9 163/9 173/11 187/18 187/19 193/2 201/2 202/12 204/9 212/4
**I'm [181]** 5/12 5/15 12/22 16/21 16/21 17/4 17/5 19/13 19/25 20/18 22/12 22/18 22/23 25/3 29/1 29/2 30/19 30/24 31/4 33/3 33/13 34/9 34/24 35/25 37/19 39/1 41/18 48/13 49/4 49/7 50/18 50/20 51/9 51/9 54/12 54/18 61/23 61/25 62/9 62/17 62/17 66/10 67/3 68/11 68/11 68/14 69/1 69/1 70/17 70/17 71/16 72/6 72/20 75/4 76/15 76/18 78/6 81/24 85/23 86/25 88/6 89/13 89/15 89/23 100/2 100/2 100/2 102/15 103/4 104/4 104/8 104/19 105/2 105/12 106/18 106/20 106/20 110/18 111/1 111/4 111/7 111/13 112/14 113/20 116/17 116/17 117/23 120/5 120/5 121/11 122/15 123/6 123/9 123/17 124/8 125/5 125/20 126/10 126/12 126/14 126/14 126/16 126/22 126/22 127/5 127/11 127/11 128/5 128/8 132/5 132/7 132/8 132/19 132/25 133/4 133/6 133/15 133/16 137/7 139/2 141/20 143/16 144/13 144/14 146/12 149/19 151/1 151/16 151/19 151/20 153/3 153/5 153/6 153/17 153/18 154/4 155/6 156/17 156/21 156/22 156/23 157/24 159/20 160/16 164/21 165/5 165/12 165/12 168/2 168/7 169/7 169/16 170/3 170/11 171/17 171/19 171/20 174/14 175/16 177/24 178/1 180/24 181/10 181/20 184/9 184/15 184/15 186/11 186/17 188/9 191/19 194/21 194/21 197/3 197/4 197/18 199/9 200/10 200/13 203/17 203/20
**I've [62]** 6/7 11/8 11/8 11/8 11/10

I
I've... [57] 13/6 13/11 13/11 17/22 17/25 24/8 27/20 28/22 36/19 38/18 46/14 47/5 48/3 48/3 50/19 50/21 73/13 90/5 90/6 90/9 90/9 93/4 93/5 97/18 97/18 98/22 100/16 106/8 108/11 110/19 115/16 118/25 119/1 119/13 120/15 121/4 121/9 122/17 122/18 122/18 122/19 123/1 126/8 134/2 138/12 142/3 149/13 149/14 150/7 151/14 154/6 155/10 188/25 189/1 194/14 202/8 210/18
**iCloud [5]** 30/23 101/2 104/1 171/4 171/7
**ID [28]** 31/6 31/8 32/3 32/4 32/8 32/11 33/10 33/14 34/6 34/8 104/10 104/15 105/3 105/5 105/11 105/15 106/4 106/8 106/11 106/14 106/22 106/23 106/24 107/3 107/3 171/10 173/6 173/13
**idea [12]** 26/3 26/12 26/15 28/1 68/2 72/18 77/13 136/9 149/16 156/14 156/17
178/18
**identification [7]** 23/5 62/4 111/10 123/22 132/23 142/11 152/1
**identify [5]** 128/25 131/7 131/20 210/12 210/21
**idiot [1]** 197/18
**IDs [2]** 106/18 172/25
**if [254]**
**ill [1]** 168/16
**imagine [1]** 120/23
**iMessage [4]** 37/2 37/4 160/8 161/9
**immediate [1]** 28/24
**immediately [4]** 24/5 28/25 68/4 87/1
**impartiality [1]** 214/15
**implicated [1]** 87/18
**important [6]** 7/12 7/15 60/13 101/25 173/5 190/25
**impossible [8]** 27/3 115/3 130/19 147/20 148/17 151/10 161/16 190/5
**impression [3]** 130/9 189/13 189/17
**improve [1]** 119/21
**improved [1]** 130/2
**in [414]**
**in Zhejiang [1]** 110/22
**in-house [1]** 68/25
**in-person [1]**
34/25
**inaccuracies [1]** 190/5
**inaccurate [3]** 130/9 130/19 148/23
**inappropriate [2]** 59/24 82/6
**incapable [2]** 4/15 4/16
**include [6]** 10/5 52/11 135/20 145/6 146/25 149/23
**included [1]** 133/1
**includes [1]** 135/10
**including [1]** 129/2
**incomplete [1]** 4/13
**incorrect [1]** 4/14
**independent [1]** 64/8
**independently [2]** 153/10 167/15
**INDEX [2]** 3/1 3/14
**indication [1]** 185/18
**indiscernible [5]** 4/15 18/9 62/25 104/22 214/7
**Indiscernibly [6]** 128/24 129/7 129/14 129/24 130/6 130/14
**individual [4]** 13/7 21/25 97/17 135/15
**individuals [13]** 48/6 48/8 114/7 131/20 148/3 161/11 182/8 189/10 192/5 198/22 199/10

I

**individuals... [2]** 205/24 210/15
**industries [1]** 89/21
**industry [5]** 80/12 89/24 91/8 128/25 131/8
**inebriated [1]** 73/24
**inflation [1]** 95/4
**informal [1]** 11/15
**information [28]** 5/18 10/5 10/14 13/13 87/16 100/3 101/11 115/9 117/8 117/21 122/14 147/15 148/17 151/8 151/9 157/10 166/19 167/21 168/8 168/17 173/9 178/1 187/16 191/10 191/10 200/10 203/17 206/12
**informational [1]** 180/24
**informed [1]** 107/21
**infrequently [1]** 61/16
**initial [1]** 37/24
**initially [2]** 55/18 80/25
**inquiring [1]** 118/1
**ins [2]** 13/18 164/3
**insinuating [1]** 109/6
**inspected [1]** 79/22
**inspecting [1]** 81/16
**inspections [1]** 82/4
**Instagram [1]** 96/14
**instance [3]** 24/21 185/25 188/1
**instances [2]** 43/8 61/18
**instructed [4]** 38/21 193/19 193/20 200/2
**instrument [1]** 100/12
**insurance [3]** 55/13 74/23 166/5
**interacting [1]** 47/2
**interactions [1]** 80/4
**interest [2]** 167/2 214/15
**interested [2]** 175/16 214/13
**interfere [1]** 60/19
**internal [1]** 4/22
**internally [2]** 35/21 176/3
**internet [4]** 37/7 37/8 37/9 37/10
**interrogation [2]** 102/16 169/9
**interrogatories [6]** 3/19 111/20 124/11 125/17 138/15 210/3
**interrogatory [8]** 126/17 126/17 128/3 128/17 130/15 131/5 131/16 136/23
**interrogatory as [1]** 131/5
**Interrogatory No. 33 [2]** 128/3 128/17
**interrogatory that [1]** 136/23
**Interruption [1]** 4/13
**Interruption/change [1]** 4/13
**interviewed [1]** 166/7
**interviews [1]** 93/18
**into [21]** 28/10 29/23 32/20 33/5 34/12 42/19 46/6 48/10 59/16 59/17 74/9 91/2 91/3 91/16 91/16 94/7 94/9 117/25 126/18 143/3 173/2
**intriguing [1]** 203/20
**introduced [1]** 208/3
**introduction [2]** 204/24 204/25
**introductory [1]** 5/18
**invested [7]** 91/1 91/16 94/11 94/15 94/16 149/8 149/8
**investigations [1]** 79/13
**investor [5]** 10/9 14/25 53/24 135/14 135/15
**investors [1]** 54/3
**invites [1]** 35/22
**involve [1]** 89/14
**involved [26]** 8/12 14/16 14/24 16/9 16/17 17/16 17/19 20/15 55/8 67/5

I
**involved... [16]** 67/6 68/2 72/20 74/11 74/17 75/16 78/18 82/3 83/11 88/5 92/14 109/4 128/25 131/8 134/10 167/11
**involvement [4]** 77/9 80/3 81/13 81/17
**involving [2]** 15/14 147/17
**iPhone [2]** 27/17 37/1
**IR [4]** 15/14 39/13 53/16 54/1
**irrelevant [3]** 119/9 199/4 200/21
**is [268]**
**ish [1]** 165/22
**isn't [3]** 7/23 93/19 134/12
**issue [3]** 85/12 128/15 187/12
**issued [4]** 9/13 9/15 9/22 9/24
**issues [3]** 95/24 119/19 212/2
**it [533]**
**it's [140]** 7/12 7/15 8/5 12/24 13/1 13/25 18/1 18/1 18/1 18/5 19/4 19/4 20/15 21/1 24/11 24/15 24/19 25/11 27/19 27/19 30/8 30/18 30/18 31/11 31/12 31/20 32/14 33/15 38/16 39/20 40/18 41/1 41/3 42/7 51/7 51/14 51/22 51/22 56/10 56/12 56/12 56/17 56/22 56/24 60/15 60/20 62/25 64/4 65/23 66/12 66/13 66/16 66/25 70/9 71/2 71/2 72/8 72/8 72/8 73/10 77/23 78/7 81/24 82/8 85/8 85/13 85/13 95/2 95/2 95/3 95/19 98/20 100/3 100/8 100/12 102/13 102/16 104/6 104/11 104/18 105/12 105/15 105/17 110/5 110/22 110/24 113/19 115/17 116/20 119/20 119/20 120/23 121/1 124/3 124/5 124/8 124/21 126/17 128/17 130/4 130/15 130/19 136/9 141/21 146/16 147/14 147/14 147/16 150/6 150/7 152/11 156/25 156/25 157/15 169/7 169/8 169/23 176/6 177/22 180/23 185/5 190/5 191/14 196/4 196/5 196/13 196/17 196/22 196/24 197/22 202/7 202/12 205/20 205/20 206/2 206/2 206/9 206/18 207/16 211/14
**items [2]** 27/20 159/11
**its [4]** 113/10 113/24 114/1 196/24
**itself [3]** 27/18 28/5 76/21
**Izadi [3]** 44/15 146/17 192/3

J
**J.B [1]** 2/15
**January [1]** 199/7
**jargon [1]** 211/20
**Jessica [4]** 44/19 50/24 53/12 57/5
**job [17]** 9/10 15/12 15/13 40/19 60/18 80/10 81/20 90/17 90/22 110/10 147/13 156/25 157/1 158/8 180/23 181/15 205/4
**job of [1]** 157/1
**Joe [13]** 55/23 55/24 55/25 56/19 62/13 62/13 62/20 64/2 64/5 64/7 144/17 144/20 146/2
**jogged [1]** 59/14
**JOHN [3]** 1/13 2/17 5/23
**JOHNNIE [1]** 1/4
**Johnson [4]** 71/5 71/7 71/8 71/9
**joined [2]** 50/13 64/5
**joining [1]** 5/11
**Joint [1]** 91/25
**jointly [1]** 67/24
**joking [1]** 124/8
**Judy [3]** 49/16 49/17 49/17
**July [7]** 1/22 4/6 23/22 25/6 64/23

**J**

**July... [2]** 152/21 153/25
**jump [1]** 95/9
**June [11]** 23/16 25/6 150/25 151/5 154/18 155/15 162/16 173/23 176/22 177/10 182/25
**June 10 [1]** 176/22
**jurisdiction [3]** 71/22 76/2 76/15
**jurisdictions [1]** 72/5
**just [220]**

**K**

**K [1]** 2/4
**KANSAS [1]** 2/19
**keep [5]** 42/15 96/24 110/3 168/21 195/18
**Ken [11]** 44/11 50/25 52/11 52/17 183/1 188/25 202/24 203/3 203/14 203/17 203/22
**kept [1]** 58/1
**Kessler [1]** 44/21
**Kevin [8]** 46/2 46/3 46/5 46/5 46/6 46/10 59/11 59/14
**keyword [1]** 179/23
**kid [1]** 70/23
**killed [2]** 92/22 93/11
**kimono [1]** 156/5
**kind [54]** 11/6 14/2 15/12 15/15 16/6 18/4 21/9 25/24 30/25 31/3 31/13 34/14 34/25 37/20 38/12 38/20 39/4 39/6 40/23 47/11 49/9 50/15 52/1 60/11 61/1 67/5 69/2 72/1 73/8 80/23 82/9 87/18 88/4 89/9 89/17 94/1 95/3 95/4 99/8 101/22 126/14 130/3 130/12 137/2 145/14 159/14 168/18 169/7 180/4 194/19 201/7 204/13 205/19 211/14
**kinds [3]** 38/17 79/3 163/18
**KITCHENS [2]** 2/9 2/9
**Kittrell [6]** 45/15 45/16 45/17 45/18 59/11 59/15
**Kleigman [1]** 48/16
**knew [11]** 59/13 70/21 70/22 70/22 70/23 82/13 93/10 96/2 130/7 149/19 190/2
**know [553]**
**knowing [1]** 26/19
**knowledge [9]** 45/22 85/24 98/18 121/18 122/14 125/2 148/14 164/16 203/8
**knowledgeable [2]** 64/13 80/13
**known [6]** 97/18 97/18 98/21 98/22 189/1 189/1
**knows [6]** 165/3 165/16 202/9 206/21 206/21 206/22
**kosher [1]** 96/5
**Kroger [1]** 35/17
**Kyle [1]** 48/24

**L**

**Lackey [1]** 46/12
**Lake [2]** 70/24 199/2
**LAKEVIEW [1]** 1/10
**LANCE [1]** 1/5
**land [1]** 189/9
**laptop [68]** 9/17 10/2 27/11 27/18 27/19 27/21 28/2 28/4 28/17 29/4 29/13 29/21 30/7 30/17 30/21 32/5 33/10 33/12 43/13 86/8 86/16 95/15 99/11 99/12 100/6 100/18 100/20 100/23 101/13 101/14 101/20 101/24 102/2 102/12 102/25 103/1 103/5 103/8 103/23 104/4 104/16 105/3 105/6 106/2 106/5 106/15 106/17 107/21 107/23 108/4 108/5 108/21 109/1 109/6 109/12 109/17 109/18 109/25 110/1 110/6 171/2 171/13 172/10 172/15 172/22 173/1 173/6 173/13
**laptops [6]** 9/10 9/20 9/22 9/24 100/16 103/25
**last [33]** 7/25

**L**

**last... [32]** 8/18 17/13 17/25 25/8 25/9 26/7 26/16 27/14 28/23 86/4 89/1 99/9 100/10 112/10 113/19 124/2 124/23 125/8 125/20 126/9 138/14 139/21 144/3 144/10 147/5 149/12 163/14 165/19 165/20 174/20 201/25 203/3
**later [11]** 9/23 16/5 17/21 50/25 63/12 88/4 96/20 97/9 162/12 162/14 179/2
**law [10]** 2/9 69/4 69/6 69/17 69/17 70/10 70/24 166/13 167/2 182/11
**lawsuit [9]** 74/19 75/17 76/4 76/25 77/4 77/7 77/12 97/9 210/1
**lawsuits [11]** 67/15 68/9 69/18 71/14 72/12 72/23 73/14 77/14 77/25 78/23 85/7
**lawyer [9]** 68/15 69/10 73/2 156/17 157/6 165/12 191/19 203/22 206/17
**lawyer's [1]** 157/3
**lawyers [6]** 69/3 75/19 118/8 156/18 156/23 193/8
**lay [1]** 163/9
**layperson [1]** 186/3
**lead [1]** 87/17
**leader [1]** 34/25
**leaders [1]** 175/23
**leads [1]** 167/21
**least [4]** 74/6 85/20 96/1 103/10
**leave [2]** 43/10 169/12
**leaving [2]** 29/3 29/8
**Lee [1]** 44/25
**left [46]** 8/22 9/4 24/5 25/23 26/2 26/6 32/6 55/19 58/3 64/18 77/2 83/9 86/6 86/13 86/14 86/19 86/20 86/24 87/1 87/12 88/3 88/13 88/19 88/23 89/12 90/12 91/22 92/3 92/5 92/21 92/25 94/16 94/18 94/23 95/13 96/22 96/25 99/13 99/22 103/1 103/21 106/1 108/23 110/15 188/24 206/21
**legal [4]** 5/21 164/22 185/16 185/22
**legally [2]** 184/22 187/2
**LEGEND [1]** 4/12
**legitimately [1]** 121/6
**length [2]** 52/22 131/4
**lengthy [2]** 124/3 128/17
**LESLIE [1]** 1/5
**less [5]** 6/23 6/24 57/9 61/15 177/2
**let [18]** 7/12 7/22 22/25 63/22 118/14 120/18 128/4 128/4 128/22 133/10 134/25 144/21 152/8 169/11 174/15 209/3 212/4 212/12
**let's [16]** 16/8 51/4 52/6 52/11 58/6 63/5 65/8 65/12 83/2 100/4 102/19 139/23 142/23 145/20 146/13 157/11
**letter [4]** 97/5 97/7 97/8 207/22
**letters [3]** 112/20 114/16 210/13
**level [7]** 14/15 46/24 46/25 56/6 68/14 74/18 171/25
**levels [2]** 12/2 47/18
**LEWIS [10]** 2/18 45/9 45/13 57/17 118/9 158/17 166/23 182/7 182/10 182/12
**lewisbrisbois.com [1]** 2/18
**LEXI [1]** 2/14
**liberally [1]** 69/2
**life [14]** 14/14 24/9 36/20 91/1 91/16 92/11 94/9 94/20 109/22 122/7 149/17 172/4 205/4 206/1
**life's [1]** 149/8
**lifelong [1]** 119/21
**lifetime [1]** 202/8

L

like [297]
likely [4] 78/15 79/3 101/10 140/13
limit [1] 199/3
limitation [2] 129/3 129/18
limited [3] 168/4 180/19 199/6
LINDA [1] 1/7
line [7] 23/11 81/16 118/5 158/13 197/4 199/3 205/22
lines [1] 199/7
Lise [1] 48/20
list [6] 50/18 51/3 51/7 52/12 114/7 130/20
listed [9] 25/11 48/6 48/12 89/25 102/2 121/23 124/17 148/7 197/23
listen [10] 47/19 81/14 85/13 90/17 149/11 154/6 180/22 188/5 197/17 207/6
lists [1] 148/3
literally [5] 32/19 48/1 134/19 168/5 196/22
litigated [1] 87/11
litigation [27] 58/12 67/5 67/6 74/8 74/14 83/10 86/17 86/18 87/2 87/3 87/5 87/8 87/18 87/21 88/1 88/4 88/8 89/14 92/15 95/16 119/9 165/24 183/16 202/25 203/24 205/6 205/7
litigations [2] 69/5 84/22
little [22] 2/10 24/10 50/21 51/23 52/6 59/15 61/9 77/8 95/22 99/8 104/6 122/25 122/25 138/13 142/20 168/6 175/20 175/22 175/24 183/9 197/18 204/6
live [19] 11/6 11/23 11/23 12/1 12/13 13/3 14/6 15/7 45/18 45/19 45/23 46/3 46/25 50/22 59/10 80/19 81/1 83/23 147/17
lived [1] 16/3
livelihoods [1] 205/22
lives [2] 74/6 168/15
living [3] 39/23 43/15 179/11
LLC [2] 1/10 214/25
LLOYD [1] 2/9
LLP [2] 2/18 2/22
load [1] 74/4
local [3] 70/15 70/16 70/20
locally [5] 101/13 171/17 171/20 171/22 172/10
located [2] 5/24 57/24
location [1] 4/8
locations [1] 14/11
log [1] 173/2
LOGAN [1] 1/5
logical [1] 98/25
logically [3] 87/25 114/1 127/8
long [33] 6/9 6/20 7/23 7/24 8/2 8/3 8/5 8/16 16/2 18/23 29/3 29/5 31/3 31/15 31/22 41/2 41/7 53/5 64/14 80/12 98/22 114/7 121/11 128/10 149/3 165/17 165/18 175/14 176/24 176/25 184/5 189/1 197/1
longer [13] 25/9 29/22 30/21 32/5 52/18 52/19 90/14 94/12 94/16 105/24 106/5 106/22 197/6
look [18] 8/19 9/1 13/8 29/15 30/10 30/14 30/19 34/11 54/17 64/3 71/1 99/25 111/24 115/14 134/21 169/1 169/20 209/3
looked [4] 143/17 150/7 162/21 169/18
looking [11] 86/2 127/22 132/18 138/15 148/6 152/11 156/6 157/16 157/17 170/2 170/12
looks [3] 124/5 133/23 196/16
lose [2] 119/16 119/18
lost [3] 74/6 101/5 214/8

## L


**lot [21]** 9/19 9/19 10/20 10/21 10/21 10/22 11/1 13/6 42/10 51/12 52/18 65/11 94/1 108/19 129/13 142/1 148/20 169/22 180/4 206/5 212/25
**lots [2]** 65/17 66/3
**loud [2]** 7/16 153/7
**LOUISIANA [1]** 2/23
**lrobertson [1]** 2/14
**luck [1]** 62/19
**lump [1]** 90/2
**Lunt [1]** 54/19


## M


**Mac [4]** 27/22 29/1 29/1 63/5
**MacBook [6]** 27/25 28/25 29/2 30/3 30/5 43/5
**machine [1]** 29/6
**made [13]** 30/22 35/9 78/7 116/22 154/10 154/13 172/14 190/13 193/23 199/5 204/23 204/25 214/18
**MADISON [1]** 2/19
**mail [1]** 87/4
**main [4]** 15/13 39/7 48/25 49/15
**maintain [2]** 154/11 200/14
**maintaining [1]** 14/13
**maintains [1]** 154/14
**maintenance [1]** 20/14
**Majestic [2]** 61/2 61/10
**major [1]** 89/7
**majority [2]** 115/1 206/20
**make [21]** 19/14 39/11 39/12 39/14 52/5 65/21 67/8 82/15 90/24 91/18 108/20 117/18 119/22 131/1 137/24 158/8 171/3 172/18 181/15 196/9 211/9
**maker [1]** 56/6
**makes [1]** 194/17
**making [1]** 210/20
**man [2]** 73/22 129/13
**manage [1]** 81/20
**managed [4]** 16/6 69/14 80/23 82/9
**management [3]** 21/8 50/3 81/2
**management-type [1]** 50/3
**manager [6]** 12/1 12/1 45/23 46/13 46/18 46/19
**managers [8]** 11/6 11/23 12/2 12/14 58/15 80/17 80/19 82/9
**managing [1]** 74/13
**manner [1]** 155/23
**manual [1]** 10/20
**many [24]** 17/24 41/14 50/16 51/23 67/17 123/4 123/7 123/15 126/8 130/22 139/20 142/24 144/11 147/23 148/19 150/17 150/20 154/6 154/25 181/25 194/10 197/22 197/22 208/12
**March [4]** 135/2 203/24 207/19 208/15
**Mark [23]** 12/16 45/15 45/16 45/17 45/18 45/18 46/6 49/4 49/5 49/8 49/8 49/11 50/25 53/7 53/8 53/8 59/11 59/15 80/25 114/8 190/20 190/22 191/24
**marked [14]** 3/16 23/2 23/5 62/1 62/4 111/10 123/19 123/22 132/13 132/22 139/13 142/10 151/23 151/25
**marketing [1]** 14/24
**material [2]** 181/21 185/18
**materials [2]** 35/4 101/23
**matt [24]** 23/12 26/24 32/11 32/17 32/23 45/5 57/17 101/7 101/9 104/5 104/19 105/12 106/3 106/6 106/21 107/5 158/10 173/8 173/14 181/16 185/7 186/21 188/4 211/5
**matter [10]** 6/10 6/10 75/10 76/3 88/17 115/6 185/3

M

**matter... [3]** 191/2 191/2 191/7
**matters [19]** 6/8 10/2 36/6 38/20 39/4 41/14 43/23 54/21 71/11 77/25 78/24 81/4 84/24 114/9 198/20 198/23 199/11 208/13 208/16
**MATTHEW [7]** 1/13 1/21 2/13 3/7 4/3 5/4 5/23
**max [3]** 2/5 2/5 8/7
**maximum [1]** 81/17
**may [8]** 4/20 25/4 25/4 63/11 162/16 173/25 174/4 174/16
**May 14 [2]** 173/25 174/16
**May 14th [1]** 174/4
**maybe [43]** 12/21 12/22 16/16 16/25 17/1 17/1 18/21 18/25 20/13 21/23 29/11 29/12 45/20 48/15 51/8 57/7 57/11 57/21 59/17 59/17 60/24 60/25 61/16 64/4 64/10 70/14 70/14 70/22 73/12 85/4 92/8 93/15 97/24 99/7 100/24 100/24 111/16 143/16 145/12 150/6 163/25 182/2 189/12
**MAYBEE [1]** 1/6
**McKinley [1]** 153/2
**MCKINNEY [3]** 2/22 209/19 212/16
**me [152]** 5/6 7/19 7/22 9/1 12/10 17/1 18/20 20/1 20/19 21/11 22/19 22/24 22/25 31/16 33/15 41/6 41/6 46/9 46/16 48/5 53/14 53/22 54/6 54/16 54/17 59/24 60/4 60/24 61/23 61/24 62/20 62/25 63/21 63/22 65/2 65/3 66/9 70/9 81/19 84/9 85/4 86/10 88/16 90/5 92/9 92/20 97/13 97/20 97/24 98/4 100/12 102/5 102/9 102/13 104/6 104/14 104/17 104/17 104/19 106/8 106/12 107/13 109/16 110/4 111/14 116/17 118/14 121/2 123/18 124/6 128/4 128/4 128/5 128/19 128/22 132/8 132/19 133/10 133/22 133/24 134/25 139/4 139/18 139/20 139/24 140/1 140/19 141/15 141/22 142/1 144/2 144/21 148/17 150/6 150/6 151/10 152/9 153/6 153/8 156/21 159/9 162/10 162/18 163/23 165/17 166/10 166/19 167/16 168/11 168/21 168/22 168/25 169/2 169/11 169/18 170/19 173/20 174/15 174/19 176/2 177/14 177/21 177/25 180/14 181/4 182/6 189/25 194/22 196/16 197/6 197/8 197/17 198/24 200/17 201/22 202/18 203/17 204/5 204/11 204/11 204/18 206/12 207/23 208/15 208/23 209/3 209/18 212/12 214/5 214/7 214/16 214/17
**me.com [5]** 31/7 32/18 32/25 33/7 104/20
**mean [100]** 8/24 10/7 10/9 10/18 13/4 14/7 14/23 16/21 18/6 20/3 21/22 27/16 28/6 35/8 36/23 37/3 39/6 39/24 40/13 40/13 41/1 41/18 42/18 42/24 44/3 47/9 47/19 48/15 49/24 50/19 51/1 51/6 56/17 58/21 60/24 64/4 64/16 65/2 65/10 68/20 69/2 72/13 73/10 80/9 85/3 87/3 90/13 93/1 94/8 94/14 94/18 97/10 97/24 98/24 99/7 100/24 107/15

**M**


**mean... [43]** 108/15 109/9 109/9 110/14 111/16 116/16 117/6 125/24 126/3 127/21 128/8 130/21 132/4 134/19 139/18 140/17 142/23 143/15 149/13 150/3 152/5 162/10 168/21 175/14 176/5 178/14 181/19 186/13 186/13 188/21 189/25 191/7 195/16 196/2 197/16 198/17 199/2 201/25 208/17 208/23 209/7 211/16 211/18
**means [1]** 20/4
**meant [2]** 94/14 142/7
**meat [1]** 42/24
**media [2]** 92/23 97/5
**mediation [2]** 72/22 73/1
**meet [6]** 35/3 68/15 98/7 137/18 167/24 208/23
**meeting [5]** 21/18 35/1 56/15 136/6 184/6
**meetings [3]** 34/23 42/10 62/19
**MELBOURNE [1]** 1/6
**MELISA [2]** 1/4 47/24
**member [9]** 54/24 54/25 55/1 55/3 55/5 55/8 64/9 64/14 64/18
**members [2]** 45/3 57/16
**memoranda [1]** 112/20
**memorandums [2]** 114/16 210/13
**memorize [1]** 123/10
**memorized [1]** 123/14
**memory [2]** 18/12 59/14
**mention [5]** 8/4 17/8 64/22 93/7 194/4
**mentioned [21]** 12/19 15/17 17/8 37/1 43/2 43/14 50/24 83/14 92/17 92/19 136/25 157/19 159/3 160/17 162/23 171/12 180/10 180/18 190/6 207/2 207/18
**merit [5]** 189/25 205/11 205/14 206/16 206/25
**merits [1]** 207/2
**message [14]** 36/3 36/4 38/22 38/24 40/7 40/16 40/18 65/8 135/1 135/6 135/22 138/25 178/22 204/19
**messages [140]** 36/5 36/7 36/25 37/13 37/15 37/18 39/21 86/15 95/15 114/6 114/7 114/9 114/10 115/13 117/2 117/4 117/16 132/25 133/2 133/17 133/18 133/20 134/15 137/1 137/10 137/11 137/15 138/8 138/18 144/24 145/7 145/9 145/17 146/20 147/1 154/11 154/15 154/17 155/9 155/10 155/14 158/4 160/6 160/13 160/17 160/24 160/25 161/2 161/5 161/10 162/8 164/6 164/14 164/18 165/9 165/13 165/24 166/25 168/19 170/6 170/12 170/13 170/18 171/1 173/21 173/23 174/5 174/22 175/18 176/4 176/8 176/17 176/21 177/11 177/12 178/6 178/6 178/19 178/23 178/25 179/1 179/2 179/5 179/7 179/22 180/20 180/23 181/3 181/18 182/1 182/8 182/18 182/24 182/25 183/3 183/13 183/21 184/8 184/21 184/24 185/4 185/11 186/1 186/2 186/7 187/1 187/5 187/6 188/16 189/6 189/8 189/10 189/14 190/9 190/14 190/16

**messages... [24]** 190/20 191/24 192/8 192/19 192/21 192/24 193/16 198/2 199/1 199/12 199/14 199/24 200/1 200/24 201/3 201/3 201/12 201/18 201/20 202/4 202/8 208/12 210/9 210/21
**messy [1]** 60/12
**met [16]** 47/5 48/3 48/4 51/21 61/11 82/19 118/24 122/17 123/1 151/14 159/16 168/3 191/9 191/21 198/17 210/18
**method [1]** 214/6
**middle [1]** 75/5
**might [26]** 15/20 16/1 16/17 18/11 18/11 18/15 19/13 25/3 35/18 36/1 43/10 45/20 45/24 45/24 55/4 55/7 69/9 70/16 70/16 77/17 78/24 96/12 102/2 103/18 107/24 145/18
**mill [2]** 60/24 61/6
**MILLER [5]** 2/5 209/16 209/17 212/19 212/20
**million [3]** 47/11 129/19 135/9
**millions [2]** 202/7 202/7
**mills [4]** 60/22 61/5 61/10 61/14
**mind [4]** 54/13 82/22 90/12 120/2
**mindful [1]** 102/23
**mine [2]** 133/11 179/15
**Mingsi [7]** 44/21 53/12 53/13 53/16 53/16 53/19 57/4
**Mingsi's [2]** 53/21 53/22
**minimize [1]** 128/18
**minus [1]** 84/15
**minute [3]** 41/7 49/3 144/3
**minutes [3]** 6/23 63/13 158/21
**mission [1]** 119/21
**MISSOURI [1]** 2/19
**misspoke [1]** 76/19
**Misstates [1]** 25/15
**mistakenly [1]** 139/12
**mistakes [2]** 148/20 190/4
**Mister [1]** 188/3
**MITCHELL [1]** 2/14
**Moby [1]** 123/16
**mode [3]** 34/18 34/20 182/4
**moderate [1]** 34/21
**molecular [1]** 147/24
**money [6]** 38/10 90/19 109/16 109/20 109/21 195/21
**Monte [1]** 89/2
**month [10]** 29/8 30/5 98/12 143/8 143/9 176/23 177/2 177/2 177/2 178/5
**months [9]** 89/2 98/17 126/10 162/11 162/12 162/13 162/15 163/6 165/19
**more [26]** 21/20 34/15 41/10 42/25 52/5 52/19 53/2 57/9 63/9 67/8 67/9 73/16 75/16 80/13 91/7 107/2 119/13 130/11 152/11 164/14 168/8 177/2 180/24 200/16 202/11 202/21
**morning [2]** 90/22 91/13
**most [11]** 15/15 42/12 42/18 52/12 52/16 57/18 150/1 177/4 190/25 208/17 209/1
**mostly [9]** 12/19 13/12 14/24 41/4 55/21 55/22 74/17 79/21 142/3
**motion [5]** 152/15 152/24 184/17 184/18 184/18
**motivate [1]** 178/22
**motivation [1]** 181/7
**move [2]** 152/9 157/6
**moved [2]** 28/19 110/11
**moving [2]** 10/10 128/16
**Mr [33]** 3/9 6/16 7/4 23/8 72/3 85/11 118/14 132/11 133/1 135/1

M

**Mr... [23]** 166/12 166/22 174/22 176/10 178/6 178/19 179/1 183/22 189/9 189/9 189/14 190/10 190/19 190/19 198/2 198/3 198/12 198/12 198/16 199/14 202/21 203/6 212/19
**Mr. [71]** 5/11 6/25 57/23 62/7 64/14 65/1 65/7 75/16 83/9 86/1 98/2 99/4 102/23 118/3 118/9 123/25 133/17 133/20 134/6 139/6 145/9 151/21 157/12 159/20 169/16 173/24 173/24 174/1 175/19 177/13 178/13 178/19 179/22 183/4 183/4 183/22 184/19 185/1 185/17 186/15 188/15 188/16 188/17 188/18 189/15 190/9 192/20 192/20 199/14 199/24 199/25 200/11 202/23 202/23 202/24 203/1 203/9 203/10 203/18 203/18 203/23 204/1 206/24 207/9 207/17 208/4 208/12 208/14 209/15 209/16 209/25
**Mr. Agiato [1]** 145/9
**Mr. Agrawal [13]** 183/4 183/22 188/16 192/20 199/24 202/23 203/23 204/1 206/24 207/9 207/17 208/4 208/12
**Mr. Agrawal's [1]** 208/14
**Mr. Collins [12]** 183/4 188/17 188/18 189/15 190/9 192/20 199/14 199/25 202/23 203/1 203/9 203/18
**Mr. DePippo [3]** 64/14 65/1 65/7
**Mr. Evans [7]** 75/16 133/17 133/20 134/6 175/19 177/13 179/22
**Mr. Feldman [1]** 57/23
**Mr. Gnefkow [5]** 6/25 173/24 174/1 203/10 203/18
**Mr. Ken [1]** 202/24
**MR. MILLER [1]** 209/16
**Mr. Pittman [2]** 98/2 99/4
**Mr. Rupe [1]** 173/24
**Mr. Wadiak [22]** 5/11 62/7 83/9 86/1 102/23 118/3 118/9 123/25 139/6 151/21 157/12 159/20 169/16 178/13 178/19 185/1 185/17 186/15 188/15 200/11 209/15 209/25
**Mr. Wadiak's [1]** 184/19
**Ms [1]** 3/8
**much [16]** 8/9 41/3 41/18 57/21 61/5 61/7 80/13 81/20 88/15 93/20 123/11 159/24 167/25 175/21 192/5 198/20
**multiple [2]** 4/16 163/4
**MUSHARBASH [1]** 2/4
**must [7]** 71/23 109/3 110/7 110/8 138/25 143/10 144/7
**mwlaw.com [1]** 2/14
**my [198]** 5/12 6/14 7/18 7/25 8/2 8/8 8/18 8/25 9/15 10/7 15/11 16/7 18/7 22/6 22/19 22/21 23/12 23/13 24/4 24/9 25/9 25/10 25/22 28/11 29/2 30/8 31/2 31/3 31/11 32/2 32/22 33/25 34/13 34/15 36/19 38/3 39/7 39/7 39/16 40/2 40/3 40/3 41/4 41/10 49/5 49/9 49/9 49/21 51/15 51/16 52/1 59/14 61/4 61/24 61/25 62/7 63/10 66/10 66/20 67/3

M

**my... [138]** 71/4 80/10 81/6 82/8 85/24 90/17 91/1 91/1 91/11 91/11 92/12 94/20 95/20 96/18 99/20 100/19 102/5 102/9 102/12 104/5 104/5 104/6 104/9 106/9 106/12 106/13 106/14 106/24 106/25 106/25 106/25 107/3 107/7 107/25 109/6 109/21 109/22 109/25 110/10 111/4 111/5 115/22 116/25 116/25 119/5 119/20 119/20 121/4 122/7 122/13 122/15 123/9 123/17 123/25 125/24 128/20 131/18 132/1 132/1 132/7 132/11 136/15 137/9 137/10 137/10 137/22 137/22 139/2 139/6 140/3 140/13 141/8 144/5 144/8 144/8 149/5 149/17 149/18 151/1 151/16 151/20 151/21 152/14 154/21 156/4 156/23 156/25 157/12 157/12 157/14 157/14 157/19 158/1 159/23 160/6 160/10 160/24 160/24 160/25 161/20 167/1 167/3 169/4 171/7 171/7 172/4 174/7 174/7 175/15 175/21 180/23 183/23 185/20 187/11 190/12 190/17 191/3 191/14 191/14 193/23 195/5 195/17 196/23 197/4 199/17 199/22 200/4 201/2 201/3 201/9 201/18 202/8 203/3 205/17 207/16 209/3 214/7 214/18

**myself [6]** 20/1 21/11 80/13 106/14 153/7 205/21

N

**N [1]** 5/2

**name [17]** 5/12 5/22 17/14 31/14 47/15 49/16 54/15 55/19 55/23 56/1 56/18 69/24 70/25 71/4 71/5 145/14 147/5

**named [9]** 5/5 12/15 12/16 17/13 75/12 75/13 182/16 210/14 210/14

**names [4]** 47/16 48/19 50/20 54/13

**naming [2]** 149/15 149/15

**nature [3]** 78/1 129/15 148/18

**near [1]** 195/5

**necessarily [2]** 136/19 198/8

**necessary [1]** 154/19

**need [22]** 7/21 7/22 7/24 18/12 22/24 39/8 39/9 39/10 39/11 39/12 39/14 40/23 61/18 63/21 65/24 82/23 117/24 151/4 209/4 211/21 212/10 212/19

**needed [7]** 20/18 52/4 83/16 83/23 83/24 95/16 167/17

**needs [2]** 10/11 12/3

**negotiated [1]** 68/5

**neither [2]** 178/20 214/11

**network [1]** 11/5

**never [55]** 10/1 11/8 11/8 11/11 22/10 24/8 24/15 27/4 36/19 38/12 38/18 47/5 48/3 48/3 48/4 58/19 58/19 59/2 73/13 75/20 79/19 79/19 81/15 82/11 82/19 89/16 90/5 90/6 98/2 99/4 101/12 101/19 118/24 118/25 119/1 122/17 122/18 122/18 122/19 123/1 123/1 142/3 151/14 159/16 168/3 169/22 182/18 191/21 193/13 193/13 194/1 201/13 203/5 206/2 210/18

**new [45]** 2/23 4/8 4/9 5/25 27/19

**N**


**new... [40]** 28/15 28/20 28/21 28/22 28/23 29/17 29/18 29/25 34/2 49/23 55/20 67/8 67/10 67/11 67/20 67/22 67/23 69/12 69/12 71/23 72/9 76/6 76/18 92/11 96/18 99/12 99/19 103/24 106/4 106/5 106/23 107/1 107/4 107/22 109/17 109/18 109/24 110/10 110/13 203/17

**news [10]** 90/10 92/6 92/19 92/20 92/23 93/8 93/12 93/17 94/23 129/3

**next [7]** 29/11 30/5 106/20 106/23 120/7 120/14 147/25

**nice [4]** 146/5 182/20 182/21 182/22

**NIEMANN [2]** 1/13 2/17

**no [172]** 3/16 7/10 7/16 7/16 9/3 11/16 12/7 14/18 17/10 17/18 22/10 22/17 23/23 24/1 25/9 26/3 26/12 26/15 26/18 26/19 26/25 28/1 29/22 30/12 30/21 32/5 32/19 35/13 36/12 36/19 37/12 37/16 37/17 39/3 53/3 57/25 59/9 60/8 68/2 69/1 69/1 69/1 69/1 70/7 70/7 70/12 71/7 71/10 71/17 72/13 72/18 72/24 77/1 77/8 77/10 77/13 80/3 80/6 82/5 84/25 86/21 87/10 87/10 87/22 87/25 88/10 90/5 90/13 92/2 94/12 94/16 95/24 97/24 101/3 101/18 103/14 104/3 104/23 105/24 106/5 106/7 106/22 106/24 109/8 109/20 111/8 115/11 115/18 115/18 115/24 116/13 119/10 120/1 120/15 121/18 123/6 124/8 126/1 128/2 131/20 132/14 134/19 136/9 137/19 137/19 142/7 144/15 146/14 148/14 149/18 150/16 150/23 151/24 155/17 156/14 156/17 156/22 160/7 163/13 164/6 164/10 164/15 166/1 168/1 168/25 171/5 172/14 174/10 174/13 175/13 176/5 176/9 176/11 178/18 178/24 179/4 179/8 179/13 179/15 181/22 182/13 182/20 183/6 184/1 185/5 186/14 186/20 189/16 189/25 191/12 192/22 194/3 196/8 199/15 199/15 203/4 203/8 203/16 204/17 205/7 205/15 205/17 205/18 206/25 207/12 208/8 208/10 209/7 209/10 209/16 212/3 214/14

**No 3 [1]** 111/8

**No. [16]** 4/7 23/3 23/4 62/2 62/3 111/9 113/13 123/20 123/21 128/3 128/17 132/15 132/22 136/23 142/10 151/25

**No. 1 [2]** 23/3 23/4

**No. 2 [2]** 62/2 62/3

**No. 3 [1]** 111/9

**No. 33 [1]** 136/23

**No. 4 [2]** 123/20 123/21

**No. 5 [2]** 132/15 132/22

**No. 6 [1]** 142/10

**No. 7 [2]** 113/13 151/25

**No. 726 [1]** 4/7

**NO:3:24 [1]** 1/9

**NO:3:24-cv-03041-TLB [1]** 1/9

**nodding [1]** 7/16

**non [3]** 137/24 155/18 156/8

**non-contextual [1]** 137/24

**non-relevant [2]** 155/18 156/8

## N

**none [12]** 60/3 60/3 85/4 87/22 95/7 119/5 155/10 179/15 183/6 183/13 209/18 211/1
**nonsense [2]** 130/3 130/12
**nonspecific [1]** 206/12
**Nope [5]** 6/3 23/17 25/25 58/2 203/7
**nor [3]** 164/17 214/11 214/13
**normal [4]** 13/2 21/9 36/23 39/25
**normally [1]** 15/4
**not [292]**
**note [4]** 4/19 113/8 146/22 206/15
**noted [5]** 90/3 120/7 184/19 186/25 214/8
**notes [3]** 114/16 209/3 210/12
**nothing [18]** 5/7 9/12 27/7 27/9 58/10 58/12 58/13 85/18 85/20 85/20 116/23 116/24 116/25 121/4 137/13 148/8 168/5 200/15
**notice [1]** 166/8
**notices [1]** 79/14
**notify [3]** 100/17 100/19 101/25
**noting [1]** 132/20
**November [5]** 110/2 140/11 141/5 141/11 143/7
**November 2023 [1]** 110/2
**now [35]** 8/10 16/11 17/5 29/2 30/11 30/12 34/15 42/24 51/2 58/24 61/25 68/18 74/2 103/9 103/14 106/13 111/1 119/13 129/22 137/16 142/6 144/14 146/25 152/15 155/12 163/12 163/20 173/21 175/12 175/13 185/12 187/5 188/13 203/16 208/12
**nuisance [1]** 67/11
**number [25]** 3/3 18/7 33/20 33/23 33/25 34/3 36/9 36/10 51/17 58/23 89/25 103/17 112/22 123/8 123/14 123/14 135/21 136/25 139/9 142/14 142/18 148/3 174/19 198/21 199/10
**Number 8 [1]** 112/22
**numbered [1]** 4/5
**numbers [3]** 47/10 54/6 135/20

## O

**O [1]** 5/2
**oath [1]** 5/8
**object [11]** 25/14 88/6 117/24 158/13 164/21 177/15 178/8 181/5 183/10 184/9 184/10
**objected [1]** 131/15
**objection [6]** 24/23 131/4 142/18 158/8 181/15 184/16
**objections [1]** 124/10
**objects [1]** 130/15
**oblige [1]** 102/15
**obtuse [1]** 89/10
**obvious [1]** 40/15
**obviously [13]** 11/22 14/8 25/4 38/11 39/25 43/13 50/25 74/10 76/2 138/10 158/11 166/17 204/8
**occasion [3]** 58/22 59/5 94/22
**occasionally [4]** 59/20 60/24 61/13 61/15
**occasions [1]** 81/22
**occurrence [1]** 89/21
**October [5]** 124/16 127/1 127/6 138/16 138/19
**odd [1]** 93/18
**off [12]** 4/13 8/24 37/18 71/4 83/9 123/9 149/5 166/7 175/23 191/5 205/19 212/9
**off/incomplete [1]** 4/13
**offboarding [1]** 25/24
**offended [2]** 120/6 175/24
**offensive [1]**

**offensive... [1]** 176/1
**offer [2]** 73/9 207/13
**offered [1]** 194/1
**office [5]** 14/6 35/2 59/17 99/20 195/5
**officer [1]** 129/11
**offices [3]** 11/2 42/4 110/11
**official [6]** 8/12 53/22 53/23 55/9 55/9 78/6
**offline [2]** 63/6 65/9
**often [19]** 13/9 40/12 40/18 41/12 41/14 41/16 41/22 41/23 42/8 42/23 48/9 51/5 51/7 57/5 57/10 57/14 58/16 58/18 59/11
**oh [14]** 49/4 49/17 55/14 61/20 62/13 63/16 69/6 73/21 82/25 152/10 152/13 154/1 174/1 203/14
**okay [434]**
**Oklahoma [7]** 10/24 69/9 76/9 76/19 76/21 76/22 76/23
**old [2]** 108/11 164/6
**on [196]** 2/3 2/13 2/17 2/21 4/5 5/8 7/6 7/11 7/25 9/11 9/25 10/2 10/11 11/5 11/16 14/8 14/14 16/6 16/11 18/24 20/4 20/22 20/25 21/6 21/7 25/9 28/7 28/8 28/9 28/19 29/1 29/2 30/8 30/25 31/21 34/14 34/22 35/21 36/2 41/8 41/8 41/20 41/23 41/25 42/3 42/4 42/9 42/15 43/18 46/10 48/24 48/24 49/3 50/10 51/13 51/20 56/1 56/25 63/5 63/25 64/7 65/11 65/18 65/21 65/24 66/6 66/16 66/24 70/22 74/7 74/18 75/21 77/1 80/17 81/16 81/22 81/22 81/25 82/2 86/8 86/16 90/10 90/12 91/10 91/25 92/13 93/23 94/22 95/25 96/18 99/16 100/23 101/19 102/20 106/16 109/5 109/16 109/22 110/12 112/2 112/24 114/10 115/22 124/14 124/16 124/17 124/24 125/10 125/24 126/1 126/7 130/7 130/19 134/10 135/2 137/25 139/12 141/5 143/4 143/7 145/11 145/12 145/13 146/9 146/13 148/3 152/8 152/19 153/16 153/18 154/18 155/11 155/15 157/17 159/2 160/3 160/7 160/20 162/12 166/7 166/25 167/12 168/19 171/12 172/18 173/21 173/25 174/3 174/16 177/10 179/1 179/12 179/16 179/23 180/14 180/19 182/25 183/16 185/7 185/7 185/8 185/8 186/20 186/20 187/4 187/7 189/9 190/8 190/12 190/23 193/21 194/1 195/16 196/4 196/10 196/13 196/17 196/24 197/23 198/2 198/13 199/3 200/23 201/5 201/7 201/18 203/20 205/9 205/16 205/22 207/9 207/17 208/15 212/11 214/5 214/7
**once [7]** 59/18 61/10 61/16 61/17 71/20 97/25 169/19
**one [131]** 5/12 11/16 12/14 12/15 14/9 15/9 15/21 15/24 16/14 16/14 16/18 17/12 19/19 21/22 24/2 28/23 32/4 33/16 33/22 40/11 40/12 40/21 46/21 47/11 47/15 49/10 50/4 51/12 54/24 55/1 55/25 58/5 60/23 60/25 60/25 67/7 67/9 67/20 67/20 67/22 73/16 74/6 75/11

O

one... [88] 75/18 76/6 76/11 78/2 78/3 78/7 83/16 84/20 89/3 89/9 90/6 90/7 90/25 92/8 94/12 94/25 96/16 97/6 99/3 99/7 99/7 103/9 103/10 103/20 103/24 103/25 103/25 104/8 104/8 104/9 104/11 104/23 105/1 105/1 105/8 105/8 105/8 105/9 105/20 105/22 105/22 106/9 106/18 106/25 107/1 107/2 107/2 107/8 108/1 109/18 119/15 123/1 124/17 128/17 133/21 133/23 137/5 139/20 140/2 140/3 140/7 143/1 144/11 145/12 147/25 149/25 149/25 150/3 150/5 152/14 163/4 173/1 173/16 180/21 182/2 189/3 193/2 194/17 195/6 195/16 196/2 196/2 196/13 196/17 197/22 204/10 204/10 204/11
ones [13] 13/11 48/25 49/15 54/5 54/6 54/9 71/13 77/15 85/1 102/1 159/4 179/8 179/9
ongoing [5] 136/21 155/2 163/12
179/17 205/7
only [24] 24/2 31/17 68/14 84/20 91/14 91/14 98/23 99/1 127/12 132/3 160/5 160/5 160/12 164/5 170/15 189/14 189/18 189/21 190/9 191/22 194/14 196/13 198/1 211/8
onto [4] 101/12 101/14 193/6 194/5
open [2] 156/5 196/15
opened [1] 140/3
operate [1] 67/24
operated [1] 134/12
operating [1] 82/1
operation [3] 12/17 73/22 96/5
operations [9] 10/8 21/1 21/2 39/12 45/23 48/15 59/10 81/1 136/21
operative [3] 115/5 115/8 123/4
opinion [6] 129/15 167/3 191/3 191/14 205/16 205/18
opportunity [3] 77/22 77/24 120/4
opposition [1] 152/14
ops [2] 49/12 50/22
options [1] 211/5
or [323]
ORAL [1] 4/2
orally [1] 129/1
order [4] 4/21 9/10 37/11 212/11
orders [1] 30/16
ordinary [1] 85/18
org [1] 12/17
organized [1] 80/15
oriented [2] 39/18 41/4
original [3] 32/2 74/10 214/16
originally [1] 15/21
ORLEANS [1] 2/23
other [61] 4/22 6/6 7/12 11/10 18/21 21/15 32/8 34/16 34/19 36/21 37/14 40/8 40/11 40/21 43/1 59/25 61/5 61/6 63/11 73/14 74/5 74/6 77/14 78/17 78/20 78/23 80/5 80/7 81/15 84/18 96/4 98/23 112/20 121/5 122/21 129/25 133/18 143/17 146/4 160/1 160/7 160/19 160/19 166/22 171/13 171/16 175/22 180/7 182/8 188/15 192/11 192/17 198/11 198/14 200/1 209/12 209/15 210/13 210/14 211/4 211/11
others [8] 9/22 91/8 133/12 137/4 149/14 149/16 157/1 184/2
otherwise [14] 4/22 105/9 113/2 113/4 114/18 114/22 116/9

O

**otherwise... [7]** 118/21 137/21 170/7 200/1 210/16 210/23 214/13
**our [40]** 7/12 15/2 16/25 38/4 39/24 41/25 42/4 49/12 50/8 53/16 55/18 64/6 67/8 68/22 69/3 70/15 70/16 73/18 73/21 74/2 81/8 81/8 81/8 81/10 82/13 90/17 90/25 118/2 120/11 124/10 136/12 136/13 136/17 141/11 143/9 161/21 166/5 182/11 184/17 184/18
**out [56]** 7/15 10/23 13/17 15/7 41/22 49/21 60/6 67/20 67/21 69/16 69/22 69/23 71/1 82/16 84/10 84/11 84/12 84/12 84/15 86/7 86/10 87/15 90/19 90/23 92/11 92/11 94/20 94/20 96/17 98/25 108/1 109/21 115/3 115/21 118/4 120/17 120/18 120/24 120/25 126/6 126/19 150/6 153/7 161/13 163/9 166/9 167/19 173/10 194/13 197/8 197/9 197/22 203/16 203/20 207/23 214/7
**outcome [1]** 214/14
**outlets [1]** 92/24
**outside [2]** 85/18 101/20
**over [58]** 5/18 9/8 12/25 16/7 17/25 19/20 24/5 31/23 31/25 33/25 35/4 35/4 36/7 39/6 46/21 50/15 51/3 52/22 53/1 64/16 74/1 83/11 86/3 87/21 93/18 99/9 99/9 100/16 108/11 111/25 113/25 115/22 126/9 130/18 134/22 139/21 140/13 143/18 144/9 144/11 150/13 155/10 162/18 163/8 163/20 166/17 169/14 169/24 174/19 188/23 193/7 198/18 199/1 200/6 201/24 205/22 205/23 205/23
**overlapped [1]** 122/13
**overlapping [1]** 4/16
**overly [1]** 130/16
**oversight [1]** 80/6
**Owala [2]** 110/20 110/21
**own [8]** 9/24 36/2 120/11 193/21 193/21 196/24 198/5 205/12

P

**P [1]** 5/2
**p.m [1]** 213/3
**Packers [7]** 11/19 11/21 12/4 12/8 12/25 13/16 14/8
**page [5]** 111/25 112/3 133/7 134/22 153/18
**pages [6]** 123/4 123/15 123/15 124/5 130/22 133/4
**paid [2]** 84/10 84/12
**pain [1]** 193/3
**paints [1]** 152/24
**paper [15]** 12/5 12/5 12/20 13/9 13/12 13/14 13/22 13/22 13/24 13/25 14/3 21/14 21/16 21/20 209/5
**papers [1]** 92/7
**paperwork [1]** 11/22
**Pardon [1]** 202/16
**PARIS [1]** 2/6
**Parker [1]** 44/23
**Parker's [1]** 57/12
**part [16]** 11/9 20/12 38/4 61/2 62/15 66/2 80/24 81/5 81/21 113/12 113/19 115/22 131/7 149/17 208/17 209/1
**partially [1]** 150/1
**particular [1]** 112/15
**particularly [1]** 159/4
**parties [4]** 214/11 214/13 214/14 214/18
**parts [2]** 39/10 63/21

P

**party [3]** 4/20 4/22 214/10
**Passed [1]** 49/6
**passwords [1]** 164/3
**past [4]** 89/9 93/6 93/18 122/20
**patriot [1]** 121/7
**Patten [1]** 55/13
**pay [5]** 73/9 84/15 109/23 120/4 195/12
**paying [1]** 4/20
**payments [2]** 84/14 195/17
**PDF [18]** 174/21 175/17 175/18 176/22 176/22 176/24 177/6 177/12 178/5 178/19 178/21 178/25 179/21 181/3 181/12 182/1 192/23 196/4
**peace [1]** 190/22
**pending [1]** 7/23
**penny [1]** 91/3
**people [68]** 9/19 9/23 9/24 11/24 12/9 12/11 12/18 14/14 17/22 21/10 21/17 25/4 35/2 35/3 35/19 35/24 36/1 36/4 39/16 41/2 46/9 48/21 50/16 51/19 51/20 52/16 55/20 55/25 60/14 65/11 65/13 65/24 74/4 74/5 78/10 78/12 79/2 79/4 79/21 79/23 80/10 81/19 82/9 82/15 91/6 91/7 93/1 93/15 93/21 98/7 136/16 141/23 142/4 145/13 151/15 151/18 155/5 160/10 164/5 168/17 177/25 180/17 183/15 189/2 191/18 205/12 205/19 206/6
**per [4]** 10/17 11/7 13/7 22/6
**percent [3]** 17/2 40/17 40/21
**Perdue [4]** 64/10 64/10 64/11 89/5
**perform [1]** 179/22
**performed [1]** 24/16
**perhaps [2]** 100/2 162/24
**period [13]** 10/12 28/23 33/5 36/18 37/17 52/19 55/6 98/16 130/18 162/19 162/20 181/1 201/4
**periodically [2]** 53/9 59/16
**persistence [1]** 155/3
**persistent [1]** 162/24
**persistently [1]** 155/22
**person [20]** 4/20 4/22 9/25 34/25 41/19 64/13 65/21 68/11 69/11 69/12 74/7 86/3 120/3 128/25 129/16 130/8 131/8 146/7 190/25 192/15
**personal [28]** 9/15 9/16 9/16 10/1 31/10 31/13 31/16 37/9 38/7 38/9 43/6 86/16 95/15 99/11 104/9 106/9 106/12 106/13 106/14 106/24 107/3 107/7 144/25 146/20 149/8 167/6 171/12 195/8
**personally [10]** 16/1 27/1 91/2 95/10 120/6 121/2 166/6 175/24 176/1 202/3
**personals [1]** 9/20
**persons [1]** 214/14
**perspective [1]** 134/12
**pertain [19]** 113/2 113/4 114/18 114/22 115/10 115/11 115/17 115/24 116/9 116/12 116/13 116/19 118/21 119/11 183/4 183/6 183/13 183/14 210/23
**pertained [3]** 37/22 148/9 210/16
**pertains [1]** 116/25
**pertinence [1]** 115/18
**Peterson [2]** 70/22 70/23
**Phillips [2]** 45/7 57/18
**phone [77]** 6/22 7/5 9/16 10/24 18/7 27/10 33/11 33/14 33/19 33/20

P
**phone... [67]** 33/21 33/23 33/25 34/3 34/22 35/9 36/9 36/11 36/14 36/17 36/19 37/22 39/21 40/3 40/3 41/22 42/15 42/19 43/6 43/18 47/10 51/16 51/20 54/6 65/14 66/4 66/13 66/17 86/9 95/15 103/12 103/17 103/19 106/12 106/13 106/25 114/11 143/13 143/15 143/19 143/20 145/8 145/16 159/21 159/23 160/4 160/7 160/20 160/23 162/16 162/25 163/22 166/24 167/6 167/8 167/12 182/3 182/5 198/6 198/13 200/23 201/5 201/8 201/18 202/4 204/21 206/15
**phones [6]** 34/3 38/7 38/10 38/14 39/25 100/10
**phonetic [3]** 4/15 4/15 110/22
**photos [1]** 101/21
**phrase [1]** 4/14
**physical [3]** 14/2 14/13 101/15
**physically [1]** 27/3
**pick [1]** 197/25
**picked [3]** 73/18 73/24 108/1
**pickup [2]** 74/3 74/10
**pierce [2]** 187/25 188/8
**Pina [1]** 49/16
**pinged [1]** 58/5
**Pittman [5]** 97/11 97/13 97/22 98/2 99/4
**PIUS [24]** 55/12 55/14 55/14 55/16 56/3 56/6 63/4 129/4 129/8 130/1 130/10 134/6 134/9 134/10 134/11 135/4 135/11 135/20 136/10 136/12 136/25 137/2 144/17 146/11
**place [9]** 7/11 43/20 76/17 109/8 119/5 180/21 201/23 207/16 214/7
**plaintiff [2]** 68/8 75/6
**Plaintiff's [2]** 23/2 123/21
**plaintiffs [48]** 1/11 2/3 4/4 5/13 47/3 47/24 68/1 75/7 114/18 114/23 116/9 118/22 118/25 119/1 119/2 119/2 120/13 122/9 123/7 126/19 140/10 143/23 150/18 150/21 151/4 154/13 154/18 154/19 154/20 156/2 162/22 163/19 164/16 165/13 166/14 173/22 174/22 178/7 178/23 179/3 190/7 199/5 202/24 203/23 210/5 210/16 210/24 212/13
**plaintiffs' [43]** 3/16 3/23 23/4 62/1 62/3 111/8 111/9 113/3 113/5 113/5 114/19 114/23 116/10 116/15 118/23 123/19 125/17 132/13 132/15 132/22 139/8 142/6 142/8 146/18 147/6 147/7 147/10 148/4 148/12 148/13 149/22 151/23 152/15 152/24 154/12 159/3 170/21 174/4 189/20 205/14 206/25 210/17 210/24
**plan [2]** 81/10 82/16
**planning [1]** 191/18
**plant [18]** 11/24 12/1 14/7 14/7 14/9 14/15 21/3 35/1 41/21 42/3 45/19 51/21 73/18 73/22 79/21 80/17 81/2 135/13
**plants [2]** 42/20 49/13
**platform [1]** 35/18
**please [13]** 5/21 7/19 7/22 22/25 62/22 114/15

P

**please... [7]** 128/20 128/24 131/7 145/19 147/3 157/9 169/5
**PLLC [1]** 2/14
**plus [4]** 32/14 50/2 84/15 162/14
**point [28]** 7/25 16/14 19/20 30/4 30/12 54/12 54/24 55/1 74/10 75/15 78/3 78/7 83/16 86/24 89/9 92/9 94/12 95/3 109/14 133/8 134/14 150/6 150/17 155/23 161/13 167/19 175/2 186/9
**points [1]** 93/5
**policy [3]** 37/21 38/1 38/2
**polite [1]** 81/17
**pop [1]** 92/8
**populate [1]** 31/1
**populates [1]** 31/1
**portion [2]** 4/21 153/3
**position [25]** 8/23 9/17 24/15 25/23 64/19 94/5 99/13 109/16 109/23 110/13 110/17 154/14 154/17 154/21 154/24 165/1 184/20 184/22 186/23 187/1 187/3 188/7 191/8 191/15 206/3
**possess [3]** 115/11 116/19 161/15
**possesses [1]** 185/22
**possession [25]** 25/12 88/3 95/14 103/5 113/9 113/24 114/5 116/23 116/25 131/12 131/17 144/24 146/19 148/9 156/10 157/22 158/4 163/16 188/16 190/21 191/23 200/13 200/15 209/9 210/9
**possibilities [2]** 105/14 105/20
**possibility [2]** 89/11 90/11
**possible [26]** 19/4 19/4 24/18 24/19 39/20 56/10 56/12 56/12 56/17 56/22 56/24 85/8 85/13 85/13 88/8 92/14 105/12 105/15 105/17 147/14 172/25 199/12 199/18 199/20 199/23 201/11
**possibly [1]** 121/6
**post [4]** 96/11 96/14 96/14 97/5
**posts [1]** 94/25
**potential [2]** 86/17 129/9
**potentially [3]** 8/3 78/19 187/21
**poultry [14]** 13/3 13/5 13/6 15/13 45/19 45/19 64/4 64/5 64/13 80/12 80/25 89/25 128/25 131/8
**pounds [1]** 84/7
**Powell [1]** 61/6
**power [1]** 202/12
**POYDRAS [1]** 2/23
**practices [1]** 119/22
**precedent [1]** 72/6
**precisely [1]** 130/20
**predates [2]** 31/22 31/24
**predominantly [5]** 12/6 15/12 34/23 101/22 208/18
**predominately [1]** 39/18
**prepared [1]** 6/12
**prerogative [1]** 205/9
**present [2]** 122/21 151/11
**preserving [1]** 86/7
**president [1]** 61/12
**press [2]** 129/4 129/7
**Presumably [2]** 195/12 195/16
**presume [12]** 138/20 138/22 138/23 138/25 141/7 143/10 143/12 143/24 144/7 144/10 173/8 201/15
**presuming [2]** 19/13 171/19
**presumption [1]** 136/3
**pretend [5]** 119/3 120/21 121/14 135/18 189/23
**pretty [15]** 9/21 10/20 53/17 60/20 60/20 96/4 96/4 110/9 159/17

P

**pretty... [6]** 159/17 159/24 165/17 167/25 201/25 209/1
**prevent [1]** 185/13
**previous [1]** 102/9
**price [2]** 61/21 195/20
**primary [3]** 34/18 34/20 81/25
**principal [2]** 55/25 146/11
**printer [1]** 101/15
**prior [2]** 25/15 136/22
**private [3]** 38/16 153/12 174/8
**privilege [12]** 86/2 118/7 158/12 158/15 185/2 185/19 186/10 186/16 187/9 188/1 188/8 188/11
**privileged [3]** 118/2 166/15 181/14
**privileges [1]** 16/20
**probably [42]** 9/5 12/21 15/8 16/5 16/21 16/25 16/25 19/12 20/11 30/8 33/3 48/4 50/16 52/16 53/8 57/3 57/21 58/9 58/22 65/2 65/12 70/9 73/2 73/2 97/4 100/3 100/16 100/25 107/15 108/10 108/14 108/14 126/20 139/18 140/18 146/5 159/11 165/15 165/21 169/2 188/22 197/24
**problem [1]** 93/16
**procedure [3]** 4/10 156/13 214/9
**proceed [1]** 153/15
**proceeding [1]** 214/12
**proceedings [6]** 3/6 83/7 158/25 213/2 214/5 214/6
**process [12]** 10/20 13/22 14/20 25/24 40/14 81/9 83/12 83/24 108/21 193/10 197/2 209/2
**processing [2]** 42/25 81/25
**produce [38]** 77/9 77/11 89/23 112/19 114/15 116/2 118/16 146/16 147/3 155/1 155/1 155/14 157/7 164/8 164/19 165/10 166/14 168/6 168/9 179/2 183/8 185/4 185/11 186/1 186/6 186/10 187/4 187/6 188/17 189/8 189/10 189/18 190/9 190/14 190/15 190/19 200/2 207/10
**produced [21]** 4/4 77/6 79/8 116/2 141/10 150/18 150/20 152/18 152/18 154/18 155/9 155/17 174/22 176/21 178/6 179/22 184/8 189/2 199/25 200/5 208/12
**producing [2]** 72/11 191/1
**production [18]** 3/20 3/24 111/21 112/17 112/24 113/12 113/13 114/13 117/9 117/22 141/5 142/9 144/15 146/14 147/17 154/10 154/12 210/4
**products [1]** 17/25
**profitability [1]** 91/5
**profitable [1]** 90/24
**project [2]** 21/8 50/3
**pronounce [1]** 147/5
**proof [2]** 30/6 30/16
**proper [1]** 60/1
**properties [1]** 109/5
**property [2]** 41/25 42/1
**protected [1]** 185/19
**protection [1]** 158/11
**provide [8]** 4/22 24/10 125/3 151/4 165/14 196/6 198/15 214/17
**provided [13]** 9/9 33/22 36/11 44/14 50/19 117/7 131/3 165/9 167/8 175/19 176/16 182/18 192/19
**providing [1]**

P
providing... [1] 89/19
proximity [1] 98/12
public [2] 38/15 87/16
PULASKI [1] 214/3
pull [6] 20/19 20/23 132/8 141/13 141/13 142/7
pulled [3] 124/2 139/25 140/7
purchase [8] 30/6 30/17 107/22 194/24 195/8 195/10 195/14 195/15
purchased [4] 4/20 30/2 34/2 106/5
purpose [1] 167/9
pursuant [2] 4/9 4/21
pursuing [1] 162/24
purview [2] 81/6 81/12
put [17] 13/21 20/6 21/17 42/19 66/24 91/2 94/7 94/8 118/4 118/14 128/4 155/25 179/12 193/6 194/12 205/22 212/11
putting [1] 148/24

Q

quarter [1] 10/12
question [41] 7/23 22/6 37/24 37/25 38/3 86/25 87/24 102/5 102/8 110/4 118/18 122/2 127/3 130/24 131/1 138/12 146/10 152/23 157/12 157/13 157/14 157/19 163/24 167/4 167/5 168/24 168/25 169/11 173/15 174/12 178/15 178/16 183/12 185/16 185/21 186/15 187/13 187/14 197/13 199/17 202/2
questioning [3] 118/5 142/6 158/14
questions [27] 5/17 7/15 7/18 8/1 8/10 34/15 85/23 111/2 112/14 125/15 125/21 142/19 163/3 169/8 169/15 177/17 185/13 186/5 202/11 202/21 209/13 209/15 209/16 209/21 211/2 211/4 212/4
quick [4] 6/21 9/2 204/22 204/23
quiet [2] 164/10 164/12
quite [8] 42/8 48/7 53/8 63/11 94/4 115/25 150/16 191/3

R

R [3] 5/2 70/3 214/1
rain [2] 28/9 28/11
rained [1] 28/8
RAM [1] 196/24
ran [7] 42/12 59/16 59/17 96/4 120/11 167/12 168/18
Randall [3] 45/9 45/13 57/17
random [1] 135/19
range [1] 8/5
rare [2] 58/22 59/5
rather [5] 41/9 48/10 66/5 124/3 202/13
re [1] 15/7
reach [4] 86/7 86/10 98/25 190/18
reached [1] 207/23
reaching [3] 60/6 126/6 158/7
read [56] 62/19 62/24 62/25 63/3 63/9 64/2 66/1 90/9 93/19 95/1 113/1 113/2 114/17 115/5 116/5 117/20 118/21 119/13 121/19 121/20 121/21 123/16 128/24 129/7 129/14 129/24 130/6 130/14 130/18 134/25 142/12 144/16 144/21 144/23 151/6 153/8 154/9 154/10 157/15 157/15 174/24 174/25 176/25 177/3 177/4 177/4 179/6 179/24 180/1 183/24 183/24 184/3 184/4 191/11 211/7 211/21
read/indiscernible [1] 62/25

**reading [5]** 113/12 113/13 135/6 153/5 153/7
**real [2]** 9/1 56/24
**reality [1]** 206/11
**realizing [1]** 108/22
**really [38]** 8/8 10/17 11/7 16/12 17/7 18/3 19/12 20/14 28/18 28/19 31/12 38/1 42/12 47/22 48/13 49/6 49/8 68/2 72/20 75/8 91/9 91/18 91/18 92/9 96/19 97/24 103/22 120/25 125/5 134/12 145/11 146/2 148/16 181/21 186/12 205/21 205/25 211/8
**realm [2]** 89/11 117/25
**reason [14]** 87/10 91/1 105/18 130/8 185/3 185/10 185/12 185/25 186/5 186/10 187/7 187/20 196/24 201/19
**reasonable [4]** 123/13 130/24 146/23 146/25
**reasons [1]** 105/9
**recall [156]** 6/21 8/22 9/6 10/13 11/3 12/12 13/25 14/1 14/1 16/9 16/18 16/23 17/11 17/16 17/18 18/5 18/15 19/9 20/17 20/24 21/20 21/25 22/3 23/14 23/21 23/23 24/1 25/8 26/7 26/14 26/16 26/20 27/16 28/14 29/3 37/20 39/5 43/22 44/1 45/17 45/25 46/23 47/4 47/23 48/9 48/22 51/2 51/8 51/19 52/6 54/5 54/10 55/2 55/10 56/9 59/14 61/20 67/10 68/6 69/4 71/4 71/14 71/25 72/11 72/16 72/17 72/25 74/25 75/4 75/6 76/4 76/24 77/3 77/4 77/5 77/6 77/14 78/4 78/9 78/13 79/7 79/10 79/13 83/11 84/18 85/17 91/23 92/23 96/8 99/7 99/15 99/19 99/21 99/23 100/6 100/8 105/2 105/5 105/7 105/17 108/3 112/11 117/10 117/12 125/8 125/23 126/6 127/14 128/1 128/7 130/20 130/23 134/5 134/8 134/17 138/9 140/9 140/14 141/6 143/21 143/25 144/8 145/7 145/19 149/9 149/21 154/4 154/7 159/12 161/6 161/8 161/12 162/11 163/2 163/10 163/17 163/20 166/2 166/9 166/12 166/22 168/18 169/21 170/3 173/24 174/3 174/15 174/21 175/1 175/5 176/17 181/25 182/15 184/7 194/16 197/21
**receipt [2]** 30/9 30/16
**receive [2]** 97/7 150/24
**received [27]** 117/16 124/12 124/16 127/1 129/19 129/25 130/10 133/1 135/2 140/12 143/4 143/8 143/23 150/21 155/15 163/10 165/14 173/22 173/22 177/3 177/10 178/14 185/17 203/1 204/1 204/16 207/24
**receiving [2]** 140/10 210/7
**recently [7]** 52/21 58/10 154/1 154/2 165/13 165/23 173/22
**recognize [4]** 23/8 63/20 112/2 152/3
**recollection [5]** 16/13 139/16 144/6 169/4 201/9
**recommended [1]** 194/22
**reconvene [2]** 83/1 158/21
**record [14]** 5/22 7/14 93/3 112/24 115/17 124/5 147/24 153/8 169/1

R

record... [5] 195/14 195/15 195/18 212/9 212/11
recorded [3] 1/19 4/2 195/16
records [4] 34/7 55/11 151/9 208/20
recover [3] 28/16 28/19 172/15
recruiting [1] 39/15
recycle [1] 108/17
recycling [1] 108/9
redo [1] 71/22
redundant [3] 128/8 138/13 163/3
REESE [1] 2/22
refer [11] 102/9 113/3 113/4 114/18 114/22 116/9 118/22 151/1 203/18 210/16 210/23
referencing [1] 14/4
referred [1] 207/7
referring [3] 92/16 120/13 171/11
refi [2] 135/14 136/13
refi'd [2] 136/12 136/12
refinancings [1] 136/15
refresh [1] 169/4
regard [1] 134/18
regarding [22] 7/8 36/6 38/7 39/22 40/19 54/21 60/6 75/20 78/24 83/12 84/24 84/25 85/6 85/11 99/2 172/8 173/25 174/4 181/20 181/20 198/23 206/12
Regs [1] 12/4
regular [1] 59/21
regularly [1] 60/23
reimbursed [2] 36/15 36/21
reiterate [3] 118/24 183/14 198/7
Reitler [4] 70/2 70/6 70/10 70/12
relate [1] 115/15
related [37] 9/17 10/5 58/12 58/13 77/25 79/8 80/4 81/3 86/8 89/22 98/3 99/2 99/5 100/22 104/8 135/3 135/23 136/10 136/19 137/2 137/6 146/17 147/5 147/7 147/9 147/15 148/11 148/25 150/1 151/8 165/24 189/21 202/25 203/10 203/12 203/24 214/11
relates [5] 88/7 118/8 158/15 164/23 211/6
relating [1] 136/4
relation [1] 177/11
relations [2] 10/9 53/24
relationship [3] 61/7 61/9 122/20
relationships [1] 10/22
relative [1] 214/12
release [2] 129/4 129/7
relevance [12] 128/14 137/7 137/20 159/14 159/15 164/7 164/10 167/23 173/3 179/14 198/9 199/15
relevant [44] 30/18 67/1 86/16 88/4 134/13 136/20 137/9 137/14 141/19 141/19 155/18 155/20 156/8 156/9 156/20 157/3 157/7 157/7 157/22 158/5 161/14 161/15 162/3 162/6 162/9 163/15 169/24 172/2 172/3 179/5 180/2 180/3 184/8 184/21 184/24 186/2 186/11 187/2 187/17 189/6 190/11 191/1 199/22 200/12
relinquish [1] 214/16
relying [1] 187/7
remember [60] 17/7 17/13 18/3 18/7 18/20 29/9 31/20 32/12 32/15 33/12 36/16 46/20 48/19 51/15 53/23 55/19 56/2 56/5 58/23 67/12 69/13 73/17 73/20 73/25 77/15 83/19 84/5 84/14

**R**

**remember... [32]** 85/8 85/9 93/10 96/15 97/6 98/10 107/15 107/24 109/11 109/12 110/5 125/9 128/9 135/18 138/24 139/19 140/16 141/16 149/5 149/11 153/8 153/14 161/8 175/7 176/25 177/1 192/14 193/12 194/11 195/3 202/10 207/21
**remembered [1]** 55/4
**remembering [1]** 76/15
**remind [1]** 46/16
**remote [3]** 4/3 4/8 49/23
**removed [3]** 12/10 26/20 46/11
**rep [1]** 145/11
**repair [2]** 29/13 107/11
**rephrase [1]** 106/16
**replaced [1]** 64/21
**replacements [1]** 100/15
**report [3]** 53/13 59/19 60/5
**reported [6]** 12/16 46/9 46/9 53/13 60/3 214/6
**reporter [9]** 4/7 4/21 4/23 7/13 211/13 211/17 211/24 214/4 214/24
**REPORTER'S [3]** 3/11 4/12 4/19
**Reporters [1]** 214/25
**reporting [1]** 4/23
**reports [7]** 53/12 63/9 63/11 64/2 112/20 114/16 210/12
**represent [8]** 111/17 124/4 126/1 140/22 141/4 150/23 155/9 203/16
**representation [2]** 203/19 208/15
**representative [4]** 73/2 154/12 190/23 201/17
**representatives [1]** 82/20
**represented [6]** 69/4 70/11 70/24 75/23 203/10 203/12
**representing [1]** 75/19
**represents [2]** 73/9 203/14
**reproduce [1]** 4/21
**request [28]** 3/23 4/4 83/17 112/23 114/12 115/8 116/4 117/7 117/9 117/21 136/22 137/3 142/12 144/15 144/22 144/23 145/6 145/6 145/8 146/13 146/19 146/24 154/12 157/9 157/16 167/20 167/22 199/5
**requested [4]** 21/12 155/22 162/22 166/23
**requesting [2]** 23/14 151/7
**requests [48]** 3/20 111/20 112/15 112/17 112/18 113/15 116/3 116/21 117/18 117/22 118/16 128/13 140/10 140/17 140/23 141/5 141/12 141/14 142/9 142/14 142/19 142/20 142/21 143/9 143/17 144/4 144/11 147/22 148/6 155/11 159/4 162/18 163/8 163/19 163/21 167/25 169/22 169/25 170/21 170/22 170/24 170/25 191/10 210/3 210/4 210/8 210/15 210/22
**require [1]** 72/14
**required [2]** 81/24 126/13
**requirement [2]** 13/15 13/16
**requirements [1]** 11/19
**requires [2]** 214/16 214/17
**requisition [8]** 116/11 129/13 137/6 151/6 155/3 161/13 164/12 166/18
**requisitions [4]** 137/5 154/22 164/11 191/9

## R


**reread [2]** 114/12 157/9
**reserved [1]** 214/10
**reset [1]** 152/15
**residence [1]** 37/10
**resolved [2]** 78/14 84/17
**resort [1]** 65/20
**respect [3]** 60/16 129/11 178/3
**respective [1]** 14/10
**respond [3]** 40/24 40/25 113/22
**responded [3]** 138/16 150/12 162/20
**responding [3]** 150/10 159/3 161/2
**response [12]** 113/14 116/3 118/16 127/1 141/11 143/4 143/8 146/22 150/21 177/10 184/17 207/10
**responses [12]** 3/21 3/23 113/7 113/20 124/16 124/23 125/4 126/7 139/1 140/15 142/8 143/22
**responsibilities [3]** 10/4 10/7 39/16
**responsible [2]** 11/24 108/18
**responsive [18]** 113/8 113/23 116/23 117/17 131/12 137/3 146/24 154/15 155/1 155/16 159/22 163/1 164/19 165/10 167/13 174/5 184/21 210/22
**rest [2]** 135/10 190/22
**restroom [1]** 158/19
**resumed [2]** 83/7 158/25
**resurrect [1]** 160/23
**retain [3]** 151/9 166/2 166/6
**retained [9]** 11/18 12/6 12/20 36/17 36/19 144/25 146/21 166/5 209/5
**retention [5]** 8/11 10/6 37/21 37/25 38/1
**retrieved [1]** 101/8
**return [2]** 27/7 27/9
**review [30]** 22/24 35/4 62/10 63/10 111/14 117/2 117/4 123/3 124/7 127/5 128/5 128/6 133/7 133/16 143/8 143/11 148/4 162/5 162/9 176/22 177/12 178/21 178/25 179/21 180/23 183/21 183/25 210/8 210/20 214/9
**reviewed [35]** 52/21 112/12 114/3 116/18 116/21 117/10 122/3 122/3 122/4 124/24 126/18 126/21 127/2 127/7 127/19 127/20 127/23 131/11 136/23 141/8 143/18 143/22 144/1 145/8 147/19 150/9 154/6 156/12 156/15 175/17 177/5 178/18 209/25 210/3 210/11
**reviewing [8]** 123/11 141/6 154/5 175/18 176/7 176/13 178/5 180/20
**rewrite [1]** 145/20
**RIDGEVIEW [1]** 2/10
**ridiculous [1]** 189/24
**right [66]** 17/5 17/9 19/3 27/9 30/11 30/12 31/9 34/5 36/12 39/16 40/16 49/2 49/5 51/2 58/6 58/24 68/11 68/17 71/7 71/23 71/24 74/4 81/13 83/9 91/6 100/5 106/10 106/19 107/6 107/11 108/20 113/16 113/18 119/17 121/20 124/6 124/21 127/9 129/22 133/14 134/24 141/1 144/17 150/9 153/21 154/8 154/24 159/7 161/19 175/12 175/13 176/20

R


**right... [14]** 179/7 185/6 185/22 186/22 188/23 197/21 200/17 202/19 203/16 207/21 207/22 210/7 212/7 212/24
**right-hand [1]** 49/5
**rights [1]** 175/15
**ring [4]** 11/20 47/24 55/23 71/10
**rings [1]** 85/20
**risk [2]** 88/18 88/22
**risks [1]** 88/20
**RMP [4]** 69/17 69/19 70/6 70/8
**road [1]** 74/7
**ROBERTSON [1]** 2/14
**Robyn [8]** 4/6 140/5 211/23 212/1 212/6 212/19 214/4 214/23
**ROCK [1]** 2/10
**ROGERS [1]** 2/15
**role [10]** 8/16 11/16 13/2 49/11 49/19 56/10 57/12 94/4 146/12 147/16
**rolled [1]** 74/9
**room [8]** 6/1 21/18 34/24 43/11 131/24 131/25 173/4 193/4
**routes [1]** 74/12
**Royal [1]** 214/25
**royalcourtreporters.com [1]** 214/25
**ruin [1]** 206/1
**Rule [4]** 4/21 156/12 156/15 214/9
**rules [5]** 4/9 5/19 165/8 204/24 214/9
**rumblings [2]** 93/12 96/12
**rumored [1]** 96/13
**run [4]** 46/6 90/19 169/2 192/12
**running [3]** 48/16 74/12 85/15
**Rupe [5]** 6/16 166/3 166/12 166/22 173/24
**Ryan [6]** 44/17 44/18 44/18 50/24 53/12 57/4


S


**S [1]** 5/2
**sad [2]** 205/20 205/20
**Sadly [1]** 75/2
**safety [2]** 81/9 82/9
**said [71]** 12/11 19/1 20/2 24/1 25/15 27/4 28/5 29/15 30/2 33/13 36/12 47/23 51/1 51/14 57/3 58/6 59/4 65/2 71/11 75/16 76/18 79/25 87/4 92/19 94/8 94/24 97/13 98/20 99/11 104/3 104/3 104/20 104/23 104/23 104/24 106/10 107/10 110/6 110/7 119/24 120/20 122/8 125/16 130/21 138/6 143/24 145/10 145/18 145/19 149/7 150/3 150/9 162/13 162/15 168/12 169/18 171/9 171/17 172/24 176/12 179/6 179/24 200/22 204/5 205/7 205/9 205/17 206/17 207/6 207/7 211/14
**sale [2]** 93/15 96/12
**sales [24]** 10/8 14/25 15/14 35/16 39/9 42/9 42/13 48/15 48/16 48/21 48/22 48/22 48/24 48/25 49/3 49/20 50/22 52/17 57/13 57/14 101/21 101/22 101/23 172/10
**same [49]** 4/16 7/5 7/6 29/10 29/11 29/18 32/4 33/10 33/16 33/22 34/4 36/10 38/2 38/2 52/1 59/13 65/4 70/3 70/6 72/7 75/22 88/24 102/8 102/13 102/14 103/12 103/17 104/1 104/11 104/11 104/17 106/25 107/23 110/4 113/14 127/22 140/2 140/3 140/7 148/11 152/25 163/24 166/10 168/22 187/7 191/8 196/5 196/11 199/13
**sample [1]** 201/17
**sanctions [2]** 153/11 184/18
**SANDHU [3]** 2/4 3/8

## S


**SANDHU... [1]** 5/12
**satisfactory [1]** 84/17
**saved [8]** 101/19 171/14 171/16 171/20 171/22 171/24 172/10 196/3
**savings [3]** 91/2 94/9 149/9
**saw [10]** 59/17 92/6 92/8 92/13 92/17 92/20 94/25 96/15 139/18 139/20
**say [56]** 7/20 10/11 14/12 15/2 17/6 21/23 26/4 29/5 34/21 42/7 48/4 49/24 51/16 54/9 56/19 58/5 59/4 59/18 60/22 61/15 61/22 65/8 65/16 68/16 68/20 76/16 79/25 80/7 81/11 83/2 84/2 93/21 98/1 100/4 103/4 108/15 115/22 119/16 120/1 138/4 145/18 146/1 148/11 151/14 155/23 157/10 163/6 168/12 173/1 174/2 176/5 179/24 186/18 191/5 191/6 197/1
**saying [7]** 56/3 89/13 122/22 130/4 160/12 181/20 186/24
**says [1]** 116/4
**scale [3]** 83/15 83/21 83/23
**scan [1]** 101/14
**scanned [2]** 12/20 101/12
**scanning [1]** 101/17
**scenario [1]** 168/7
**schedule [1]** 62/20
**school [1]** 70/24
**scope [6]** 10/10 13/2 39/7 167/22 168/4 185/15
**Scott [2]** 44/25 57/10
**scrapped [3]** 108/9 108/14 108/15
**screen [19]** 22/19 22/21 25/22 61/24 61/25 62/7 67/3 111/4 111/5 123/17 123/25 132/7 132/11 139/2 139/6 139/13 151/17 151/21 152/8
**screens [1]** 41/8
**scroll [23]** 22/23 62/9 62/22 63/23 111/7 111/13 111/21 124/3 124/6 124/11 125/12 125/25 128/22 129/6 129/23 130/13 132/16 133/10 134/23 139/15 152/4 152/5 152/5
**se [3]** 10/17 11/8 13/7
**SEAL [1]** 214/18
**search [33]** 107/17 128/12 138/2 138/5 138/7 138/12 138/14 138/18 145/8 145/23 146/23 146/25 147/1 159/5 159/9 159/10 159/21 160/3 160/4 160/14 160/19 161/1 161/4 161/10 161/17 161/17 167/15 168/19 169/2 172/19 175/10 179/23 192/16
**searched [11]** 137/11 145/16 159/11 160/12 160/22 162/1 162/15 162/25 163/3 163/21 179/24
**searches [6]** 137/2 137/9 159/21 167/11 179/23 192/12
**searching [1]** 170/11
**second [29]** 3/21 22/18 22/20 54/17 61/23 61/24 62/10 111/4 111/24 114/14 121/4 123/18 124/11 125/15 125/17 132/8 132/19 133/6 134/21 136/1 137/15 139/4 140/1 141/15 144/16 148/4 148/25 153/6 154/9
**securities [1]** 129/5
**security [1]** 42/22
**see [39]** 12/21 13/3 13/9 22/21 30/13 30/16 62/7 92/18 98/8 102/4

S

**see... [29]** 107/11 109/14 111/5 111/18 111/24 112/5 123/25 124/9 124/12 124/14 128/14 128/15 132/11 133/11 137/3 139/6 139/16 145/16 151/21 152/16 152/16 152/21 159/22 163/1 171/3 172/14 180/3 180/8 209/4
**seeing [4]** 14/2 37/20 125/9 139/16
**seeking [2]** 116/12 152/25
**seeks [2]** 144/23 146/19
**seem [8]** 40/15 89/10 89/20 135/22 156/1 172/2 172/3 189/24
**seemed [2]** 24/4 85/5
**seems [10]** 4/14 30/25 56/1 67/2 67/2 122/25 129/13 178/16 184/25 201/25
**seen [11]** 13/4 13/6 13/11 13/11 115/16 115/25 137/16 138/11 201/17 203/5 203/8
**SELIG [1]** 2/14
**sell [4]** 4/22 39/9 39/10 90/23
**sells [1]** 194/25
**send [15]** 29/16 39/21 41/2 41/6 65/25 66/3 66/14 163/7 181/2 181/2 193/7 198/18 200/16 200/17 204/15
**sending [3]** 66/11 66/14 174/21
**sends [1]** 40/15
**sense [4]** 19/15 131/1 137/25 191/20
**sent [62]** 9/8 21/13 36/7 52/22 60/24 108/17 111/3 111/21 115/16 115/20 115/20 117/16 124/14 125/19 125/21 126/19 126/25 127/17 133/22 133/22 133/23 133/24 137/18 138/10 139/18 139/20 140/13 140/14 140/18 140/22 140/25 141/18 143/7 155/10 155/21 161/3 162/18 162/18 162/19 163/9 163/19 163/21 166/8 166/17 169/24 171/1 175/1 175/4 175/5 177/8 188/20 188/23 198/25 202/22 202/24 203/6 203/11 204/9 204/11 204/11 207/11 207/18
**sentences [1]** 7/13
**separate [3]** 105/8 109/15 168/24
**separately [2]** 67/12 72/10
**September [1]** 97/9
**served [2]** 141/4 210/5
**serves [1]** 187/7
**service [8]** 47/6 47/7 47/8 47/10 47/15 55/13 124/15 214/17
**set [41]** 3/19 3/21 15/18 15/20 15/21 16/15 16/15 16/17 19/23 20/9 20/11 20/11 28/3 32/12 32/15 33/12 35/21 37/15 38/12 49/13 61/3 105/2 105/7 107/4 111/20 124/11 124/23 125/15 125/17 125/20 134/14 138/14 141/5 144/4 163/8 164/13 173/23 176/16 201/4 201/7 214/7
**setting [1]** 16/10
**settle [3]** 67/10 68/16 72/15
**settled [8]** 68/5 68/13 71/12 71/22 72/9 72/16 77/2 78/15
**settlement [6]** 68/4 69/16 72/22 73/1 73/11 78/16
**several [6]** 27/16 28/13 89/4 145/12 158/2 168/25
**shall [1]** 4/22
**share [8]** 22/19 61/24 61/25 111/4 123/17 139/3 151/20 178/22
**shared [6]** 14/22 36/10 104/11

S

**shared... [3]** 137/20 139/12 164/13
**sharing [7]** 25/22 67/3 122/15 132/7 139/2 151/16 200/10
**she [25]** 46/16 46/21 48/4 48/4 48/4 49/20 49/21 49/23 50/4 50/8 50/13 53/13 54/20 54/24 54/24 54/25 54/25 55/2 55/4 55/7 56/19 78/10 78/10 78/11 181/16
**she'd [1]** 50/2
**She's [1]** 147/24
**sheet [2]** 3/12 124/17
**sheets [1]** 80/20
**shield [3]** 185/2 185/24 187/8
**shook [1]** 204/6
**shoot [1]** 20/19
**shop [1]** 20/21
**short [1]** 82/23
**shortly [5]** 29/20 30/2 110/14 110/14 110/15
**should [26]** 8/1 11/18 29/16 38/13 54/16 68/18 71/2 91/15 93/4 98/6 116/17 153/9 156/19 166/16 166/18 190/13 197/6 198/25 199/23 205/8 205/12 205/12 206/17 207/7 207/10 208/3
**shouldn't [1]** 51/16
**show [5]** 111/22 155/20 156/4 164/9 164/15
**showed [1]** 125/8
**shown [1]** 155/12
**shut [6]** 103/2 103/6 103/6 103/13 103/19 121/4
**shutdown [9]** 93/13 93/15 97/3 97/16 108/23 109/2 110/7 115/23 150/2
**shutting [1]** 96/7
**sic [1]** 4/14
**side [3]** 121/9 121/10 183/16
**sign [8]** 32/19 126/3 126/5 126/11 126/12 164/3 211/7 211/21
**sign-ins [1]** 164/3
**signal [1]** 214/8
**signals [1]** 10/24
**signature [11]** 112/2 125/3 125/9 125/10 125/24 126/1 126/4 126/7 126/13 211/12 211/22
**signed [9]** 112/12 114/3 122/5 122/10 124/24 124/25 125/21 126/11 166/7
**significant [1]** 88/22
**signing [3]** 33/5 117/13 125/23
**silly [1]** 178/16
**similar [1]** 125/3
**similarly [1]** 188/25
**simple [2]** 116/20 169/15
**simply [1]** 119/9
**since [12]** 26/6 26/24 27/19 28/22 34/2 58/3 106/1 110/12 150/7 169/23 180/18 203/3
**single [6]** 91/3 109/21 123/1 126/23 138/25 192/15
**SINGLETON [9]** 1/14 2/21 44/7 52/9 73/5 78/18 114/8 132/16 148/1
**sit [4]** 34/24 41/6 59/18 59/20
**site [3]** 81/22 81/25 82/2
**situation [1]** 61/1
**six [2]** 21/22 135/9
**six million [1]** 135/9
**Slack [2]** 35/12 35/13
**slash [1]** 49/21
**slide [1]** 21/17
**slow [2]** 62/11 111/14
**small [1]** 167/22
**SMITH [3]** 1/7 2/18 64/13
**so [537]**
**socially [2]** 180/25 189/2
**software [5]** 193/3 193/9 193/11 197/21 197/23
**sold [1]** 97/20
**solid [1]** 194/20
**some [83]** 5/18

S

**some... [82]** 5/19 8/10 9/23 9/24 14/2 15/8 18/21 30/4 30/12 35/24 36/1 37/3 42/18 42/19 42/20 43/1 48/17 49/17 50/3 54/12 55/20 57/9 58/7 63/12 64/4 73/18 73/25 74/4 74/5 74/8 74/14 74/14 75/4 75/14 81/12 84/15 89/17 92/17 92/19 92/22 93/18 96/11 98/16 101/21 108/2 110/10 111/2 112/14 122/22 129/21 129/22 133/1 133/11 133/11 133/11 133/11 135/19 155/9 161/3 163/2 163/12 166/8 166/8 171/13 171/13 171/16 175/1 176/12 176/24 178/21 179/24 180/7 191/20 193/3 194/17 195/21 195/21 200/5 202/22 205/23 207/22 211/19

**somebody [41]** 16/16 16/16 17/1 17/1 17/13 20/19 21/2 21/3 21/4 21/5 21/17 29/15 35/17 40/15 40/23 40/24 41/9 47/1 51/11 56/7 56/13 60/8 60/9 69/8 69/8 69/14 69/14 70/9 70/14 70/17 70/21 73/3 73/8 86/10 100/19 102/7 121/7 182/10 205/20 207/23 208/2

**somehow [3]** 83/24 109/6 122/22

**someone [3]** 24/19 54/20 66/4

**something [63]** 8/21 11/12 15/4 16/12 17/14 19/23 20/13 20/19 21/3 21/5 21/18 31/21 34/11 38/4 41/20 42/3 43/12 57/1 59/18 59/20 60/11 61/1 61/21 66/7 67/14 69/22 72/2 72/8 82/13 82/14 83/14 83/16 83/22 83/24 83/25 84/6 91/12 91/19 93/22 93/22 97/25 107/25 108/1 108/9 121/1 128/4 140/12 143/16 143/21 152/18 152/19 159/15 162/10 166/16 172/7 190/3 193/14 195/5 195/12 196/25 197/15 199/7 206/4

**sometime [8]** 23/16 75/4 99/12 99/16 127/5 127/18 138/10 177/3

**sometimes [14]** 21/16 21/16 21/16 35/15 41/1 41/2 43/2 51/11 52/3 54/4 59/19 93/21 153/7 175/24

**somewhat [1]** 155/24

**somewhere [9]** 30/9 73/23 76/5 76/11 76/11 76/18 76/19 127/2 195/25

**soon [2]** 100/6 110/9

**sorry [33]** 37/6 41/23 49/7 62/11 62/14 69/1 76/18 82/25 86/25 89/23 97/2 103/4 119/25 123/6 123/9 126/14 126/22 128/8 144/13 149/19 152/4 153/5 153/6 165/5 168/7 169/16 170/3 171/11 182/9 182/22 185/9 191/5 194/21

**sort [23]** 11/6 12/7 15/7 16/5 38/2 42/4 46/24 46/24 46/25 49/21 49/22 53/6 67/24 68/14 74/18 81/8 96/13 117/25 145/14 158/13 197/5 205/9 211/19

**sorted [2]** 84/10 84/12

**sorts [1]** 95/5

**sought [1]** 118/11

**sound [10]** 5/19 9/3 49/1 49/16 56/18 69/17 70/1 71/5 100/1 202/14

**sounded [1]** 94/4

**sounds [6]** 5/20 50/21 56/5 83/3 161/23 202/17

**sources [1]** 21/15

**S**

**SOUTH [1]** 2/15
**SPARKS [1]** 1/7
**speak [15]** 6/16 6/25 7/4 13/7 34/10 66/5 78/19 84/1 104/25 126/13 163/5 174/18 181/7 205/1 208/4
**SPEAKER [2]** 158/18 158/23
**speakers [1]** 4/16
**speaking [8]** 41/11 60/15 92/23 144/8 155/7 156/4 182/15 190/24
**specialist [1]** 34/9
**specializes [1]** 69/15
**specific [5]** 126/17 128/16 142/19 153/3 167/22
**specifically [8]** 67/19 115/10 137/6 147/17 154/7 155/18 157/10 159/13
**specificity [3]** 85/17 139/19 163/17
**specifics [1]** 88/8
**speculate [5]** 17/4 40/20 89/9 93/14 159/19
**speculating [1]** 17/5
**speculation [5]** 24/24 88/7 95/4 135/5 181/6
**speculative [4]** 17/3 40/22 93/25
172/1
**speech [1]** 214/8
**spell [1]** 69/21
**spelling [3]** 4/15 211/10 212/4
**spells [1]** 69/23
**spend [3]** 66/10 109/16 123/11
**spending [1]** 122/6
**spent [2]** 109/20 123/13
**spill [1]** 28/9
**spilled [2]** 28/7 28/10
**spirit [3]** 155/4 155/12 155/17
**spoke [9]** 6/19 46/1 75/20 81/15 99/1 145/3 161/20 177/25 192/5
**spoken [11]** 6/14 7/8 58/3 85/1 118/25 131/21 137/13 203/3 203/7 206/13 207/20
**spot [1]** 203/20
**SS [1]** 214/2
**stages [1]** 38/18
**stamp [2]** 63/17 132/20
**stamped [1]** 132/16
**standard [1]** 40/9
**standpoint [1]** 168/1
**start [7]** 11/12 16/8 48/8 51/4 110/13 133/7 206/6
**started [10]** 5/16 7/25 15/22 17/20 50/6 50/11 51/15 110/10 180/21 188/24
**starting [1]** 39/8
**startup [2]** 9/21 38/9
**startups [2]** 38/17 70/12
**startups-type [1]** 70/12
**state [11]** 5/21 68/6 71/15 71/18 71/20 71/24 72/5 145/15 194/20 214/2 214/24
**state's [1]** 76/14
**stated [5]** 120/15 154/25 158/2 170/8 214/5
**statement [5]** 4/13 121/13 153/18 153/21 154/8
**statements [1]** 30/15
**states [4]** 1/1 72/7 76/6 76/12
**stayed [1]** 34/3
**step [2]** 119/15 167/2
**steps [2]** 12/10 46/11
**still [28]** 23/18 25/12 25/19 27/10 30/6 30/13 30/16 33/1 33/7 33/23 38/3 64/18 77/1 100/22 110/11 114/5 114/10 154/11 191/23 192/7 192/8 195/14 195/15 195/23 198/13 199/11 200/14 201/11
**Stockyard [1]** 14/8
**Stockyards [6]** 11/19 11/21 12/4 12/8 13/1 13/16
**Stone [1]** 136/13
**stop [7]** 25/22

S

stop... [6] 67/3 122/15 132/7 139/2 151/16 164/14
stopped [1] 28/7
storage [2] 14/2 14/19
store [7] 29/14 29/23 29/25 194/23 194/25 195/2 195/6
stored [3] 24/13 100/25 101/7
storing [1] 14/20
STREET [5] 2/6 2/23 99/17 110/11 110/12
stress [2] 82/17 119/12
structure [2] 11/15 196/16
STUART [3] 1/8 209/16 212/20
stuff [60] 9/15 9/20 10/9 11/1 11/6 11/22 13/18 18/4 19/13 20/21 21/9 31/2 31/17 34/24 36/23 36/24 39/25 49/18 50/3 52/22 64/4 68/12 70/13 73/8 74/13 79/3 80/23 81/10 82/10 83/21 85/18 92/6 92/7 96/15 96/18 96/19 101/21 101/22 122/22 126/15 126/23 142/1 147/21 162/21 163/18 169/24 171/20 171/22 172/8 179/11 180/4 180/5 192/11 205/5
206/10 206/20 208/19 208/21 208/25 209/7
STYLE [1] 3/3
styled [1] 4/5
subject [4] 23/11 38/20 129/15 191/2
subjected [1] 130/7
submission [1] 137/18
submitted [2] 13/24 161/21
subpoena [8] 202/24 203/2 203/5 203/10 204/2 207/10 207/19 207/25
subpoenaed [1] 203/23
subpoenas [3] 202/22 204/10 204/15
subscriptions [1] 17/24
substance [1] 181/11
substances [1] 73/25
substantial [1] 214/15
substantive [1] 8/1
success [3] 39/18 94/17 168/15
successful [1] 90/23
successor [2] 113/10 113/24
successors [1] 114/1
such [9] 38/25 72/6 102/1 129/12 129/18 144/24
146/19 158/14 166/24
sucks [1] 206/2
sue [1] 72/7
sued [4] 67/7 95/8 95/19 191/21
suggest [1] 89/20
suggested [2] 70/17 95/7
suit [2] 120/14 155/7
SUITE [3] 2/15 2/19 2/23
suits [2] 67/7 67/11
sum [1] 129/25
summarize [1] 111/16
summer [1] 9/3
super [2] 46/7 134/9
supervision [1] 214/7
supply [1] 12/17
support [3] 121/5 122/7 153/9
supposed [2] 128/5 130/23
Supreme [2] 4/6 214/24
sure [192] 10/13 12/22 13/4 16/21 16/22 18/6 19/9 19/9 19/25 20/23 21/12 25/3 27/4 30/20 30/24 33/1 33/3 33/13 35/7 36/4 36/23 37/5 38/12 39/11 39/12 39/14 40/1 40/1 40/17 42/14 42/16 42/23 43/14 44/8 44/15 44/16 44/24 45/1 45/21 47/21

S

**sure... [152]** 47/21 48/6 49/17 51/9 51/10 51/24 51/24 51/24 52/5 53/9 54/4 54/12 54/22 56/9 56/9 56/17 59/1 62/12 62/12 63/14 64/14 66/2 66/12 66/19 66/19 67/20 68/11 68/20 68/20 69/23 70/17 70/17 71/16 72/6 72/11 73/4 73/10 78/6 81/24 87/23 90/2 91/19 91/22 93/24 94/3 94/3 94/6 94/14 94/22 95/7 100/2 100/2 100/2 100/4 100/14 100/17 102/15 103/18 103/22 104/5 104/8 104/19 105/11 105/23 106/15 107/20 108/20 111/6 112/4 112/16 112/25 113/2 114/14 114/14 115/7 115/13 116/6 117/6 119/22 119/24 120/7 120/9 120/20 121/13 122/2 122/8 124/9 125/5 126/10 127/14 131/3 132/2 132/4 132/10 132/12 133/5 135/22 139/25 140/22 141/17 141/17 141/20 141/25 141/25 142/5 143/3 143/3 143/16 146/6 146/6 146/9 146/9 146/12 147/25 147/25 149/3 150/17 151/2 151/3 151/16 151/16 151/19 156/8 156/21 156/23 158/20 161/23 167/4 168/12 169/4 169/10 169/13 171/9 171/20 175/14 175/15 177/23 177/23 178/4 180/10 180/16 180/16 180/18 184/7 184/12 185/23 186/12 186/17 195/19 200/11 201/6 207/17

**surprise [1]** 88/16

**surprised [1]** 176/13

**surrounded [1]** 42/5

**surrounding [1]** 98/16

**suspect [2]** 87/10 130/8

**sustenance [1]** 115/18

**switch [1]** 111/1

**switched [1]** 34/7

**SWOFFORD [1]** 1/8

**sword [3]** 185/2 185/24 187/8

**sworn [1]** 5/6

**Sylvia [1]** 57/10

**synced [1]** 31/3

**system [1]** 40/10

**systems [1]** 10/19

T

**T [3]** 36/23 214/1 214/1

**table [2]** 179/12 188/12

**tablets [1]** 9/10

**take [28]** 7/24 8/6 8/8 22/18 29/13 30/14 30/19 30/19 42/19 43/5 43/8 48/14 63/5 63/13 65/8 82/23 101/15 107/10 109/8 114/14 115/14 154/4 158/18 165/22 187/11 197/11 209/3 212/23

**taken [9]** 1/22 4/4 6/4 19/20 24/5 83/18 101/9 164/25 214/12

**Takeout [8]** 3/17 22/14 22/15 22/17 24/7 24/9 24/16 24/17

**takes [1]** 120/19

**taking [3]** 7/11 108/21 186/24

**talk [23]** 34/22 35/1 35/3 35/6 35/16 51/13 52/3 63/1 65/12 86/12 93/1 93/2 100/20 102/6 143/2 163/17 170/19 191/16 205/8 205/12 206/17 207/7 208/3

**talked [16]** 46/5 51/20 53/10 55/24 75/19 84/23 93/4 93/5 114/6 122/19 147/20 149/1 171/2

**T**

**talked... [3]** 179/16 181/19 181/25
**talking [11]** 4/16 29/1 29/2 59/6 73/17 83/10 94/3 106/15 136/9 150/13 175/21
**talks [1]** 148/1
**TANNER [4]** 1/8 12/15 46/12 46/13
**Taryn [2]** 45/3 57/17
**Taryn Goodman-Gallery [1]** 57/17
**task [1]** 197/19
**tasked [3]** 10/13 11/3 11/16
**tasks [1]** 49/22
**team [6]** 14/14 19/20 39/15 50/8 53/10 59/10
**teams [7]** 35/14 35/15 35/19 35/20 35/21 35/22 57/2
**tech [1]** 47/8
**tech's [1]** 47/10
**technical [3]** 15/6 211/19 212/2
**technically [1]** 64/20
**technician [1]** 194/21
**technicians [2]** 47/6 47/7
**technicians' [1]** 47/16
**technology [5]** 10/5 10/14 194/25 195/2 197/4
**tell [24]** 8/25 17/24 18/23 55/5 60/10 76/5 85/23 92/20 98/7 100/9 111/14 116/17 122/17 123/15 129/21 130/22 149/17 149/20 156/21 173/11 181/4 191/19 193/2 206/24
**ten [2]** 32/14 163/25
**ten-plus [1]** 32/14
**tend [1]** 130/17
**tendency [1]** 214/15
**tensions [1]** 156/1
**tenure [3]** 129/10 149/23 170/23
**terabytes [1]** 194/10
**term [4]** 24/8 69/2 156/8 184/25
**terms [5]** 95/25 168/19 169/2 169/18 169/20
**test [2]** 52/12 156/19
**tested [1]** 53/16
**testified [5]** 5/8 24/6 103/16 172/9 200/19
**testify [2]** 5/6 103/23
**testimony [1]** 25/15
**TEXAS [1]** 2/6
**text [172]** 36/3 36/4 36/4 36/5 36/7 36/25 37/2 37/13 38/22 38/24 39/5 39/21 40/7 40/15 40/18 40/24 41/7 47/6 48/7 48/9 48/11 51/5 51/11 51/12 52/12 54/3 54/21 57/4 57/5 57/14 57/18 57/20 57/21 60/21 61/18 62/20 64/25 65/2 65/15 66/4 66/12 66/14 66/22 85/16 86/3 86/15 95/15 97/22 114/6 114/6 114/8 114/10 115/13 117/2 117/4 117/15 132/25 133/2 134/2 134/7 134/8 134/14 134/16 135/1 135/19 135/22 136/7 137/1 144/24 145/7 145/17 146/20 147/1 154/11 154/15 154/17 155/9 155/10 155/14 158/4 160/6 160/13 160/17 160/21 160/24 160/25 161/2 161/4 161/10 164/6 164/13 164/18 165/9 165/13 165/23 166/25 168/19 173/21 173/23 174/5 174/22 175/18 176/4 176/8 176/16 176/21 177/11 177/12 178/5 178/6 178/19 178/22 178/22 178/25 179/1 179/2 179/5 179/6 179/21 180/20 181/3 181/18 182/1 182/8 182/18 182/24 183/3 183/21 184/8

**T**

**text... [43]** 184/20 184/24 185/4 185/11 186/1 186/2 186/6 187/1 187/5 187/6 188/16 189/6 189/8 189/10 189/14 190/9 190/15 190/19 191/23 192/8 192/19 192/23 193/16 198/2 199/12 199/14 199/24 200/1 200/24 201/2 201/3 201/12 201/18 201/20 202/3 202/8 204/11 204/19 208/12 208/16 208/21 210/8 210/21

**texted [40]** 40/23 44/3 45/4 45/20 45/24 45/25 46/4 46/14 46/19 47/8 47/12 48/17 50/16 51/7 51/19 52/16 52/18 54/14 55/17 55/21 56/11 56/22 58/21 59/2 61/13 65/3 84/24 85/6 85/11 85/16 98/2 99/4 119/1 145/3 145/15 145/18 192/6 198/22 199/10 204/5

**texting [10]** 41/13 43/22 44/1 47/4 58/16 58/18 59/12 59/21 64/25 65/21

**texts [10]** 3/22 52/19 52/23 52/24 60/25 60/25 85/9

133/7 179/14 201/3

**than [29]** 6/23 6/24 40/11 42/25 61/15 66/5 66/17 75/17 80/5 80/7 80/13 81/15 85/22 91/8 103/20 107/2 121/5 122/22 146/4 165/16 170/22 175/22 177/2 177/2 180/7 197/6 200/17 202/13 206/14

**thank [8]** 5/11 5/15 54/2 89/18 102/24 158/23 212/6 213/1

**thanks [4]** 62/20 63/5 64/2 212/25

**that [1017]**

**that's [108]** 9/21 11/12 19/18 22/12 24/11 25/11 25/21 25/21 27/6 27/9 31/3 31/9 32/5 33/25 34/5 38/2 38/4 38/10 40/4 47/17 48/2 49/2 50/12 54/8 60/11 66/20 67/9 68/10 70/3 70/4 71/5 71/7 73/8 77/15 78/6 82/25 84/20 84/20 90/20 91/14 91/14 91/14 93/8 96/1 103/14 104/3 104/21 127/12 127/15 128/22 130/23 133/15 134/25 136/3 136/4 139/9 139/20 140/3 140/7 141/1 144/2 144/13 145/23 152/11 155/12 157/12 157/14

157/14 157/23 158/8 158/14 158/21 159/6 159/24 159/24 170/15 171/21 172/1 173/10 174/2 175/23 176/2 176/18 181/1 181/15 188/4 188/6 189/7 190/3 190/3 190/4 194/13 196/10 196/19 199/17 199/17 199/23 202/7 203/20 205/8 206/11 206/11 206/16 207/23 208/18 209/11 212/8 212/8

**their [25]** 9/24 12/2 35/18 36/2 38/6 38/14 47/20 53/11 54/6 60/6 60/10 74/6 75/11 81/19 87/21 89/9 91/16 119/3 122/18 167/2 168/15 191/2 199/5 205/22 212/11

**them [105]** 12/14 13/9 15/11 15/20 29/24 41/3 46/7 46/22 47/4 47/13 47/22 53/13 57/5 57/21 57/22 58/15 59/25 60/6 60/10 60/10 61/19 65/25 68/3 68/5 81/16 87/22 90/9 98/7 115/14 115/16 115/25 119/5 120/5 120/8 120/14 120/15 120/18 122/1 122/17

**them... [66]** 122/19 122/20 122/22 122/23 123/2 124/14 127/2 127/5 127/7 127/16 127/17 127/23 133/1 138/11 138/11 138/16 140/16 140/19 140/25 141/7 141/8 143/11 143/23 149/25 150/1 150/3 155/17 160/18 161/3 162/19 162/24 164/8 164/17 164/20 165/10 166/7 166/7 168/9 168/10 170/19 174/8 174/24 174/25 175/1 175/4 175/5 176/1 179/25 182/1 182/6 183/6 183/24 183/24 183/25 184/3 184/4 190/1 190/12 191/11 196/10 200/2 200/17 200/18 202/13 205/8 210/11

**themselves [1]** 168/4

**then [60]** 7/6 8/18 12/16 16/17 19/11 19/20 20/1 26/24 33/16 37/2 47/23 50/10 55/20 66/22 66/22 67/22 68/23 70/8 70/23 94/12 96/11 102/25 103/3 103/10 104/24 105/20 108/1 110/12 112/22 126/3 126/5 127/4 140/21 144/21 148/6 162/3 164/8 169/4 169/11 169/19 169/20 179/2 181/2 182/24 183/8 186/4 189/6 193/4 193/5 193/6 193/6 197/7 198/1 198/11 199/23 204/23 207/8 208/14 209/21 212/6

**theory [1]** 199/20

**there [123]** 6/1 7/23 11/1 14/1 14/5 14/6 14/22 16/14 16/18 17/21 25/9 27/7 27/9 28/18 28/18 34/7 34/20 35/16 37/17 38/20 39/1 42/6 46/21 48/7 48/10 49/9 49/14 50/16 50/19 52/3 52/18 53/5 55/16 55/18 55/20 55/20 60/23 60/23 63/25 63/25 66/7 69/21 69/21 73/14 73/16 73/17 74/8 74/14 74/14 80/10 81/12 83/17 83/21 84/7 84/13 85/25 86/18 87/25 93/3 93/15 95/23 95/24 100/22 101/8 105/18 107/19 113/8 115/10 116/11 116/24 116/24 116/24 116/25 118/4 118/6 121/3 121/17 121/17 124/21 126/1 127/2 129/21 131/20 135/6 137/13 137/19 137/19 140/24 147/22 150/5 152/8 155/6 164/10 166/9 169/22 169/23 170/1 171/21 171/24 172/7 172/18 176/13 179/4 179/14 180/1 180/2 182/5 184/2 188/15 191/5 191/11 191/12 191/15 191/16 193/4 195/4 195/14 197/23 199/15 199/15 205/13 206/20 212/1

**there's [37]** 11/22 13/15 26/25 65/11 67/17 68/17 72/5 93/14 93/22 94/1 103/10 108/19 115/18 115/18 119/22 126/4 129/22 135/20 142/14 142/18 142/24 148/20 157/5 168/3 168/6 186/14 191/20 196/13 196/17 198/9 205/7 205/11 206/10 206/11 206/19 209/4 211/19

**thereafter [2]** 30/4 214/6

**thereby [1]** 213/3

**therefore [2]** 52/19 161/16

**thereof [1]** 4/21

**thereto [1]** 214/10

**THEREUPON [1]** 5/3

T

**these [112]** 12/19 14/3 14/3 18/4 21/12 21/14 23/21 30/24 64/3 68/9 68/17 69/5 70/11 71/11 71/14 72/23 75/9 81/4 82/11 84/22 84/24 85/7 85/23 94/1 95/4 95/5 100/9 109/15 111/17 111/20 112/18 115/12 116/3 116/21 117/1 117/18 118/16 118/25 118/25 119/1 119/2 119/18 121/14 121/17 122/12 124/10 124/13 124/18 125/3 125/23 126/7 126/25 127/19 127/20 127/24 128/13 132/25 133/18 133/19 133/20 134/13 137/14 139/1 139/20 140/23 141/23 142/2 142/3 142/8 142/17 142/21 142/24 143/4 143/7 143/22 144/1 144/4 144/6 144/10 147/22 148/6 148/7 148/11 148/14 148/22 149/1 150/8 150/10 151/7 151/15 151/18 154/7 154/11 154/15 154/17 155/5 159/17 164/5 164/16 167/13 167/20 168/3 168/14 176/21 177/16 180/17 186/5 189/23 191/8 191/16 200/9 210/18

**they [90]** 8/5 12/16 12/20 13/8 13/22 21/13 29/15 38/8 38/13 39/17 46/9 59/25 60/5 64/21 65/25 67/23 68/3 68/3 68/11 68/12 68/16 70/7 70/9 70/13 70/14 70/14 70/14 71/18 71/20 71/21 71/22 72/14 81/16 82/1 90/5 93/10 107/11 107/12 107/13 107/13 115/15 115/16 117/20 120/1 128/21 135/8 136/8 137/17 141/16 148/11 149/2 149/23 155/15 162/9 166/5 166/18 166/18 167/7 167/14 167/16 170/18 171/20 172/1 172/3 174/11 174/19 175/1 175/4 175/5 175/20 181/22 183/14 183/24 183/24 187/16 189/19 189/24 189/25 190/11 191/14 191/14 197/15 197/22 199/21 199/21 201/3 206/8 206/8 206/8 210/23

**they'd [2]** 82/16 167/5

**they're [14]** 70/7 103/11 104/7 104/7 109/12 122/1 130/5 148/22 148/22 155/18 189/25 190/23 200/21 202/22

**they've [2]** 174/19 201/13

**thing [18]** 54/8 59/21 72/8 87/4 102/13 104/18 113/1 130/12 137/23 155/4 164/5 168/22 194/14 196/11 196/25 201/1 206/22 211/8

**things [42]** 14/25 15/9 15/15 42/20 53/20 66/10 66/17 69/7 69/15 72/5 78/1 85/15 89/10 92/8 94/2 95/5 96/16 99/9 101/4 115/1 115/10 115/12 119/6 123/14 130/4 134/20 135/17 135/21 143/1 147/12 149/1 156/25 160/19 161/14 176/6 176/12 186/10 191/17 199/3 208/20 211/10 211/11

**think [233]**

**third [4]** 3/23 142/9 144/2 144/4

**this [231]**

**thorough [1]** 50/18

**those [149]** 9/5 12/5 12/11 13/17

T

**those... [145]** 13/17 13/23 13/24 14/10 14/11 14/13 14/20 15/1 15/5 15/9 15/10 15/10 15/14 15/15 15/18 26/17 27/15 27/20 27/20 38/17 39/22 41/8 43/8 44/14 47/5 47/18 47/18 48/8 48/19 48/25 49/15 49/15 51/7 52/13 52/14 52/23 52/23 52/24 53/1 57/18 59/12 59/15 59/24 60/3 60/3 61/7 66/17 67/7 67/11 67/13 67/15 67/18 67/22 67/25 68/1 69/15 69/18 71/16 71/17 72/4 72/12 76/6 77/15 80/16 85/4 89/9 89/18 89/19 90/2 104/23 105/1 105/1 105/10 113/19 114/8 114/10 115/2 115/10 115/13 117/4 121/23 122/21 124/24 124/24 124/25 125/6 125/21 127/18 132/2 133/4 137/20 141/6 142/21 143/3 143/18 145/17 149/6 149/22 156/25 159/11 159/20 160/10 160/23 163/10 164/18 165/9 165/14 167/25 171/3 176/4 176/8 179/18 181/18 182/3 183/3 183/8 183/13 183/21 183/23 184/8 186/6 187/6 188/7 189/1 189/10 189/12 189/18 190/8 190/14 190/14 190/20 192/4 192/8 192/21 195/6 197/22 198/9 198/25 199/7 199/12 199/13 210/7 210/21 210/22 211/2

**though [18]** 19/15 41/13 55/11 56/13 64/11 64/12 66/18 71/20 86/1 89/16 102/16 105/10 121/13 137/17 166/10 179/7 185/1 192/12

**thought [10]** 4/13 78/10 78/11 98/5 155/15 180/22 187/16 189/11 190/9 192/12

**thoughtfully [1]** 117/8

**thousand [1]** 68/17

**thousands [1]** 67/18

**thread [3]** 65/12 65/24 66/3

**threads [2]** 137/19 137/20

**three [13]** 8/20 8/20 12/10 46/11 100/10 104/18 130/4 135/19 160/23 165/19 165/21 165/22 169/3

**three-ish [1]** 165/22

**threshold [1]** 137/18

**through [52]** 12/17 22/23 23/19 25/24 38/21 51/6 59/19 59/20 62/9 63/18 89/16 94/23 96/13 97/4 97/5 97/5 97/5 111/7 111/13 124/3 124/7 125/12 125/25 126/23 132/20 136/14 137/1 137/10 137/15 138/18 138/24 139/15 142/2 144/6 159/9 159/11 159/13 159/21 160/12 160/14 161/1 161/10 161/10 162/15 162/21 166/5 171/4 171/7 172/19 179/10 202/13 214/6

**throughout [1]** 12/14

**throw [1]** 200/17

**thumb [1]** 194/19

**tight [1]** 111/3

**TIM [13]** 1/14 2/21 44/7 50/23 52/8 53/2 53/5 53/5 73/5 78/18 80/22 114/8 148/1

**time [107]** 4/16 6/9 7/22 8/4 8/9 9/4 11/16 12/14 16/7 20/22 26/7 26/16 28/23 29/19 31/15 31/22 33/4 35/20 36/18 37/17

T

**time... [87]** 39/24 43/17 46/6 46/7 48/14 50/20 51/22 52/19 55/6 58/5 61/4 63/13 68/23 69/3 79/4 88/3 89/15 92/24 93/1 93/19 95/12 96/18 98/10 98/16 98/17 98/22 99/1 102/23 108/2 109/7 109/9 114/2 114/2 117/3 117/16 119/6 122/13 123/11 123/13 124/19 127/8 127/12 127/21 129/10 131/4 131/11 131/15 136/15 142/20 144/2 145/7 149/22 150/21 155/6 158/22 162/19 162/20 162/22 162/25 163/4 163/14 163/20 166/8 166/11 170/1 170/4 170/13 170/15 170/21 176/25 177/5 177/8 180/19 181/1 183/17 189/2 189/3 189/4 196/2 201/4 204/12 205/1 207/20 207/21 209/6 213/1 214/7
**timely [1]** 137/16
**times [30]** 12/18 45/10 51/9 51/19 57/6 57/11 57/15 82/1 88/20 89/5 104/18 118/19 119/14 137/1 144/9 149/4 154/25 158/2 163/4 163/25 163/25 168/23 168/25 169/3 169/19 173/15 174/19 177/18 181/25 197/7
**title [7]** 8/12 53/22 53/23 61/12 63/25 64/1 152/16
**Tkitchens [1]** 2/9
**TLB [1]** 1/9
**today [8]** 5/11 5/14 31/8 33/8 62/20 106/13 186/5 188/6
**today's [2]** 6/13 7/9
**together [4]** 90/2 116/22 181/1 183/25
**told [12]** 30/21 84/9 84/17 98/7 106/7 107/13 167/16 180/1 187/15 204/18 205/10 207/6
**tomorrow [3]** 63/3 63/4 64/3
**TONY [1]** 1/9
**too [10]** 8/9 13/23 41/3 41/22 62/25 88/17 93/20 182/22 194/11 195/21
**took [14]** 16/7 29/23 76/16 107/12 119/5 176/24 176/25 193/14 197/2 197/6 197/8 197/17 201/23 211/13
**tool [1]** 24/11
**tools [1]** 197/22
**top [9]** 8/25 23/10 71/4 111/18 123/9 124/9 125/16 142/16 149/5
**topic [1]** 130/19
**topics [1]** 39/22
**totally [3]** 20/25 71/17 83/1
**touch [2]** 58/1 96/24
**touched [2]** 34/14 75/14
**towards [1]** 53/6
**trade [1]** 197/5
**tragic [1]** 49/8
**tragically [1]** 74/6
**trailer [1]** 74/4
**Trailing [1]** 4/13
**transcribed [1]** 214/6
**transcript [5]** 4/20 211/7 214/10 214/16 214/16
**transfer [1]** 30/22
**transport [1]** 74/3
**transportation [1]** 36/24
**transporting [1]** 74/12
**travel [1]** 43/3
**traveled [2]** 42/11 43/4
**traveling [1]** 43/6
**treat [1]** 205/19
**treating [1]** 91/6
**tree [2]** 40/14 168/11
**trickier [1]** 183/9
**tried [3]** 191/22 194/12 197/7
**tries [1]** 205/25
**trips [1]** 42/10
**truck [4]** 73/18 73/23 74/1 74/2

T

**trucking [3]** 74/3 74/9 75/10
**true [10]** 19/14 19/14 91/14 93/20 122/1 125/1 157/23 189/7 208/18 214/5
**trust [4]** 109/15 211/13 211/17 212/6
**truth [3]** 5/7 5/7 5/7
**truthfully [2]** 121/6 161/22
**try [13]** 28/16 91/12 91/18 93/20 102/20 120/25 121/5 152/9 172/19 179/12 193/3 206/3 206/6
**trying [20]** 40/2 48/13 49/4 50/18 50/20 61/3 62/17 62/17 75/4 85/23 92/10 102/11 105/13 122/7 127/11 157/24 158/14 159/15 168/20 177/24
**TRÉ [1]** 2/9
**turn [1]** 30/25
**TV [3]** 31/17 32/20 33/5
**twice [3]** 61/11 61/17 97/25
**two [37]** 8/2 12/10 14/10 30/5 53/1 58/9 59/15 60/25 60/25 92/8 94/25 96/16 99/8 103/10 104/23 105/1 105/1 105/10 105/20 105/22 105/22 106/18 110/15 112/15 127/18 128/10 135/9 137/19 155/21 165/19 165/21 172/25 173/16 182/2 189/10 204/9 211/5
**two days [1]** 128/10
**type [4]** 16/20 50/3 70/12 197/4
**typed [1]** 107/7
**typical [2]** 9/21 41/12
**typically [1]** 20/23
**typing [1]** 41/8
**typos [1]** 190/5
**Tyson [4]** 64/10 64/11 64/12 89/4

U

**uh [10]** 7/16 7/17 38/20 44/2 44/8 52/15 62/23 63/24 144/18 157/21
**Uh-huh [8]** 38/20 44/2 44/8 52/15 62/23 63/24 144/18 157/21
**uh-huhs [1]** 7/17
**uh-uhs [1]** 7/16
**uhs [1]** 7/16
**unclear [1]** 8/5
**uncommon [3]** 73/10 90/4 90/5
**uncorrelated [1]** 109/13
**under [12]** 15/21 19/4 23/10 67/15 101/7 165/8 173/5 173/8 186/14 189/13 189/17 214/7
**understand [21]** 7/18 11/14 18/14 72/4 102/18 109/14 119/3 120/21 121/15 121/23 121/25 122/1 157/24 164/12 164/18 165/7 165/11 172/24 190/3 190/6 205/25
**understanding [3]** 106/18 190/1 190/8
**understood [2]** 4/15 4/17
**underwriter [1]** 55/15
**Underwriting [1]** 55/13
**unduly [1]** 130/16
**unfortunately [2]** 86/5 205/20
**uninvolved [1]** 78/16
**UNITED [1]** 1/1
**UNKNOWN [2]** 158/18 158/23
**unless [2]** 43/20 211/19
**unnecessarily [1]** 200/10
**unpunished [2]** 120/2 205/18
**unrelated [4]** 6/9 103/11 109/13 110/5
**unspecific [1]** 208/2
**unsure [1]** 106/10
**until [8]** 8/18 23/22 96/11 96/19 150/25 151/4 170/9 189/4
**untrue [1]** 119/9

U
up [74] 8/8 8/19 9/1 11/12 12/16 15/18 15/20 15/21 16/10 16/15 16/15 16/17 19/23 20/9 20/11 21/17 28/3 31/3 32/12 32/15 33/13 35/21 37/15 42/6 42/23 49/13 54/17 58/6 61/3 62/14 69/15 71/1 73/18 73/24 74/9 81/7 90/22 91/12 92/8 95/16 96/12 99/25 105/2 105/8 107/4 122/10 124/2 132/8 134/23 140/1 140/2 140/7 141/13 141/13 142/7 142/22 152/4 152/5 152/6 155/4 155/8 168/10 169/18 169/20 189/4 193/4 193/5 194/12 196/15 204/6 206/18 208/19 209/22 211/14
update [2] 72/14 72/15
upon [1] 197/12
upset [3] 78/10 121/11 175/20
upsetting [3] 120/24 121/2 176/4
us [15] 5/11 13/17 18/20 52/18 53/20 75/19 98/24 150/12 152/11 152/12 165/9 176/21 198/15 204/16 205/22
USDA [27] 12/4 13/20 79/14 79/16 79/17 79/19 79/22 79/24 80/2 80/6 80/11 80/11 80/14 81/3 81/6 81/15 81/18 81/18 81/22 81/25 82/4 82/7 82/18 82/19 82/19 83/12 150/1
USDA's [1] 80/4
use [28] 4/22 15/4 15/11 15/25 31/2 31/12 31/17 35/7 35/11 35/13 35/25 36/5 36/9 38/6 40/7 40/12 106/13 106/25 107/5 159/25 185/24 185/25 186/4 187/9 193/14 194/7 195/10 214/6
used [30] 9/15 9/16 9/20 9/24 10/1 17/21 17/22 27/11 32/19 35/8 35/24 36/1 39/21 39/24 40/2 40/3 40/21 97/19 103/1 106/9 106/14 106/24 107/3 128/21 156/8 194/14 195/8 195/17 196/2 204/7
users [3] 19/17 19/18 21/25
using [11] 17/23 30/23 36/25 37/1 37/13 69/2 110/20 185/1 185/3 185/10 185/12
usually [7] 41/19 43/7 56/14 66/13 68/11 69/10 211/18

V
v [1] 1/12
Van [1] 44/21
variance [1] 84/6
variety [1] 11/25
various [11] 11/2 12/2 12/13 12/18 15/9 45/10 49/22 93/5 114/9 201/12 208/13
vendor [1] 73/19
vendors [1] 60/22
Venture [152] 8/11 8/13 8/14 9/10 10/2 10/4 10/14 14/21 15/22 16/5 17/17 18/18 19/5 19/10 19/17 20/6 23/15 25/23 26/13 26/21 27/12 29/4 31/13 31/14 32/6 33/2 33/24 34/17 34/19 35/11 36/6 36/12 36/15 37/7 37/10 37/21 38/8 39/4 40/8 41/14 43/23 43/24 47/7 48/11 50/7 50/11 54/21 58/4 61/14 64/7 64/15 67/4 68/24 69/5 70/11 72/25 75/12 75/23 77/11 79/8 79/15 80/4 81/23 83/10 83/13 86/6 86/8 86/13 86/13 86/14 86/15 86/19 87/1 87/12 88/5 88/13 88/19 88/23 90/12 90/16 91/2 91/22 92/3 92/14 92/22 92/24 92/25 93/13 94/23 95/8 95/13

**V**

**Venture... [61]** 95/17 95/23 96/6 96/21 96/25 97/21 98/3 99/2 99/5 99/13 99/22 100/17 100/19 100/21 100/23 102/1 102/6 103/2 103/6 104/4 104/7 105/3 105/16 105/25 109/4 110/15 113/10 113/24 114/1 114/9 114/21 117/3 117/17 120/11 122/11 129/2 129/19 129/25 130/9 131/18 134/9 135/24 136/16 145/1 146/21 149/10 151/10 188/22 189/22 190/24 192/7 198/22 198/23 199/11 200/25 201/12 201/20 202/5 204/14 208/13 209/6

**Venture's [14]** 45/2 60/22 88/12 91/24 94/17 129/3 129/8 129/17 130/1 130/10 131/9 131/21 134/6 135/3

**verbatim [2]** 4/14 214/6

**verbiage [1]** 119/7

**verify [2]** 13/17 124/25

**versed [1]** 197/10

**versions [1]** 27/17

**versus [10]** 40/7 40/16 40/19 40/21 51/19 51/20 51/21 66/8 66/14 103/9

**very [36]** 10/10 11/15 19/22 31/15 34/25 47/12 47/19 47/19 51/8 59/16 61/9 61/9 64/13 68/14 81/14 81/20 93/25 102/22 110/14 110/15 111/22 115/17 121/11 142/1 155/22 162/23 167/21 167/22 168/3 168/6 176/24 176/24 184/5 197/3 208/1 208/18

**veteran [1]** 80/25

**veterans [1]** 80/12

**via [26]** 1/19 4/2 13/24 21/15 38/24 39/5 40/24 40/25 57/4 60/21 70/23 75/10 131/14 131/24 132/3 134/6 134/8 136/5 136/7 141/2 144/21 158/4 160/20 160/21 175/8 208/15

**victim [1]** 155/6

**video [3]** 1/19 4/2 214/8

**VIDEO-RECORDED [2]** 1/19 4/2

**VIDEOCONFERENCE [2]** 1/19 4/3

**violate [2]** 175/14 185/21

**violates [1]** 186/16

**violations [2]** 79/14 82/7

**virtually [1]** 58/19

**visited [1]** 61/10

**visiting [1]** 43/11

**voice [1]** 214/6

**voice-writing [1]** 214/6

**VP [1]** 49/12

**W**

**WADIAK [36]** 1/13 1/21 2/13 3/7 4/3 5/4 5/11 5/23 23/8 62/7 72/3 83/9 86/1 102/23 118/3 118/9 118/14 123/25 132/11 139/6 151/21 154/11 154/14 157/12 159/20 169/16 178/13 178/19 185/1 185/17 186/15 188/15 200/11 202/21 209/15 209/25

**Wadiak's [2]** 153/13 184/19

**WAGONER [1]** 1/9

**Wait [1]** 62/14

**waive [3]** 211/12 211/22 212/8

**waivers [1]** 153/12

**waiving [1]** 188/11

**wake [2]** 90/22 91/12

**walk [2]** 107/14 159/9

**walked [3]** 29/23 107/12 107/15

**walking [1]** 99/16

**want [44]** 9/1 18/2 18/2 56/19 60/9 60/17 60/18 68/16 81/14 85/14 91/20 91/20 102/17

W

**want... [31]** 104/25 109/25 114/12 114/17 116/4 117/20 118/4 118/20 118/24 119/16 119/18 124/6 128/19 135/8 139/23 142/12 143/1 148/10 151/6 157/8 157/8 161/13 163/23 167/19 168/8 169/1 188/6 192/9 198/7 206/8 212/12
**wanted [4]** 65/22 66/4 155/25 199/25
**Ward [1]** 182/16
**was [508]**
**wasn't [36]** 9/14 12/24 20/14 43/20 53/5 59/6 59/6 70/9 71/7 72/20 89/13 89/18 106/16 107/22 108/12 108/22 114/25 115/22 118/10 121/3 121/17 121/22 121/22 122/2 147/13 147/18 148/15 162/3 162/5 164/4 167/4 167/19 180/22 191/16 193/20 206/20
**water [3]** 28/7 28/9 28/10
**watered [1]** 120/18
**wave [1]** 81/16
**way [24]** 13/21 13/22 26/19 26/25 30/24 55/11 67/22 76/12 80/2 91/6 97/20 109/13 118/14 120/5 120/10 120/10 147/18 152/6 167/3 169/16 174/12 182/20 199/13 200/8
**ways [5]** 102/13 118/19 148/19 160/20 163/24
**we [199]** 5/16 6/19 7/12 7/15 7/24 7/25 9/8 10/17 10/18 10/18 10/20 10/21 10/23 11/7 12/8 12/13 15/22 17/2 17/12 17/12 17/19 21/7 21/18 30/20 33/22 34/23 35/8 35/9 35/13 35/15 35/16 35/21 36/7 36/8 37/25 38/4 38/15 39/24 41/25 51/15 52/3 52/3 52/22 53/10 55/18 55/21 55/21 62/20 63/3 67/6 67/10 67/24 67/25 68/4 69/6 69/7 69/9 69/9 73/17 74/3 74/8 74/10 74/10 81/9 82/1 82/8 82/22 83/1 83/9 83/9 84/15 85/1 85/12 87/4 87/13 87/15 90/21 91/8 91/19 94/3 95/18 95/19 95/25 96/4 102/20 111/21 114/6 115/13 116/8 116/18 117/7 120/11 120/11 120/16 120/17 120/17 120/18 120/18 120/18 120/19 124/12 124/14 124/15 124/23 125/21 125/25 126/25 127/1 133/1 135/8 135/9 135/10 136/12 136/12 136/13 136/14 138/15 140/5 140/22 141/4 141/18 141/18 142/19 143/3 143/4 143/7 143/17 144/20 145/3 145/13 146/9 149/1 150/21 150/24 152/18 153/14 153/14 155/14 155/20 156/2 158/7 158/7 158/18 158/20 159/2 159/25 160/11 160/20 161/20 161/21 162/19 162/23 163/3 163/9 163/17 163/21 164/9 164/14 169/19 171/2 173/22 176/19 177/10 180/12 180/13 180/25 181/19 181/21 182/24 184/6 187/19 187/21 188/7 188/8 188/12 189/13 190/12 190/13 191/16 192/5 193/23 197/20 198/21 199/9 200/11 202/14 202/22 203/10 204/9 206/22 206/22

W

**we... [8]** 207/10 207/18 208/19 209/21 209/21 211/5 211/16 212/9
**we'd [3]** 34/22 34/22 87/10
**we'll [3]** 212/7 212/22 212/23
**we're [13]** 32/14 43/14 51/6 90/19 102/21 106/15 117/25 132/14 139/9 145/13 150/13 186/23 187/5
**we've [13]** 34/14 50/15 51/3 84/23 110/11 111/2 137/18 137/20 138/10 155/12 170/16 200/5 208/11
**website [5]** 67/7 67/8 67/19 72/15 72/15
**week [10]** 10/12 51/9 57/7 57/11 57/15 59/18 63/12 175/2 175/3 175/4
**weeks [5]** 57/9 98/13 98/17 110/16 135/9
**weigh [1]** 13/18
**weigh-ins [1]** 13/18
**weighing [2]** 83/12 85/12
**weight [4]** 83/15 83/23 84/7 93/21
**welcome [1]** 200/17
**well [96]** 5/11 5/16 8/14 8/17 11/21 12/13 14/22 15/20 16/8 17/4 17/5 24/1 24/10 24/22 25/1 26/23 32/10 38/9 43/10 45/22 46/7 49/20 52/5 55/10 56/23 58/14 60/15 65/1 65/23 67/3 72/1 73/11 81/24 82/13 84/13 93/3 94/12 94/15 97/8 97/9 97/18 99/20 109/9 116/16 117/6 125/24 127/7 131/5 135/6 136/12 139/25 140/7 140/9 142/23 144/4 146/13 147/19 149/4 150/23 151/6 153/16 154/6 157/14 159/19 160/5 160/14 163/10 165/16 166/5 167/16 168/24 169/4 169/16 170/23 173/16 174/12 176/2 176/19 178/18 182/5 182/23 184/15 188/21 189/11 189/19 193/2 194/7 194/7 197/3 197/10 198/21 198/24 199/5 200/16 204/11 207/21
**Wendy [4]** 71/5 71/7 71/8 71/9
**went [14]** 11/16 16/6 39/6 70/24 113/25 120/17 136/14 137/15 144/11 159/2 170/22 171/1 176/15 199/6
**Wentz [1]** 48/20
**were [191]** 8/12 8/16 9/13 9/22 9/23 10/7 10/13 12/5 12/11 12/13 12/13 12/19 12/20 14/16 14/22 14/23 14/24 15/5 15/14 15/15 16/9 16/19 18/17 19/9 20/2 21/7 21/13 21/13 21/18 23/22 24/2 26/20 27/4 27/12 28/14 30/21 30/22 33/1 33/24 34/17 36/6 36/11 36/14 36/21 36/25 37/1 37/13 38/6 38/8 38/20 39/4 39/16 39/17 41/13 41/23 42/4 42/6 42/7 42/14 43/6 47/18 52/16 55/16 55/20 60/5 66/2 67/4 67/13 67/15 67/23 68/1 69/3 71/11 71/14 71/18 73/14 73/15 73/17 74/10 74/11 75/19 79/3 79/7 79/23 80/10 80/12 80/13 80/16 81/16 81/19 82/1 82/1 82/11 83/10 85/4 86/20 87/4 87/13 88/12 88/18 88/25 90/15 91/19 91/22 93/10 94/3 94/11 94/16 95/18 95/24 95/25 97/15 99/19 100/22 104/1 107/21 117/17 117/17 118/12

W
**were... [72]** 120/13 122/9 122/9 122/10 122/12 124/24 125/19 131/20 135/3 136/10 136/19 136/20 138/15 138/15 143/7 147/22 149/3 149/10 151/18 154/18 155/16 157/3 158/4 160/18 161/2 162/9 162/23 163/3 166/5 167/11 167/14 168/19 170/5 170/5 170/11 170/13 170/24 170/25 171/20 171/21 171/22 171/24 173/2 174/4 175/21 176/4 176/13 176/16 177/8 179/5 180/20 182/3 182/25 184/8 184/21 184/24 186/2 189/6 189/19 191/1 193/19 198/23 199/11 200/24 204/25 209/25 210/4 210/9 210/22 212/2 213/2 214/6
**weren't [9]** 38/15 82/3 87/2 90/15 145/13 164/19 165/9 168/13 200/12
**WESTERN [1]** 1/1
**what [220]**
**what's [5]** 13/21 86/25 126/10 157/7 157/7
**whatever [23]** 20/20 21/6 31/1 33/6 35/17 38/7 39/23 43/17 51/22 61/12 67/1 68/16 68/22 83/22 86/15 93/18 100/15 139/23 170/24 189/4 196/24 201/16 204/13
**WhatsApp [2]** 35/10 35/11
**whatsoever [8]** 115/19 147/18 154/23 155/11 167/25 191/13 198/10 211/1
**when [159]** 6/18 7/4 15/6 15/22 16/3 17/16 17/18 18/12 20/13 21/12 25/23 27/14 27/14 28/12 28/14 28/21 31/19 34/7 36/6 36/25 40/7 40/11 40/13 40/15 42/14 43/6 43/24 49/24 50/10 51/11 51/15 55/2 55/2 55/18 58/8 59/25 64/18 65/17 66/9 68/20 70/23 74/25 76/18 77/2 80/7 83/9 85/19 85/21 86/6 86/14 86/19 86/20 87/3 87/6 87/12 88/13 88/19 88/19 88/22 89/11 90/12 91/22 94/3 95/23 96/6 96/21 97/12 98/9 98/14 98/14 98/15 98/18 99/15 100/9 100/23 101/24 103/2 103/6 103/6 103/12 103/19 103/20 106/4 108/15 109/11 109/12 109/18 110/9 110/13 117/10 120/24 121/3 122/9 126/21 128/1 128/7 128/12 128/22 133/10 138/7 139/19 142/21 143/25 145/3 149/3 149/3 149/9 149/9 149/11 149/11 150/11 151/19 153/10 153/23 153/23 153/24 161/2 161/4 162/18 162/18 163/7 163/7 163/7 163/10 163/14 165/14 166/2 168/19 170/2 170/9 170/11 172/9 174/25 175/5 176/18 176/19 177/11 178/18 180/21 184/25 194/12 196/15 197/25 198/17 199/5 206/9 206/21 207/2 207/19 207/22 207/22 207/23 207/24 207/24 208/19 208/24 210/7 210/11 214/8
**where [21]** 5/24 28/14 42/20 43/20 57/23 76/4 76/13 76/16 76/16 85/25 96/15 99/19 108/7 110/19 124/25 186/12 187/11 194/24 195/5 199/3

W

**where... [1]** 206/3
**where's [1]** 199/2
**WHEREUPON [10]** 23/4 62/3 83/6 111/9 123/21 132/22 142/10 151/25 158/24 213/2
**whether [7]** 14/8 85/15 117/15 130/6 156/19 187/14 187/14
**which [50]** 8/18 10/13 15/24 19/7 21/20 23/22 28/24 37/17 37/25 52/2 54/5 54/9 56/2 56/5 63/12 69/4 73/20 77/23 92/20 97/6 99/23 101/5 104/8 104/13 104/14 105/5 106/10 106/11 107/8 109/13 113/12 118/1 124/20 147/22 151/6 160/4 162/8 162/8 168/5 171/9 173/1 174/18 179/9 180/19 186/2 195/17 196/11 197/21 208/13 214/12
**while [21]** 8/14 27/11 33/1 33/24 34/17 36/14 37/13 41/12 46/13 67/4 90/15 103/2 135/9 150/7 150/7 154/10 192/6 198/23 199/11 200/24 200/24
**whipping [1]** 41/21
**who [92]** 4/20 11/10 12/9 12/9 12/11 12/11 12/13 12/13 14/12 16/17 16/23 17/11 20/23 21/10 25/3 29/21 42/12 43/22 44/1 45/12 45/16 45/17 46/4 46/9 46/16 46/20 48/1 48/16 52/12 54/15 56/1 56/7 57/18 62/13 65/24 68/1 68/23 69/13 69/13 69/15 70/20 71/9 72/21 72/25 74/7 74/7 75/6 75/13 75/14 75/18 78/4 79/20 79/23 80/10 80/11 80/11 80/12 80/16 80/19 80/22 80/25 81/19 84/1 84/12 98/4 98/5 117/15 119/19 120/3 121/8 121/10 121/10 133/14 133/19 133/19 136/8 136/8 136/9 145/3 154/13 168/2 168/2 174/1 183/15 191/21 202/8 203/12 203/12 205/20 205/22 206/6 206/6
**who's [2]** 91/15 91/15
**whoever [4]** 53/3 68/22 69/3 101/9
**whole [11]** 5/7 39/9 54/8 66/10 108/21 113/1 125/25 130/12 136/25 138/11 193/10
**whom [2]** 129/1 131/8
**whomever [1]** 16/6
**why [35]** 23/24 72/6 86/23 90/13 91/1 98/20 100/19 102/4 102/7 104/21 110/8 113/11 113/22 129/16 136/2 138/23 154/19 155/1 158/20 164/8 171/6 173/20 181/2 185/3 185/11 187/5 189/18 190/18 190/19 191/2 193/18 193/18 197/11 200/14 205/13
**wife [1]** 205/5
**wife's [3]** 18/7 51/16 107/25
**WiFi [1]** 10/25
**will [17]** 8/6 8/8 23/2 24/10 25/22 62/1 111/17 111/21 119/15 123/19 126/1 132/13 139/8 142/6 151/23 168/16 183/14
**WILLIAMS [1]** 2/14
**willing [7]** 30/10 30/13 30/14 34/11 107/17 128/12 175/10
**WILSON [1]** 1/9
**win [1]** 90/23
**windows [1]** 63/1
**wing [1]** 62/21
**wish [4]** 168/14 168/14 168/14 168/16
**wit [1]** 5/8
**withholding [1]**

W

**withholding... [1]** 174/5
**within [27]** 12/8 13/1 29/8 29/10 30/4 81/11 89/11 98/12 98/13 98/13 98/16 127/8 127/8 143/8 143/9 148/22 165/18 165/18 165/20 170/4 170/13 171/25 176/23 178/5 192/21 201/4 210/15
**without [7]** 4/20 4/22 65/13 127/21 129/2 129/18 140/9
**witness [4]** 3/7 4/3 5/5 214/18
**witness' [1]** 4/8
**woman [2]** 54/15 70/21
**women [1]** 46/20
**won't [1]** 135/18
**wondering [1]** 171/18
**WOODYARD [1]** 2/14
**word [2]** 4/14 135/20
**Word/phrase [1]** 4/14
**worded [2]** 117/22 174/12
**wore [1]** 50/4
**work [38]** 10/2 10/20 12/3 12/7 12/8 38/8 39/7 40/3 40/4 43/3 43/4 47/20 56/19 60/19 71/17 82/18 83/4 89/23 91/13 104/4 105/9 107/9 110/10 126/23 141/23 149/18 151/13 155/5 160/20 168/2 170/19 183/17 189/2 197/4 205/18 208/16 208/19 208/24
**workday [2]** 41/15 41/17
**worked [21]** 10/22 21/10 25/9 35/20 46/21 50/8 52/18 64/12 67/23 70/2 70/22 80/22 81/19 89/22 91/18 95/23 163/4 181/1 188/21 197/17 198/24
**working [8]** 21/7 28/8 31/3 49/6 55/16 79/24 103/2 180/10
**workplace [1]** 60/16
**works [6]** 30/24 33/3 60/9 68/10 171/21 205/21
**world [4]** 206/4 206/4 206/8 206/9
**worried [2]** 90/15 90/18
**worth [2]** 20/16 180/20
**would [237]**
**would have [1]** 157/2
**wouldn't [10]** 47/1 59/23 76/22 79/17 87/7 90/2 93/14 95/11 122/13 137/12
**Wow [1]** 63/1
**wrap [1]** 209/22
**wrapped [3]** 142/21 155/4 155/8
**write [1]** 41/3
**writing [6]** 11/1 129/1 129/22 131/23 148/21 214/6
**written [5]** 4/14 153/23 153/25 157/15 167/23
**wrong [5]** 55/7 130/5 130/8 140/1 168/11
**wrongdoing [1]** 191/12
**wrongly [1]** 104/25
**wrote [1]** 135/18

X

**X [2]** 68/16 90/21

Y

**Y [2]** 68/17 90/21
**y'all [1]** 212/4
**Yahoo [1]** 90/10
**yeah [203]** 6/7 6/11 6/24 7/7 9/15 9/19 10/3 11/21 13/1 13/5 14/15 16/18 16/21 17/5 18/14 18/14 18/16 19/5 19/18 22/6 22/10 23/13 25/20 27/24 28/18 29/1 30/4 31/11 33/9 33/17 35/8 36/4 36/7 36/13 36/23 37/3 39/24 40/6 41/17 42/9 44/6 45/4 47/21 48/16 48/24 49/5 49/8 49/15 49/17 49/25 50/5 50/5 50/14 51/1 52/7 52/10 54/12 54/19 55/14

**Y**

**yeah... [144]** 55/24 56/21 58/6 58/11 58/18 62/13 64/8 64/20 64/24 65/6 65/19 66/7 66/20 67/2 67/17 68/22 70/8 71/13 71/13 72/4 73/16 75/18 76/1 76/3 76/8 76/11 76/22 82/20 82/25 84/3 86/2 86/11 87/15 94/18 97/19 98/22 99/3 99/14 99/16 105/22 106/1 106/19 108/14 109/3 110/18 110/25 112/25 114/4 116/8 116/11 116/13 116/16 117/23 122/6 125/11 125/16 127/4 127/25 128/20 130/3 130/12 130/17 130/21 130/23 131/6 132/4 134/4 136/18 136/24 139/7 139/23 140/13 140/19 140/24 141/3 141/3 141/9 141/15 143/24 144/5 144/19 144/19 145/2 145/5 145/22 145/25 146/15 148/2 148/5 148/10 150/11 152/11 154/2 155/2 158/9 159/18 159/23 165/22 170/3 170/24 172/13 173/17 174/1 174/24 177/1 177/7 177/9 177/15 177/18 177/21 178/14 182/11 182/13 182/17 182/21 183/2 183/13 183/18 188/9 189/7 192/14 193/17 194/7 194/9 195/18 196/20 198/4 198/18 199/19 199/20 199/23 202/17 203/7 203/25 204/3 204/17 204/20 204/22 205/17 207/4 209/14 210/11 212/16 212/17

**year [23]** 20/13 27/25 28/23 29/10 29/11 29/11 61/1 64/16 97/25 112/10 130/18 139/21 144/10 150/14 150/16 150/25 162/14 162/17 163/20 169/23 173/24 174/16 174/20

**years [33]** 8/20 8/20 8/24 16/11 18/1 19/8 23/20 26/18 27/18 27/19 28/13 31/21 31/21 31/23 31/25 32/14 34/1 51/23 58/9 71/3 83/11 86/4 93/19 97/18 99/9 100/16 103/15 106/8 108/11 135/19 162/14 163/12 198/17

**Yep [8]** 22/22 44/22 45/8 62/8 94/10 112/1 124/1 151/22

**yes [43]** 7/2 7/3 10/16 22/16 30/1 33/3 33/6 38/24 39/25 40/3 40/5 42/23 43/16 43/25 44/10 44/18 44/20 45/14 46/13 50/8 56/4 56/20 59/13 62/16 62/16 62/16 68/9 69/20 77/23 110/22 111/19 112/25 117/14 133/25 140/3 142/25 169/19 175/9 187/18 188/19 210/10 210/18 211/25

**yesterday [1]** 6/19

**York [20]** 4/8 4/9 5/25 28/15 29/25 49/23 67/8 67/10 67/11 67/20 67/22 67/23 69/12 69/12 71/23 72/9 76/6 76/19 99/12 99/19

**you [1657]**

**you'd [5]** 34/11 35/20 37/4 178/3 200/1

**you'll [3]** 123/18 125/8 152/16

**you're [48]** 18/12 40/2 40/4 41/19 41/20 41/21 42/21 43/12 56/3 58/14 59/2 65/7 92/16 102/11 102/15 106/10 109/6 110/20 110/23 115/9 116/16 118/1

Y

**you're... [26]** 118/6 137/23 156/6 156/21 157/16 157/16 160/12 160/18 162/10 163/23 168/10 169/6 169/6 169/6 171/9 178/1 180/10 180/18 180/19 181/13 185/12 186/12 189/17 197/10 200/16 201/22
**you've [6]** 86/4 115/16 142/21 168/22 168/25 169/1
**your [274]**
**your signature [1]** 211/22
**yours [1]** 179/3
**yourself [5]** 75/17 79/8 98/8 133/2 197/12

Z

**Z [2]** 68/17 90/21
**zero [1]** 122/20
**Zhejiang [1]** 110/22
**zoom [10]** 7/12 22/25 57/1 111/14 128/19 128/20 132/4 143/15 143/20 144/21