**From:** Google Takeout noreply@google.com
**To:** matt@cooksventure.com
**Subject:** Your Google data is ready to download
**Date:** Fri, 30 Jun 2023 10:27:10 +0000

---

Google

## Your account, your data.

We've finished creating a copy of the Google data you requested on June 30, 2023. You can download your files until July 7, 2023.

Your download will contain data from:

- Calendar
- Contacts
- Mail

Manage exports

Download 1 of 2

Download 2 of 2

This message was sent to you because you recently used Google Takeout. Learn more about how to locate, access, and share your data.

Privacy Policy | Terms of Service

Google



"CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER"