**UNANIMOUS WRITTEN CONSENT**
**OF**
**THE BOARD OF DIRECTORS**
**OF**
**COOKS VENTURE POULTRY, INC.**

**August 7, 2023**

The undersigned, being the sole member of the Board of Directors (the "**Board**") of Cooks Venture Poultry, Inc., a Delaware corporation (the "**Corporation**"), does hereby take the following actions without a meeting and adopts the following resolutions by unanimous written consent pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, and does hereby direct that this written consent be filed with the minutes of the proceedings of the Board:

**Removal and Election of Officers**

RESOLVED, that, following the termination of Matthew Wadiak's employment with Cooks Venture, Inc. on August 7, 2023, Matthew Wadiak ("**Wadiak**") be, and hereby is, removed from the offices of Chief Executive Officer, President, and Treasurer of the Corporation;

RESOLVED, that the Corporation terminates any and all rights, powers, authority and agency which Wadiak may hold, have been delegated to or were conferred upon, by or on behalf of the Corporation (including authorized signatory authority), in each case automatically effective as of the close of business on August 7, 2023; and

RESOLVED, that Blake Evans ("**Evans**") be, and hereby is elected to hold the office of Secretary of the Corporation and shall hold such office until his successor in such office is duly elected or appointed, or his earlier death, resignation or removal in accordance with the Bylaws;

**DEPOSITARIES**

**RESOLVED**, that Matthew Wadiak's authority and power, in the name and on behalf of the Corporation, to designate from time to time such bank, banks, trust company or trust companies as he deems to be in the best interests of the Corporation, to serve as a depositary of the Corporation, to open with any such depositary an account or accounts in the name of the Corporation, and to serve as signatory for the Corporation at such depositaries with respect to any accounts of the Corporation maintained at such depositaries, are hereby rescinded;

**RESOLVED FURTHER**, that Blake Evans and Tim Singleton (each, a "**Proper Officer**"), and, each of them, acting individually, hereby is, authorized and empowered, in the name and on behalf of the Corporation, to designate from time to time such bank, banks, trust company or trust companies as such officer deems to be in the best interests of the Corporation, to serve as depositaries of the Corporation, and to open with any such depositary an account or

329290

accounts in the name of the Corporation, to be known by such titles as shall be designated by such Proper Officer and to designate one or more persons authorized and approved by the Board as authorized signatories with respect to any account maintained with any such depositary;

**RESOLVED FURTHER**, that, for so long as they remain an officer or employee (as applicable) of the Corporation, or (if earlier) the Board rescinds such person's authority, any Proper Officer, or any designee of a Proper Officer, be, and hereby is, authorized and empowered, in the name and on behalf of the Corporation, to act as a signatory to any account established in accordance with the immediately preceding resolution;

**RESOLVED FURTHER**, that each such authorized signatory of the Corporation be, and hereby is, authorized and empowered, in the name and on behalf of the Corporation, to sign reconcilements of all statements of account with each such depositary;

**RESOLVED FURTHER**, that notwithstanding the resolutions above, the Corporation needs at least two of the Proper Officers as signatories for issuing checks above USD$100,000, except for payments in the ordinary course of business to Cargill, Inc.; and

**RESOLVED FURTHER**, that the Proper Officers be, and, each of them, acting individually, hereby is, authorized and empowered, in the name and on behalf of the Corporation, to execute and deliver to each such depositary any such certificates, documents, agreements and instruments as may be specified by any such depositary with respect to being so designated as a depositary of the Corporation's funds, and the resolutions contained in any such certificate or instrument pertaining to a bank account of the Corporation at any such depositary, appointing any such bank as a depositary of the Corporation's funds for the account therein specified and authorizing the persons designated therein to execute instruments drawing upon such deposits be, and they hereby are, in all respects authorized, approved and adopted as the duly authorized and approved resolutions of this Board to the same extent as if fully set forth herein.

**General**

RESOLVED, that the Proper Officers and/or directors of the Corporation taken prior to the effective date hereof in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, authorized, approved, ratified and confirmed in all respects as duly authorized acts of, and on behalf of, the Corporation;

RESOLVED, that the Secretary of the Corporation be, and he or she hereby is, authorized and empowered, in the name and on behalf of the Corporation, to certify and furnish such copies as may be necessary of this and the foregoing resolutions, and statements as to incumbency of the corporate officers of the Corporation, under the corporate seal, if requested, and any person or entity receiving such a certified copy or statement is and shall be authorized to rely upon the contents thereof;

RESOLVED, that this Written Consent may be executed and/or delivered in one or more counterparts (including by means of e-mail, .PDF or facsimile), each of which shall be deemed an original but all of which together shall constitute one and the same instrument;



CV_DOWNLOAD_1355755

RESOLVED, that this Written Consent is effective, and the resolutions herein are adopted, as of the date first set forth above, and all notices with regard to matters approved herein are hereby waived by the undersigned director and stockholders; and

RESOLVED, that the actions taken by this Written Consent shall have the same force and effect as if taken at a meeting of the Board of the Corporation duly called and constituted pursuant to the Bylaws of the Corporation and the DGCL.

**[Signature Page Follows]**

**IN WITNESS WHEREOF**, the undersigned has executed this Unanimous Written Consent of the Board of Directors as of the date first set forth above.

DocuSigned by:
Tim Singleton
970F7696A0834C7...

Tim Singleton

[SIGNATURE PAGE TO UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS]