# COOKS VENTURE, INC. AND AFFILIATES

December 31, 2021 and 2020

Combined Financial Statements

With

Independent Auditor's Report

FROST, PLLC
Certified Public Accountants


CV_DOWNLOAD_748589

FROST, PLLC
Certified Public Accountants

# Independent Auditor's Report

Board of Directors
Cooks Venture, Inc. and Affiliates
Decatur, Arkansas

## Opinion

We have audited the combined financial statements of Cooks Venture, Inc. and Affiliates, which comprise the combined balance sheet as of December 31, 2021 and 2020, and the related combined statements of operations, stockholders' equity (deficit) and cash flows for the years then ended, and the related notes to the combined financial statements.

In our opinion, the accompanying combined financial statements present fairly, in all material respects, the financial position of Cooks Venture, Inc. and Affiliates as of December 31, 2021 and 2020, and the results of their operations and their cash flows for the years then ended in accordance with accounting principles generally accepted in the United States of America.

## Basis for Opinion

We conducted our audits in accordance with auditing standards generally accepted in the United States of America ("GAAS"). Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audits of the Combined Financial Statements section of our report. We are required to be independent of Cooks Venture, Inc. and Affiliates and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audits. We believe the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

## Substantial Doubt About the Entities' Ability to Continue as a Going Concern

The accompanying combined financial statements have been prepared assuming Cooks Venture, Inc. and Affiliates will continue as a going concern. As discussed in Note 13 to the combined financial statements, Cooks Venture, Inc. and Affiliates have suffered recurring losses from operations, are out of compliance with debt covenants, have not been issued waivers and have stated that substantial doubt exists about their ability to continue as a going concern. Management's evaluation of the events and conditions and management's plans regarding these matters are also described in Note 13. The combined financial statements do not include any adjustments that might result from the outcome of this uncertainty. Our opinion is not modified with respect to this matter.



CV_DOWNLOAD_748590

**Responsibilities of Management for the Combined Financial Statements**

Management is responsible for the preparation and fair presentation of the combined financial statements in accordance with accounting principles generally accepted in the United States of America; and for the design, implementation and maintenance of internal control relevant to the preparation and fair presentation of combined financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the combined financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about Cooks Venture, Inc. and Affiliates' ability to continue as a going concern for one year after the date the combined financial statements are issued.

**Auditor's Responsibilities for the Audits of the Combined Financial Statements**

Our objectives are to obtain reasonable assurance about whether the combined financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and, therefore, is not a guarantee that an audit conducted in accordance with GAAS will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the combined financial statements.

In performing an audit in accordance with GAAS, we:

- Exercise professional judgment and maintain professional skepticism throughout the audits.
- Identify and assess the risks of material misstatement of the combined financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the combined financial statements.
- Obtain an understanding of internal control relevant to the audits in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of Cooks Venture, Inc. and Affiliates' internal control. Accordingly, no such opinion is expressed.
- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the combined financial statements.
- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about Cooks Venture, Inc. and Affiliates' ability to continue as a going concern for a reasonable period of time.


CV_DOWNLOAD_748591

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audits, significant audit findings, and certain internal control-related matters that we identified during the audits.

Frost, PLLC

Certified Public Accountants

Little Rock, Arkansas
June 30, 2022

## Combined Balance Sheet

### December 31, 2021 and 2020

| | 2021 | 2020 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash | $ 486,134 | $ 1,621,341 |
| Accounts receivable, net | 2,355,392 | 1,806,967 |
| Inventories | 10,857,185 | 5,536,752 |
| Prepaid expenses | 82,333 | - |
| Total current assets | 13,781,044 | 8,965,060 |
| Property, plant and equipment, net | 16,901,342 | 16,212,725 |
| Deferred income taxes | 4,800,000 | 4,800,000 |
| Total assets | $ 35,482,386 | $ 29,977,785 |
| **Liabilities and Stockholders' Equity (Deficit)** | | |
| Current liabilities | | |
| Accounts payable | $ 8,308,711 | $ 3,265,344 |
| Accrued interest | 84,019 | 21,208 |
| Accrued payroll and other liabilities | 451,998 | 237,983 |
| Current maturities of warrant liability | 1,050,000 | - |
| Current maturities of long-term debt and deferred financing costs | 18,890,212 | 3,002,205 |
| Current maturities of capital lease obligations | 556,450 | 416,832 |
| Total current liabilities | 29,341,390 | 6,943,572 |
| Long-term liabilities | | |
| Long-term debt, less current maturities | 453,403 | 11,025,401 |
| Capital lease obligations, less current maturities | 62,944 | 337,766 |
| Warrant liability, less current maturities | - | 1,050,000 |
| Convertible debt | 9,320,984 | 7,798,450 |
| Total long-term liabilities | 9,837,331 | 20,211,617 |
| Total liabilities | 39,178,721 | 27,155,189 |
| Stockholders' equity (deficit) | | |
| Common stock (Note 9) | 120 | 110 |
| Preferred stock (Note 10) | 239 | 93 |
| Additional paid-in capital | 54,838,709 | 16,084,928 |
| Retained deficit | (58,535,403) | (13,262,535) |
| Total stockholders' equity (deficit) | (3,696,335) | 2,822,596 |
| Total liabilities and stockholders' equity (deficit) | $ 35,482,386 | $ 29,977,785 |

The accompanying notes are an integral part of these combined financial statements.



CV_DOWNLOAD_748593

## Combined Statement of Operations

### For the Years Ended December 31, 2021 and 2020

| | 2021 | 2020 |
|---|---|---|
| Sales | $ 26,879,243 | $ 14,610,230 |
| Cost of sales | 35,028,907 | 14,543,085 |
| Gross margin | (8,149,664) | 67,145 |
| Production payroll and other operating costs | 35,750,414 | 17,819,990 |
| Operating loss | (43,900,078) | (17,752,845) |
| Other income (expense) | | |
| Interest income | 2,387 | - |
| Other income | 1,439,846 | 8,087 |
| Interest expense and financing costs | (2,815,023) | (2,251,446) |
| Total other expense | (1,372,790) | (2,243,359) |
| Loss before income taxes | (45,272,868) | (19,996,204) |
| Income tax benefit (Note 7) | - | 5,524,750 |
| Net loss | $ (45,272,868) | $ (14,471,454) |

The accompanying notes are an integral part of these combined financial statements.



CV_DOWNLOAD_748594

## Combined Statement of Stockholders' Equity (Deficit)

## For the Years Ended December 31, 2021 and 2020

| | Common Stock | Preferred Stock | Additional Paid-in Capital | Retained Earnings (Deficit) | Total Stockholders' Equity (Deficit) |
|---|---|---|---|---|---|
| Balance - December 29, 2019 | $ 100 | $ - | $ 3,731,982 | $ 1,208,919 | $ 4,941,001 |
| Stock based compensation | - | - | 68,143 | - | 68,143 |
| Proceeds from additional paid-in capital | 10 | 93 | 12,284,803 | - | 12,284,906 |
| Net loss | - | - | - | (14,471,454) | (14,471,454) |
| Balance - December 31, 2020 | 110 | 93 | 16,084,928 | (13,262,535) | 2,822,596 |
| Stock based compensation | - | - | 90,484 | - | 90,484 |
| Proceeds from additional paid-in capital | 10 | 146 | 38,663,297 | - | 38,663,453 |
| Net loss | - | - | - | (45,272,868) | (45,272,868) |
| Balance - December 31, 2021 | $ 120 | $ 239 | $ 54,838,709 | $ (58,535,403) | $ (3,696,335) |

The accompanying notes are an integral part of these combined financial statements.

## Combined Statement of Cash Flows

## For the Years Ended December 31, 2021 and 2020

| | 2021 | 2020 |
|---|---|---|
| Cash flows from operating activities | | |
| Net loss | $ (45,272,868) | $ (14,471,454) |
| Adjustments to reconcile net income loss to net cash used by operating activities | | |
| Stock based compensation | 90,484 | 68,143 |
| Depreciation | 1,235,264 | 1,019,020 |
| Amortization of deferred financing costs | 814,897 | 466,080 |
| Amortization of debt discount | 700,000 | 350,000 |
| Gain on forgiveness of long-term debt | (1,429,620) | - |
| Deferred income taxes | - | (5,524,750) |
| Changes in operating assets and liabilities | | |
| Accounts receivable, net | (548,425) | (1,077,137) |
| Inventories | (5,320,433) | (1,573,465) |
| Prepaid expenses | (82,333) | - |
| Accounts payable | 5,043,367 | 1,529,838 |
| Accrued interest | 62,811 | (97,306) |
| Accrued payroll and other liabilities | 214,015 | 143,812 |
| Net cash used by operating activities | (44,492,841) | (19,167,219) |
| | | |
| Cash flows from investing activities | | |
| Purchases of property, plant and equipment | (1,923,881) | (1,416,997) |
| Net cash used by investing activities | (1,923,881) | (1,416,997) |
| | | |
| Cash flows from financing activities | | |
| Proceeds from long-term debt | 19,514,000 | 3,467,844 |
| Payments of capital lease obligations | (135,204) | (261,889) |
| Payments of financing costs | (685,100) | (89,528) |
| Payments of long-term debt | (13,598,168) | (503,576) |
| Proceeds from convertible debt | 9,320,984 | 7,798,450 |
| Proceeds from stock issuance and additional paid-in capital | 30,865,003 | 11,499,906 |
| Net cash provided by financing activities | 45,281,515 | 21,911,207 |
| | | |
| Increase (decrease) in cash | (1,135,207) | 1,326,991 |
| | | |
| Cash - beginning of year | 1,621,341 | 294,350 |
| | | |
| Cash - end of year | $ 486,134 | $ 1,621,341 |
| | | |
| Supplementary disclosure of cash flow information | | |
| Cash paid during the year for interest | $ 888,503 | $ 1,780,584 |
| | | |
| Supplementary disclosure of noncash transaction | | |
| Conversion of debt to equity | $ 7,798,450 | $ 785,000 |

The accompanying notes are an integral part of these combined financial statements.



CV_DOWNLOAD_748596

1. **Summary of Significant Accounting Policies**

a. **Nature of operations** – Cooks Venture, Inc. and Affiliates (the "Company") operates facilities located in Decatur, Arkansas and Jay, Oklahoma in which the Company breeds, raises, processes and markets pasture raised heirloom chicken. The Company raises and sells slow-growing heirloom chicken bred for flavor. The Company sells its product online and to higher end retailers and restaurants throughout the United States. The Company also sells beef, lamb and pork. The Company began operational activities in February 2019.

b. **Principles of combination** – The combined financial statements include Cooks Venture, Inc.'s wholly-owned subsidiary, Cooks Venture Poultry, Inc., and its affiliate through common ownership and management, Cooks Venture Poultry Jay, Inc. ("CVPJ").

All significant intercompany accounts and transactions have been eliminated.

c. **Estimates** – The preparation of combined financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the amount of assets and liabilities and disclosure of contingent assets and liabilities at the date of the combined financial statements and the reported amounts of revenue and expenses during the reporting period. Actual results could differ from those estimates.

d. **Cash and cash equivalents** – For purposes of the combined statement of cash flows, the Company considers all highly liquid cash investments purchased with an original maturity of three months or less to be cash equivalents. The Company had no cash equivalents as of December 31, 2021 or 2020.

e. **Accounts receivable** – The Company reviews its customer accounts on a periodic basis and records a reserve for specific amounts that the Company evaluates as uncollectible. In addition, the Company has established a reserve for potentially uncollectible amounts that have not been specifically identified based on historical percentages of bad debts. Amounts will be written off at the point when collection attempts on the accounts have been exhausted. Management uses significant judgment in estimating uncollectible amounts, considering such factors as current overall economic conditions, industry-specific economic conditions, historical customer performance, anticipated customer performance and date of last payment. Management considered accounts receivable to be fully collectible; therefore no allowance was established at December 31, 2020. Accounts receivable are reported net of an allowance for doubtful accounts of approximately $108,000 at December 31, 2021. Past due status is determined based upon contractual terms.

1. **Summary of Significant Accounting Policies (cont.)**

f. **Inventories** – Inventories of feed, eggs and supply parts are stated at the lower of cost (first-in, first-out method) or net realizable value, less cost of disposition. Live broiler flocks are valued at the accumulated cost of the flocks including the chick cost, feed, supplies and other costs related to individual flocks. The cost associated with breeder inventories, consisting of chick purchases, feed, labor, contractor payments and overhead costs, are accumulated during the growing period of approximately 25 weeks. Capitalized flock costs are then amortized over 40 weeks. High mortality from disease or extreme temperatures would result in abnormal adjustments to write-down flock inventories. Management continually monitors each flock and attempts to take appropriate actions to minimize the risk of mortality loss. Dressed poultry is valued based on current market prices less the cost of disposition.

The Company also has its own proprietary genetic pedigree flocks, which are used to produce breeder inventory. These costs, consisting of chick cost, feed, labor and overhead costs, are accumulated during the growing period of approximately 25 weeks. These flocks are amortized over their estimated useful life of approximately two and a half years.

g. **Property, plant, equipment and depreciation** – Property, plant and equipment are recorded at cost, less accumulated depreciation. Expenditures that extend the lives of assets and major improvements are capitalized. Depreciation is provided using the straight-line method over the estimated useful lives of the assets.

h. **Impairment of long-lived assets** – The Company reviews the carrying value of long-lived assets for impairment whenever certain triggering events or changes in circumstances indicate the carrying amounts of any asset may not be recoverable. Recoverability of assets to be held and used is measured by a comparison of the carrying amount of the asset to the sum of the undiscounted cash flows expected to result from the use and eventual disposition of the asset. If such assets are considered to be impaired, the impairment to be recognized is measured by the excess of the carrying amount over the fair value of the assets. Based upon management's assessment of impairment, no impairment occurred during the years ended December 31, 2021 or 2020.

i. **Revenue recognition** – The Company recognizes revenue at the point in time at which its performance obligation has been satisfied and control of the product has been transferred to the customer. This generally occurs upon shipment of product to the customer. The Company's sales predominately contain a single performance obligation. The payment terms range from 10 days up to 90 days.

Revenue is measured by the transaction price, which is defined as the amount of consideration the Company expect to receive in exchange for providing goods to customers. Sales revenue reported on the accompanying combined statement of operations is reduced to reflect estimated returns and allowances using historical trends based on actual sales returns and allowances and sales. The Company had sales discounts of approximately $221,000 and $340,000 in 2021 and 2020, respectively.


CV_DOWNLOAD_748598

1. **Summary of Significant Accounting Policies (cont.)**

j. **Income taxes** – Income taxes are accounted for under the asset and liability method. Deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases, and operating loss and tax credit carryforwards. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes the enactment date.

The Company's policy with respect to evaluating uncertain tax positions is based upon whether management believes it is more likely than not the uncertain tax positions will be sustained upon review by the taxing authorities, then the Company shall initially and subsequently measure the largest amount of tax benefit that is greater than 50% likely of being realized upon settlement with a taxing authority that has full knowledge of all relevant information. The tax positions must meet the more-likely-than-not recognition threshold with consideration given to the amounts and probabilities of the outcomes that could be realized upon settlement using the facts, circumstances and information at the reporting date. The Company will reflect only the portion of the tax benefit that will be sustained upon resolution of the position and applicable interest on the portion of the tax benefit not recognized. Based upon management's assessment, there are no uncertain tax positions expected to have a material impact on the Company's combined financial statements.

The Company is not subject to U.S. federal and state examinations by tax authorities for years prior to 2019. The Company's federal and state tax returns are not currently under examination. The Company recognizes interest and penalties related to unrecognized tax benefits in income tax expense. During the years ended December 31, 2021 and 2020, the Company did not recognize any material interest or penalties and had no material interest or penalties accrued at December 31, 2021 or 2020.

k. **Stock based compensation** – Stock based compensation is accounted for in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") 718, "Compensation-Stock Compensation." ASC 718 requires all share-based payments to employees, including grants of employee stock options, restricted stock and performance-based shares to be recognized in the combined statement of operations based on their fair values. ASC 718 requires the benefits of tax deductions in excess of recognized compensation cost to be reported as a financing cash flow.

l. **Warrants** – The Company classifies a warrant to purchase shares of its common stock as a liability on its combined balance sheet, as this warrant is a free-standing financial instrument that may require the Company to transfer consideration upon exercise. Each warrant is initially recorded at fair value on the date of the grant and net of issuance costs. The instrument will then be subsequently remeasured to fair value at each subsequent combined balance sheet date. Changes in the fair value of the warrant are recognized as a component of other income (expense). The Company will continue to adjust the liability for changes in fair value until the earlier of the exercise or expiration of the warrant.



CV_DOWNLOAD_748599

1. **Summary of Significant Accounting Policies (cont.)**

m. **Shipping and handling costs** – All shipping and handling costs are included in cost of sales on the accompanying combined statement of operations.

n. **Advertising** – The Company expenses the cost of advertising and promotion programs when such costs are incurred. Total advertising and promotion expenses were approximately $4,681,000 and $1,255,000 for the years ended December 31, 2021 and 2020, respectively.

o. **Fair value measurements** – The Company's combined financial instruments are cash, accounts receivable, revolving credit agreement, accounts payable and long-term debt. The recorded values of cash, accounts receivable and accounts payable approximate their fair values based on their short-term nature. The recorded values of the revolving credit agreement and long-term debt approximate their fair values, since interest rates approximate market.

p. **Recent accounting pronouncements** – In February 2016, the FASB issued Accounting Standards Update ("ASU") 2016-02, "Leases (Topic 842)." Accounting by lessors is largely unchanged from existing standards. The core principle of Topic 842 is that a lessee should recognize the assets and liabilities that arise from leases. The guidance requires all leases to be recorded as assets and liabilities on the financial statements of the lessee. A lessee should recognize in the statement of financial position a liability to make lease payments (the lease liability) and a right-of-use asset representing its right to use the underlying asset for the lease term. Under this standard, leases are considered to either be finance leases or operating leases. This consideration determines the financial statement classification of payments on lease liabilities during the lease term but assets and liabilities are required to be recorded for both. For nonpublic entities, this guidance is effective for fiscal years beginning after December 15, 2021, and interim periods within fiscal years beginning after December 15, 2022. Entities have the option of applying the provisions of ASU 2016-02 using either a modified retrospective approach or, alternatively, at the adoption date, with a cumulative-effect adjustment to the opening balance of retained earnings in the period of adoption. Effective January 1, 2022, the Company adopted ASU 2016-02 and management is reviewing its impact to the combined financial statements.

2. **Inventories**

Inventories consist of the following:

| | 2021 | 2020 |
|---|---|---|
| Pedigree birds | $ 1,748,402 | $ 293,362 |
| Field inventory and broilers | 4,275,957 | 2,932,195 |
| Feed, eggs, and other | 3,561,857 | 1,426,375 |
| Finished products | 1,270,969 | 884,820 |
| | $ 10,857,185 | $ 5,536,752 |

## 3. Property, Plant and Equipment

Property, plant and equipment consist of the following:

| | 2021 | 2020 |
|---|---|---|
| Land | $ 4,093,000 | $ 4,093,000 |
| Construction in progress | 146,231 | - |
| Buildings and improvements | 11,471,054 | 10,690,176 |
| Machinery and equipment | 3,917,203 | 2,920,431 |
| | 19,627,488 | 17,703,607 |
| Accumulated depreciation | (2,726,146) | (1,490,882) |
| Property, plant and equipment, net | $ 16,901,342 | $ 16,212,725 |

## 4. Capital Lease Obligations

The Company is obligated for certain equipment under capital lease obligations that expire in March 2023. Assets under these capital lease obligations are amortized over the seven years useful lives rather than the shorter lease term due to the leases having a bargain purchase option at termination of the lease.

Assets under capital lease obligations are as follows:

| | 2021 | 2020 |
|---|---|---|
| Machinery and equipment | $ 1,168,196 | $ 1,168,196 |
| Accumulated depreciation | (472,841) | (305,956) |
| Net assets under capital lease obligations | $ 695,355 | $ 862,240 |



CV_DOWNLOAD_748601

4. **Capital Lease Obligations (cont.)**

Capital lease obligations have imputed interest of 5.1%. Future minimum lease payments under capital lease obligations are as follows:

| | Present Value | Interest | Total |
|---|---|---|---|
| 2022 | $ 556,450 | $ 17,536 | $ 573,986 |
| 2023 | 62,944 | 604 | 63,548 |
| | 619,394 | $ 18,140 | $ 637,534 |
| Less current maturities of capital lease obligations | 556,450 | | |
| Capital lease obligations, less current maturities | $ 62,944 | | |

5. **Long-Term Debt**

Long-term debt consists of the following:

| | 2021 | 2020 |
|---|---|---|
| Note payable to Stone Bank, interest only payments of $56,491 for first 11 months of the note, beginning on April 14, 2022 monthly installments of $89,476, including principal and interest, interest rate is 5% for the first 12 months of the note and then increasing to the Wall Street Journal Prime Rate plus 1.75%, maturing on April 14, 2043, secured by property and assets of the Company. Note was paid in full subsequent to year-end. | $ 13,064,000 | $ - |
| Note payable to Stone Bank, interest only payments of $26,875 for first 11 months of the note, beginning on April 14, 2022 monthly installments of $74,519 including principal and interest, interest rate is 5% for the first 12 months of the note and then increasing to the Wall Street Journal Prime Rate plus 1.75%, maturing on April 14, 2031, secured by property and assets of the Company. Note was paid in full subsequent to year-end. | 6,450,000 | - |



CV_DOWNLOAD_748602

5. **Long-Term Debt (cont.)**

| | 2021 | 2020 |
|---|---|---|
| Note payable to a financial institution, due in monthly installments of $2,640, including principal and interest, interest rate of 5.00%, maturing in September 2023, secured by equipment. | $ 384,896 | $ 398,887 |
| Note payable, due in monthly installments of $1,733, interest free, maturing in December 2025, secured by equipment. | 83,192 | 103,990 |
| Note payable to a financial institution, due in monthly installments of $654, including principal and interest, interest rate of 5.44%, maturing in July 2025, secured by equipment. | 25,466 | 31,771 |
| Note payable to Amerra Capital, quarterly payments beginning in June 2020 of $250,000, in March 2021 increases to $500,000, in March 2022 increases to $1,000,000, including interest at 9.00% plus London Interbank Offered Rate, unpaid principal and interest is due on June 30, 2022, secured by substantially all assets of the Company. Note was paid in full during 2021. | - | 13,500,000 |
| Paycheck Protection Program ("PPP") loan obtained from the Coronavirus Aid, Relief and Economic Security ("CARES") Act, forgivable as long as the Company uses the proceeds for eligible purposes. Loan bears interest at .98% for nonqualifying expenses and matures in March 2022. Note was forgiven during 2021. | - | 1,429,620 |
| | 20,007,554 | 15,464,268 |
| Less current maturities | 18,890,212 | 3,002,205 |
| Less deferred financing costs | 663,939 | 736,662 |
| Less discounts | - | 700,000 |
| Long-term debt, less current maturities, deferred financing costs and discounts | $ 453,403 | $ 11,025,401 |



CV_DOWNLOAD_748603

5. **Long-Term Debt (cont.)**

Annual aggregate maturities of long-term debt are as follows:

| | |
|---|---|
| 2022 | $ 19,554,151 |
| 2023 | 399,968 |
| 2024 | 28,187 |
| 2025 | 25,248 |
| | $ 20,007,554 |

On April 5, 2020, the Company received loan proceeds in the amount of $1,429,620 under the PPP. The PPP, established as part of the CARES Act, provides loans to qualifying businesses in amounts up to 2.5 times the average monthly payroll expenses of the qualifying business. The PPP loan and accrued interest are forgivable after use during a covered period as long as the Company uses the loan proceeds for eligible purposes, including payroll, benefits, rent and utilities, and maintaining its payroll levels.

On July 9, 2021, the Company received loan forgiveness from the U.S. Small Business Administration for the full PPP loan amount and related accrued interest.

On January 26, 2022, the Company refinanced all of the debt held by Stone Bank through another financial institution; therefore, the debt was paid in full. As a result of the refinancing, the debt was classified as current on the combined financial statements. The Company was out of compliance with the financial covenants related to this debt, however, no waivers were issued due to the debt being refinanced.

6. **Convertible Debt**

In fiscal 2019, the Company issued $785,000 in convertible notes (“2019 Notes”) due on December 31, 2022. The 2019 Notes were convertible at the option of the holders at a fixed conversion price equal to the greater of (i) the cash price paid per share by the investors multiplied by 0.80, and (ii) the quotient resulting from dividing $5,000,000 by the number of outstanding shares of common stock of the Company immediately prior to the transaction or event resulting in the conversion. In the event the 2019 Notes remain outstanding on the due date, the outstanding principal balance and any unpaid accrued interest will convert to the Company’s Class A common stock, with a par value of $0.0001 per share at a conversion price equal to the quotient resulting from dividing $30,000,000 by the number of fully diluted shares. The 2019 Notes were converted to Class A common stock in 2020.


CV_DOWNLOAD_748604

6. **Convertible Debt (cont.)**

In 2020, the Company issued $7,798,450 in convertible notes ("2020 Notes") due on December 31, 2023. The 2020 Notes were convertible at the option of the holders at a fixed conversion price equal to the lesser of (i) the cash price paid per share for equity securities by the investors, and (ii) the quotient resulting from dividing $35,000,000 by the number of outstanding shares of common stock of the Company immediately prior to the transaction or event resulting in the conversion. In the event the 2020 Notes remain outstanding on the due date, the outstanding principal balance and any unpaid accrued interest will convert to the Company's Class A common stock, with a par value of $0.0001 per share at a conversion price equal to the quotient resulting from dividing $35,000,000 by the number of fully diluted shares. The 2020 Notes were converted to Class A common stock in February 2021.

In 2021, the Company issued $9,320,984 in convertible notes ("2021 Notes") due on November 19, 2022. The 2021 Notes were convertible at the option of the holders at a fixed conversion price equal to the lesser of (i) the cash price paid per share for equity securities by the investors, and (ii) the quotient resulting from dividing $20,000,000 by the number of outstanding shares of common stock of the Company immediately prior to the transaction or event resulting in the conversion. In the event the 2021 Notes remain outstanding on the due date, the outstanding principal balance and any unpaid accrued interest will convert to the Company's Class A common stock, with a par value of $0.0001 per share at a conversion price equal to the quotient resulting from dividing $20,000,000 by the number of fully diluted shares.

7. **Income Taxes**

Temporary difference giving rise to deferred tax assets include net operating losses. Temporary differences giving rise to deferred tax liabilities include the use of accelerated depreciation for tax purposes. At December 31, 2021 and 2020, the Company estimates it will have state and federal net operating losses to use in future periods of approximately $80,000,000 and $33,500,000, respectively. Federal and Oklahoma net operating losses have indefinite expiration, while Arkansas's net operating losses begin to expire in 2024. Based on the Company's projections, and the time frame to use the net operating losses, the Company recorded a valuation allowance of $11,921,379 for the year ended December 31, 2021. There was no valuation allowance for the year ended December 31, 2020.

In assessing the ability to realize deferred tax assets, management considered whether it is more likely than not that some portion or all of the deferred tax assets will not be realized. The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income during the periods in which those temporary differences are deductible. The income tax benefit varies from the statutory federal income tax rate of 21% primarily due to the gain from acquisition and state income taxes.



CV_DOWNLOAD_748605

7. **Income Taxes (cont.)**

| | 2021 | 2020 |
|---|---|---|
| Current income tax benefit | $ - | $ - |
| Deferred income tax benefit | - | (5,524,750) |
| Income tax benefit | $ - | $ (5,524,750) |
| Deferred tax asset | $ 20,687,979 | $ 8,689,080 |
| Valuation allowance | (11,921,379) | - |
| Deferred tax liability | (3,966,600) | (3,889,080) |
| Net deferred tax asset | $ 4,800,000 | $ 4,800,000 |

8. **Stock Based Compensation**

The Company adopted the 2019 Equity Incentive Plan (the "Plan"), which, as of December 31, 2020, allowed for the issuance of shares of the Company's non-voting, Class B common stock. The Company believes the Plan will attract and retain selected individuals who, serving as employees, outside directors and consultants, are expected to contribute to the Company's success and to achieve long-term objectives which will benefit the Company. The maximum number of shares of common stock available for awards under the Plan is 40,000 shares. Awards may be granted under the Plan to any employee, any non-employee member of the Company's Board of Directors and any consultant who is a natural person and provides services to the Company or its Affiliates. As of December 31, 2021 and 2020, there were 10,750 and 21,000, respectively, shares available for future issuance under the Plan.

In January 2019, the Company granted 12,000 restricted shares. All restricted shares vest five years from the grant date, or upon death or disability, change in control, or retirement, with the exception of one employee's shares. 1,000 of these shares vest in two years. The shares contain no other service or performance conditions. The stock is awarded in the name of the recipient and, except for the right of disposal, constitutes issues and outstanding shares of the Company's common stock for all corporate purposes during the period of restriction, including the right to receive dividends. Compensation expenses is a fixed amount based on the grant date price and is amortized over the vesting period.

Also in January 2019, the Company granted 50,000 shares of Class A common stock to a key employee. These shares vest over five years from the grant date, or upon death or disability, change in control, or retirement.

The Company's unrecognized compensation expense, as a result of non-vested shares, was $221,868 and $241,152 at December 31, 2021 and 2020, respectively. The unrecognized compensation expense will be amortized over a period of five years.

The Company recognized stock compensation expense of $90,484 and $68,143 for equity awards for the years ended December 31, 2021 and 2020, respectively.



CV_DOWNLOAD_748606

8. **Stock Based Compensation (cont.)**

The fair value of each option or warrant award is estimated on the date of grant using the Black-Scholes option-pricing model that uses the assumptions noted in the following table. Expected volatility is based on historical estimated volatility of similar publicly held small cap specialty food companies. The Company estimates option exercise and employee termination within the valuation model. The expected term of options granted is derived from the output of the option valuation model and represents the period of time that options granted are expected to be outstanding. The range given below results from certain groups of employee's exhibiting different behavior. The risk-free rate for periods within the contractual life of the option is based on the U.S. Treasury yield curve in effect at the time of grant. The following table presents the weighted-average assumptions used to estimate the fair values of the stock options granted:

| | 2021 | 2020 |
|---|---|---|
| Expected volatility | 45.00% | 45.00% |
| Dividend yield | 0.00% | 0.00% |
| Expected term | 5 years | 4.5 years |
| Risk-free rate | 1.48% | 0.24% |
| Discount for lack of marketability | 20.00% | 20.00% |
| Weighted-average estimated fair value of options granted during the year | $ 5.76 | $ 3.21 |

A summary of the equity award activity and related information for the restricted stock is as follows:

| | Number of Shares | Weighted-Average Grant Date Price | Weighted-Average Grant Date Fair Value |
|---|---|---|---|
| Outstanding at December 29, 2019 | 51,500 | $ - | $ 5.80 |
| Granted | 19,000 | 8.92 | 3.21 |
| Vested | (15,004) | (1.31) | (0.46) |
| Forfeiture | (1,875) | - | (5.80) |
| Outstanding at December 31, 2020 | 53,621 | 2.16 | 5.17 |
| Granted | 10,750 | 17.18 | 3.21 |
| Vested | (17,438) | (2.70) | (0.96) |
| Forfeiture | (800) | - | 5.80 |
| Outstanding at December 31, 2021 | 46,133 | $ 1.55 | $ 4.08 |



CV_DOWNLOAD_748607

8. **Stock Based Compensation (cont.)**

The following schedule summarizes additional information regarding outstanding, exercisable and vested stock options:

2021

| | | Options Outstanding | | Options Exercisable | |
|---|---|---|---|---|---|
| Range of Exercise Price | Number Outstanding | Weighted-Average Remaining Contractual Life | Weighted-Average Exercise Price | Number Vested and Exercisable | Weighted-Average Exercise Price |
| $ 9.01 | 3,064 | 3.49 years | $ 9.01 | 1,636 | $ 9.01 |
| 8.88 | 6,016 | 2.81 years | 8.88 | 6,848 | 8.88 |
| 14.59 | 12,121 | 4.37 years | 14.59 | 1,029 | 14.59 |
| N/A | 24,932 | 2.51 years | 0.01 | 35,218 | N/A |

2020

| | | Options Outstanding | | Options Exercisable | |
|---|---|---|---|---|---|
| Range of Exercise Price | Number Outstanding | Weighted-Average Remaining Contractual Life | Weighted-Average Exercise Price | Number Vested and Exercisable | Weighted-Average Exercise Price |
| $ 9.01 | 5,382 | 4.49 years | $ 9.01 | 618 | $ 9.01 |
| 8.88 | 9,465 | 3.81 years | 8.88 | 3,535 | 8.88 |
| N/A | 36,832 | 2.51 years | 0.01 | 23,292 | N/A |

9. **Common Stock**

At December 31, 2021 and 2020, the Company has common stock with a par value of $0.00001 per share. The Company is authorized to issue 2,274,831 common shares, of which 2,194,831 shares are designated as Class A common stock and the remaining 80,000 shares are designated as Class B non-voting common stock. There were 1,102,741 shares of Class A common stock issued and outstanding at December 31, 2020. In addition, the Company holds 1,000 of outstanding shares of common stock for CVPJ, with a par value of $0.00001.

The holders of Class A common stock are entitled to one vote for each share of Class A common stock. The holders of Class B common stock have no voting rights of any kind.



CV_DOWNLOAD_748608

10. **Preferred Stock**

During 2021, the Company authorized to issue shares of preferred stock that have been designated as Series Seed, Series A, Series A-1, Series A-2, Series A-3, Series A-4 and Series A-5 preferred stock (collectively, the "Preferred Stock"). During 2021 and 2020, the Company authorized to issue 1,458,425 and 933,410, respectively, shares of preferred stock that have been designated as Preferred Stock. The Preferred Stock was issued for a total of approximately $30,865,000 and $11,500,000 at December 31, 2021 and 2020, respectively. The holders of the Preferred Stock outstanding shall first receive, or simultaneously receive, a dividend on each outstanding share of the Preferred Stock in an amount at least equal to 1) an amount equal to common stock if the Preferred Stock has conversion rights or 2) if the shares are not convertible to common stock then on a ratable basis to each capital stock based on the original issuance price of such class or series of capital stock.

The following table describes shares issued and outstanding amounts at December 31, 2021:

Series Seed preferred stock, $.0001 par value; 290,225 shares authorized;
290,225 shares issued and outstanding

Series A preferred stock, $.0001 par value; 383,034 shares authorized;
383,034 shares issued and outstanding

Series A-1 preferred stock, $.0001 par value; 208,573 shares authorized;
208,573 shares issued and outstanding

Series A-2 preferred stock, $.0001 par value; 51,578 shares authorized;
51,578 shares issued and outstanding

Series A-3 preferred stock, $.0001 par value; 464,364 shares authorized;
464,364 shares issued and outstanding

Series A-4 preferred stock, $.0001 par value; 511,410 shares authorized;
511,410 shares issued and outstanding

Series A-5 preferred stock, $.0001 par value; 482,651 shares authorized;
482,651 shares issued and outstanding



CV_DOWNLOAD_748609

10. **Preferred Stock (cont.)**

The following table describes shares issued and outstanding amounts at December 31, 2020:

Series Seed preferred stock, $.0001 par value; 290,225 shares authorized; 290,225 shares issued and outstanding

Series A preferred stock, $.0001 par value; 383,034 shares authorized; 383,034 shares issued and outstanding

Series A-1 preferred stock, $.0001 par value; 208,573 shares authorized; 208,573 shares issued and outstanding

Series A-2 preferred stock, $.0001 par value; 51,578 shares authorized; 51,578 shares issued and outstanding

11. **Warrants**

On December 16, 2019, the Company issued warrants to financial lenders to provide for the right to acquire up to 7% of the issued and outstanding common stock. As a part of the financing, the right to acquire stock was modified to 11% of issued and outstanding common stock. The warrants expire on the latter date of payment in full of the Amerra Capital debt agreement, which was paid in full during the current year, or December 22, 2022. In addition, the warrant holders may require the Company, at any time prior to December 22, 2022, to purchase these warrants at a price that is the greater of 500% of the Company's trailing 12-month earnings before income taxes, depreciation and amortization or based on an independent third party appraisal. Based on this right to require the Company to purchase these warrants, in accordance with FASB ASC Topic 480, "Distinguishing Liabilities from Equity," these warrants have been accounted for as a liability. The fair value of the warrants was estimated at the time of issuance based on comparisons to recent share prices. In 2021 and 2020, there was no material change in these warrant values.

12. **Concentrations of Credit Risk**

Financial instruments which potentially subject the Company to concentrations of credit risk consistent primarily of trade receivables with a variety of customers and cash investments deposited with financial institutions. The Company generally does not require collateral from its customers. However, such credit risk is considered by management to be limited due to the Company's broad customer base and its customers' financial resources.

At December 31, 2021 and 2020 and at various times throughout these years, the Company maintained cash balances with certain financial institutions in excess of amounts federally insured. The risk is managed by maintaining all deposits in a sound financial institution.


CV_DOWNLOAD_748610

12. **Concentrations of Credit Risk (cont.)**

The Company had sales to two significant customers that represented approximately 43% of total combined sales for the year ended December 31, 2021. Amounts due from these customers were approximately $821,000, which made up 35% of the total combined accounts receivable balance as of December 31, 2021.

The Company had sales to two significant customers that represented approximately 34% of total combined sales for the year ended December 31, 2020. Amounts due from these customers were approximately $1,256,000, which made up 70% of the total combined accounts receivable balance as of December 31, 2020.

The Company had purchases with two significant vendors that represented approximately 17% and 10%, respectively, of total combined expenses for the year ended December 31, 2021. Amounts due to these vendors were approximately $2,052,000, which made up approximately 31% of the total combined accounts payable balance as of December 31, 2021.

The Company had purchases with three significant vendors that represented approximately 16%, 13% and 11%, respectively, of total combined expenses for the year ended December 31, 2020. Amounts due to these vendors were approximately $1,028,000, which made up approximately 31% of the total combined accounts payable balance as of December 31, 2020.

13. **Going Concern**

The combined financial statements for the year ended December 31, 2021 have been prepared on the going concern basis of accounting, which assumes the Company will realize the carrying value of its assets and satisfy its obligations as they come due in the ordinary course of business. For the year ended December 31, 2021 and 2020, the Company sustained net losses of $45,272,868 and $14,471,454, respectively, due primarily to operational issues related to the business having significant costs in excess of sales due to its growth strategy, high commodity prices and finding appropriate labor to match its sales volume ability.

Subsequent to December 31, 2021, the Company continues to operate at a loss as it continues to work through growth and operational challenges in the poultry sector. As of the end of June 2022, the Company's projections show it will continue to lose money through the remainder of 2022 and is currently out of compliance with a monthly ratio of cash to net income. The Company expects to receive a waiver, which has not been received as of June 30, 2022.

Subsequent to December 31, 2021, the Company raised an additional $15 million in convertible debt. In addition, the Company engaged an investment bank to raise $75 million, which management has projected will give the Company sufficient capital to meet its obligations through December 2023. As of the date of issuance of these combined financial statements, no commitment agreements have been signed nor has additional capital been received; accordingly, there is substantial doubt about the Company's ability to continue as a going concern within one year after the date the combined financial statements are issued.



CV_DOWNLOAD_748611

## 14. Subsequent Events

The Company evaluated the events and transactions subsequent to its December 31, 2021 combined balance sheet date and determined there were no additional significant events, other than mentioned in Notes 5 and 13, to report through June 30, 2022, which is the date the Company issued its combined financial statements.